≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

PHIL PAUL, on behalf of himself and all others similarly situated,
          Plaintiff,
V.
INTEL CORPORATION, a Delaware corporation,
          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 485

*2005 JUL 12 PM 4: 21*
*CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE*

TO: (Name and address of Defendant)

Intel Corporation
c/o Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK /s/

(By) DEPUTY CLERK

DATE  7/12/05

⍟AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>July 12, 2005 |
| NAME OF SERVER (PRINT)<br>David W. Gregory | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served defendant, by serving its Registered Agent, The Corporation Trust Company at 1209 Orange Street, Wilmington, DE 19801; copies thereof were left with a Representative of the Registered Agent.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 12, 2005        *David W. Gregory (DE Bar #4408)*
　　　　　　　　Date　　　　　　　　*Signature of Server*
　　　　　　　　　　　　　　　　　PRICKETT, JONES & ELLIOTT, P.A.
　　　　　　　　　　　　　　　　　1310 King Street, P.O. Box 1328
　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1328
　　　　　　　　　　　　　　　　　(302) 888-6500
　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.