## THE FURTH FIRM LLP
ATTORNEYS AT LAW

225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4249
TELEPHONE (415) 433-2070
FACSIMILE (415) 982-2076
www.furth.com

SONOMA COUNTY OFFICE
10300 CHALK HILL ROAD
HEALDSBURG, CA 95448
TELEPHONE (707) 838-4379
FACSIMILE (707) 838-9685

July 13, 2005



VIA U.S. MAIL

Clerk of Court
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
Wilmington, DE 19801
Telephone: (302) 573-6170

Re: *Brauch, et al. v. Intel Corp.,* No. C:05-2743, (N.D. Cal.)
(filed July 5, 2005) (assigned to the Hon. Bernard Zimmerman).

Dear Clerk:

Please be advised that on July 11, 2005, Michael Brauch and Andrew Meimes, plaintiffs in the Northern District of California action referenced above, applied to the Judicial Panel on Multidistrict Litigation (the "Judicial Panel") for related actions pending in the District of Delaware to be transferred to the Northern District of California and consolidated. There currently are approximately twenty related cases pending across the country.

Plaintiffs Michael Brauch and Andrew Meimes hereby notify this Court that they filed the accompanying Notice of Related Actions with the Judicial Panel. Plaintiffs indicate therein that the actions listed below are subject to their motion to transfer and consolidate to the Northern District of California.

*Lazio Family Products v. Intel Corp.*, Case No. C:05-2859, filed July 13, 2005, in the United States District Court for the Northern District of California, and assigned to the Hon. William Alsup.

*Phil Paul v. Intel Corp.,* No. 1:05-cv-00485, filed July 12, 2005, in the United States District Court for the District of Delaware. This action has not been assigned to a judge as of the date of this filing.

*Michael Ruccolo v. Intel Corp.,* No. 1:05-cv-00478, filed July 8, 2005, in the United States District Court for the District of Delaware. This action has not been assigned to a judge as of the date of this filing.

56726.1

Clerk of Court
July 13, 2005
Page 2

      Pursuant to Judicial Panel Rule of Procedure 5.12(c), I enclose a copy of the materials filed with the Judicial Panel. If you have any questions, please do not hesitate to contact the undersigned.

      Sincerely,

      Alex C. Turan

Enclosures.

cc:    All parties and counsel on attached Service List

56726.1