**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| IN RE INTEL MARKET PRACTICES ANTITRUST LITIGATION | : : : : : | MDL DOCKET NO. _____ |

**EXHIBITS TO PLAINTIFFS MICHAEL BRAUCH AND ANDREW MEIMES'
NOTICE OF RELATED ACTIONS**



RECEIVED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE