# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) C.A. No. 1:05-CV-00485 (JJF) |

## REQUEST FOR REMOVAL OF LOCAL COUNSEL FROM DISTRIBUTION LIST

The counsel for Intel Corporation listed below respectfully request that they be removed from the distribution list for Case No. 05-MD-1717. *See* Attachments A-C.

Jef Feibelman, Esq.
Burch, Porter & Johnson, PLLC
130 North Court Ave.
Memphis, TN 38103

Harvey Gurland, Esq.
200 South Biscayne Blvd., Suite 3410
Miami, FL 33131

Jerry M. Laughlin, Esq.
100 South Main Street
Greenville, TN 37743-4922

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

David M. Balabanian
Christopher B. Hockett
Nora C. Cregan
Joy K. Fuyuno
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (2246)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, Delaware 19801
    Telephone: (302) 984-6000
    rhorwitz@potteranderson.com

Richard A. Ripley
Gregory F. Wells
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

Attorneys for Defendant
INTEL CORPORATION

## Attachment A

I am representing defendant Intel Corporation ("Intel") in *Wiles v Intel*, Case No. 05-2605 JDB (W.D. Tenn.). I am currently listed as counsel for Intel in MDL Docket Number 05-MD-1717-JJF. Please remove me from the distribution list for Docket Number 05-MD-1717-JJF.

Date: March 13, 2006

Jef Feibelman, Esq.
Burch, Porter & Johnson, PLLC
130 North Court Ave.
Memphis, TN 38103

**Attachment B**

I am representing defendant Intel Corporation ("Intel") in *Schwartz v. Intel*, Case No. 05-22262 (S.D. Fla.). I am currently listed as counsel for Intel in MDL Docket Number 05-MD-1717-JJF. Please remove me from the distribution list for Docket Number 05-MD-1717-JJF.

Date: March 14, 2006

_____
Harvey Gurland, Esq.
200 South Biscayne Blvd., Suite 3410
Miami, FL 33131

## Attachment C

I am representing defendant Intel Corporation ("Intel") in *Armbrister v. Intel*, Case No. 2:05-cv-212 (E.D. Tenn.). I am currently listed as counsel for Intel in MDL Docket Number 05-MD-1717-JJF. Please remove me from the distribution list for Docket Number 05-MD-1717-JJF.

Date: March 13, 2006

Jerry McLaughlin, Esq.
100 South Main Street
Greenville, TN 37743-4922

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on March 27, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

I hereby certify that on March 27, 2006, I have Federal Expressed the documents to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

By: /s/ Richard L. Horwitz
Richard L. Horwitz
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com

725436