SCHEDULE A

Cases Filed In The District Of Delaware

05-470-JJF, Jim Kidwell, et al. v. Intel Corp.

05-473-JJF, Robert J. Rainwater, et al. v. Intel Corp.

05-476-JJF, Matthew Kravitz, et al. v. Intel Corp.

05-478-JJF, Ruccolo v. Intel Corp.

05-485-JJF, Paul v. Intel Corp.

05-488-JJF, Volden et al. v. Intel Corp.

05-489-JJF, Chacon et al. v. Intel Corp.

05-490-JJF, Simon v. Intel Corp.

05-505-JJF, Ambruoso v. Intel Corp.

05-508-JJF, Baran v. Intel Corp.

05-509-JJF, Czysz v. Intel Corp.

05-510-JJF, Ludt v. Intel Corp.

05-515-JJF, Ficor Acquisition Co. LLC et al. v. Intel Corp.

05-519-JJF, Fairmont Orthopedics & Sports Medicine PA v. Intel Corp.

05-520-JJF, Law Offices of Kwasi Asiedu v. Intel Corp.

05-521-JJF, HP Consulting Services, Inc. v. Intel Corp.

05-522-JJF, Cowan et al. v. Intel Corp.

05-526-JJF, Manyin et al. v. Intel Corp.

05-531-JJF, Cone v. Intel Corp.

05-532-JJF, Feitelberg v. Intel Corp.

05-533-JJF, Weeth v. Intel Corp.

```
05-537-JJF, Harr v. Intel Corp.

05-539-JJF, Cohn v. Intel Corp.

05-540-JJF, Griffin v. Intel Corp.

05-541-JJF, Kornegay v. Intel Corp.

05-544-JJF, Ramos v. Intel Corp.

05-547-JJF, Bergerson & Associates, Inc. v. Intel Corp.

05-554-JJF, Arnold v. Intel Corp.

05-556-JJF, Genese et al. v. Intel Corp.

05-557-JJF, Boeding v. Intel Corp.

05-558-JJF, Munson v. Intel Corp.

05-560-JJF, Pines v. Intel Corp.

05-575-JJF, Salpeter et al. v. Intel Corp.

05-616-JJF, Herroeder-Perras v. Intel Corp.

05-617-JJF, Roach v. Intel Corp.

05-627-JJF, DiMarco v. Intel Corp.

05-672-JJF, Richards et al. v. Intel Corp.

05-674-JJF, Schupler v. Intel Corp.

05-686-JJF, Marshall v. Intel Corp.

05-710-JJF, Kurzman v. Intel Corp.

05-846-JJF, Giacobbe-Fritz Fine Art LLC v. Intel Corp.
```

**Cases Transferred From the Northern District of California**

```
05-773-JJF, Lipton et al. v. Intel Corp.

05-774-JJF, Prohias v. Intel Corp.

05-775-JJF, Konieczka v. Intel Corp.
```

05-776-JJF, Niehaus v. Intel Corp.

05-777-JJF, Hamilton v. Intel Corp.

05-778-JJF, Brauch et al. v. Intel Corp.

05-779-JJF, Baxley v. Intel Corp.

05-780-JJF, Frazier et al. v. Intel Corp.

05-781-JJF, Dickerson v. Intel Corp.

05-782-JJF, The Harman Press v. Intel Corp.

05-894-JJF, Shanghai 1930 Restaurant Partners L.P. v. Intel Corp.

05-895-JJF, Major League Softball Inc. v. Intel Corp.

05-896-JJF, Allanoff v. Intel Corp.

05-897-JJF, Law Offices of Laurel Stanley et al. v. Intel Corp.

05-898-JJF, Lazio Family Products v. Intel Corp.

05-899-JJF, Walker v. Intel Corp.

05-900-JJF, Stoltz v. Intel Corp.

05-901-JJF, Naigow v. Intel Corp.

05-902-JJF, Hewson v. Intel Corp.

05-903-JJF, Lang v. Intel Corp.

05-904-JJF, Trotter-Vogel Inc. v. Intel Corp.

05-905-JJF, Juskiewicz v. Intel Corp.

05-906-JJF, Uwakwe v. Intel Corp.

05-907-JJF, Juan v. Intel Corp.

05-908-JJF, Dressed to Kill Custom Draperies LLC v. Intel Corp.

05-909-JJF, Kinder v. Intel Corp.

05-910-JJF, Rush v. Intel Corp.

**Case Transferred From The Southern District Of California**

05-911-JJF, <u>Suarez v. Intel Corp.</u>

**Case Transferred From The Southern District Of Florida**

05-912-JJF, <u>Schwartz v. Intel Corp.</u>

**Case Transferred From The Eastern District Of Tennessee**

05-913-JJF, <u>Armbrister et al. v. Intel Corp.</u>

**Case Transferred From The Western District Of Tennessee**

05-914-JJF, <u>Wiles v. Intel Corp.</u>