**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) C. A. No. 05-441 (JJF) |
| v. | )<br>) |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | )<br>)<br>) |
| Defendants. | ) |
| IN RE: | )<br>) |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) MDL Docket No. 05-1717 (JJF)<br>)<br>) |
| PHIL PAUL, on behalf of himself and all others similarly situated, | )<br>) C.A. No. 05-485-JJF<br>) |
| Plaintiffs, | ) CONSOLIDATED ACTION<br>) |
| v. | )<br>) |
| INTEL CORPORATION, | )<br>) |
| Defendant. | ) |

**STIPULATION AND PROTECTIVE ORDER REGARDING
<u>EXPERT DISCOVERY</u>**

The parties hereto, through their respective counsel of record, hereby stipulate to the following regarding the scope of expert discovery.

1.  In order to avoid consuming the parties' and the Court's time and resources on potential discovery issues relating to experts, the parties have agreed to certain

limitations on the scope of expert-related discovery. Neither the terms of the stipulation nor the parties' agreement to them implies that any of the information restricted from discovery in this stipulation would otherwise be discoverable.

2.  With respect to testifying-expert discovery, neither the expert witness nor the party retaining him or her need produce, or answer deposition questions or interrogatories about, the following:

(a)  communications between the expert and counsel for the party retaining him or her (including notes and memoranda memorializing the same) unless the expert witness is relying upon those communications in connection with the expert witness' opinions in this matter.

(b)  draft reports prepared by, for, or at the direction of an expert witness.

3.  This Stipulation will not relieve a testifying expert witness, or the party retaining him or her, of the obligation to produce other documents required to be produced by Federal Rule of Civil Procedure 26(a)(2)(B), including communications (and notes and memoranda memorializing the same) between the expert and others who (1) worked for or consulted with the expert witness, (2) prepared materials that the expert witness considered, or (3) were interviewed and provided information to the expert witness that he or she considered in forming opinions in this matter.

4.  Unless independently discoverable, a party or its agents need not produce documents prepared, collected or considered by a non-testifying expert or consultant (or permit testimony about them) that were not provided to and considered by an expert witness in forming opinions in this matter.

5.  The parties agree to comply with this Stipulation and Protective Order pending the Court's approval and entry of this order.

|  |  |
|---|---|
|  | RICHARDS, LAYTON & FINGER |
| OF COUNSEL: |  |
|  | By: */s/ Frederick L. Cottrell, III* |
| Charles P. Diamond, Esq. | Jesse A. Finkelstein (#1090) |
| Linda J. Smith, Esq. | Frederick L. Cottrell, III (#2555) |
| Mark A Samuels, Esq. | Chad M. Shandler (#3796) |
| O'Melveny & Myers LLP | Steven J. Fineman (#4025) |
| 1999 Avenue of the Stars, 7th Floor | One Rodney Square |
| Los Angeles, CA  90067 | P. O. Box 551 |
| (310) 246-6800 | Wilmington, DE   19899 |
|  | (302) 651-7500 |
| Salem M. Katsh | finkelstein@rlf.com |
| Laurin B. Grollman | shandler@rlf.com |
| Kasowitz, Benson, Torres & Friedman LLP | fineman@rlf.com |
| 1633 Broadway, 22nd Floor | cottrell@rlf.com |
| New York, New York 10019 |  |
|  | *Attorneys for Plaintiffs* |
| Dated:  April 27, 2006 | *Advanced Micro Devices, Inc. and* |
|  | *AMD International Sales & Service, Ltd.* |

|  |  |
|---|---|
| OF COUNSEL<br>(INTERIM CLASS COUNSEL): | PRICKETT, JONES & ELLIOTT, P.A.<br><br>By: */s/ James L. Holzman* |
| Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Allyson B. Baker<br>COHEN, MILSTEIN, HAUSFELD<br>  & TOLL , P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C.  20005 | James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Eric M. Andersen (#4376)<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>emandersen@prickett.com<br><br>Interim Liaison Counsel |

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL
  SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Dated:  April 27, 2006

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Robert E. Cooper | |
| Daniel S. Floyd | By: */s/ Richard L. Horwitz* |
| Gibson, Dunn & Crutcher LLP | Richard L. Horwitz (#2246) |
| 333 South Grand Avenue | W. Harding Drane, Jr. (#1023) |
| Los Angeles, CA 900071 | Hercules Plaza, 6th Floor |
| (213) 229-7000 | 1313 N. Market Street |
| | P.O. Box 951 |
| Peter E. Moll | Wilmington, DE 19899-0951 |
| Darren B. Bernhard | (302) 984-6000 |
| Howrey LLP | rhorwitz@potteranderson.com |
| 1299 Pennsylvania Avenue | wdrane@potteranderson.com |
| N.W. Washington, DC 20004 | |
| (202) 783-0800 | Attorneys for Defendants |
| | Intel Corporation and Intel Kabushiki Kaisha |
| Richard A. Ripley | |
| BINGHAM McCUTCHEN LLP | |
| 2020 K Street, N.W. | |
| Washington, DC  20006 | |
| Telephone:  (202) 373-6000 | |
| Facsimile:  (202) 373-6001 | |
| | |
| David M. Balabanian | |
| Christopher B. Hockett | |
| BINGHAM McCUTCHEN LLP | |
| Three Embarcadero Center | |
| San Francisco, CA  94111-4067 | |
| Telephone:  (415) 393-2000 | |
| Facsimile:  (415) 393-2286 | |

Dated:  April 27, 2006

729296

      IT IS SO ORDERED THIS _____ day of  April, 2006.

      _____
      United States District Judge