## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | ) ) ) ) |
| Plaintiffs, | ) ) ) C. A. No. 05-441 (JJF) |
| v. | ) ) |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| IN RE: | ) ) |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) MDL Docket No. 05-1717 (JJF) ) ) ) |

| | |
|---|---|
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) C.A. No. 05-485-JJF ) |
| Plaintiffs, | ) CONSOLIDATED ACTION ) |
| v. | ) ) ) |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER REGARDING ENGLISH TRANSLATIONS

The parties hereto, through their respective counsel of record and subject to the approval of the Court, hereby stipulate to the following regarding the use of translations of foreign language documents:

1.    In accordance with Local Rule 7.1.3(d), whenever a document, paper or testimony in a foreign language is included in any appendix or exhibit, or is cited from the record in any brief or motion, an English translation shall be included with the document, paper, or testimony. It shall not be necessary, prior to filing the English translation, to obtain approval from the Court or agreement from another party regarding the accuracy of the translation; however, any other party may dispute the correctness of the English translation in its responsive papers. If an English translation is submitted with a reply brief or other filing to which no response otherwise would be allowed, then any party may dispute the correctness of the translation by a short filing within two weeks or such different time period as to which the parties might stipulate or the Court might order.

2.    The parties agree to comply with this Stipulation pending the Court's approval and entry of this order.

                                            RICHARDS, LAYTON & FINGER

OF COUNSEL:

                                    By   /s/ Frederick L. Cottrell
Charles P. Diamond, Esq.                Jesse A. Finkelstein (#1090)
Linda J. Smith, Esq.                    Frederick L. Cottrell, III (#2555)
Mark A Samuels, Esq.                    Chad M. Shandler (#3796)
O'Melveny & Myers LLP                   Steven J. Fineman (#4025)
1999 Avenue of the Stars, 7th Floor     One Rodney Square
Los Angeles, CA 90067                   P. O. Box 551
(310) 246-6800                          Wilmington, DE  19899
                                        (302) 651-7500
Salem M. Katsh                          finkelstein@rlf.com
Laurin B. Grollman                      shandler@rlf.com
Kasowitz, Benson, Torres & Friedman LLP fineman@rlf.com
1633 Broadway, 22nd Floor               cottrell@rlf.com
New York, New York 10019

                                        *Attorneys for Plaintiffs*
Dated: May 2, 2006                      *Advanced Micro Devices, Inc. and*
                                        *AMD International Sales & Service, Ltd.*

PRICKETT, JONES & ELLIOTT, P.A.

OF COUNSEL
(INTERIM CLASS COUNSEL):

By  */s/ James L. Holzman*
    James L. Holzman (#663)

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
COHEN, MILSTEIN, HAUSFELD
  & TOLL , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005

    J. Clayton Athey (#4378)
    Eric M. Andersen (#4376)
    Prickett, Jones & Elliott, P.A.
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899
    jlholzman@prickett.com
    jcathey@prickett.com
    emandersen@prickett.com

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

*Interim Liaison Counsel*

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL
  SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Dated: May 2, 2006

OF COUNSEL:

Robert E. Cooper
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900071
(213) 229-7000

Peter E. Moll
Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Richard A. Ripley
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 373-6000
Facsimile:  (202) 373-6001

David M. Balabanian
Christopher B. Hockett
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Dated:  May 2, 2006

729834

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*_____
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

*Attorneys for Defendants*
*Intel Corporation and Intel Kabushiki Kaisha*


IT IS SO ORDERED THIS _____ day of May, 2006.


                                    _____
                                    United States District Judge