# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934.

For the fiscal year ended December 30, 2001

OR

[_] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934.

For the transition period from _____ to _____

*Commission File Number 1-7882*

# ADVANCED MICRO DEVICES, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 94-1692300 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| One AMD Place, Sunnyvale, California | 94086 |
| (Address of principal executive offices) | (Zip Code) |

(408) 732-2400
(Registrant's telephone number, including area code)

### Securities registered pursuant to Section 12(b) of the Act:

| (Title of each class) | (Name of each exchange on which registered) |
|---|---|
| $.01 Par Value Common Stock | New York Stock Exchange |

### Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [_]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K [_]

Aggregate market value of the voting stock held by non-affiliates as of February 25, 2002.

$4,630,673,874

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date.

341,243,469 shares as of February 25, 2002.

## DOCUMENTS INCORPORATED BY REFERENCE

(1) Portions of the Annual Report to Stockholders for the fiscal year ended December 30, 2001, are incorporated into Parts II and IV hereof.

(2) Portions of the Proxy Statement for the Annual Meeting of Stockholders to be held on April 25, 2002, are incorporated into Part III hereof.

AMD, Advanced Micro Devices, AMD-K6, AMD Athlon, AMD Duron, Am486, QuantiSpeed, 3DNow! and Elan are either our trademarks or our registered trademarks in the United States and/or other jurisdictions. Vantis is a trademark of Lattice Semiconductor Corporation. Legerity is a trademark of Legerity, Inc. Microsoft, Windows, Windows NT and MS-DOS are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other jurisdictions. Other terms used to identify companies and products may be trademarks of their respective owners.

on any payment due under the Credit Facility. Furthermore, subsequent to year end, we were informed that amounts borrowed by FMI under the Credit Facility do not become due until the end of March 2002. Accordingly, under the terms of the Guarantee, we are not at this time, and were not at December 30, 2001, obligated to make any payments to Fujitsu. However, subsequent to year end, Fujitsu requested that we pay the entire $125 million under the Guarantee. Although we disagree with Fujitsu as to the amount, if any, of our obligations under the Guarantee, Fujitsu has indicated its belief that we are obligated to pay the full $125 million.

In connection with FASL, AMD and Fujitsu have entered into various joint development, cross-license and investment arrangements. Pursuant to these agreements, the companies are providing their product designs and process and manufacturing technologies to FASL. In addition, both companies are collaborating in developing manufacturing processes and designing Flash memory devices for FASL. The right of each company to use the licensed intellectual property of the other with respect to certain products is limited both in scope and geographic areas. For instance, AMD and Fujitsu have cross-licensed their respective intellectual property to produce stand-alone Flash memory devices with geometrics of 0.5 micron or smaller within the joint venture. Furthermore, our ability to sell Flash memory products incorporating Fujitsu intellectual property, whether or not produced by FASL, is also limited in Japan. Fujitsu is likewise limited in its ability to sell Flash memory devices incorporating our intellectual property, whether or not produced by FASL, in the United States.

While the FASL joint venture has been successful to date, there can be no assurance that Fujitsu and AMD will elect to continue the joint venture in its present form or at all.

Dresden Fab 30. AMD Saxony Manufacturing GmbH (AMD Saxony), an indirect wholly owned German subsidiary of AMD, continues to facilitize Dresden Fab 30, which began production in the second quarter of 2000. AMD, the Federal Republic of Germany, the State of Saxony and a consortium of banks are providing credit support for the project. We currently estimate construction and facilitization costs of Dresden Fab 30 will be $2.5 billion when fully equipped by the end of 2003. As of December 30, 2001, we had invested $1.8 billion.

In March 1997, AMD Saxony entered into a loan agreement and other related agreements (the Dresden Loan Agreements) with a consortium of banks led by Dresdner Bank AG in order to finance the project. Because most of the amounts under the Dresden Loan Agreements are denominated in deutsche marks, the dollar amounts set forth below are subject to change based on applicable conversion rates. We used the exchange rate as of December 30, 2001, which was approximately 2.17 deutsche marks to one U.S. dollar, to value the amounts denominated in deutsche marks. The Dresden Loan Agreements provide for the funding of the construction and facilitization of Dresden Fab 30. The funding consists of:

. equity, subordinated loans and loan guarantees from AMD;

. loans from a consortium of banks; and

. grants, subsidies and loan guarantees from the Federal Republic of Germany and the State of Saxony.

The Dresden Loan Agreements require that we partially fund Dresden Fab 30 project costs in the form of subordinated loans to, or equity investments in, AMD Saxony. In accordance with the terms of the Dresden Loan Agreements, as of December 30, 2001, we have invested $334 million in the form of subordinated loans to and equity investments in AMD Saxony. In addition to support from us, the consortium of banks referred to above has made available up to $692 million in loans to AMD Saxony to help fund Dresden Fab 30 project costs. AMD Saxony had $602 million of such loans outstanding through December 30, 2001.

Finally, the Federal Republic of Germany and the State of Saxony are supporting the Dresden Fab 30 project, in accordance with the Dresden Loan Agreements, in the form of:

. guarantees equal to the lesser of 65 percent of AMD Saxony bank debt or $692 million;

. capital investment grants and allowances totaling $286 million; and

11

Of these amounts, AMD Saxony had received approximately $284 million in capital investment grants and allowances and $64 million in interest subsidies through December 30, 2001. The grants and subsidies are subject to conditions, including meeting specified levels of employment by December 2001 and maintaining those levels until June 2007. Noncompliance with the conditions of the grants and subsidies could result in the forfeiture of all or a portion of the future amounts to be received, as well as the repayment of all or a portion of amounts received to date. As of December 30, 2001, we were in compliance with all of the conditions of the grants and subsidies.

In February 2001, we amended the Dresden Loan Agreements to reflect new capacity and increased capital expenditure plans for Dresden Fab 30. Under the February 2001 amendments, we agreed to increase and extend our guaranty of AMD Saxony's obligations and to make available to AMD Saxony revolving loans of up to $500 million. We expanded our obligation to reimburse AMD Saxony for the cost of producing wafers for us, and we also agreed to cancel the cost overrun facility made available by the banks. Under the February 2001 amendments, we were released from financial covenants limiting capital expenditures and requiring AMD Saxony to achieve capacity and production cost targets by the end of 2001. As of December 30, 2001, $59 million of the revolving loans were outstanding. The revolving loan amounts are denominated in European Union euros and are, therefore, subject to change due to foreign exchange rate fluctuation. We used the exchange rate on December 30, 2001, 1.11 euros to one U.S. dollar, to translate the amount of the revolving loans.

The Dresden Loan Agreements, as amended, also require that we:

. provide interim funding to AMD Saxony if either the remaining capital investment allowances or the remaining interest subsidies are delayed, such funding to be repaid to AMD as AMD Saxony receives the grants or subsidies from the state of Saxony;

. fund shortfalls in government subsidies resulting from any default under the subsidy agreements caused by AMD Saxony or its affiliates; and

. guarantee up to 35 percent of AMD Saxony's obligations under the Dresden Loan Agreements, which guarantee must not be less than $100 million or more than $277 million, until the bank loans are repaid in full.

AMD Saxony would be in default under the Dresden Loan Agreements if we, AMD Saxony or AMD Saxony Holding GmbH (AMD Holding), the parent company of AMD Saxony and a wholly owned subsidiary of AMD, fail to comply with certain obligations thereunder or upon the occurrence of certain events including:

. material variances from the approved plans and specifications;

. our failure to fund equity contributions or shareholder loans or otherwise comply with our obligations relating to the Dresden Loan Agreements;

. the sale of shares in AMD Saxony or AMD Holding;

. the failure to pay material obligations;

. the occurrence of a material adverse change or filings or proceedings in bankruptcy or insolvency with respect to us, AMD Saxony or AMD Holding; and

. the occurrence of default under our Loan and Security Agreement (the Loan Agreement) with a consortium of banks led by a domestic financial institution, effective on July 13, 1999.

Generally, any default with respect to borrowings made or guaranteed by AMD that results in recourse to us of more than $2.5 million and is not cured by us, would result in a cross-default under the Dresden Loan Agreements and the Loan Agreement. As of December 30, 2001, we were in compliance with all conditions of the Dresden Loan Agreements.

12

EXHIBIT 13

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL
CONDITION AND RESULTS OF OPERATIONS**

## CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS

The statements in this Management's Discussion and Analysis of Financial Condition and Results of Operations that are forward-looking are based on current expectations and beliefs and involve numerous risks and uncertainties that could cause actual results to differ materially from expectations. The forward-looking statements relate to, among other things: operating results; anticipated cash flows; capital expenditures; gross margins; adequacy of resources to fund operations and capital investments; our ability to produce AMD Athlon(TM) and AMD Duron(TM) microprocessors with the performance and in the volume required by customers on a timely basis; our ability to maintain average selling prices of seventh-generation microprocessors despite aggressive marketing and pricing strategies of our competitors; the ability of third parties to provide timely infrastructure solutions (motherboards and chipsets) to support our microprocessors; our ability to increase customer and market acceptance of our seventh- and eighth-generation microprocessors; a recovery in the communication and networking industries leading to an increase in the demand for Flash memory products; the effect of foreign currency hedging transactions; the process technology transition in our submicron integrated circuit manufacturing and design facility in Dresden, Germany (Dresden Fab 30); and the financing, construction and utilization of the Fujitsu AMD Semiconductor Limited (FASL) manufacturing facilities. See "Financial Condition" and "Risk Factors" below, as well as such other risks and uncertainties as are detailed in our other Securities and Exchange Commission reports and filings for a discussion of the factors that could cause actual results to differ materially from the forward-looking statements.

