UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION** | **MDL Docket No. 05-MD-1717-JJF**<br><br>**Judge Joseph J. Farnan, Jr.** |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Case No. 05-485-JJF |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

The undersigned counsel for the plaintiffs comprising the National Plaintiffs Group certifies, pursuant to Rule 7.1.1. of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, that counsel have made reasonable efforts to reach agreement with Plaintiffs' counsel with respect to the consolidated plaintiffs' complaint in the above matter but were unable to do so.

**DATED:**  May 2, 2006       BIGGS AND BATTAGLIA

                    /s/ Robert D. Goldberg
                    Robert D. Goldberg
                    921 North Orange Street
                    P.O. Box 1489
                    Wilmington, Delaware  19899
                    Telephone:  (302) 655-9677
                    Facsimile:  (302) 655-7924

        WOLF HALDENSTEIN ADLER
          FREEMAN & HERZ LLP
        Fred Taylor Isquith
        270 Madison Avenue
        New York, New York  10016
        Telephone:  (212) 545-4600
        Facsimile:   (212) 545-4653

        WOLF HALDENSTEIN ADLER
          FREEMAN & HERZ LLC
        Mary Jane Edelstein Fait
        Adam J. Levitt
        55 West Monroe Street, Suite 1111
        Chicago, Illinois  60603
        Telephone:  (312) 984-0000
        Facsimile:   (312) 984-0001

        WOLF HALDENSTEIN ADLER
          FREEMAN & HERZ LLP
        Francis M. Gregorek
        Betsy C. Manifold
        Francis A. Bottini, Jr.
        Rachele R. Rickert
        750 B Street, Suite 2770
        San Diego, California  92101
        Telephone:  (619) 239-4599
        Facsimile:   (619) 234-4599

        ***Counsel for National Plaintiffs Group***

Ann Lugbill
2406 Auburn Avenue
Cincinnati, Ohio  45219
Tel:  (513) 784-1280
Fax:  (513) 784-1449
***Counsel for Mary Reeder***

Brandon N. Voelker
28 West 5th Street
Covington, Kentucky  41011
Tel:  (859) 491-5551
Fax:  (859) 491-0187
***Counsel for Mary Reeder***

Gene Summerlin
OGBORN, SUMMERLIN
 & OGBORN, PC
210 Windsor Place
330 South Tenth Street

-3-

Lincoln, Nebraska  68508
Tel:  (402) 434-8040
Fax:  (402) 434-8044
***Counsel for JWRE, Inc., Chrystal Moeller, and Caresse Harms***

Robert J. Sharkey
VANDERVOORT, CHRIST
 & FISHER, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, Michigan  49017
Tel:  (269) 965-7000
Fax:  (269) 965-0646
*Counsel for Robert J. Rainwater*

Richard A. Lockridge
Robert K. Shelquist
LOCKRIDGE GRINDAL
 NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota  55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
*Counsel for Kathy Ann Chapman,*
*Nancy Bjork, Ron Terranova, and Carl Yamaguchi*

Noah Golden-Krasner
LAW OFFICES OF NOAH
 GOLDEN-KRASNER
354 West Main Street
Madison, Wisconsin  53703
Tel:  (608) 441-8924
Fax:  (608) 442-9494
*Counsel for Sonia Yaco*

Tim Semelroth
RICCOLO & SEMELROTH, PC
425 Second St. SE, Ste 1140
Cedar Rapids, Iowa  52401
Tel:  (319) 365-9200
Fax:  (319) 365-1114
*Counsel for Ryan James Volden*

Robert J. Rubin, PA
RUBIN & STROUT, PA
480 West Street
Rockport, Maine  04856
Tel:  (207) 236-8260
Fax:  (207) 236-4981
*Counsel for Melissa Goeke*

-5-

Charles F. Speer
Donnamarie Landsberg
SPEER LAW FIRM, PC
104 W. 9th Street, Suite 305
Kansas City, Missouri  64105
Tel: (816) 472-3560
Fax: (816) 421-2150
***Counsel for Jeff Vaught***

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, Vermont  05403
Tel: (802) 862-0030
Fax: (802) 862-0060
***Counsel for Ficor Acquisition Co., LLC,
dba Mills & Greer Sporting Goods***

Peter G. Gruber
PETER G. GRUBER, P.A.
One Datran Center, Suite 910
9100 South Dadeland Boulevard
Miami, Florida  33156
Tel: (305) 670-1010
Fax: (305) 670-0228
***Counsel for Maria Pilar Salgado***

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, Massachusetts  02109
Tel: (617) 369-7979
Fax: (617) 369-7980
***Counsel for Paula Nardella***

Richard J.R. Raleigh Jr.
WILMER & LEE, P.A.
100 Washington Street, Suite 200
Huntsville, Alabama  35801
Tel: (256) 533-0202
Fax: (256) 533-0302
***Counsel for Nancy Wolfe***

-6-

Jayne Goldstein
MAGER & GOLDSTEIN LLP
2825 University Drive, Suite 350
Coral Springs, Florida  33065
Tel:  (954) 341-0844
Fax:  (954) 341-0855
***Counsel for Leslie March, Virginia Deering,
and Giacobbe-Fritz Fine Art LLC***

Carol A. Mager
MAGER & GOLDSTEIN LLP
One Liberty Place, 21st Floor
Philadelphia, Pennsylvania  19103
Tel:  (215) 640-3280
Fax:  (215) 640-3281
***Counsel for Leslie March, Virginia Deering,
and Giacobbe-Fritz Fine Art LLC***

Van Bunch
BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, PC
57 Carriage Hill
Signal Mountain, Tennessee  37377
Tel:  (423) 886-9736
***Counsel for Tom Hobbs***

Barry C. Blackburn
THE BLACKBURN LAW FIRM, PLLC
6933 Crumpler Boulevard, Suite B
P.O. Box 70
Olive Branch, Mississippi
Tel:  (662) 895-6116
Fax:  (662) 895-6121
***Counsel for Bill Richards***

Greg McEwen
THE MCEWEN LAW FIRM, P.L.L.C.
5850 Blackshire Path
Inver Grove Heights, Minnesota  55076
Tel:  (651) 224-3833
Fax: (651) 223-5790
***Counsel for Ron Terranova***

-7-

Jerold T. Matayoshi
FUKUNAGA MATAYOSHI HERSHEY
  & CHING, LLP
Davies Pacific Center, Suite 1200
841 Bishop Street
Honolulu, Hawaii  96813
Tel:  (808) 533-4300
Fax:  (808) 531-7585
*Counsel for Carl Yamaguchi*

Patrick J. Murphy
MURPHY, SMALL & ASSOCIATES
1100 East Bridger Avenue
Las Vegas, Nevada  89101
Tel:  (702) 259-4600
Fax:  (702) 259-4748
*Counsel for Ron Terranova*

David Pastor
GILMAN AND PASTOR, L.L.P
60 State Street, 37th Floor
Boston, Massachusetts  02109
Tel:  (617) 742-9700
Fax:  (617) 742-9701

*Counsel for David Kurzman*