IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>        Defendants. | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**COMMENTS AND OBJECTIONS BY THIRD PARTY DISTRIBUTORS
ASI COMPUTER TECHNOLOGIES, INC., AVNET, INC., INGRAM MICRO INC.,
SYNNEX CORPORATION, AND TECH DATA CORPORATION
<u>TO THE PROPOSED PROTECTIVE ORDER</u>**

Third party distributors ASI Computer Technologies, Inc., Avnet, Inc., Ingram Micro Inc., Synnex Corporation, and Tech Data Corporation (collectively, "the Distributors") respectfully submit these comments and objections to the Proposed Protective Order.

## I.
## PRELIMINARY STATEMENTS

The Distributors occupy the "middle" position in the microprocessor market. They purchase microprocessors (and various computer products containing microprocessors) from manufacturers such as AMD and Intel, and then resell and distribute those products to retail stores, value-added resellers, and other customers. The Distributors are not parties to any of the different litigations and have no direct involvement or interest in them.

Each of the Distributors has received a Subpoena from AMD, and each has been informed that Intel and the class plaintiffs may be serving their own Subpoenas in the coming weeks. The Subpoenas that have already been issued demand the production of large quantities of proprietary and confidential documents, including but not limited to: the Distributors' respective contracts with vendors and customers; current and historical purchasing and pricing data; sales information; and marketing strategies. But for the Subpoenas, neither the parties to the litigations, nor members of the general public, would have access to the vast majority of any of these documents. Almost certainly, no Distributor would have access to any other Distributor's documents.

## II.
## COMMENTS AND OBJECTIONS TO PROPOSED PROTECTIVE ORDER

The Distributors are not only concerned with protecting the confidentiality of their documents, but also with minimizing the burden and expense of their compliance with these invasive and broad-sweeping Subpoenas. The Distributors' specific comments and objections to the Proposed Protective Order are detailed in a letter that the Distributors previously sent to each of the Parties' counsel. The letter also attached a black-lined version of the Distributors'

suggested changes to the Proposed Protective Order. The Distributors began the process of discussing their comments and objections with the Parties, but given the timetable, were not able to conclude the discussions or resolve the open issues before the deadline to file these Comments and Objections. The Distributors are willing to engage in further out-of-Court discussions if the Court believes that would be productive.

Rather than repeat all of their comments and objections in the text of this document, the Distributors have attached a copy of their letter and black-lined Proposed Protective Order, and respectfully request that the Court consider the comments and objections described in those attachments. *See* Exhibit A (May 16, 2006 Letter) and Exhibit B (Black-lined Proposed Protective Order), attached hereto. The Distributors would also request an opportunity to participate in any oral argument that the Court may entertain about the Proposed Protective Order.

Nothing in these Comments or Objections, or in the attached letter and black-lined document, are intended to waive any of the objections the Distributors have asserted to the Subpoenas.

DATED: May 19, 2006

> By: ___/s/ Elizabeth D. Power___
> Thomas G. Macauley (ID No. 3411)
> tmacauley@zuckerman.com
> Elizabeth D. Power (ID No. 4135)
> bpower@zuckerman.com
> ZUCKERMAN SPAEDER LLP
> 919 Market Street, Suite 990
> P.O. Box 1028
> Wilmington, Delaware 19899-1028
> Tel.: (302) 427-0400
> Fax: (302) 427-8242
> Attorneys for Third Parties Distributors
> AVNET, INC., and
> INGRAM MICRO INC.
>
> -and-

Jordan Green (AZ Bar No. 001860)
jgreen@fclaw.com
FENNEMORE CRAIG PC
3003 N. Central, Suite 2600
Phoenix, AZ 85012
Telephone: (602) 916-5426
Facsimile: (602) 916-5626
Attorneys for Third Party Distributor
AVNET, INC.

-and-

Jonathan P. Hersey (CA Bar No. 189240)
jhersey@sheppardmullin.com
Scott B. Lieberman (CA Bar No. 208764)
slieberman@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
Attorneys for Third Party Distributor
INGRAM MICRO INC.

-and-


By:   /s/ Jon A. Abramczyk
    Jon A. Abramczyk (ID No. 2432)
    jabramczyk@mnat.com
    Leslie A. Polizoti (ID No. 4299)
    lpolizoti@mnat.com
    MORRIS, NICHOLS, ARSHT & TUNNELL
    1201 North Market Street
    P.O. Box 1347
    Wilmington, Delaware 19899
    Tel.: (302) 658-9200
    Attorneys for Third Party Distributor
    SYNNEX CORPORATION

-and-

        Kenneth A. Gallo (D.C. Bar No. 371253)
        kgallo@paulweiss.com
        Craig Benson (D.C. Bar No. 473285)
        cbenson@paulweiss.com
        PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP
        1615 L Street, N.W., Suite 1300
        Washington, D.C. 20036-5694
        Telephone: (202) 223-7300
        Facsimile: (714) 223-7420
        Attorneys for Third Party Distributor
        SYNNEX CORPORATION

        -and-


By:   /s/ Michael P. Kelly
        Michael P. Kelly (ID No. 2295)
        mkelly@mccarter.com
        McCARTER & ENGLISH, LLP
        919 N. Market Street, Suite 1800
        Wilmington, Delaware 19801
        Tel.: (302) 984-6300
        Fax: (302) 984-6399
        Attorneys for Third Party Distributor
        ASI COMPUTER TECHNOLOGIES, INC.

        -and-

        Alison S. Hightower (CA Bar No. 112429)
        ahightower@nossaman.com
        NOSSAMAN, GUTHNER, KNOX &
        ELLIOTT, LLP
        50 California Street, 34th Floor
        San Francisco, CA 94111
        Telephone: (415) 398-3600
        Facsimile: (415) 398-2438
        Attorneys for Third Party Distributor
        ASI COMPUTER TECHNOLOGIES, INC.

        -and-

By:   /s/ Eric S. Adams
Eric S. Adams (FL Bar No. 0090476)
eadams@carltonfields.com
CARLTON FIELDS P.A.
Corporate Center Three at International Plaza
4211 West Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Attorneys for Third Party Distributor
TECH DATA CORPORATION