# JONES DAY

2727 NORTH HARWOOD STREET • DALLAS, TEXAS 75201-1515
TELEPHONE: 214-220-3939 • FACSIMILE: 214-969-5100

Direct Number: (214) 969-2963
dtconrad@jonesday.com

JP668299:mmb

May 19, 2006

<u>VIA E-MAIL AND FEDERAL EXPRESS</u>

Ron Eberhard
Clerk of U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Lockbox 18
Wilmington, DE 19801

      Re: *Advanced Micro Devices, Inc., et al. v. Intel Corp., et al.* (C.A. No. 05-441-JJF)
           *In re Intel Corp. Microprocessor Antitrust Litigation* (MDL No. 1717-JJF)
           <u>*Paul v. Intel Corp.* C.A. No. 05-485-JJF)</u>

Dear Mr. Eberhard:

    Enclosed for filing in the above matter please find non-party Dell Inc.'s ("Dell's") Objections and Comments on the Proposed Protective Order in the above-referenced matter. As a non-party to the above matter, Dell files these comments and objections pursuant to the Stipulation and Order regarding the Protective Order approval process, signed by Judge Farnan on May 11, 2006.

    We will also transmit paper copies of this letter and the originally executed copy of Dell's objections. If you have any questions regarding these matters, please do not hesitate to contact me.

                                    Very truly yours,

                                    Daniel T. Conrad

Enclosure