IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| Plaintiffs, | : Civil Action No. 05-485-JJF |
| v. | : CONSOLIDATED ACTION |
| INTEL CORPORATION, | : |
| Defendant. | : |

O R D E R

At Wilmington, this 22nd day of May, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Plaintiff Cory Wiles's Motion To Remand (Civ. Action No. 05-914, D.I. 23) is **DENIED**;

2. Plaintiff Marvin D. Chance's Motion To Remand (Civ. Action No. 06-265, D.I. 33) is **DENIED**.

*[signature]*
UNITED STATES DISTRICT JUDGE