IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself<br>And all others similarly situated,<br>　　　　　Plaintiffs<br>　　v.<br>INTEL CORPORATION,<br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## LOCAL RULE 7.1.1 STATEMENT

The undersigned hereby certifies that interim class counsel ("Class Counsel") have made a reasonable effort to reach an agreement with the Wolf Haldenstein Group, a/k/a National Plaintiffs' Group ("WH Group") regarding its Motion for Leave to File Its Consolidated Complaint. On May 11, in an effort to resolve their differences with the WH Group and pursuant to the Court's May 4 request, Class Counsel participated in a teleconference with representatives from the WH Group. Class Counsel and the WH Group also have exchanged subsequent communications. Neither the teleconference nor the other communications have led to a resolution of the differences between Class Counsel and the WH Group.

By: _____
Allyson B. Baker