**Levitt, Adam**

| | |
|---|---|
| **From:** | Isquith, Fred |
| **Sent:** | Friday, April 28, 2006 9:50 AM |
| **To:** | 'Steve Berman' |
| **Cc:** | Dan Small; Michael Lehmann; Hausfeld, Michael; Guido Saveri; Tony Shapiro; Rick Meza; Levitt, Adam |
| **Subject:** | RE: WHAFHCH-#9397-v3-Intel_--_proposed_revisions_to_Consolidated_Complaint_--_042606.DOC |

```
Steve:

I think we made it clear, that if our clients' claims were fully protected they would be
pleased to be included. We suggested editorial suggestions which, we believe, accomplish
that goal. Your e-mail does not address those suggestions. Our clients do not intend to
drop their cases or their claim and neither you nor any of the interim class counsel are
authorized to do so.  Nor do our clients intend to have the classes they alleged be
unrepresented.  If they and their claims are not included in the complaint that interim
class counsel are going to file, then we will ask the Court for permission to file a
complaint which does preserve those claims. I hope that application will not be
necessary....FTI

-----Original Message-----
From: Steve Berman [mailto:Steve@hbsslaw.com]
Sent: Friday, April 28, 2006 10:31 AM
To: Isquith, Fred
Cc: Dan Small; Michael Lehmann; Hausfeld, Michael; Guido Saveri; Tony Shapiro; Rick Meza
Subject: FW: WHAFHCH-#9397-v3-Intel_--_proposed_revisions_to_Consolidated_Complaint_--_
042606.DOC

 our complaint is due in a few hours and you never really answered our questions regarding
if you wanted to list your clients on the complaint. We received your editorial
suggestions which we reviewed but no answer to the question we asked and which Guido asked
last week , Having received no direction to do so they will not be


Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle WA 98101
206-224-9320
```