Michael P. Kelly
Managing Partner
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

June 7, 2006



McCARTER & ENGLISH
ATTORNEYS AT LAW

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 N. Market Street
Wilmington, DE  9801-4226

Re: Advanced Micro Devices, Inc., et al. v. Intel Corporation (C.A. No. 05-441-JJF);
    In Re Intel Corporation (MDL No. 05-1717-JJF);
    Phil Paul v. Intel Corporation (C.A. No. 05-485-JJF)

Dear Judge Poppiti:

Alison S. Hightower, Esq. and I represent ASI Computer Technologies, Inc., ("ASI"), which is not a party in the above-referenced litigation.

Counsel for other non-party distributors and I plan to appear before Your Honor next Monday, June 12, 2006 at 10:00 a.m., to address our objections to the Protective Order proposed by the parties to litigation.

I write to respectfully request that out-of-state counsel be permitted to participate by telephone. I would be happy to arrange for a call-in number if that is necessary.

I thank Your Honor in advance for his consideration.

Respectfully submitted,


/s/ Michael P. Kelly
Bar I.D. 2295

MPK/mrh

cc: Frederick L. Cottrell, III, Esq.
    Richard L. Horwitz, Esq.
    James L. Holzman, Esq.
    Jonathan P. Hersey, Esq.
    Kenneth A. Gallo, Esq.
    Jordan Green, Esq.

The Honorable Vincent J. Poppiti
June 7, 2006
Page 2



Alison S. Hightower, Esq.
Eric S. Adams, Esq.
Daniel S. Floyd, Esq.
Charles B. Diamond, Esq.
Michael P. Lehmann, Esq.
Steve W. Berman, Esq.
Darren B. Bernhard, Esq.
Guido Saveri, Esq.
Michael D. Hausfeld, Esq.
Michael McShane, Esq.