

Phone:      *(302) 425-6410*

Fax:        *(302) 428-5132*

Email:      *Poppiti@BlankRome.com*

June 8, 2006

**BY E-MAIL AND BY HAND**

Frederick L. Cottrell, III, Esquire         James L. Holzman, Esquire
Richards Layton & Finger                     Prickett Jones & Elliott, P.A.
One Rodney Square                            1310 King Street
920 N. King Street                           P.O. Box 1328
Wilmington, DE  19801                        Wilmington, DE  19899

Richard Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

> **Re:  *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.* C.A. No. 05-441-JJF, *In re Intel Corporation, C.A. No. 05-MD-1717-JJF*, and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF**

Dear Counsel:

In preparing for the hearing set for June 12, 2006 to discuss the Protective Order, I have learned that Hewlett Packard, which has filed Objections to the proposed Protective Order, is presently represented by my Firm in several cases pending in the Delaware and Massachusetts Bankruptcy Courts.

In this regard, please be advised that I have not had, nor will I have any involvement with these matters.  Further, to the best of my knowledge, the various bankruptcy cases are not related in any way to the Intel litigation.

Nonetheless, I have taken steps to establish a screening procedure to ensure that, through an "ethical wall," no information that may come into my possession in my capacity as Special Master will be shared with or otherwise made available to those involved in the bankruptcy



**BLANK ROME** LLP
COUNSELORS AT LAW

Frederick L. Cottrell, III, Esquire
Richard Horwitz, Esquire
James L. Holzman, Esquire
June 8, 2006
Page 2

cases, and that I will not receive or have access to any information which may come into the possession of members of my Firm in connection with the bankruptcy cases.

I also, respectfully assert that I am satisfied I will be able to discharge the responsibility of Special Master in a fair and impartial manner, and that I do not believe that my ability to do so might reasonably be questioned in light of the above information. I do not anticipate that any action by your respective clients is necessary.

By copy of this correspondence to the Honorable Joseph J. Farnan, I am confirming a conversation I have had with Judge Farnan, regarding same.

Yours very truly,

Vincent J. Poppiti

VJP:ai

cc:    The Honorable Joseph J. Farnan, Jr. – by hand

062038.00616/40162615v.1