IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR LITIGATION | MDL Docket No. 05-1717-JJF |

This Pleading Pertains to:

| | |
|---|---|
| PHIL PAUL, on behalf of himself and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>              Defendant. | Case No. 05-485-JJF |

**DECLARATION OF ADAM J. LEVITT IN SUPPORT
OF THE NATIONAL PLAINTIFFS GROUP'S REPLY
IN FURTHER SUPPORT OF THEIR MOTION FOR
LEAVE TO FILE THEIR CONSOLIDATED COMPLAINT**

ADAM J. LEVITT declares and states as follows:

1. I am a partner in the law firm of Wolf Haldenstein Adler Freeman & Herz ("Wolf Haldenstein" or the "Firm"), counsel for the plaintiffs comprising the National Plaintiffs Group. I make this declaration in support of The National Plaintiffs Group's Reply in Further Support of Their Motion for Leave to File Their Consolidated Complaint (the "Reply Memorandum").

2. Attached hereto as Exhibit A is a true and correct copy of Wolf Haldenstein's May 8, 2006 letter to the attorneys comprising the Court-appointed Interim Class Counsel group in this case, discussing the National Plaintiffs Group's availability for a meet and confer teleconference, per the Court's May 4, 2006 directive, as soon as practicable.

3. Attached hereto as Exhibit B is a true and correct copy of Wolf Haldenstein's May 12, 2006 letter to the attorneys comprising the Court-appointed Interim Class Counsel group in this case, cataloging their concerns with Interim Class Counsel's consolidated complaint, again attaching proposed revisions to Interim Class Counsel's consolidated complaint, and suggesting additional revisions to the consolidated complaint which, if adopted as alternative claims, would have substantially cured the National Plaintiffs Group's concerns relating thereto.

4. Attached hereto as Exhibit C is a true and correct copy of a draft of Interim Class Counsel's new amended complaint that Interim Class Counsel sent to Wolf Haldenstein after business hours on May 19, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of Wolf Haldenstein's May 22, 2006 letter to the attorneys comprising the Court-appointed Interim Class Counsel group in this case, advising Interim Class Counsel them that their proposed new amended complaint neither addressed the National Plaintiffs Group's concerns nor cured the deficiencies that led to the National Plaintiffs Group's initial criticisms thereof and proposed revisions thereto.

6. Attached hereto as Exhibit E is a true and correct copy of the draft of Interim Class Counsel's consolidated complaint, that Interim Class Counsel sent to Wolf Haldenstein on April 26, 2006.

7. Attached hereto as Exhibit F is a true and correct copy of Interim Class Counsel's April 28, 2006 email message to Fred T. Isquith, one of the counsel representing the National Plaintiffs Group, advising Mr. Isquith of Interim Class Counsel's decision to exclude the National Plaintiffs Group's plaintiffs, proposed alternative classes, and claims from their

consolidated complaint and Mr. Isquith's response email of even date advising Interim Class Counsel that they were not authorized to do so.

8. I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States of America.

Executed at Chicago, Illinois, this 5th day of June, 2006.

_____
Adam J. Levitt

9595

## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on June 8, 2006, I caused a copy of the attached **DECLARATION OF ADAM J. LEVITT IN SUPPORT OF THE NATIONAL PLAINTIFFS GROUP'S REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR LEAVE TO FILE THEIR CONSOLIDATED COMPLAINT** to be served on the following in the manner indicated:

### VIA ELECTRONIC FILING

Eric M. Andersen
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
Email: emandersen@prickett.com

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
Email: jlholzman@prickett.com

Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Email: mhausfeld@cmht.com

David Mark Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Email: david.balabanian@bingham.com

Jef Feibelman
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
Email: jfeibelman@bpjlaw.com

Jerry W. Laughlin
Rogers Laughlin Nunnally Hood & Crum
100 South Main St.
Greeneville, TN 37743
Email: jlaughlin2@earthlink.net

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Email: joy.fuyuno@bingham.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
Email: rhorwitz@potteranderson.com

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: zacharynaylor@chimicles.com

James Gordon McMillan, III
Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
Email: jmcmillan@bmf-law.com

Daniel Hume
MDL RELATED NOTICING
Email: dhume@kmslaw.com

Jeffrey F. Keller
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Email: jfkeller@kellergrover.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Email: steve@hbsslaw.com

Garrett D. Blanchfield, Jr.
Richard Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
Email: g.blanchfield@rwblawfirm.com

Michele C. Jackson
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111
Email: mjackson@lchb.com

Michael P. Lehmann
Furth Firm LLP
225 Bush St., 15th Floor
San Francisco, CA 94104
Email: mlehmann@furth.com

R. Alexander Saveri
Saveri & Saveri Inc.
111 Pine St., Suite 1700
San Francisco, CA 94111
Email: rick@saveri.com

Bruce J. Wecker
Hosie & McArthur
1 Market St.
Spear Street Tower
Suite 2200
San Francisco, CA 94105
Email: bwecker@hosielaw.com

Scott Ames
Serratore & Ames
9595 Wilshire Blvd., Suite 201
Los Angeles, CA 90212
Email: scott@serratoreames.com

Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St., 22nd Floor
Architects Building
Philadelphia, PA 19103
Email: dallanoff@mcgslaw.com

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Email: ccorbitt@zelle.com

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Email: foslaw@pacbell.net

Ali Oromchian
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Email: ao@ftllaw.com

