## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT*
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊◦
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT◦
BRETT D. NUSSBAUM
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR◦
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS◦
THOMAS H. BURT

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS

OF COUNSEL

ALAN McDOWELL□
NANCY S. PITKOFSKY◦
MICHAEL C. MULÉ◦
RACHELE R. RICKERT▽
JASON B. ATLAS
JILL H. BLUMBERG◦
SCOTT J. FARRELL◦
KATE M. McGUIRE
GUSTAVO BRUCKNER◦
RONNIE BRONSTEIN
LAUREN P. WISHNIA◦
STACEY T. KELLY◦
PAULETTE S. FOX◦
JOHN T. HENDERSON
MICHAEL J. MISKE
JOSHUA BERENGARTEN
INGRID C. MANEVITZ◦
MATTHEW M. GUINEY
RUDOLPH F. LEHRER
MATTHEW P. KLEIN
AYA BOUCHEDID
JULIE CORBO▽
GEORGE PETERS
RENEE I. WANKOFF
IONA M. EVANS
ALEXANDRA R. SILVERBERG
BRYANT A. ROMAN◦

ALSO ADMITTED
*FL, †CA, ◦NJ, ♦IL, ◊PA
ONLY ADMITTED
▽CA, ‡IL, □VA

DIRECT DIAL (212) 545-4690
FACSIMILE (212) 545-4653
isquith@whafh.com

May 8, 2006

*VIA FACSIMILE*

Michael P. Lehmann, Esq.
The Furth Firm LLP
225 Bush Street, Fifteenth Floor
San Francisco, California 94104

Michael Hausfeld, Esq.
Cohen Milstein Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, DC 20005

Guido Saveri, Esq.
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, California 94111

Anthony D. Shapiro, Esq.
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101

Re:   *In re Intel Corporation Microprocessor Antitrust Litigation*
      MDL Docket No. 05-MD-1717 JJF
      Civil Action No.: 1:05-CV-00485 JJF (D. Del.)

Dear Counsel:

During the May 4, 2006 hearing in the above-captioned action, Judge Farnan ordered the National Plaintiffs Group and Interim Class Counsel to meet and confer within seven days of that hearing to determine whether they would be able to resolve their differences with respect to the now-competing proposed Consolidated Complaints either filed or seeking to be filed in these

May 8, 2006    WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Page 2 of 2

cases. As my partner, Adam Levitt, advised Mike immediately following the May 4, 2006 hearing, both Adam and I are available to discuss this situation at a mutually convenient time. As Mike confirmed that your group would be calling us, we await your call.

Very truly yours,

Fred Taylor Isquith

FTI/dmk/438568