UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL PAUL, on behalf of himself and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. 05-485-JJF |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam J. Levitt to represent The National Plaintiffs Group.

**BIGGS AND BATTAGLIA**

By: /s/ Robert D. Goldberg
　　　Robert D. Goldberg (ID # 631)
　　　Biggs and Battaglia
　　　921 North Orange Street
　　　P.O. Box 1489
　　　Wilmington, DE 19899
　　　(302) 655-9677
DATED: 6/8/2006　　　Attorney for The National Plaintiffs Group


IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Adam J. Levitt is granted.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: June 8, 2006

_____
Adam J. Levitt

# CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on June 8, 2006, I caused a copy of the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** to be served on the following in the manner indicated:

## VIA ELECTRONIC FILING

Eric M. Andersen
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
Email: emandersen@prickett.com

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
Email: jlholzman@prickett.com

Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Email: mhausfeld@cmht.com

David Mark Balabanian
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Email: david.balabanian@bingham.com

Jef Feibelman
Burch Porter & Johnson
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
Email: jfeibelman@bpjlaw.com

Jerry W. Laughlin
Rogers Laughlin Nunnally Hood & Crum
100 South Main St.
Greeneville, TN 37743
Email: jlaughlin2@earthlink.net

Joy K. Fuyuno
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Email: joy.fuyuno@bingham.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
Email: rhorwitz@potteranderson.com

A. Zachary Naylor
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: zacharynaylor@chimicles.com

James Gordon McMillan, III
Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
Email: jmcmillan@bmf-law.com

Daniel Hume
MDL RELATED NOTICING
Email: dhume@kmslaw.com

Jeffrey F. Keller
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Email: jfkeller@kellergrover.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Email: steve@hbsslaw.com

Garrett D. Blanchfield, Jr.
Richard Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota St.
St. Paul, MN 55101
Email: g.blanchfield@rwblawfirm.com

Michele C. Jackson
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery St., 30th Floor
San Francisco, CA 94111
Email: mjackson@lchb.com

Michael P. Lehmann
Furth Firm LLP
225 Bush St., 15th Floor
San Francisco, CA 94104
Email: mlehmann@furth.com

R. Alexander Saveri
Saveri & Saveri Inc.
111 Pine St., Suite 1700
San Francisco, CA 94111
Email: rick@saveri.com

Bruce J. Wecker
Hosie & McArthur
1 Market St.
Spear Street Tower
Suite 2200
San Francisco, CA 94105
Email: bwecker@hosielaw.com

Scott Ames
Serratore & Ames
9595 Wilshire Blvd., Suite 201
Los Angeles, CA 90212
Email: scott@serratoreames.com

Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St., 22nd Floor
Architects Building
Philadelphia, PA 19103
Email: dallanoff@mcgslaw.com

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Email: ccorbitt@zelle.com

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Email: foslaw@pacbell.net

Ali Oromchian
Finkelstein Thompson & Loughran
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Email: ao@ftllaw.com

Douglas G. Thompson, Jr.
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007
Email: dgt@ftllaw.com

Donald L. Perelman
Fine Kaplan & Black RPC
1835 Market St., 28th Floor
Philadelphia, PA 19103
Email: dperelman@finekaplan.com

Russell M. Aoki
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike St., Suite 1525
Seattle, WA 98101
Email: russ@aoki-sakamoto.com

Edward A. Wallace
The Wexler Firm LLP
One North LaSalle St.
Suite 2000
Chicago, IL 60602
Email: eawallace@wexlerfirm.com

Juden Justice Reed
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
Email: jreed@schubert-reed.com

Joseph M. Patane
Law Office of Joseph M. Patane
2280 Untion St.
San Francisco, CA 94123
Email: jpatane@tatp.com

Maria Nunzio Alioto
Trump Alioto Trump & Prescott LLP
2280 Union St.
San Francisco, CA 94123
Email: malioto@tatp.com

Nancy Fineman
Cotchett Pitre Simon & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
Email: nfineman@cpsmlaw.com

Chidi Amamgbo
Amambgo & Associates APC
1940 Embarcadero Cove
Oakland, CA 94606
Email: ndudia2003@yahoo.com

