## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 05-MD-1717 (JJF) |

|  |  |  |
|---|---|---|
| PHIL PAUL on behalf of himself and all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CA No. 1:05-cv-00485 (consolidated) |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

TO:    Clerk of the Court
       District Court of Delaware
       800 N. King Street
       Wilmington, DE 19801


**PLEASE ENTER** the appearance of A. Zachary Naylor, Esquire, as attorney in *Genese*

*et al v. Intel corporation,* C.A. No. 1:05-cv-00556, consolidated herewith for the Plaintiffs Angel

Genese, Gideon Elliot, and Nir Goldman.


A. Zachary Naylor (#4439)
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19899

DATED:    6/14/06