CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 14th day of June, 2006, I caused copies of the foregoing Notice of Withdraw and Notice of Appearance to be served on defendants' counsel by in the manner indicated below.

### BY CM/ECF

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza
6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

Robert D. Goldberg
Biggs and Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

### BY ELECTRONIC MAIL

Robert R. Davis
2044 Sablewood Drive
Charlotte, North Carolina 28205
*RobertDavis11@hotmail.com*

### BY U.S. MAIL

Darren B. Bernhard
Howrey LLP
1299 Pennsylvannia Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

A. Zachary Naylor (#4439)