| Defendant's Class-wide Damage Estimate | Plaintiff's Class-wide Damage Estimate | Source | Disputed or Undisputed |
|---|---|---|---|
| 1. Computers sold in Kansas during class period (930,768) | 1. Computers sold in Kansas during class period (930,768) | U.S. Census (Wells Aff. paragraphs 3-4) | Undisputed |
| 2. 80% Intel microprocessor share of computer market during class period (744,614) | 2. 80% Intel microprocessor share of computer market during class period (744,614) | Allegation from Plaintiff's Petition, paragraph 16. (Wells Aff. paragraph 5) | Undisputed |
| 3. 5.62% of total population of Kansas in 18 counties (41,847) | 3. 5.52% of total population of Kansas in 18 counties | U.S. Census Compare (Wells Aff. paragraph 6-7) versus (Sharp Aff. paragraph 4) | *Disputed*. Defendant committed a mathematical error. |
| 4. Omitted—Assumes that Southwest Kansas counties purchase computers in same proportion as Kansas average | 4. 18 Southwest Counties purchase computers at a much lower rate than the Kansas average because of the disproportionate percentage of lower income, Hispanic, uneducated, and older population in those rural areas | U.S. Census (Sharp Aff. Paragraphs 4-8) (the statewide average of 37.9% households purchasing computers is only 17.1% for the uneducated and 29.6% for Hispanics, Ex. B, and the population in Southwest Kansas is 40% Hispanic compared to 7% statewide; 33% uneducated v. 14% statewide, Ex. A) | *Disputed* (Defendant claims it is not that significant—but does not dispute the Census statistics) |

| | | | |
|---|---|---|---|
| 5. Full consideration damages under K.S.A. 50-115 | 5. Full consideration damages under K.S.A. 50-115 | 5. Allegations from Plaintiffs Petition, Prayer for Relief, paragraph 3 | 5. Undisputed |
| a. Defendants spin is that this means price paid for the entire incorporated product | a. False. Only can recover the price fixed or overpriced component Intel responsible for. | a. NONE. Defendants rewrite Plaintiff's Petition or assert an unsubstantiated conclusion. Compare (Wells Aff. paragraph 10, first sentence) with (Sharp Aff. Paragraph 9) | a. *Disputed*. No Kansas case has ever permitted what Defendant makes up, and Plaintiff's Counsel has never alleged that in any Kansas antitrust case, including this one. |
| b. Average price of computers | b. Irrelevant | b. Nex Tag – comparison shopping website (Wells Aff. paragraph 11) | b. *Disputed* (the case is about abuse of the microprocessor market, not computer market) |
| c. Average price of Intel Microprocessors (Never Mentioned) | c. This is what the case is about, and Intel proved nothing about its value | NONE. No proof submitted by anyone | Whoever has the burden of proof failed. |