IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL DOCKET NO. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-485-JJF |
| INTEL CORPORATION, | : |
| Defendant. | : |

### O R D E R

At Wilmington, this 26th day of June, 2006, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Plaintiff Chance's Motion To Reconsider (D.I. 125) is **DENIED**.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE