**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTEL CORP. MICROPROCESSOR | ) | MDL Docket No.  05-1717 (JJF) |
| ANTITRUST LITIGATION | ) | |
| | ) | |

| | | |
|---|---|---|
| PHIL PAUL, on behalf of himself | ) | |
| and all others similarly situated, | ) | C.A. No. 05-485-JJF |
| | ) | |
| Plaintiffs, | ) | CONSOLIDATED ACTION |
| | ) | |
| v. | ) | |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Intel Corporation and Intel Kabushiki Kaisha, hereby

certifies that true and correct copies of Defendant Intel Corporation's Response to Plaintiffs'

First Request For Production of Documents were caused to be served on June 30, 2006 on

the following attorneys of record at the addresses as indicated below.

**VIA HAND DELIVERY**

Jesse A. Finkelstein             James L. Holzman
Frederick L. Cottrell, III        J. Clayton Athey
Chad M. Shandler               Eric M. Andersen
Steven J. Fineman              Prickett, Jones & Elliott, P.A.
Richards, Layton & Finger      1310 King Street
One Rodney Square            P.O. Box 1328
920 North King Street          Wilmington, DE 19899
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
cdiamond@omm.com
lsmith@omm.com

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
msamuels@omm.com


Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com
abaker@cmht.com


Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
mplehmann@furth.com
tdove@furth.com
aturan@furth.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

David M. Balabanian
Christopher B. Hockett
Nora C. Cregan
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA, 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
Gregory F. Wells
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

Dated: June 30, 2006

739382

By:  _/s/ W. Harding Drane, Jr._
      Richard L. Horwitz (#2246)
      W. Harding Drane, Jr. (#1023)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      wdrane@potteranderson.com

*Attorneys for Defendants*
*Intel Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, W. Harding Drane, hereby certify that on June 30, 2006, the attached document

was hand delivered to the following persons and was electronically filed with the Clerk of

the Court using CM/ECF which will send notification of such filing(s) to the following

and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein                         James L. Holzman
Frederick L. Cottrell, III                   J. Clayton Athey
Chad M. Shandler                             Eric M. Andersen
Steven J. Fineman                            Prickett, Jones & Elliott, P.A.
Richards, Layton & Finger                    1310 King Street
One Rodney Square                            P.O. Box 1328
920 North King Street                        Wilmington, DE 19899
Wilmington, DE 19801

I hereby certify that on June 30, 2006, I have sent by E-mail the documents to the

following non-registered participants:

Charles P. Diamond                           Mark A. Samuels
Linda J. Smith                               O'Melveny & Myers LLP
O'Melveny & Myers LLP                        400 South Hope Street
1999 Avenue of the Stars, 7th Floor          Los Angeles, CA 90071
Los Angeles, CA 90067                        msamuels@omm.com
cdiamond@omm.com
lsmith@omm.com

Guido Saveri                                 Michael D. Hausfeld
R. Alexander Saveri                          Daniel A. Small
Saveri & Saveri, Inc.                        Brent W. Landau
111 Pine Street, Suite 1700                  Allyson B. Baker
San Francisco, CA 94111                      Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
guido@saveri.com                             1100 New York Avenue, N.W.
rick@saveri.com                              Suite 500, West Tower
                                             Washington, D.C. 20005
                                             mhausfeld@cmht.com
                                             dsmall@cmht.com
                                             blandau@cmht.com
                                             abaker@cmht.com

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
mplehmann@furth.com
tdove@furth.com
aturan@furth.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com


By:    */s/ W. Harding Drane, Jr.*
        Richard L. Horwitz (#2246)
        W. Harding Drane, Jr. (#1023)
        POTTER ANDERSON & CORROON LLP
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        P.O. Box 951
        Wilmington, DE 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        wdrane@potteranderson.com