IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORPORATION MICROPROCESSOR<br>ANTITRUST LITIGATION<br><br>PHIL PAUL, on behalf of himself<br>and all other similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | Civil Action No. 05-485-JJF<br><br>MDL Docket No. 05-MD-1717-JJF |

## NOTICE OF SERVICE

I, Patricia L. Enerio, hereby certify that on July 6, 2006, I served Non-Party Toshiba America, Inc.'s Objections to Class Plaintiffs' Document Subpoena as follows:

By Facsimile (202)-408-4699 and By First Class Mail to:

    Michael Hausfeld, Esquire
    Cohen, Milstein, Hausfeld & Toll P.L.L.C.
    1100 New York Avenue, NW
    West Tower, Suite 500
    Washington, DC 20005
    *Counsel for Class Plaintiffs*

And By Hand to the following:

    J. Clayton Athey, Esquire
    Prickett, Jones & Elliott, P.A.
    1310 King Street
    Wilmington, DE 19899
    *Counsel for Class Plaintiffs*

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
*Counsel for AMD*

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19899
*Counsel for Intel*

and this Notice of Service electronically and as indicated to the above counsel.

                  PROCTOR HEYMAN LLP

                  By: /s/ Patricia L. Enerio
                      Patricia L. Enerio
                      Delaware Bar No. 3728
                      1116 West Street
                      Wilmington, DE 19801
                      Telephone: (302) 472-7300
                      Facsimile: (302) 472-7320
                      E-mail:   penerio@proctorheyman.com

                  *Attorneys for Toshiba America, Inc.*

OF COUNSEL:

George L. Paul
John D. Donaldson
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355