RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

July 27, 2006

**VIA HAND DELIVERY AND E-FILE**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
C.A. No. 05-441-JJF

*In re Intel Corp.,*
C.A. No. 05-MD-1717-JJF

*Phil Paul, et al. v. Intel Corporation*
C.A. No. 05-485-JJF

Dear Judge Farnan:

On July 17, 2006 AMD and class plaintiffs filed their Qualified Rule 53(g) Objection To The Special Master's Report And Recommendations Regarding Proposed Protective Order in which they objected to a single aspect of the Special Master's Report and Recommendations Regarding Proposed Protective Order. On July 20, 2006 Intel filed Defendants' Response To Certain Plaintiffs' Qualified Rule 53 Objections To The Special Master's Report And Recommendations Regarding Proposed Protective Order. AMD does not believe that a reply is necessary. Thus, the issue is fully briefed and ready for decision.

If the Court should have any questions or concerns, or if Your Honor would prefer to hear argument, counsel remains available for an in-person or telephonic conference with the Court.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

FLC,III/lll

cc: Richard L. Horwitz, Esquire (By E-File and Hand Delivery)
James L. Holzman, Esquire (By E-File and Hand Delivery)

RLF1-3042024-1