UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL PAUL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:05-CV-485 <br> MDL Docket No. 05-MD-1717 |

**NOTICE OF SERVICE OF OBJECTIONS OF
NON-PARTY NEC USA, INC. TO
<u>PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS</u>**

       Pursuant to Local Rule 5.4, on July 31, 2006, counsel for NEC USA, Inc. served Objections of Non-Party NEC USA, Inc. to Plaintiffs' Subpoena to Produce Documents, by e-mail and first-class mail, upon the following counsel for the Plaintiffs in the above-captioned matter:

       J. Clayton Athey, Esq. (jcathey@prickett.com)

                              MORRIS, NICHOLS, ARSHT & TUNNELL

                              */s/ Leslie A. Polizoti*

                              _____
                              Jon A. Abramczyk (#2432)
                              Leslie A. Polizoti (#4299)
                              MORRIS, NICHOLS, ARSHT & TUNNELL
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899
                              Tel: (302)658.9200
                              lpolizoti@mnat.com

                              *Attorneys for NEC USA, Inc.*

Doc #:DC1:158013.2

*Of Counsel*

Robert P. Parker
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
  & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax: (202) 223-7420

Dated: July 31, 2006

Doc #:DC1:158013.2