## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY NEC COMPUTERS INC. TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS was served this 31st day of July 2006, by e-mail and first-class mail, upon:

        J. Clayton Athey, Esq. (jcathey@prickett.com)
        Prickett, Jones & Elliott, P.A.
        1310 King Street, PO Box 1328
        Wilmington, DE 19899

        James Bo Pearl, Esq. (jpearl@omm.com)
        Charles P. Diamond, Esq. (cdiamond@omm.com)
        David Herron, Esq. (dherron@omm.com)
        O'Melveny & Myers
        1999 Avenue of the Stars
        7th Floor
        Los Angeles, CA 90067-6035

        Darren B. Bernhard, Esq. (bernhardD@howrey.com)
        Howrey LLP
        1299 Pennsylvania Avenue, N.W.
        Washington, DC 20004-2402

        Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
        Gibson, Dunn & Cruthcer, LLP
        333 South Grand Avenue
        Los Angeles, CA 90071-3197

        Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
        Richards, Layton & Finger
        One Rodney Square
        Wilmington, DE 19899

      Richard L. Horwitz, Esq. (rhorwitz@potteranderson.com)
      Potter, Anderson & Corroon
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE  19899


                    */s/ Leslie A. Polizoti*_____
                      Leslie A. Polizoti (#4299)

Doc #:DC1:158012.2