UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL PAUL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>INTEL CORPORATION, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:05-CV-485<br>MDL Docket No. 05-MD-1717 |

**NOTICE OF SERVICE OF OBJECTIONS OF
NON-PARTY NEC CORPORATION TO
<u>PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS</u>**

　　　　Pursuant to Local Rule 5.4, on July 31, 2006, counsel for NEC Corporation served Objections of Non-Party NEC Corporation to Plaintiffs' Subpoena to Produce Documents, by e-mail and first-class mail, upon the following counsel for the Plaintiffs in the above-captioned matter:

　　　　Steve Berman, Esq. (steve@hbsslaw.com)

　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL


　　　　　　　　　　*/s/ Leslie A. Polizoti*
　　　　　　　　　　_____
　　　　　　　　　　Jon A. Abramczyk (#2432)
　　　　　　　　　　Leslie A. Polizoti (#4299)
　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL
　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　Tel: (302)658.9200
　　　　　　　　　　lpolizoti@mnat.com

　　　　　　　　　　*Attorneys for NEC Corporation*

2

*Of Counsel*

Robert P. Parker
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
  & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax:  (202) 223-7420

Dated: July 31, 2006