## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY NEC CORPORATION TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS was served this 31st day of July 2006, by e-mail and first-class mail, upon:

Allyson B. Baker, Esq. (abaker@cmht.com)
Cohen, Milstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

James Bo Pearl, Esq.  (jpearl@omm.com)
Charles P. Diamond, Esq. (cdiamond@omm.com)
David Herron, Esq. (dherron@omm.com)
O'Melveny & Myers
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Darren B. Bernhard, Esq. (bernhardD@howrey.com)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402

Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
Gibson, Dunn & Cruthcer, LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197

Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19899

Richard L. Horwitz, Esq. (rhorwitz@potteranderson.com)
Potter, Anderson & Corroon
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899


   */s/ Leslie A. Polizoti*_____
Leslie A. Polizoti (#4299)