IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>INTEL CORPORATION, et al.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL No. 05-MD-1717-JJF<br>Case No. 05-485-JJF<br><br>In re: Intel Corp. Microprocessor Antitrust Litigation Consolidated Action |

**NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY SYNNEX CORPORATION TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS**

Pursuant to Local Rule 5.4, on July 31, 2006, counsel for SYNNEX CORPORATION served Objections of Non-Party SYNNEX CORPORATION to Plaintiffs' Subpoena to Produce Documents, by e-mail only, upon the following counsel for the parties in the above-captioned matter:

> James Bo Pearl, Esq. (jpearl@omm.com)
> Charles P. Diamond, Esq. (cdiamond@omm.com)
> David Herron, Esq. (dherron@omm.com)
> Darren B. Bernhard, Esq. (BernhardD@howrey.com)
> Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
> Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
> Richard L. Horwitz Esq. (rhorwitz@potteranderson.com)
> Michael D. Hausfeld (mhausfeld@cmht.com)
> James L. Holzman (jlholzman@prickett.com)

| | |
|---|---|
| *Of Counsel*<br><br>Kenneth A. Gallo<br>Patricia C. Crowley<br>Mitchell P. Zeff<br>PAUL, WEISS, RIFKIND,<br>   WHARTON& GARRISON LLP<br>1615 L Street, NW, Suite 1300<br>Washington, DC 20036<br>(202) 223-7300<br><br>July 31, 2006 | MORRIS, NICHOLS, ARSHT & TUNNELL<br><br>   /s/Jon E. Abramczyk<br>Jon A. Abramczyk (#2432)<br>Leslie A. Polizoti (#4299)<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br> (302) 658.9200<br>   Attorneys for SYNNEX CORPORATION |