**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF SERVICE OF OBJECTIONS OF NON PARTY SYNNEX CORPORATION TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS was served this 31st day of July, 2006, via electronic mail upon:

James Bo Pearl, Esq. (jpearl@omm.com)
Charles P. Diamond, Esq. (cdiamond@omm.com)
David Herron, Esq. (dherron@omm.com)
O'Melveny & Myers
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035

Darren B. Bernhard, Esq. (bernhardD@howrey.com)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
Gibson, Dunn & Cruthcer, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esq. (rhorwitz@potteranderson.com)
Potter, Anderson & Corroon
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Michael D. Hausfeld (mhausfeld@cmht.com)
Cohen Milstein Hausfeld & Toll P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

James L. Holzman (jlholzman@prickett.com)
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899

                                                    */s/ Jon E. Abramczyk*
                                      Jon E. Abramczyk (#2432)

531071