IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>         Plaintiffs,<br>vs.<br>INTEL CORPORATION,<br><br>         Defendant. | C.A. No. 05-485-JJF<br>MDL Docket No. 05-1717-JJF |

NOTICE OF SERVICE OF OBJECTIONS OF
NON-PARTY SONY ELECTRONICS, INC. TO
PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS

  PLEASE TAKE NOTICE that, pursuant to Local Rule 5.4, the undersigned, on July 10, 2006, served Objections of Sony Electronics Inc.[1] to Plaintiffs' Subpoena to Produce Documents, by facsimile and first class U.S. mail, upon the following counsel for the Plaintiffs:

J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

August 9, 2006

      MORRIS, JAMES, HITCHENS & WILLIAMS LLP

      */s/ Thomas E. Hanson, Jr.*
      P. Clarkson Collins, Jr. (#739)
      Thomas E. Hanson, Jr. (#4102)
      222 Delaware Avenue, 10th Floor
      Wilmington, DE 19899-2306
      (302) 888-6880
      pcollins@morrisjames.com
      thanson@morrisjames.com
      Attorneys for Sony Electronics, Inc.

---

[1] Sony Electronics, Inc. respectfully submits that it is not subject to *in personam* jurisdiction in the District of Delaware.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2006 copies of the foregoing Notice of Service of Objections of Non-Party Sony Electronics, Inc. to Plaintiffs' Subpoena to Produce Documents were caused to be served on the attorneys of record at the following addresses by electronic service using CM/ECF which will send notification of such filing to the following counsel of record:

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter, Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

/s/ Thomas E. Hanson, Jr.
Thomas E. Hanson, Jr. (#4102)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
thanson@morrisjames.com

1441405/1