## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2006, I electronically filed the foregoing NOTICE OF SERVICE OF NON-PARTY AVNET, INC.'s OBJECTIONS TO SUBPOENA IN A CIVIL CASE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Frederick L. Cottrell, III, Esquire
>Chad Michael Shandler, Esquire
>Steven J. Fineman, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899
>
>Richard L. Horwitz, Esquire
>W. Harding Drane, Jr., Esquire
>Potter Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899
>
>James L. Holzman, Esquire
>Prickett, Jones & Elliott, P.A.
>1310 King Street, Box 1328
>Wilmington, DE 19899

I hereby certify that on August 9, 2006, I have mailed by United States first class mail, postage prepaid, the NOTICE OF SERVICE OF NON-PARTY AVNET, INC.'s OBJECTIONS TO SUBPOENA IN A CIVIL CASE to the following non-registered participants:

>Robert E. Cooper, Esquire
>Gibson, Dunn & Crutcher, LLP
>333 South Grand Avenue
>Los Angeles, CA 90071
>
>Allyson B. Baker, Esquire
>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>1100 New York Avenue, NW
>West Tower, Suite 500
>Washington, DC 20005

Charles P. Diamond, Esquire
James Bo Pearl, Esquire
O'Melveny & Meyers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Steve Berman, Esquire
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016

Michael P. Lehmann, Esquire
The Furth Firm, LLP
225 Bush Street, 15th Fl.
San Francisco, CA 94104

Guido Saveri, Esquire
Saveri & Saveri, Inc.
111 Pine Street, Ste. 1700
San Franciso, CA 94111


*Elizabeth D. Power* (signature)
Elizabeth D. Power (ID No. 4135)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400
bpower@zuckerman.com

2