IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)<br>) | MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICE LTD,<br>a Delaware corporation,,<br><br>     Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION, a Delaware<br>corporation, and INTEL KABUSHIKI KAISHA,<br>a Japanese corporation,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**STIPULATION AND PROPOSED ORDER**
**REGARDING THE PREPARATION OF PRIVILEGE LOGS**

  WHEREAS, the parties anticipate extremely large production of documents in the above-entitled matters; and

  WHEREAS, the parties recognize that the preparation of logs of privileged documents in this matter will require potentially enormous expense; and

WHEREAS, the parties have worked cooperatively to negotiate and agree upon the scope of the privilege logs to be prepared in this matter under Rule 26(b)(5) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

The following categories of documents do not need to be included on each party's privilege log under Rule 26(b)(5) of the Federal Rules of Civil Procedure for the privilege to be maintained:

(1) Privileged communications, including attorney work product, to and from a party's outside counsel, their litigation support vendors or consultants in connection with this litigation and related competition investigations, including, but not limited to, those in Europe, Japan and Korea.

(2) Privileged communications occurring or generated on or after January 1, 2005, including attorney work product, between in-house counsel for a party (including paralegals and legal department administrative staff) and that party's current employees in connection with this litigation and related competition investigations (but not events underlying this litigation or related competition investigations).

(3) Privileged communications, including attorney work product, solely between or among a party's in-house counsel.

(4) All privileged communications of Beth Ozmun (of AMD) and Eva Almirantearena (of Intel), who are hereby represented by AMD and Intel, respectively, to be the in-house attorneys with primary responsibility for this litigation.

This stipulation will not alter the parties' document retention obligations, nor will it alter the parties' obligations to redact privileged material from otherwise non-privileged, responsive documents and to produce such documents in redacted form. Further, nothing in this stipulation is intended to create any privilege where it would otherwise not exist, nor to preclude a party from challenging the existence of any claimed privilege, nor to preclude a party from seeking the identification of specific documents as to which privilege is claimed and challenging such claimed privilege by motion.

/s/ [signature]
Jesse A. Finkelstein (#1090)
finkelstein@rlf.com
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Chuck Diamond
Linda Smith
Mark Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

*Counsel for Advanced Micro Devices, Inc. and AMD International Sales & Services, Ltd.*

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
rhorwitz@potteranderson.com
W. Harding Drane, Jr. (#1023)
wdrane@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Robert E. Cooper
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Peter E. Moll
Darren B. Bernhard
Howrey, LLP
1299 Pennsylvania Ave. N.W.
Washington, DC 20004

*Attorneys for Intel Corporation and Intel Kabushiki Kaisha*

/s/ James L. Holzman
James L. Holzman (#663)
jlholzman@prickett.com
J. Clayton Athey (#4378)
jcathey@prickettt.com
Prickett Jones & Elliott, PA
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

3

RLF1-3029059-1