# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTEL CORP. MICROPROCESSOR ) | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION ) | |
| ) | |
| MARVIN D. CHANCE, Jr., on behalf of ) | |
| himself and all others similarly situated, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-00265-JJF |
| ) | |
| v. ) | CONSOLIDATED ACTION |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL OF INTEL KK WITHOUT PREJUDICE

Before Defendant Intel KK has filed a responsive pleading, Plaintiff hereby dismisses Defendant Intel KK without prejudice.

                                                             Respectfully Submitted,

                                                             \s\ Rex A. Sharp_____
                                                            Rex A. Sharp #12350
                                                            Barbara C. Frankland #14198
                                                            Gunderson, Sharp & Walke, L.L.P.
                                                            4121 W. 83rd St., Ste. 256
                                                            Prairie Village, KS 66208
                                                            913-901-0500
                                                            913-901-0419 Fax
                                                            rsharp@midwest-law.com
                                                            bfrankland@midwest-law.com

## Certificate of Service

      I, Rex Sharp, do hereby certify that on the 15th day of August, 2006, I served a true and correct copy of the above and foregoing through the Notice of Electronic Filing for parties and counsel who are Filing Users:

| | |
|---|---|
| Tim J. Moore<br>Robert W. Coykendall<br>MORRIS LAING<br>Old Town Square<br>300 North Mead, Suite 200<br>Wichita, Kansas 67202<br><br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br><br>Richard A. Ripley<br>Gregory F. Wells<br>BINGHAM McCUTCHEN LLP<br>120 20TH Street, NW, Suite 800<br>Washington, DC 20036<br><br>Attorneys for Defendants | Courtesy Copy by mail to:<br><br>Peter T. Dalleo<br>Clerk of the Court<br>USDC for the District of Delaware<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Lockbox 18<br>Wilmington, DE 19801 |

                          \s\ Rex Sharp