UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHIL PAUL, on behalf of himself and all other similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>         Defendant. | CIVIL ACTION NO. 05-485-JJF<br><br>MDL NO. 1717-JJF |

### NOTICE OF SERVICE

  I, C. Graham Gerst, hereby certify that on August 15, 2006, I served Non-Party Hitachi America, Ltd.'s Objections to Class Plaintiffs' Document Subpoena and Non-Party Hitachi, Ltd.'s Objections to Class Plaintiffs' Document Subpoena via express mail to:

Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
Phone: 202-408-4600
Fax: 202-408-4699

R. Alexander Saveri
Saveri & Saveri, Inc.
11 Pine Street
Suite 1700
San Francisco, CA 94111
Phone: 415-217-6810
Fax: 415-217-6813

Mark R. Miller
WEXLER TORISEVA WALLACE
One North LaSalle, Suite. 2000
Chicago, IL 60602
Phone: 312-346-2222
Fax: 312-346-0022

  Hitachi, Ltd. and Hitachi America, Ltd. hereby renew and maintain all objections as served on counsel.

Respectfully submitted,

*C. Graham Gerst* (signature)

C. Graham Gerst
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Phone: (312) 861-2000
Fax (312) 861-2200
*Attorney for Hitachi, Ltd. and Hitachi America, Ltd.*