IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | ) ) ) ) ) | Civil Action No. 05-441 JJF |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE: | ) ) | Civil Action No. 05-MD-1717-JJF |
| INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) | |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

TO:  Richard L. Horwitz, Esquire          Robert E. Cooper, Esquire
     Potter Anderson & Corroon LLP        Daniel S. Floyd, Esquire
     1313 North Market Street             Gibson, Dunn & Crutcher, LLP
     P. O. Box 951                        333 South Grand Avenue
     Wilmington, DE  19899                Los Angeles, CA 90071-3197

     Darren B. Bernhard, Esquire          Robert D. Goldberg, Esquire
     Howrey LLP                           Biggs and Battaglia
     1299 Pennsylvania Avenue, N.W.       921 North Orange Street
     Washington, DC 20004-2402            Wilmington, DE 19899-1489

RLF1-2947986-1

      James L. Holzman, Esquire        Daniel A. Small, Esquire
      Prickett, Jones & Eliott, P.A.        Cohen Milstein, Hausfeld & Toll, L.L.C.
      1310 King Street        1100 New York Avenue, N.W.
      P.O. Box 1328        Suite 500 - West Tower
      Wilmington, DE 19899-1328        Washington, DC 20005

PLEASE TAKE NOTICE that two true and correct copies of Response of Plaintiffs Advanced Micro Devices and AMD International Sales & Service, Ltd. to Intel Corporation's and Intel Kabushiki Kaisha's Fourth Set of Requests for the Production of Documents were caused to be served on September 8, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

**BY FEDERAL EXPRESS**
Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

**BY HAND DELIVERY**
Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899-1489

**BY HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

**BY FEDERAL EXPRESS**
Daniel A. Small, Esquire
Cohen Milstein, Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005



| | |
|---|---|
| Of Counsel: | Jesse A. Finkelstein (#1090) |
| Charles P. Diamond | Frederick L. Cottrell, III (#2555) |
| Linda J. Smith | Chad M. Shandler (#3796) |
| O'Melveny & Myers, LLP | Steven J. Fineman (#4025) |
| 1999 Avenue of the Stars | Richards, Layton & Finger, P.A. |
| 7th Floor | One Rodney Square |
| Los Angeles, CA 90067-6035 | P.O. Box 551 |
| (310) 553-6700 | Wilmington, Delaware 19899 |
| | (302) 651-7700 |
| Mark A. Samuels | Finkelstein@rlf.com |
| O'Melveny & Myers, LLP | Cottrell@rlf.com |
| 400 South Hope Street | Shandler@rlf.com |
| Los Angeles, 90071 | Fineman@rlf.com |
| (213) 430-6340 | Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |
| Dated: September 8, 2006 | |

RLF1-2947986-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899-1489

and have sent by Federal Express to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Daniel A. Small, Esquire
Cohen Milstein, Hausfeld
 & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

_____
Gregory E. Stuhlman (#4765)