IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | : MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| Plaintiffs, | : |
| v. | : **CONSOLIDATED** Civil Action No. 05-485-JJF |
| INTEL CORPORATION, | : |
| Defendant. | : |

O R D E R

WHEREAS, the Court held a status conference in the above-captioned action on September 26, 2006;

NOW THEREFORE IT IS HEREBY ORDERED that a second status conference will be held on **Thursday, December 7, 2006 at 11:00 a.m.** in Courtroom 4B, on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 27, 2006
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE