

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

October 19, 2006

**BY CM/ECF AND U.S. MAIL**

George Luckhardt, Esquire
Kyocera Wireless Corporation
10300 Campus Point Drive
San Diego, CA 92121

Re:   *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MDL-1717-JJ; and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF

Dear Mr. Luckhardt:

This is in response to your letter of October 16, 2006 regarding the treatment of confidential materials to be produced by Kyocera in the above-captioned litigations. To the extent that the concerns raised by your letter are not adequately addressed by the Protective Order previously entered by the Court, they should be negotiated with counsel for the Parties.

If Kyocera is unable to reach a satisfactory agreement with the Parties, Kyocera must bring the matter before the Special Master in accordance with the Procedures for the Handling of Discovery Disputes dated June 28, 2006 [D.I. 178 in Civ.A. No. 05-441]. Additionally, pursuant to the Local Rules of the District of Delaware, any party or third party wishing to bring a matter before the Court (including the Special Master) must do so through counsel, or local counsel, admitted to practice in Delaware.

Yours very truly,

Vincent J. Poppiti
(DSBA No. 100614)

VJP:pb
cc:   Clerk of the Court (by email and CM/ECF)
      Frederick L. Cottrell, III, Esquire (by email and CM/ECF)
      James L. Holzman, Esquire (by email and CM/ECF)
      Richard Horwitz, Esquire (by email and CM/ECF)