

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:     (302) 425-6410
Fax:       (302) 428-5132
Email:     Poppiti@BlankRome.com

October 30, 2006

**BY CM/ECF AND U.S. MAIL**

Steven M. Levitan, Esquire
MacPherson Kwok Chen & Heid LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110

> **Re:** *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, **C.A. No. 05-441-JJF;** *In re Intel Corporation*, **C.A. No. 05-MDL-1717-JJF; and** *Phil Paul, et al. v. Intel Corporation*, **C.A. 05-485-JJF**

Dear Mr. Levitan:

This is in response to your letter of October 24, 2006 regarding the treatment of confidential materials to be produced by Inphi Corporation in the above-captioned litigations. To the extent that the concerns raised by your letter are not adequately addressed by the Protective Order previously entered by the Court, they should be negotiated with counsel for the Parties.

If Inphi is unable to reach a satisfactory agreement with the Parties, Inphi must bring the matter before the Special Master in accordance with the Procedures for the Handling of Discovery Disputes dated June 28, 2006 [D.I. 178 in Civ.A. No. 05-441]. Additionally, pursuant to the Local Rules of the District of Delaware, any party or third party wishing to bring a matter before the Court (including the Special Master) must do so through counsel, or local counsel, admitted to practice in Delaware.

Yours very truly,

Vincent J. Poppiti
(DSBA No. 100614)

VJP:pb
cc:     Clerk of the Court (by email and CM/ECF)
        Frederick L. Cottrell, III, Esquire (by email and CM/ECF)
        James L. Holzman, Esquire (by email and CM/ECF)
        Richard Horwitz, Esquire (by email and CM/ECF)