IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) | MDL No. 1717-JJF |
| PHIL PAUL, *on behalf of himself and all others similarly situated*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| v. | ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF CONSULTATION**

The undersigned, Interim Liaison Counsel to Class Plaintiffs hereby certifies that pursuant to Local Rule 7.1.1, Daniel A. Small, Lead Counsel for Class Plaintiffs has conferred with counsel for Intel Corporation and that they have been unable to reach agreement regarding the subject matter of the enclosed motion. Moreover, the matter has been the subject of a conference with the Special Master and briefing on the motion will proceed in accordance with the schedule fixed by the Special Master.

19684.1.\318269v1

Dated: October 30, 2006

Respectfully submitted,

/s/ signature

PRICKETT JONES & ELLIOTT, P.A.
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
Telephone: (302) 888-6500
Facsimile: (302) 658-8111