# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE INTEL CORP.<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>)<br>)<br>)<br>)<br>) |
|  | ) |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,* | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| INTEL CORPORATION, | )<br>) |
| Defendant. | )<br>) |

MDL No. 1717-JJF

Civil Action No. 05-485-JJF

CONSOLIDATED ACTION

## ORDER

This Court having considered CLASS PLAINTIFFS' MOTION TO COMPEL

PRODUCTION OF DOCUMENTS and the briefs and arguments submitted thereon,

IT IS HEREBY ORDERED this ____ day of _____, 2006 as follows:

1.    CLASS PLAINTIFFS' MOTION IS GRANTED; and

2.    Defendants shall produce the "foreign conduct" documents that are the subject of

CLASS PLAINTIFFS' MOTION  on or before April 16, 2007.

_____
SPECIAL MASTER