

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

November 1, 2006

Robert F. Perry, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Re:  *Advanced Micro Devices, Inc., et al. v. Intel Corporation et al.*, C.A. No. 05-441-JJF;
     *In re Intel Corporation*, C.A. No. 05-MDL-1717-JJ; and
     *Phil Paul, et al. v. Intel Corporation*, C.A. No. 05-485-JJF

Dear Mr. Perry:

This is in response to your letter of October 31, 2006. You raise concerns regarding AMD's proposed disclosure and production in the captioned litigation of Nokia Corporation material originally provided to AMD under a Non-Disclosure Agreement. To the extent that the concerns raised by your letter are not adequately addressed by the Protective Order entered by the Court on September 26, 2006 [DI 216 in C.A. #05-441], they should be negotiated with counsel for AMD.

If Nokia Corporation is unable to reach a satisfactory agreement with AMD, Nokia Corporation should bring the matter before the Special Master in accordance with the Procedures for the Handling of Discovery Disputes dated June 28, 2006 [DI 178 in C.A. #05-441]. Additionally, pursuant to the local rules of the District of Delaware, any party or third party wishing to bring a matter before the Court (including the Special Master) must do so through counsel or local counsel, admitted to practice in Delaware.

Very truly yours,

Vincent J. Poppiti
Special Master
(DSBA No. 100614)

VJP:slc
cc:  Clerk of the Court (by CM/ECF)
     Frederick L. Cottrell, III, Esquire (by email and CM/ECF)
     James L. Holzman, Esquire (by email and CM/ECF)
     Richard Horwitz, Esquire (by email and CM/ECF)