FREDERICK L. COTTRELL, III
DIRECTOR

RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

DIRECT DIAL
(302) 651-7509
COTTRELL@RLF.COM

November 7, 2006

**BY ELECTRONIC MAIL AND**
**BY HAND DELIVERY**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE  19801-4226

Re:   *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.* **C.A. No. 05-441-JJF**, *In re Intel Corporation*, **C.A. No. 05-MD-1717-JJF**, and *Phil Paul, et al. v. Intel Corporation*, **C.A. 05-485-JJF**

Dear Judge Poppiti:

This letter is to inform you that Advanced Micro Devices and Inphi have resolved the concerns raised by Inphi in its letter dated October 20, 2006.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

FLC,III/cml

cc:   Clerk of the Court (By Electronic Filing)
      Richard L. Horwitz, Esquire (Via Hand Delivery)
      James L. Holzman, Esquire (Via Hand Delivery)

RLF1-3079329-1