**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>            Defendants. | Civil Action No. 05-441 JJF |
| IN RE:<br><br>INTEL CORPORATION<br><br>PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | Civil Action No. 05-MD-1717-JJF<br><br>Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**PROPOSED ORDER ESTABLISHING A CUT OFF DATE FOR NEGOTIATIONS
WITH THIRD PARTIES REGARDING DISCOVERY OF INFORMATION COVERED
<u>UNDER NON-DISCLOSURE AGREEMENTS</u>**

WHEREAS, in November 2005, Advanced Micro Devices, Inc. and AMD International Sales and Service Ltd. (collectively "AMD") served its First Request For Production of Documents and Things on Intel Corporation and Intel Kabushiki Kaisha

(collectively "Intel");

WHEREAS, in December 2005, Intel served its First Request For Production of Documents on AMD;

WHEREAS, since December 2005, Intel and AMD ("the Parties") have been negotiating regarding the production of documents pursuant to these and subsequent requests for production of documents (collectively the "Parties' Document Production Requests");

WHEREAS, pursuant to the Parties' Document Production Requests, the Parties will be required to produce documents which may contain information covered by Non-Disclosure Agreements ("NDAs") entered between a Party and third parties ("NDA Third Parties");

WHEREAS, pursuant to the Protective Order entered on September 26, 2006, no Party may refuse to produce documents to the other on the basis of NDAs, but is instead required to give notice to NDA Third Parties prior to the production of documents;

WHEREAS, commencing on October 6, 2006, AMD sent out notice letters regarding its document production to Intel to NDA Third Parties;

WHEREAS, commencing on October 20, 2006, Intel sent out notice letters regarding its document production to AMD to NDA Third Parties;

WHEREAS, since sending notice letters, both Parties have been negotiating in good faith with certain NDA Third Parties regarding the production of NDA Third Party confidential information pursuant to the Parties' Document Production Requests;

WHEREAS, by Order dated May 16, 2006 (amended September 27, 2006), AMD and Intel must exchange documents pursuant to the Parties' Document Production Requests by March 27, 2007; and

RLF1-3084382-1

WHEREAS, it is in the interest of the Parties and the NDA Third Parties to effectively negotiate any remaining NDA issues and expedite the production of the Parties' documents.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. All Parties' negotiations with each of the NDA Third Parties regarding the production of documents pursuant to the Parties' Document Production Requests shall be completed on or before December 4, 2006.

2. Motion practice with respect to any dispute with an NDA Third Party that cannot be resolved amicably shall commence promptly after impasse is reached but in no event later than December 5, 2006.

3. Motion practice regarding any NDA Third Party dispute shall be expedited as follows: opposition letter briefs shall be served no later than three (3) days following service of the letter application and reply letter briefs shall be served no later than two (2) days following service of the opposition letter brief. If, after service of the reply letter brief, the Special Master deems it necessary to hear oral argument, such argument shall be heard by telephone conference.

SO ORDERED this ____ day of November, 2006.

_____
Vincent J. Poppiti
Special Master