

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6018 Direct Phone
302 658-1192 Fax

November 27, 2006

**BY HAND DELIVERY & ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

Re: *In re Intel Corp.*, C.A. No. 05-1717-JJF; and
*Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

In connection with Your Honor's preparation for the hearing on Wednesday, November 29, enclosed are copies of the following:

1. Intel Corporation's Motion to Dismiss Plaintiffs' Foreign Conduct Claims;

2. Memorandum in Support of Intel Corporation's Motion to Dismiss Plaintiffs' Foreign Conduct Claims;

3. Appendix of Unpublished Authorities in Support of Intel Corporation's Motion to Dismiss Plaintiffs' Foreign Conduct Claims; and

4. Appendix in Support of Intel Corporation's Motion to Dismiss Plaintiffs' Foreign Conduct Claims.

Respectfully,

W. Harding Drane, Jr. (#1023)

WHD/alc
763941

cc: Clerk of the Court
James L. Holzman, Esquire (By electronic mail) (w/o enc.)
Frederick L. Cottrell, III, Esquire (By electronic mail) (w/o enc.)