IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>Defendants. | C.A. No. 05-441-JJF<br>C.A. No. 05-485-JFF<br>MDL Docket No. 05-1717-JJF |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

**PLEASE TAKE NOTICE** that, effective immediately, the law firm of Morris, James, Hitchens & Williams LLP has changed its name and address as follows:

**DELIVERY ADDRESS**
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

**MAILING ADDRESS**
Morris James LLP
PO Box 2306
Wilmington, DE 19899-2306

The firm's telephone numbers, facsimile numbers and email addresses will remain the same.

November 29, 2006

MORRIS JAMES LLP

*/s/ P. Clarkson Collins, Jr.*
P. Clarkson Collins, Jr. (#739)
Thomas E. Hanson, Jr. (#4102)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6880
pcollins@morrisjames.com
thhanson@morrisjames.com
Attorneys for Sony Electronics, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2006 copies of the foregoing NOTICE OF CHANGE OF FIRM NAME AND ADDRESS were caused to be served on the attorneys of record at the following addresses by electronic service using CM/ECF which will send notification of such filing to the following counsel of record:

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter, Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

P. Clarkson Collins, Jr. (#739)

1488231/1