IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| This document relates to:<br><br>HUSTON FRAZIER, JEANNE COOK FRAZIER, and BRIAN WEINER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-780-JJF |

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF BRIAN WEINER'S MOTION TO WITHDRAW AS CLASS REPRESENTATIVE**

Class Plaintiffs and defendant Intel Corporation ("Defendant") enter this Stipulation to withdraw plaintiff Brian Weiner as named class representative in this action and respectfully request that this Court grant plaintiff Brian Weiner's Motion to Withdraw As Class Representative.

74549.1

IT IS HEREBY STIPULATED AND AGREED between Class Plaintiffs and Defendant, by and though their counsel of record, that

1.   On July 11, 2005 Brian Weiner, with class representatives Huston Frazier and Jeanne Cook Frazier filed an action in the Northern District of California a class representative in Case No. C 05-2813 (N.D. Cal.); and

2.   Following the November 8, 2005 Transfer Order issued by the Judicial Panel on Multidistrict Litigation, that case was transferred from the Northern District of California to this Court and designated by this Court as Case No. 1:05-cv-00780-JJF; and

2.   Plaintiff Brian Weiner will voluntarily withdraw as named class representative and will not serve at any time in the future as named class representative in the above entitled action; and

3.   Nothing stated herein prevents plaintiff Brian Weiner from participating in the above referenced case as absent class member in any manner; and

4.   Defendant expressly disclaims any position as to whether plaintiff Brian Weiner's voluntary withdrawal as a class representative will or will not benefit absent class members; and

5.   Defendant will withdraw all outstanding discovery, if any, propounded to plaintiff Brian Weiner; and

6.   Defendant will propound no future discovery on plaintiff Brian Weiner in this action; and

7.   Defendant shall not seek any costs, in any form, from plaintiff Brian Weiner; and

8.   Defendant shall not oppose Brian Weiner's Motion To Withdraw As Class Representative.

SO STIPULATED:

Dated: November 16 2006.

By: _____
Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
FURTH LEHMANN & GRANT LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN MILSTEIN HAUSFELD
   & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL
   SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Interim Class Counsel, MDL 1717

Dated: November 16 2006.

By: _____ for
Michele C. Jackson
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
Embarcadero Center West
275 Batter Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Counsel for Plaintiff Brian Weiner

Dated: November 20, 2006.

By: _____
Richard A. Ripley
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006
Telephone: (202) 373-6000

Counsel for Defendant Intel Corporation

## ORDER

Based on the Stipulation between Class Plaintiffs, plaintiff Brian Weiner and Defendant and GOOD CAUSE appearing, and the Court, having considered plaintiff Brian Weiner's Motion to Withdraw as Class Representative, all papers filed with that motion, and all other pertinent documents and pleadings filed in this action, IT IS HEREBY ORDERED that plaintiff Brian Weiner's Motion To Withdraw As Class Representative is GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 30, 2006

By: _____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE
DISTRICT OF DELAWARE