The following discussion should be read in conjunction with the consolidated financial statements and related notes as of December 30, 2001 and December 31, 2000 and for each of the three years in the period ended December 30, 2001, which are included in this annual report.

AMD, the AMD Arrow logo, and combinations thereof, Advanced Micro Devices, AMD-K6, AMD Athlon, AMD Duron and MirrorBit are either trademarks or registered trademarks of Advanced Micro Devices, Inc. Vantis is a trademark of Vantis Corporation. Legerity is a trademark of Legerity, Inc. Microsoft and Windows are either registered trademarks or trademarks of Microsoft Corporation. Other terms used to identify companies and products may be trademarks of their respective owners.

## CRITICAL ACCOUNTING POLICIES

Our discussion and analysis of our financial condition and results of operations are based upon our consolidated financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States. The preparation of these financial statements requires us to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and related disclosure of contingent assets and liabilities. On an on-going basis, we evaluate our estimates, including those related to our investments, allowance for doubtful accounts, revenues, inventories, asset impairments, income taxes, commitments and contingencies. We base our estimates on historical experience and on various other assumptions that are believed to be reasonable under the circumstances, the results of

we may underutilize our manufacturing facilities, and we could be materially adversely affected. This has in the past had, and in the future may have, a material adverse effect on our earnings.

We have also begun to convert our manufacturing facility in Austin, Texas (Fab 25) from production of microprocessors to production of our Flash memory devices. At this time, the most significant risk is that we will have underutilized capacity in Fab 25 as we continue to transition the production of microprocessors out of Fab 25 and into Dresden Fab 30 and as we convert Fab 25 to a Flash memory device production facility while demand for flash memory products remains depressed.

There may also be situations in which our manufacturing facilities are inadequate to meet the demand for certain of our products. Our inability to obtain sufficient manufacturing capacity to meet demand, either in our own facilities or through foundry or similar arrangements with others, could have a material adverse effect on us. Further, we cannot be certain that we will be able to implement the process technology for the conversion of Fab 25 in a timely manner. During this period of conversion, Fab 25 may not be fully productive. Similarly, Dresden Fab 30 is expected to be fully facilitized by the end of 2003. During this process, Dresden Fab 30 will not be fully productive. A substantial delay in the successful conversion of Fab 25 or the facilitization of Dresden Fab 30 could have a material adverse effect on us.

We Make Substantial Investments in Research and Development of Process Technologies That May Not Be Successful. We make substantial investments in research and development of process technologies in an effort to improve the technologies and equipment used to fabricate our products. For example, the successful development and implementation of silicon on insulator technology is critical to the Hammer family of microprocessors currently under development. However, we cannot be certain that we will be able to develop or obtain or successfully implement leading-edge process technologies needed to fabricate future generations of our products.

Any Substantial Interruption of or Problems with Our Manufacturing Operations Could Materially Adversely Affect Us. Any substantial interruption of our manufacturing operations, either as a result of a labor dispute, equipment failure or other cause, could materially adversely affect us. Further, manufacturing yields may be adversely affected by, among other things, errors and interruptions in the fabrication process, defects in raw materials, implementation of new manufacturing processes, equipment performance and process controls. A decline in manufacturing yields may have a material adverse effect on our earnings.

Our Products May not Be Compatible with Some or All Industry-Standard Software and Hardware. It is possible that our products may not be compatible with some or all industry-standard software and hardware. Further, we may be unsuccessful in correcting any such compatibility problems in a timely manner. If our customers are unable to achieve compatibility with software or hardware after our products are shipped in volume, we could be materially adversely affected. In addition, the mere announcement of an incompatibility problem relating to our products could have a material adverse effect on us.

Costs Related to Defective Products Could Have a Material Adverse Effect on Us. It is possible that one or more of our products may be found to be defective after the product has been shipped to customers in volume. The cost of a recall, software fix, product replacements and/or product returns may be substantial and could have a material adverse effect on us. In addition, modifications needed to fix the defect may impede performance of the product.

We Rely on the Availability of Essential Raw Materials to Manufacture Our Products. Certain raw materials we use in the manufacture of our products are available from a limited number of suppliers. Interruption of supply or increased demand in the industry could cause shortages and price increases in various essential materials. If we are unable to procure certain of

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

these materials, we might have to reduce our manufacturing operations. Such a reduction could have a material adverse effect on us.

We Are Subject to Political and Economic Risks Associated with Our Operations in Foreign Countries. Nearly all product assembly and final testing of our products are performed at our manufacturing facilities in Penang, Malaysia; Bangkok, Thailand; Suzhou, China; Japan; and Singapore; or by subcontractors in the United States and Asia. We also depend on foreign foundry suppliers and joint ventures for the manufacture of a portion of our finished silicon wafers and have international sales operations. The political and economic risks associated with our operations in foreign countries include:

o expropriation;

o changes in a specific country's or region's political or economic conditions;

o trade protection measures and import or export licensing requirements;

o difficulty in protecting our intellectual property;

o changes in foreign currency exchange rates and currency controls;

o changes in freight and interest rates;

o disruption in air transportation between the United States and our overseas facilities; and

o loss or modification of exemptions for taxes and tariffs;

any of which may have a material adverse effect on us.

We Rely on Our Ability to Attract and Retain Key Personnel. Our future success depends upon the continued service of numerous key engineering, manufacturing, marketing, sales and executive personnel. If we are not able to continue to attract, retain and motivate qualified personnel necessary for our business, the progress of our product development programs could be hindered, and we could be otherwise adversely affected.

Our Operating Results are Subject to Substantial Quarterly and Annual Fluctuations. Our operating results are subject to substantial quarterly and annual fluctuations due to a variety of factors, including decreases in average selling prices of our products, general worldwide economic conditions, the gain or loss of significant customers, market acceptance of our products and new product introductions by us or our competitors. In addition, changes in the mix of products produced and sold in the mix of sales by distribution channels, in the availability and cost of products from our suppliers or in production capacity and manufacturing yields can contribute to periodic fluctuations in operating results.

Our operating results also tend to vary seasonally. Our revenues are generally lower in the first, second and third quarters of each year than in the fourth quarter. This seasonal pattern is largely a result of decreased demand in Europe during the summer months and higher demand in the retail sector of the PC

22

## EXHIBIT 21

### ADVANCED MICRO DEVICES, INC.

### LIST OF SUBSIDIARIES

| Name of Subsidiary | State or Jurisdiction in Which Incorporated or Organized |
|---|---|
| **Domestic Subsidiaries** | |
| Advanced Micro Ltd. | California |
| AMD Corporation | California |
| AMD Far East Ltd. | Delaware |
| AMD International Sales and Service, Ltd. | Delaware |
| AMD Texas Properties, LLC | Delaware |
| AMD Latin America Ltd. | Delaware |
| AMD Reinsurance Co. Inc. | Hawaii |
| | |
| **Foreign Subsidiaries** | |
| Advanced Micro Devices S.A.N.V. | Belgium |
| AMD South America Limitada (1) | Brazil |
| Advanced Micro Devices (Canada) Limited | Canada |
| Advanced Micro Devices (Suzhou) Limited (2) | China |
| AMD International Trading (Shanghai) Co. Ltd. | China |
| Advanced Micro Devices S.A. | France |
| Advanced Micro Devices GmbH | Germany |
| AMD Saxony Holding GmbH | Germany |
| AMD Saxony Manufacturing GmbH (3) | Germany |
| AMD Foreign Sales Corporation | Guam |
| Advanced Micro Devices S.p.A. | Italy |
| AMD Japan Ltd. | Japan |
| Advanced Micro Devices Sdn. Bhd. | Malaysia |
| Advanced Micro Devices Export Sdn. Bhd. (4) | Malaysia |
| AMD (Netherlands) B.V. (5) | Netherlands |
| Advanced Micro Devices (Singapore) Pte. Ltd. | Singapore |
| AMD Holdings (Singapore) Pte. Ltd. (6) | Singapore |
| Advanced Micro Devices AB | Sweden |
| Advanced Micro Devices S.A. (7) | Switzerland |
| AMD (Thailand) Limited (6) | Thailand |
| Advanced Micro Devices (U.K.) Limited | United Kingdom |

(1) Subsidiary of AMD International Sales and Service, Ltd. and AMD Far East Ltd.
(2) Subsidiary of AMD Holdings (Singapore) Pte. Ltd.
(3) Subsidiary of AMD Saxony Holding GmbH
(4) Subsidiary of Advanced Micro Devices Sdn. Bhd.
(5) Subsidiary of Advanced Micro Devices Export Sdn. Bhd.
(6) Subsidiary of Advanced Micro Devices (Singapore) Pte. Ltd.
(7) Subsidiary of AMD International Sales and Service, Ltd.