Douglas G. Thompson, Jr.
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007
Email: dgt@ftllaw.com

Donald L. Perelman
Fine Kaplan & Black RPC
1835 Market St., 28th Floor
Philadelphia, PA 19103
Email: dperelman@finekaplan.com

Russell M. Aoki
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike St., Suite 1525
Seattle, WA 98101
Email: russ@aoki-sakamoto.com

Edward A. Wallace
The Wexler Firm LLP
One North LaSalle St.
Suite 2000
Chicago, IL 60602
Email: eawallace@wexlerfirm.com

Juden Justice Reed
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
Email: jreed@schubert-reed.com

Joseph M. Patane
Law Office of Joseph M. Patane
2280 Untion St.
San Francisco, CA 94123
Email: jpatane@tatp.com

Maria Nunzio Alioto
Trump Alioto Trump & Prescott LLP
2280 Union St.
San Francisco, CA 94123
Email: malioto@tatp.com

Nancy Fineman
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
Email: nfineman@cpsmlaw.com

Chidi Amamgbo
Amambgo & Associates APC
1940 Embarcadero Cove
Oakland, CA 94606
Email: ndudia2003@yahoo.com

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804
Email: REGGIET2@aol.com

David Boies, III
Straus & Boies LLP
4041 University Dr., 5th Floor
Fairfax, VA 22030
Email: dboies@straus-boies.com

Donald F. Drummond
Drummond & Associates
One California St., Suite 300
San Francisco, CA 94111
Email: ballen@drummondlaw.net

Gordon Ball
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902
Email: gball@ballandscott.com

B.J. Wade
Glassman Edwards Wade & Wyatt P.C.
26 N. Second St.
Memphis, TN 38103
Email: bwade@gewwlaw.com

Lance A. Harke
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, FL 33130
Email: lharke@harkeclasby.com

Michael L. Kirby
Kirby Noonan Lance and Hoge
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Email: mkirby@knlh.com

Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Email: aturan@furth.com

Scott E. Chambers
Schmittinger & Rodriguez, P.A.
414 S State St.
Dover, DE 19903

Steven A. Asher
asher@wka-law.com

J. Clayton Athey
jcathey@prickett.com

Allyson B. Baker
abaker@cmht.com

Natalie Bennett
nfinkelman@classactioncounsel.com

Darren B. Bernhard
bernhardd@howrey.com

Email: schambers@schmittrod.com

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
Email: jgoddess@rmgglaw.com

Pamela S. Tikellis
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: pamelatikellis@chimicles.com

Robert J. Kriner, Jr.
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: robertkriner@chimicles.com

R. Bruce McNew
Taylor & McNew LLP
2710 Centerville Road, Suite 210
Wilmington, DE 19808
Email: mcnew@taylormcnew.com

Francis A. Bottini, Jr
bottini@whafh.com

Jade Butman
jbutman@kellergrover.com

William G. Caldes
bcaldes@srk-law.com

Daniel T. Conrad
dtconrad@jonesday.com

Robert E. Cooper
rcooper@gibsondunn.com

Jeffrey J. Corrigan
jcorrigan@srk-law.com

Robert Ray Davis
robertdavis@chimicles.com

Thomas P. Dove
tdove@furth.com

Vincent J. Esades
vesades@heinsmills.com

Daniel S. Floyd
dfloyd@gibsondunn.com

Dominick T. Gattuso
dgattuso@BMF-LAW.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Jason S. Hartley
jhartley@rdblaw.com

Brian D. Henri
bdh@i.frys.com

Christopher B. Hockett
chris.hockett@bingham.com

J. Christopher Jackson
JCJackson@KilpatrickStockton.com

Steven A. Kanner
skanner@muchshelist.com

Keith S. Kaplan
kkaplan@cravath.com

Jason S. Kilene
jkilene@gustafsongluek.com

Robert S. Kitchenoff
kitchenoff@wka-law.com

Jeffrey L. Kodroff
jkodroff@srk-law.com

Muria J. Kruger
mkruger@heinsmills.com

James R. Malone, Jr.
JamesMalone@Chimicles.com

Peter C. McMahon
peter@mcmahonserepca.com

Douglas A. Millen
dmillen@muchshelist.com

Robert Mills
deepbluesky341@hotmail.com

Marguerite E. O'Brien
mobrien@heinsmills.com

Kelly K Pierce
kkpierce@rkmc.com

Randy R. Renick
rrr@renicklaw.com

Richard A. Ripley
richard.ripley@bingham.com

Kellie Safar
ksafar@labaton.com

Hollis L. Salzman
hsalzman@labaton.com

Daniel A. Small
dsmall@cmht.com

Eugene A. Spector
espector@srk-law.com

Allan Steyer
asteyer@steyerlaw.com

**BY FIRST CLASS MAIL**

| | |
|---|---|
| Harvey W. Gurland<br>Duane Morris<br>200 S. Biscayne Blvd.<br>Suite 3400<br>Miami, FL 33131 | Michael J. Beck<br>Clerk, MDL Judicial Panel<br>One Columbus Circle, N.E.<br>Room G-255, Federal Judiciary Bldg<br>Washington, DC 20002-8004 |

       /s/ Robert D. Goldberg
       Robert D. Goldberg (I.D. #631)