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804
Email: REGGIET2@aol.com

David Boies, III
Straus & Boies LLP
4041 University Dr., 5th Floor
Fairfax, VA 22030
Email: dboies@straus-boies.com

Donald F. Drummond
Drummond & Associates
One California St., Suite 300
San Francisco, CA 94111
Email: ballen@drummondlaw.net

Gordon Ball
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902
Email: gball@ballandscott.com

B.J. Wade
Glassman Edwards Wade & Wyatt P.C.
26 N. Second St.
Memphis, TN 38103
Email: bwade@gewwlaw.com

Lance A. Harke
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, FL 33130
Email: lharke@harkeclasby.com

Michael L. Kirby
Kirby Noonan Lance and Hoge
600 West Broadway, Suite 1100
San Diego, CA 92101-3302
Email: mkirby@knlh.com

Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Email: aturan@furth.com

Scott E. Chambers
Schmittinger & Rodriguez, P.A.
414 S State St.
Dover, DE 19903
Email: schambers@schmittrod.com

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
Email: jgoddess@rmgglaw.com

Steven A. Asher
asher@wka-law.com

J. Clayton Athey
jcathey@prickett.com

Allyson B. Baker
abaker@cmht.com

Natalie Bennett
nfinkelman@classactioncounsel.com

Darren B. Bernhard
bernhardd@howrey.com

Francis A. Bottini, Jr
bottini@whafh.com

Jade Butman
jbutman@kellergrover.com

Pamela S. Tikellis
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: pamelatikellis@chimicles.com

Robert J. Kriner, Jr.
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: robertkriner@chimicles.com

R. Bruce McNew
Taylor & McNew LLP
2710 Centerville Road, Suite 210
Wilmington, DE 19808
Email: mcnew@taylormcnew.com

William G. Caldes
bcaldes@srk-law.com

Daniel T. Conrad
dtconrad@jonesday.com

Robert E. Cooper
rcooper@gibsondunn.com

Jeffrey J. Corrigan
jcorrigan@srk-law.com

Robert Ray Davis
robertdavis@chimicles.com

Thomas P. Dove
tdove@furth.com

Vincent J. Esades
vesades@heinsmills.com

Daniel S. Floyd
dfloyd@gibsondunn.com

Dominick T. Gattuso
dgattuso@BMF-LAW.com

Daniel E. Gustafson
dgustafson@gustafsongluek.com

Jason S. Hartley
jhartley@rdblaw.com

Brian D. Henri
bdh@i.frys.com

Christopher B. Hockett
chris.hockett@bingham.com

J. Christopher Jackson
JCJackson@KilpatrickStockton.com

Steven A. Kanner
skanner@muchshelist.com

Keith S. Kaplan
kkaplan@cravath.com

Jason S. Kilene
jkilene@gustafsongluek.com

Robert S. Kitchenoff
kitchenoff@wka-law.com

Jeffrey L. Kodroff
jkodroff@srk-law.com

Muria J. Kruger
mkruger@heinsmills.com

James R. Malone, Jr.
JamesMalone@Chimicles.com

Peter C. McMahon
peter@mcmahonserepca.com

Douglas A. Millen
dmillen@muchshelist.com

Robert Mills
deepbluesky341@hotmail.com

Marguerite E. O'Brien
mobrien@heinsmills.com

Kelly K Pierce
kkpierce@rkmc.com

Randy R. Renick
rrr@renicklaw.com

Richard A. Ripley
richard.ripley@bingham.com

Kellie Safar
ksafar@labaton.com

Hollis L. Salzman
hsalzman@labaton.com

Daniel A. Small
dsmall@cmht.com

Eugene A. Spector
espector@srk-law.com

Allan Steyer
asteyer@steyerlaw.com

**BY FIRST CLASS MAIL**

Harvey W. Gurland  
Duane Morris  
200 S. Biscayne Blvd.  
Suite 3400  
Miami, FL 33131

Michael J. Beck  
Clerk, MDL Judicial Panel  
One Columbus Circle, N.E.  
Room G-255, Federal Judiciary Bldg  
Washington, DC 20002-8004

/s/ Robert D. Goldberg
_____
Robert D. Goldberg (I.D. #631)