**EXHIBIT 2**

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

    For the fiscal year ended December 29, 2002

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

    For the transition period from _____ to _____

### Commission File Number 1-7882

# ADVANCED MICRO DEVICES, INC.
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94-1692300** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **One AMD Place, Sunnyvale, California** | **94086** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 732-2400**
(Registrant's telephone number, including area code)

### Securities registered pursuant to Section 12(b) of the Act:

| (Title of each class) | (Name of each exchange on which registered) |
|---|---|
| $.01 Par Value Common Stock | New York Stock Exchange |

### Securities registered pursuant to Section 12(g) of the Act:

### None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Table of Contents

**Advanced Micro Devices, Inc.**

**FORM 10-K**
**For The Fiscal Year Ended December 29, 2002**

**INDEX**

| | | | |
|---|---|---|---|
| **PART I** | | | 1 |
| ITEM 1. | BUSINESS | | 1 |
| ITEM 2. | PROPERTIES | | 11 |
| ITEM 3. | LEGAL PROCEEDINGS | | 12 |
| ITEM 4. | SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS | | 12 |
| **PART II** | | | 13 |
| ITEM 5. | MARKET FOR REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER MATTERS | | 13 |
| ITEM 6. | SELECTED FINANCIAL DATA | | 14 |
| ITEM 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | | 15 |
| ITEM 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK | | 41 |
| ITEM 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | | 44 |
| ITEM 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | | 78 |
| **PART III** | | | 79 |
| ITEM 10. | DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT | | 79 |
| ITEM 11. | EXECUTIVE COMPENSATION | | 79 |
| ITEM 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS | | 79 |
| ITEM 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS | | 79 |
| ITEM 14. | CONTROLS AND PROCEDURES | | 79 |
| **PART IV** | | | 80 |
| ITEM 15. | EXHIBITS, FINANCIAL STATEMENT SCHEDULES, AND REPORTS ON FORM 8-K | | 80 |
| **SIGNATURES** | | | F-1 |
| **CERTIFICATION** | | | F-2 |

Table of Contents

manufactured using our 130 nanometer process technology. Our manufacturing facility in Dresden, Germany (Fab 30) uses 130 nanometer manufacturing process to produce our most advanced microprocessors, including our AMD Athlon XP processor.

Flash memory device production at year-end 2002 was on 170, 250 and 350 nanometer process technologies. We are transitioning some of our Flash memory devices to production on 130 nanometer process technology in 2003.

In 2002, we entered into several strategic relationships with industry leading companies. Through these relationships, we intend our manufacturing facilities and processes to remain state-of-the-art, while improving our cost structure. For example, in December 2002, we changed our logic process development strategy and entered into an agreement with IBM to jointly develop new logic process technologies for use in future high-performance microprocessor products. As a result of this agreement, we are ramping down silicon processing associated with logic research and development in our Submicron Development Center (SDC) in Sunnyvale, California and will be moving this work to IBM's facility in East Fishkill, New York. In addition, in June 2002 we entered into a joint venture alliance with Infineon Technologies and Dupont Photomasks to construct and operate an advanced research and development and pilot line photomask facility in Dresden, Germany.

Our expenses for research and development were $816 million in 2002, $651 million in 2001 and $642 million in 2000. These expenses represented 30 percent of sales in 2002, 17 percent of net sales in 2001 and 14 percent of net sales in 2000.

## Competition

The IC industry is intensely competitive. Products compete on performance, quality, reliability, price, adherence to industry standards, software and hardware compatibility, marketing and distribution capability, brand recognition and availability. Technological advances in the industry result in frequent product introductions, regular price reductions, short product life cycles and increased product capabilities that may result in significant performance improvements.

In each area of the digital IC market in which we participate, we face competition from different companies. With respect to microprocessors, Intel holds a dominant market position. With respect to Flash memory products, our principal competitors are Intel, STMicroelectronics N.V., Sharp Electronics Corporation, Atmel Corporation, Samsung, Toshiba and Fujitsu, our joint venture partner in FASL. With respect to PCS products, our principal competitors are Broadcom, Hitachi, Intel, Intersil, Motorola, Texas Instruments and STMicroelectronics.

## Manufacturing Facilities

Our current IC manufacturing facilities are described in the chart set forth below:

| Facility Location | Wafer Size (Diameter in Inches) | Production Technology (in Nanometers) | Approximate Clean Room (Square Footage) |
|---|---|---|---|
| Austin, Texas | | | |
| Fab 25 | 8 | 130 and 170 | 120,000 |
| Aizu-Wakamatsu, Japan | | | |
| FASL JV1 [a] | 8 | 350 | 70,000 |
| FASL JV2 [a] | 8 | 250 and 350 | 91,000 |
| FASL JV3 [a] | 8 | 130 and 170 | 118,000 |
| Dresden, Germany | | | |
| Fab 30 | 8 | 130 | 115,100 |

[a]    We own 49.992 percent of FASL. Fujitsu owns 50.008 percent of FASL.

8

Table of Contents

processors in April 2003 and our AMD Athlon 64 processors in September 2003. These processors are designed to provide high performance for both 32-bit and 64-bit applications in servers and in desktop and mobile PCs. The success of these processors is subject to risks and uncertainties including our ability to produce them in a timely manner on new process technologies, including silicon-on-insulator technology, in the volume and with the performance and feature set required by customers; their market acceptance; the availability, performance and feature set of motherboards and chipsets designed for our eighth-generation processors; and the support of the operating system and application program providers for our 64-bit instruction set.

*If we were to lose Microsoft Corporation's support for our products, our ability to market our processors would be materially adversely affected.*    Our ability to innovate beyond the x86 instruction set controlled by Intel depends on support from Microsoft in its operating systems. If Microsoft does not provide support in its operating systems for our x86 instruction sets, including our x86-64 technology that will be introduced with our AMD Athlon 64 and AMD Opteron processors, independent software providers may forego designing their software applications to take advantage of our innovations. If we fail to retain the support and certification of Microsoft, our ability to market our processors could be materially adversely affected.

*The completion and impact of our restructuring program and cost reductions could adversely affect us.* On November 7, 2002, we announced that we were formulating the 2002 Restructuring Plan to address the continuing industry-wide weakness in the semiconductor industry by adjusting our cost structure to industry conditions. Pursuant to the 2002 Restructuring Plan, we intend to reduce our fixed costs as a percentage of total costs over time from approximately 80 percent to approximately 70 percent. We also expect to reduce our expenses by approximately $100 million per quarter by the second quarter of 2003. As a result, we expect total expenses in 2003 to be reduced by approximately $350 million based on current product demand forecasts. We cannot, however, be sure that the goals of the 2002 Restructuring Plan will be realized. The ultimate effects of the 2002 Restructuring Plan could prove to be adverse.

*Weak market demand for our Flash memory products, the loss of a significant customer in the high-end mobile telephone market, or any difficulty in our transition to Mirrorbit technology may have a material adverse effect on us.*    The demand for Flash memory devices has been weak due to the sustained downturn in the communications and networking equipment industries and excess inventories held by our customers. In the third and fourth quarters of this year, our Flash memory product sales grew almost entirely based on strength in the high-end mobile phone market. Our sales in that market are concentrated in a few customers. In addition, we expect competition in the market for Flash memory devices to continue to increase as competing manufacturers introduce new products and industry-wide production capacity increases. We may be unable to maintain or increase our market share in Flash memory devices as the market develops and Intel and other competitors introduce new competing products. A decline in unit sales of our Flash memory devices, lower average selling prices, or a loss of a significant customer in the high-end mobile phone market, would have a material adverse effect on us.

In July 2002, we commenced production shipments of our first product with MirrorBit technology. Our MirrorBit technology is a new memory cell architecture that enables Flash memory products to hold twice as much data as standard Flash memory devices. A lack of customer acceptance, any substantial difficulty in transitioning our Flash memory products to MirrorBit technology or any future process technology could reduce our ability to be competitive in the market and could have a material adverse effect on us.

*We rely on our joint venture with Fujitsu, FASL, and if that joint venture is terminated or amended significantly, we could be materially adversely affected.*    We continue to rely on our joint venture with Fujitsu, FASL, to manufacture our Flash memory devices. In addition, beginning in 2002, Fab 25 began operating as a foundry to FASL and as of year end, Fab 25 was devoted entirely to Flash memory device production for FASL. While the FASL joint venture has been successful to date, there can be no assurance that we and Fujitsu will elect to continue the joint venture in its current form, in some other form or at all, which could have a material adverse affect on us.

36

# EXHIBIT 3

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

For the fiscal year ended December 28, 2003

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

For the transition period from _____ to _____

Commission File Number 1-7882

# ADVANCED MICRO DEVICES, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94-1692300** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **One AMD Place, Sunnyvale, California** | **94088** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 749-4000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| (Title of each class) | (Name of each exchange on which registered) |
|---|---|
| $.01 Par Value Common Stock | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

**None**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Table of Contents

**Advanced Micro Devices, Inc.**

**FORM 10-K**
**For The Fiscal Year Ended December 28, 2003**

**INDEX**

| | | |
|---|---|---:|
| **PART I** | | 1 |
| ITEM 1. | BUSINESS | 1 |
| ITEM 2. | PROPERTIES | 16 |
| ITEM 3. | LEGAL PROCEEDINGS | 16 |
| ITEM 4. | SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS | 17 |
| **PART II** | | 18 |
| ITEM 5. | MARKET FOR REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER MATTERS | 18 |
| ITEM 6 | SELECTED FINANCIAL DATA | 19 |
| ITEM 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 20 |
| ITEM 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK | 55 |
| ITEM 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 58 |
| ITEM 9 | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 98 |
| ITEM 9A. | CONTROLS AND PROCEDURES | 98 |
| **PART III** | | 99 |
| ITEM 10 | DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT | 99 |
| ITEM 11. | EXECUTIVE COMPENSATION | 99 |
| ITEM 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS | 99 |
| ITEM 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS | 99 |
| ITEM 14 | PRINCIPAL ACCOUNTING FEES AND SERVICES | 99 |
| **PART IV** | | 100 |
| ITEM 15. | EXHIBITS, FINANCIAL STATEMENT SCHEDULES, AND REPORTS ON FORM 8-K | 100 |
| SIGNATURES | | 110 |

Table of Contents

**Manufacturing, Assembly and Test Facilities**

Our microprocessor fabrication and FASL LLC's Flash memory fabrication is conducted at the facilities described in the chart below:

| Facility Location | Wafer Size (Diameter in Inches) | Production Technology (in Nanometers) | Approximate Clean Room (Square Footage) |
|---|---|---|---|
| *Computation Products* | | | |
| Dresden, Germany | | | |
| Fab 30 | 8 | 130 | 150,000 |
| *Flash Memory Products* | | | |
| Austin, Texas | | | |
| Fab 25 | 8 | 130 and 170 | 120,000 |
| Aizu-Wakamatsu, Japan | | | |
| JV1 | 8 | 230 and 320 | 70,000 |
| JV2 | 8 | 230 | 91,000 |
| JV3 | 8 | 130 and 170 | 118,000 |

We also have foundry arrangements with third parties for the production of our Personal Connectivity Solutions and chipset products.

The current assembly and test facilities for our microprocessor products are described in the chart set forth below:

| Facility Location | Approximate Facility Square Footage | Activity |
|---|---|---|
| Penang, Malaysia | 239,000 (1) | Assembly & Test |
| Singapore | 234,000 (2) | Test |

(1) Of the total 239,000 square feet, approximately 127,000 square feet is devoted to administrative offices.

(2) Of the total 234,000 square feet, approximately 40,000 square feet is devoted to administrative and sales offices.

Some assembly and final testing of our microprocessor products is also performed by subcontractors in the United States and Asia.

The current assembly and test facilities for FASL LLC's Spansion Flash memory products are described in the chart set forth below:

| Facility Location | Approximate Assembly & Test Square Footage | Activity |
|---|---|---|
| Bangkok, Thailand | 78,000 | Assembly & Test |
| Kuala Lumpur, Malaysia | 71,300 | Assembly & Test |
| Penang, Malaysia | 71,000 | Assembly & Test |
| Suzhou, China | 30,250 | Assembly & Test |

Some assembly and final testing of FASL LLC's products is performed by subcontractors in Asia, including Fujitsu's final assembly and testing facility in Kyushu, Japan.

The political and economic risks associated with operations in foreign countries include:

- expropriation;

- changes in a specific country or region's political or economic conditions:

10

# EXHIBIT 4



**AMD Worldwide**


Advanced

Processors   Embedded Solutions   About AMD

Corporate Information | Investor Relations | Virtual Pressroom | Careers

**Virtual Pressroom**
50x15 Press Room
Press Releases
Product Spotlight
White Papers
Partner Press Releases
Endorsement Quotes
Articles and Reviews
Success Stories
Awards
Corporate Information
Executive Biographies
Executive Speeches
Digital Media Library
**Product Information**
Processors
Near-Term Product Outlook
Three-Year Technology Outlook
Flash Memory
Processor Pricing
Connectivity Solutions

**Resources for:**
Channel Partners
Software Developers
Investors
Flash Memory Users
Job Seekers
Home Computing Solutions

## AMD Opens New 300mm Fab 36 In Dresden, Germany, Continuing Its Track Record Of Flawless Manufacturing Strategy Execution

*—New Facility Will Help AMD Nearly Double its Output in the Next Three Years, Meet Growing Demand for AMD64 Processors and Achieve Aggressive Growth Objectives—*

**DRESDEN, Germany -- October 14, 2005 --**At a ceremony attended by top German government officials and leaders from across the semiconductor industry, AMD (NYSE: AMD) today announced the grand opening of its 300 millimeter (mm) Fab 36 in Dresden, Germany.

"The on-schedule, on-plan opening of Fab 36 is the latest achievement in AMD's growing track record of flawless execution on our manufacturing strategies and goals," said Hector Ruiz, chairman of the board, president and chief executive officer of AMD. "In AMD Fab 30, using our patented Automated Precision Manufacturing (APM) capabilities, we have had tremendous success in rapidly transitioning to new technology generations and quickly achieving mature yields. Fab 36 is designed to continue this rock-solid consistency, ensuring we can effectively and efficiently meet the growing demand for AMD 64-bit solutions worldwide."

With the production ramp in Fab 36 progressing on schedule, the company intends to make 90nm production shipments in the first quarter of 2006 and begin 65nm production by the end of 2006. AMD has set a goal to be substantially converted to 65nm in Fab 36 by mid-2007.

Capacity gained through the use of larger 300mm wafers, combined with the speed and efficiencies enabled by APM, plays a fundamental role in the company's growth plans for the next several years. Now in its third generation, APM consists of hundreds of AMD patented and patent-pending technologies that dynamically and automatically optimize fab operations. This unique automated decision-making capability has allowed AMD to accelerate its responsiveness to customer needs, more quickly transition to new technologies, improve quality and operate at increasing levels of efficiency.

AMD plans to add production output on a steady year-to-year basis, giving it the potential to ship as many as 100 million units in 2008, while also keeping fab utilization at consistently high levels. This will help AMD meet growing demand for its award-winning AMD64 processors and achieve its objectives of capturing a significantly larger share of the x86 microprocessor market in the coming years.

**Press Releases**

**AMD Press Releases**
- Corporate News
- Flash Memory News
- Processor News
- AMD64 News
- Connectivity Solutions News

**News Release Archives**
- 2005
- 2004
- 2003
- 2002
- 2001
- 2000
- 1999
- 1998
- 1997
- Geode Products

**Partner Press Releases**
- AMD Athlon™ 64 & AMD Opteron™ Processor
- AMD Turion™ 64 Mobile Technology
- AMD Athlon™ MP Processor
- AMD Athlon™ XP Processor
- Connectivity Solutions
- Corporate

**Partner Press Release Archives**
- 2001

"Fab 36 represents the pinnacle of AMD manufacturing and technology innovation," said Daryl Ostrander, senior vice president, logic technology and manufacturing, Microprocessor Solutions Sector. "With our pioneering automation capabilities, state-of-the-art submicron process technologies developed in partnership with IBM, and the unique talents of our employees around the world, we can consistently deliver on our promises to customers now and in the future."

After extensive due diligence, AMD chose to build Fab 36 in Dresden based on the successful track record of AMD Fab 30, the financial incentives package provided by the Free State of Saxony and Federal Republic of Germany, and the large number of talented engineering and technical personnel in the region.

"Our employees are the true foundation of our competitiveness," said Hans Deppe, corporate vice president and general manager of AMD in Dresden (Fab 30 and Fab 36). "Because of their spirit and dedication, we have progressed from the ground breaking of Fab 36 to its grand opening in less than 24 months. Further, we accomplished this while simultaneously operating Fab 30 at top performance and efficiency levels."

AMD's presence in Dresden has been a tremendous mutual success for the company, the Free State of Saxony, Germany and the European Union. AMD's investment in the region, one of the largest foreign investments in Germany within the last decade, has created approximately 7,000 direct and indirect jobs in Saxony and the surrounding regions. It has been instrumental in establishing Dresden as the thriving center for semiconductor innovation in the EU.

**About AMD**
AMD (NYSE:AMD) designs and produces innovative microprocessors, Flash memory devices and low-power processor solutions for the computer, communications and consumer electronics industries. AMD is dedicated to helping its customers deliver standards-based, customer-focused solutions for technology users, ranging from enterprises and governments to individual consumers. For more information, visit www.amd.com.

**Cautionary Statement**
This release contains forward-looking statements concerning Fab 36, including its production ramp, output and capacity, demand for AMD64-bit solutions, and capturing an increasing share of the x86 market, which are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Investors are cautioned that the forward-looking statements in this release involve risks and uncertainties that could cause actual results to differ materially from the company's current expectations. Risks that the company considers to be the important factors that could cause actual results to differ materially from those set forth in the forward-looking statements include the possibility that global business and economic conditions will worsen resulting in lower than

currently expected sales in the fourth quarter of 2005; that
Intel Corporation's pricing, marketing programs, product
bundling, new product introductions or other activities
targeting the company's microprocessor business will prevent
attainment of the company's current microprocessor sales
plans; that demand for computers, and, in turn, demand for
the company's microprocessors will be lower than currently
expected; that adoption of AMD64 products by OEMs will not
continue to occur as expected; that the company may not
achieve its current product and technology introduction or
implementation schedules; that the company will not be able to
raise sufficient capital to enable it to establish leading-edge
capacity to maintain its market positions and that solutions
providers will not timely provide the infrastructure to support
the company's AMD64 technology. We urge investors to review
in detail the risks and uncertainties in the company's Securities
and Exchange Commission filings, including but not limited to
the Annual Report on Form 10-K for the year ended December
26, 2004 and the Quarterly Report on Form 10-Q for the
quarter ended June 26, 2005.

**AMD, the AMD Arrow logo, AMD64, and combinations thereof are trademarks of
Advanced Micro Devices, Inc. Other names are for informational purposes only
and may be trademarks of their respective owners.**

Rate this page [+]

Contact AMD    Copyright 2006    Advanced Micro Devices, Inc.    Privacy    Trademark Information

# EXHIBIT 5

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

For the fiscal year ended December 26, 2004

OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

For the transition period from _____ to _____

Commission File Number 1-7882

# ADVANCED MICRO DEVICES, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94-1692300** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **One AMD Place, Sunnyvale, California** | **94088** |
| (Address of principal executive offices) | (Zip Code) |

**(408) 749-4000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| (Title of each class) | (Name of each exchange on which registered) |
|---|---|
| $ 01 Par Value Common Stock | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days  Yes  ☒  No  ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K  ☐

**Advanced Micro Devices, Inc.**

**FORM 10-K**
**For The Fiscal Year Ended December 26, 2004**

**INDEX**

| | | | |
|---|---|---|---|
| **PART I** | | | 1 |
| | ITEM 1. | BUSINESS | 1 |
| | ITEM 2. | PROPERTIES | 15 |
| | ITEM 3. | LEGAL PROCEEDINGS | 16 |
| | ITEM 4. | SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS | 16 |
| **PART II** | | | 17 |
| | ITEM 5. | MARKET FOR REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER MATTERS | 17 |
| | ITEM 6. | SELECTED FINANCIAL DATA | 18 |
| | ITEM 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 20 |
| | ITEM 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK | 66 |
| | ITEM 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 69 |
| | ITEM 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 120 |
| | ITEM 9A. | CONTROLS AND PROCEDURES | 120 |
| | ITEM 9B. | OTHER INFORMATION | 120 |
| **PART III** | | | 121 |
| | ITEM 10. | DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT | 121 |
| | ITEM 11. | EXECUTIVE COMPENSATION | 121 |
| | ITEM 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS | 121 |
| | ITEM 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS | 121 |
| | ITEM 14. | PRINCIPAL ACCOUNTING FEES AND SERVICES | 121 |
| **PART IV** | | | 122 |
| | ITEM 15. | EXHIBITS, FINANCIAL STATEMENT SCHEDULES | 122 |
| **SIGNATURES** | | | 131 |

i

Table of Contents

As of December 26, 2004, our Spansion Flash memory products were manufactured on 110-, 130-, 170-, 200-, 230- and 320-nanometer process technologies. In addition, we plan to be in production on 90-nanometer process technology in the second half of 2005.

## Manufacturing, Assembly and Test Facilities

We operate 12 owned manufacturing facilities, of which five are wafer fabrication facilities and seven are assembly and test facilities. In addition, we have substantially finished the construction of our Fab 36 wafer fabrication facility, and we are in the process of installing equipment. Fab 36 is located adjacent to Fab 30 and will be equipped to manufacture microprocessor products on 300-millimeter wafers at 65-nanometer geometries and below.

Our microprocessor and Flash memory fabrication is conducted at the facilities described in the chart below:

| Facility Location | Wafer Size (diameter in millimeters) | Production Technology (in nanometers) | Approximate Clean Room Square Footage |
|---|---|---|---|
| *Microprocessor Products* | | | |
| Dresden, Germany | | | |
| Fab 30 | 200 | 90 and 130 | 150,000 |
| *Flash Memory Products* | | | |
| Austin, Texas | | | |
| Fab 25 | 200 | 110 | 120,000 |
| Aizu-Wakamatsu, Japan | | | |
| JV1 | 200 | 230 and 320 | 70,000 |
| JV2 | 200 | 200 and 230 | 91,000 |
| JV3 | 200 | 110, 130 and 170 | 118,000 |

As of December 26, 2004, we manufactured our microprocessor products at Fab 30, primarily on 90-nanometer process technology. With respect to our Flash memory products, JV3 employs mostly 110-nanometer technology in production. We are also manufacturing 90-nanometer MirrorBit technology development wafers in Fab 25 and plan to be in production with this technology in the second half of 2005. We use process technologies at 200-nanometers and above to manufacture our low-to medium-density Spansion Flash memory products. During 2004, we transitioned the manufacturing of certain of these products from 230-nanometer to 200-nanometer process technology to further reduce our manufacturing costs.

We have foundry arrangements with third parties for the production of our embedded processor and chipset products. In addition, in November 2004 we entered into sourcing and manufacturing technology agreements with Chartered Semiconductor Manufacturing pursuant to which Chartered will become an additional manufacturing source for our AMD64-based microprocessors. We intend to use the additional capacity provided by Chartered to augment production at our manufacturing facilities. We expect that Chartered will commence production for us in 2006.

We have also developed an approach to manufacturing that we call Automated Precision Manufacturing, or APM. APM comprises a suite of automation, optimization and real-time data analysis technologies which automate the way decisions are made within our fabrication facilities. We use APM during process technology transitions, and believe APM enables greater efficiency, higher baseline yields, better binning and faster yield learning.

Table of Contents

Our current assembly and test facilities for microprocessor and Flash memory products are described in the chart set forth below:

| Facility Location | Approximate Manufacturing Area Square Footage | Activity |
|---|---|---|
| **Computation Products** | | |
| Penang, Malaysia | 112,000 | Assembly & Test |
| Singapore | 194,000 | Test |
| Suzhou, China | 44,310 | Test |
| **Flash Memory Products** | | |
| Bangkok, Thailand | 78,000 | Assembly & Test |
| Kuala Lumpur, Malaysia | 71,300 | Assembly & Test |
| Penang, Malaysia | 71,000 | Assembly & Test |
| Suzhou, China | 30,250 | Assembly & Test |

Some assembly and final testing of our microprocessor and personal connectivity solutions products is also performed by subcontractors in the United States and Asia.

**Intellectual Property and Licensing**

We rely on a combination of protections provided by contracts, copyrights, patents, trademarks and other common law rights such as trade secret laws, to protect our products and technologies from unauthorized third-party copying and use. As of December 26, 2004, we had more than 6,500 U.S. patents and had over 2,000 patent applications pending in the United States. In certain cases, we have filed corresponding applications in foreign jurisdictions. We expect to file future patent applications in both the United States and abroad on significant inventions, as we deem appropriate. We do not believe that any individual patent, or the expiration thereof, is or would be material to our business.

In May 2001, we signed a patent cross-license agreement with Intel Corporation, under which we granted each other a non-exclusive license under each party's patents for the manufacture and sale of semiconductor products worldwide. We pay Intel a royalty for certain licensed microprocessor products sold by us or any AMD affiliate anywhere in the world. The license terminates in January 2010.

In connection with the formation of Spansion, we and Fujitsu transferred to Spansion an ownership interest in, or granted Spansion a license to, use all patents, copyrights, trade secrets (know-how), trademarks and maskwork rights necessary for Spansion's business. Specifically, under an intellectual property contribution and assignment agreement, we and Fujitsu:

- assigned our respective ownership interest in jointly held patents developed by the Manufacturing Joint Venture;

- contributed ownership rights of the Manufacturing Joint Venture in patents held jointly by us, Fujitsu and the Manufacturing Joint Venture;

- granted to Spansion joint ownership interest in all maskworks and trade secrets and copyrights in specified software necessary for Spansion's business;

- granted Spansion a license to copyrights in other software necessary for Spansion's business; and

- transferred our respective ownership interest in all trademarks necessary for Spansion's business.

In addition, we and Fujitsu entered into cross license agreements with Spansion pursuant to which we and Fujitsu each granted Spansion a non-exclusive license to all semiconductor patents wholly owned by us or as to which we had the right to grant licenses or sublicenses (without such grant resulting in the payment of royalties).

13

Table of Contents

Issuance costs incurred in connection with this transaction in the amount of approximately $13 million will be amortized ratably over the term of the 7.75% Notes as interest expense, approximating the effective interest method.

*Fab 36 Term Loan and Guarantee and Fab 36 Partnership Agreements*

We are facilitizing our new 300-millimeter wafer fabrication facility, Fab 36, in Dresden, Germany, which is located adjacent to Fab 30. Fab 36 is owned by a German limited partnership named AMD Fab 36 Limited Liability Company & Co. KG, or AMD Fab 36 KG. We control the management of AMD Fab 36 KG through a wholly owned Delaware subsidiary, AMD Fab 36 LLC, which is a general partner of AMD Fab 36 KG. Accordingly, AMD Fab 36 KG is our indirect consolidated subsidiary. We expect that Fab 36 will produce future generations of our microprocessor products, and that it will be in volume production in 2006. AMD, Leipziger Messe GmbH, a nominee of the State of Saxony, Fab 36 Beteiligungs GmbH, an investment consortium arranged by M+W Zander Facility Engineering GmbH, the general contractor for the project, and a consortium of banks are providing financing for the project. Leipziger Messe and Fab 36 Beteiligungs are limited partners in AMD Fab 36 KG. We also anticipate receiving up to approximately $735 million in grants and allowances from federal and state German authorities for the Fab 36 project. We expect that capital expenditures for Fab 36 through 2007 will be approximately $2.5 billion in the aggregate.

The funding to construct and facilitize Fab 36 consists of:

- Equity contributions from us of $792 million under the partnership agreements, revolving loans from us of up to approximately $1.0 billion, and guarantees from us for amounts owed by AMD Fab 36 KG and its affiliates to the lenders and unaffiliated limited partners;

- investments of up to approximately $433 million from Leipziger Messe and Fab 36 Beteiligungs;

- loans of up to approximately $947 million from a consortium of banks;

- up to approximately $735 million of subsidies consisting of grants and allowances, from the Federal Republic of Germany and the State of Saxony; and

- a loan guarantee from the Federal Republic of Germany and the State of Saxony of 80 percent of the losses sustained by the lenders referenced above after foreclosure on all other security.

As of December 26, 2004, we had contributed $248 million of equity in AMD Fab 36 KG and no loans were outstanding. These amounts have been eliminated in our consolidated financial statements.

On April 21 , 2004, AMD, AMD Fab 36 KG, AMD Fab 36 LLC, AMD Fab 36 Holding GmbH, a German company and wholly owned subsidiary of AMD that owns substantially all of our limited partnership interest in AMD Fab 36 KG, and AMD Fab 36 Admin GmbH, a German company and wholly owned subsidiary of AMD Fab 36 Holding that owns the remainder of our limited partnership interest in AMD Fab 36 KG, (collectively referred to as the AMD companies) entered into a series of agreements (the partnership agreements) with the unaffiliated limited partners of AMD Fab 36 KG, Leipziger Messe and Fab 36 Beteiligungs, relating to the rights and obligations with respect to their limited partner and silent partner contributions in AMD Fab 36 KG. The partnership has been established for an indefinite period of time. A partner may terminate its participation in the partnership by giving twelve months advance notice to the other partners. The termination becomes effective at the end of the year following the year during which the notice is given. However, other than for good cause, a partner's termination will not be effective before December 31, 2015.

Also on April 21, 2004, AMD Fab 36 KG entered into a term loan agreement and other related agreements (the Fab 36 Loan Agreements) with a consortium of banks led by Dresdner Bank AG, a German financial institution, to finance the purchase of equipment and tools required to operate Fab 36. The consortium of banks agreed to make available up to $947 million in loans to AMD Fab 36 KG upon its achievement of specified milestones, including attainment of "technical completion" at Fab 36, which requires certification by the banks'

Table of Contents

protection rights we offer to our distributors could materially adversely affect us because our revenue would decline.

*Our operations in foreign countries are subject to political and economic risks, which could have a material adverse effect on us.*

We have international sales operations and as part of our business strategy, we are continuing to seek expansion of product sales in high growth markets. Our international sales as a percentage of our total consolidated net sales were approximately 80 percent and 79 percent in 2003 and 2004. Nearly all product assembly and final testing of our products are performed at manufacturing facilities in China, Malaysia, Singapore and Thailand. We manufacture our microprocessors in Germany and certain Spansion Flash memory products are manufactured in Japan. We also depend on foreign foundry suppliers for the production of certain of our embedded microprocessors for personal connectivity devices and we depend on an international joint venture for the manufacture of optical photomasks that we intend to use in the manufacture of our microprocessors. The political and economic risks associated with our operations in foreign countries include, without limitation:

- expropriation;

- changes in a specific country's or region's political or economic conditions;

- trade protection measures and import or export licensing requirements;

- difficulty in protecting our intellectual property;

- changes in foreign currency exchange rates;

- restrictions on transfers of funds and other assets of our subsidiaries between jurisdictions;

- changes in freight and interest rates;

- disruption in air transportation between the United States and our overseas facilities; and

- loss or modification of exemptions for taxes and tariffs.

Any of the above events could have a material adverse effect on us

*Worldwide economic and political conditions may adversely affect demand for our products.*

The last economic slowdown in the United States and worldwide adversely affected demand for our products. Although economic conditions have improved since the second half of 2003, another decline in the worldwide semiconductor market or a future decline in economic conditions or consumer confidence in any significant geographic area would likely decrease the overall demand for our products, which could have a material adverse effect on us. For example, China's economy has been growing at a fast pace over the past several years, and Chinese authorities have recently introduced various measures to slow down the pace of economic growth. For example, during the third quarter of 2004, decreased demand from the wireless handset market in Asia, in part due to channel inventory accumulation by wireless handset OEMs in China, contributed to a decline in Memory Products net sales. If Chinese authorities are not able to stage an orderly slowdown, China's economy could be affected. If economic conditions decline, whether in China or worldwide, we could be materially adversely affected.

In addition, the occurrence and threat of terrorist attacks and the consequences of sustained military action in the Middle East have in the past, and may in the future, adversely affect demand for our products. Terrorist attacks may negatively affect our operations directly or indirectly and such attacks or related armed conflicts may directly impact our physical facilities or those of our suppliers or customers. Furthermore, these attacks may make travel and the transportation of our products more difficult and more expensive, ultimately affecting our sales.

63

# EXHIBIT 6

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**
For the fiscal year ended December 25, 2005

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**
For the transition period from _____ to _____

Commission File Number 001-07882

# ADVANCED MICRO DEVICES, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 94-1692300 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| One AMD Place, Sunnyvale, California | 94088 |
| (Address of principal executive offices) | (Zip Code) |

(408) 749-4000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| (Title of each class) | (Name of each exchange on which registered) |
|---|---|
| Common Stock per share $0.01 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes  ☒   No  ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.   Yes  ☐   No  ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes  ☒   No  ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. Large accelerated filer  ☒  Accelerated filer  ☐  Non-accelerated filer  ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act)  Yes  ☐   No  ☒

As of June 24, 2005, the aggregate market value of the registrant's common stock held by non-affiliates of the registrant was approximately $6,799,159,288 based on the reported closing sale price of $17.17 per share as reported on the New York Stock Exchange on June 24, 2005, which was the last business day of the registrant's most recently completed second fiscal quarter.

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date.

480,887,662 shares of common stock, $0.01 par value per share, as of February 17, 2006

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Proxy Statement for the Annual Meeting of Stockholders to be held on May 5, 2006, are incorporated into Part II and III hereof.

Table of Contents

**Advanced Micro Devices, Inc.**

**FORM 10-K**
**For The Fiscal Year Ended December 25, 2005**

**INDEX**

**PART I** ................................................................................ 1

ITEM 1.    BUSINESS ................................................................ 1

ITEM 1A.   RISK FACTORS ........................................................ 17

ITEM 1B.   UNRESOLVED STAFF COMMENTS ................................. 18

ITEM 2.    PROPERTIES ............................................................ 18

ITEM 3.    LEGAL PROCEEDINGS ................................................ 19

ITEM 4.    SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS ... 20

**PART II** ............................................................................ 21

ITEM 5.    MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER
           PURCHASES OF EQUITY SECURITIES ............................ 21

ITEM 6.    SELECTED FINANCIAL DATA ....................................... 22

ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF
           OPERATIONS ......................................................... 24

ITEM 7A.   QUANTITATIVE AND QUALITATIVE DISCLOSURE ABOUT MARKET RISK ... 71

ITEM 8.    FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA ......... 74

ITEM 9.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL
           DISCLOSURE ......................................................... 124

ITEM 9A.   CONTROLS AND PROCEDURES ..................................... 124

ITEM 9B.   OTHER INFORMATION ............................................... 124

**PART III** ........................................................................... 125

ITEM 10.   DIRECTORS AND EXECUTIVE OFFICERS OF THE REGISTRANT ... 125

ITEM 11.   EXECUTIVE COMPENSATION ....................................... 125

ITEM 12.   SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED
           STOCKHOLDER MATTERS ........................................ 125

ITEM 13.   CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS ..... 125

ITEM 14.   PRINCIPAL ACCOUNTING FEES AND SERVICES ................. 125

**PART IV** ............................................................................ 126

ITEM 15.   EXHIBITS, FINANCIAL STATEMENT SCHEDULES ............... 126

SIGNATURES ........................................................................ 134

i

Table of Contents

## Manufacturing, Assembly and Test Facilities

We own and operate five manufacturing facilities, of which two are wafer fabrication facilities and three are assembly and test facilities.

Our microprocessor fabrication is conducted at the facilities described in the chart below:

| Facility Location | Wafer Size (diameter in millimeters) | Principal Production Technology (in nanometers) | Approximate Clean Room Square Footage |
|---|---|---|---|
| Dresden, Germany | | | |
| Fab 30 | 200 | 90 | 150,000 |
| Fab 36 | 300 | 90 | 140,000 |

As of December 25, 2005, we manufactured our microprocessor products at Fab 30, on 90-nanometer process technology. We started production at Fab 36 in late 2005, and we intend to make production shipments of wafers manufactured using 90-nanometer technology in the first quarter of 2006. By the end of 2006, we intend to begin manufacturing using 65-nanometer technology. Our goal is to be substantially converted to 65-nanometer technology in Fab 36 by mid-2007. Use of 300-millimeter wafers can contribute to decreasing manufacturing costs per unit and helps increase capacity by yielding significantly more chips per wafer than 200-millimeter wafers. Use of smaller process geometries allows us to put more transistors on an equivalent size chip, which can result in products that are higher performing, use less power and/or cost less to manufacture. We currently plan to add production output on a steady year-to-year basis and to keep fab utilization at high levels.

In addition, we have sourcing and manufacturing technology agreements with Chartered Semiconductor Manufacturing pursuant to which Chartered will become an additional manufacturing source for our AMD64-based microprocessors. We intend to use the additional capacity provided by Chartered to augment production at our manufacturing facilities. We expect that Chartered will commence production for us in 2006.

We have foundry arrangements with third parties for the production of our embedded processor and chipset products.

We have also developed an approach to manufacturing that we call Automated Precision Manufacturing, or APM. APM comprises a suite of automation, optimization and real-time data analysis technologies which automate the way decisions are made within our fabrication facilities. We use APM during process technology transitions, and believe APM enables greater efficiency, higher baseline yields, better binning and faster yield learning.

Our current assembly and test facilities are described in the chart set forth below:

| Facility Location | Approximate Manufacturing Area Square Footage | Activity |
|---|---|---|
| Penang, Malaysia | 112,000 | Assembly & Test |
| Singapore | 194,000 | Test |
| Suzhou, China | 44,310 | Test, Mark & Packaging |

Some assembly and final testing of our microprocessor and personal connectivity solutions products is also performed by subcontractors in the United States and Asia.

14

Table of Contents

107.75 percent of the principal amount of the redeemed 7.75% Notes, plus accrued but unpaid interest, if any, to, but excluding, the redemption date. In connection with this redemption, we expect to incur a loss of approximately $20 million, which will be recorded in the first quarter of 2006.

We may elect to purchase or otherwise retire our 7.75% Notes with cash, stock or other assets from time to time in open market or privately negotiated transactions, either directly or through intermediaries, or by tender offer, when we believe the market conditions are favorable to do so. Such purchases may have a material effect on our liquidity, financial condition and results of operations.

### Fab 36 Term Loan and Guarantee and Fab 36 Partnership Agreements

Our new 300-millimeter wafer fabrication facility, Fab 36, is located in Dresden, Germany adjacent to our other wafer manufacturing facility, Fab 30. Fab 36 is owned by AMD Fab 36 KG, a German limited partnership. We control the management of AMD Fab 36 KG through a wholly owned Delaware subsidiary, AMD Fab 36 LLC, which is a general partner of AMD Fab 36 KG. AMD Fab 36 KG is our indirect consolidated subsidiary. Fab 36 will produce advanced microprocessor products, and we expect first production shipments of products manufactured using 300-millimeter wafers in the first quarter of 2006.

To date, we have provided the majority of financing for the Fab 36 project. In addition, Leipziger Messe GmbH, a nominee of the State of Saxony, Fab 36 Beteiligungs GmbH, an investment consortium arranged by M+W Zander Facility Engineering GmbH, the general contractor for the project, and a consortium of banks are providing financing for the project. Leipziger Messe and Fab 36 Beteiligungs are limited partners in AMD Fab 36 KG. We also anticipate receiving up to approximately $644 million in grants and allowances from federal and state German authorities for the Fab 36 project. We expect that capital expenditures for Fab 36 from 2006 through 2008 will be approximately $1.6 billion in the aggregate.

The funding to construct and facilitize Fab 36 consists of:

* equity contributions from us of $694 million under the partnership agreements, revolving loans from us of up to approximately $890 million, and guarantees from us for amounts owed by AMD Fab 36 KG and its affiliates to the lenders and unaffiliated limited partners;

* investments of up to approximately $380 million from Leipziger Messe and Fab 36 Beteiligungs;

* loans of up to approximately $831 million from a consortium of banks;

* up to approximately $644 million of subsidies consisting of grants and allowances, from the Federal Republic of Germany and the State of Saxony; depending on the level of capital investments by AMD Fab 36 KG, of which $198 million of cash has been received as of December 25, 2005; and

* a loan guarantee from the Federal Republic of Germany and the State of Saxony of 80 percent of the losses sustained by the lenders referenced above after foreclosure on all other security.

As of December 25, 2005, we had contributed to AMD Fab 36 KG the full amount of equity required under the partnership agreements and no loans were outstanding. These amounts have been eliminated in our consolidated financial statements.

On April 21, 2004, AMD, AMD Fab 36 KG, AMD Fab 36 LLC, AMD Fab 36 Holding GmbH, a German company and wholly owned subsidiary of AMD that owns substantially all of our limited partnership interest in AMD Fab 36 KG, and AMD Fab 36 Admin GmbH, a German company and wholly owned subsidiary of AMD Fab 36 Holding that owns the remainder of our limited partnership interest in AMD Fab 36 KG, (collectively referred to as the AMD companies) entered into a series of agreements (the partnership agreements) with the unaffiliated limited partners of AMD Fab 36 KG, Leipziger Messe and Fab 36 Beteiligungs, relating to the rights and obligations with respect to their limited partner and silent partner contributions in AMD Fab 36 KG. The

41

Table of Contents

**Uncertainties involving the ordering and shipment of, and payment for, our products could materially adversely affect us.**

We typically sell our products pursuant to individual purchase orders. We generally do not have long-term supply arrangements with our customers. Generally, our customers may cancel orders 30 days or more prior to shipment without incurring a significant penalty. We base our inventory levels on customers' estimates of demand for their products, which are difficult to predict. This difficulty may be compounded when we sell to OEMs indirectly through distributors, as our forecasts for demand are then based on estimates provided by multiple parties. In addition, our customers may change their inventory practices on short notice for any reason. The cancellation or deferral of product orders, the return of previously sold products or overproduction due to failure of anticipated orders to materialize could result in excess or obsolete inventory, which could result in write-downs of inventory. Because market conditions are uncertain, these and other factors could materially adversely affect us.

**Our reliance on third-party distributors subjects us to certain risks.**

We market and sell our products directly and through third-party distributors pursuant to agreements that can generally be terminated for convenience by either party upon prior notice to the other party. These agreements are non-exclusive and permit our distributors to offer our competitors' products. Our third party distributors have been a significant factor in our ability to increase sales of our products in certain high growth international markets. Accordingly, we are dependent on our distributors to supplement our direct marketing and sales efforts. If any significant distributor or a substantial number of our distributors terminated their relationship with us or decided to market our competitors' products over our products, our ability to bring our products to market would be impacted and we would be materially adversely affected.

Additionally, distributors typically maintain an inventory of our products. In most instances, our agreements with distributors protect their inventory of our products against price reductions, as well as provide return rights for any product that we have removed from our price book or that is not more than twelve months older than the manufacturing code date. Some agreements with our distributors also contain standard stock rotation provisions permitting limited levels of product returns. We defer the gross margins on our sales to distributors, resulting from both our deferral of revenue and related product costs, until the applicable products are re-sold by the distributors. However, in the event of an unexpected significant decline in the price of our products, the price protection rights we offer to our distributors would materially adversely affect us because our revenue would decline.

**Our operations in foreign countries are subject to political and economic risks, which could have a material adverse effect on us.**

All of our wafer fabrication capacity for microprocessors is located in Germany. Nearly all product assembly and final testing of our products is performed at manufacturing facilities in China, Malaysia and Singapore. We also depend on foreign foundry suppliers for the production of certain of our embedded microprocessors for personal connectivity devices and we depend on an international joint venture for the manufacture of optical photomasks for use in manufacturing our microprocessors. In addition, we have international sales operations and as part of our business strategy, we are continuing to seek expansion of product sales in high growth markets. Our international sales as a percentage of our total consolidated net sales was 79 percent in 2005 and China was one of our largest and fastest growing markets.

The political and economic risks associated with our operations in foreign countries include, without limitation:

- expropriation;

- changes in a specific country's or region's political or economic conditions;

- changes in tax laws, trade protection measures and import or export licensing requirements;

# EXHIBIT 7



**AMD Worldwide**

Processors | Systems n Flash Memory | Connectivity Solutions | Corporate

Product Information | Computing Solutions | Sell AMD Products | Support & Downloads | Develop wi

**Downloads**
Utilities, Drivers, & Updates
Digital Media Library
Technical Documentation

**System Building**
System Building Guide
System Component Information

**Online Help**
Processor Support Forums
Ask AMD Knowledge Base
Warranty Information
Technical Frequently Asked Questions
General Frequently Asked Questions

Contact AMD

**Resources for:**
Channel Partners
Software Developers
Software Partners
Investors
Flash Memory Users
Job Seekers
Press

# Asia Pacific Sales Offices

Australia | China | Hong Kong | India | Japan | Korea | Singapore | Taiwan | Thailand

## Australia

**North Sydney, NSW**
Advanced Micro Devices Far East Limited
Level 8, 15 Talavera Road
North Ryde, NSW 2113
Tel: (612) 88-777-222
Fax:(612) 88-777-200

**NSW**
PO Box 1654
North Ryde Business Centre
North Ryde, NSW 1670
Tel: (612) 88-777-222
Fax:(612) 88-777-200

## China

**Beijing**
Advanced Micro Devices - Beijing Rep Office
Level 2, Room 4-5, Tower W1
The Towers, Oriental Plaza No.1 East Chang An Avenue
Dongcheng District
Beijing 100738 P.R.C.
Tel: +86-10-8518-3788
Fax:+86-10-8518-1777

**Shanghai**
Advanced Micro Devices - Shanghai Rep Office
Room 2806-07, Plaza 66
No. 1266 Nan Jing Xi Road
Shanghai 200040, PR China
Tel: +86-21-6350-0838
Fax:+86-21-6350-0840

**Shenzhen**
Advanced Micro Devices - Shenzhen Rep Office
Room 3605-3607, Shun Hing Square
Di Wang Commercial Centre
5002 Shen Nan Road East
Shenzhen 518008, PR China
Tel: 86-755-8246-1550
Fax:86-755-8246-1479

## Hong Kong

**Hong Kong**

◀ Sales Support
**Individual PC Buyers**
- AMD Buyer's Guide

**World Wide Sales Offices**
- North America
- Europe
- Asia Pacific
- Latin America

**Distributors**
- North America - Processors
- North America - Other AMD Products
- Europe
- Asia Pacific
- Middle East & Africa
- Latin America

**Representatives**
- North America
- Europe, Middle East & Africa
- Asia Pacific
- Latin America

Advanced Micro
Devices Far
East Ltd
Suites 2401-4
Shell Tower
Times Square
1 Matheson
Street
Causeway Bay
Hong Kong
Tel: 852-2956-
0388
Fax:852-2956-
0588

### India

**New Delhi**
AMD Far East
Ltd (India)
Hotel Crowne
Plaza Surya
Business
Centre, 'O"
Floor
New Friends
Colony
New Delhi-
110065
Tel: +91 11
51672614-21
Fax:+91 11
51672623

**Bangalore**
Far East Ltd.
(India)
No. 10,
Chambers
@Mantri
Richmond Road
Bangalore - 560
001
India
Tel: 91 80-5112-
3540/1/2/3
Fax:91 80-5112-
3544

**Bombay**
Advanced Micro
Devices Far East
Ltd
Suite 604-B, 6th
Floor, Sunteck
Certainty
Building No.
C21, Housefin
Bhawan
E Block, Bandra
Kurla Complex
Bandra (East)
Mumbai 400 051
India
Tel: 91 22 2657
2473
Fax:91 22 2657
2090

### Japan

**Tokyo**
AMD Japan Ltd
Shinjuku Nissei-
Sumitomo (NS)
Building
5th Floor
2-4-1 Nishi
Shinjuku
Shinjuku-ku
Tokyo 163-
0839, Japan
Tel: 81-3-3346-
7550
Fax:81-3-3345-
8958 (Sales)

**Osaka**
AMD Japan Ltd-
Osaka Sales
Office
Synapse
Shinsaibashi Bldg
8F
2-8-11, Minami
Senba
Chuo-Ku, Osaka
542-0081
Japan

### Korea

**SEOUL**
Advanced Micro
Devices Far
East Ltd
9F, Glass Tower
946-1 Daechi-
Dong,
Kangnam-Ku
Seoul, 135-708,
Korea
Tel: 82-2-3468-
2600
Fax: 82-2-
3468-2601 or
2602

**Singapore**

**Singapore**
AMD Far East
Ltd
508, Chai Chee
Lane
Singapore
469032
Tel: 65 6 796
9888
Fax:65 6 55
999 00 & 01

**Taiwan**

**TAIPEI**
Advanced Micro
Devices Far
East Ltd
6F, No. 3,
YuanCyu Street
(Nankang
Software Park)
Taipei 115,
Taiwan, ROC
Tel: 886-2-
2655-8885
Fax:886-2-
2655-7855

**Thailand**

**Thailand**
AMD Far East
Ltd, Thailand
Branch
25/F M Thai
Tower-All
Seasons Place
87 Wireless
Road, Lumpini,
Bangkok 10330,

Thailand
Tel: (662) 627
9111
Fax:(662) 627
9577
AMD Call Center
02-685-1010

Rate this page [+]

Contact AMD    Copyright 2005    Advanced Micro Devices, Inc.    Privacy    Trademark Information

# EXHIBIT 8



**AMD Worldwide**

Processors | Spansion Flash Memory | Connectivity Solutions | Corporate

Product Information | Computing Solutions | Sell AMD Products | Support & Downloads | Developer

Downloads
  Utilities, Drivers, & Updates
  Digital Media Library
  Technical Documentation

System Building
  System Building Guide
  System Component Information

Online Help
  Processor Support Forums
  Ask AMD Knowledge Base
  Warranty Information
  Technical Frequently Asked Questions
  General Frequently Asked Questions

Contact AMD

**Resources for:**
Channel Partners
Software Developers
Software Partners
Investors
Flash Memory Users
Job Seekers
Press

## Latin American Sales Offices

### Mexico

**AMD Mexico**
Blvd. Manuel Avila Camacho, 40

Torre Esmeralda 1, Piso 18
Lomas de Chapultepec
Mexico City, Mexico 11000
Tel: 52-55-9138-0240
Fax:52-55-5520-9113

### South America

**Brazil**
M/S 83-66
AMD South America Ltda
Rua Arandu, 1544 - 8th. Floor
Sao Paulo - SP
04562-031
Brazil
Tel: 55 11 5501-2150
Fax:55-11-5505-4628

◀ Sales Support

**Individual PC Buyers**
  ▼ AMD Buyer's Guide

**World Wide Sales Offices**
  North America
  Europe
  Asia Pacific
  Latin America

**Distributors**
  ▼ North America - Processors
  North America - Other AMD Products
  Europe
  Asia Pacific
  Middle East & Africa
  Latin America

**Representatives**
  • North America
  • Europe, Middle East & Africa
  • Asia Pacific
  • Latin America

Rate this page [+]

Contact AMD   Copyright 2005   Advanced Micro Devices, Inc   Privacy   Trademark information

# EXHIBIT 9



**AMD Worldwide**

| Processors | Spansion Flash Memory | Connectivity Solutions | Corporate |

Product Information | Computing Solutions | Sell AMD Products | Support & Downloads | Develop wi

Downloads
  Utilities, Drivers, &
  Updates
  Digital Media Library
  Technical
  Documentation

System Building
  System Building
  Guide
  System Component
  Information

Online Help
  Processor Support
  Forums
  Ask AMD Knowledge
  Base
  Warranty
  Information
  Technical Frequently
  Asked Questions
  General Frequently
  Asked Questions

Contact AMD

Resources for:
  Channel Partners
  Software Developers
  Software Partners
  Investors
  Flash Memory Users
  Job Seekers
  Press

## Sales Offices and Representatives - Europe, Middle East and Africa

**Please note:** All Representatives are listed in green, all Sales Offices in black

Belgium | Czech Republic | Finland | France | Germany | Ireland | Israel | Italy | Norway | Poland | Portugal | Russia | South Africa | Spain | Sweden | Turkey | United Kingdom

### Belgium

**ANTWERPEN**
Advanced Micro
Devices
Korte
Lozanastraat 20
2018 Antwerpen-
1, Belgium
Tel: +32-3-248-
43-00
Fax:+32-3-248-
46-42

### Czech Republic

**IGOR STANEK**
AMD Czech Office
Hybesova 42
Brno
602 00
Czech Republic
Tel:
+420543128283
Fax:+420 546 223
512

### Finland

**HELSINKI**
AMD (EMEA) Ltd.
Finland Branch
Jaakonkatu 2,
01620 Vantaa,
Finland
Tel: +358 9 8492

◀ Sales Support
**Individual PC Buyers**
  ☞ AMD Buyer's
    Guide
**World Wide Sales Offices**
  ☞ North America
  ☞ Europe
  ☞ Asia Pacific
  ☞ Latin America
**Distributors**
  ☞ North America -
    Processors
  ☞ North America -
    Other AMD
    Products
  ☞ Europe
  ☞ Asia Pacific
  ☞ Middle East &
    Africa
  • Latin America
**Representatives**
  ☞ North America
  • Europe, Middle
    East & Africa
  • Asia Pacific
  ☞ Latin America

800
Fax:+358 9 8492
8011


## France

**PARIS**
AMD France
Z.I. Orlytech
1, Allee Helene
Boucher
91550 Paray
Vieille Poste
Postal Address:
91781 WISSOUS
Cedex
France
Tel: +33 (0)1 49
75 10 10
Fax:+33 (0)1 49
75 10 13


## Germany

**MUNICH**
AMD GmbH
Karl-
Hammerschmidt-
Str. 34
85609 Dornach b.
Muenchen
Tel: +49-89-
450530
Fax:+49-89-
406490


## Ireland

**New England
Technical Sales**
The Diamond
Malahide, County
Dublin
Republic of Ireland
Tel: 353 1 8450
635
Fax:353 1 8453
625


## Israel

**Amtronics ltd.**
Derech Hashalom,
53
Givatayim, 53454
Tel: 972-3-
7331411

Fax:972-3-
5735070


## Italy

**MILAN**
Advanced Micro
Devices SpA
Via Novara, 570
20153 Milano,
Italy
Tel: +39-02-
381961
Fax:+39-02-
38103458


## Norway

**AmDATA A/S**
Bryggetorget 1
0250 Oslo
Norway
Tel: 47 23 11 55
90
Fax:47 23 11 55
51


## Poland

**AMD Polish
Representative
Office**
Grochowska
Street 341/32
03-838 Warsaw
Poland
Tel: Marketing &
PR: +48 (22) 698
72 61
Technical Support:
+48 (22) 698 85
46


## Portugal

**Industrial
Product
Representative**
EUROINGER S.L.
Pol, Ind Rio de
Janeiro c/Pelaya 4
28110 ALGETE
(Madrid)
Tel: +34 91
6280592
Fax:+34 91
6282469

### Russia

**MOSCOW**
Advanced Micro
Devices
Novinsky
boulevard, 31
123242 Moscow,
Russia
Tel: +7 095 726
55 05
Fax:+7 095 726
55 04

### South Africa

**AMD - Craig
Dawson**
1020 Paul Street
Moreleta
PRETORIA
Fax:+27 12
9973571

### Spain

**AMD Spanish
MARCOM
Representative**
Rosa Gómez-
Acebo
Velázquez 27,
Planta Baja-
Centro Izda.
28001 Madrid
Tel: +34 91 426
14 40
Fax:+34 91 547
44 20

**AMD Spanish
Channel
Marketing**
Ramón Abad
Tel: +34 629
146893

**Industrial
Product
Representative**
EUROINGER S.L.
Pol, Ind Rio de
Janeiro c/Pelaya
4
28110 ALGETE
(Madrid)
Tel: +34 91 628
05 92
Fax:+34 91
6282469

**Business
Development
Enterprise
Manager**
Alejandro Ruiz
Bueno
Tel: +34 659
344219

**Iberian Sales
Consultant**
Ramón Planet
Huesa
Tel: +34
660130802

### Sweden

**STOCKHOLM**
Advanced Micro
Devices AB
Box 20008

**REP-IT NORDIC
AB**
Adolfsbergsvaegen
31

Adolfsbergsvaegen 31
161 02 Bromma
Sweden
Tel: +46-8-562-540-00
Fax:+46-8-562-540-99

168 66 Bromma
Sweden
Tel: +46-8-562 540 10
Fax:+46-8-562 540 59

**Turkey**

**AMD Türkiye Ofisi**
Halay Sok. 12/1,
Suadiye-Istanbul
Tel: +90 216 3624624

**United Kingdom**

**FRIMLEY**
(European Service Center/Sales Office)
Advanced Micro Devices, (UK) Ltd
AMD House
Frimley Business Park
Camberley
Surrey, GU16 7SL, UK
Tel: +44-1276-803100
Fax:+44-1276-803227

Rate this page [+]

Contact AMD    Copyright 2005    Advanced Micro Devices, Inc.    Privacy    Trademark Information