# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ) | | |
| INTEL CORP. MICROPROCESSOR ) | MDL Docket No. | |
| ANTITRUST LITIGATION ) | 05-1717-JJF | |
| ) | | |
| ADVANCED MICRO DEVICES, INC., a ) | DM No. 1 | |
| Delaware corporation, and AMD ) | DM No. 2 | |
| INTERNATIONAL SALES & SERVICE ) | | |
| LTD, a Delaware corporation, ) | | |
| ) | | |
| Plaintiffs, ) | Civil Action No. | |
| ) | 05-441-JJF | |
| v. ) | | |
| ) | | |
| INTEL CORPORATION, a Delaware ) | | |
| corporation, and INTEL KABUSHIKI ) | | |
| KAISHA, a Japanese corporation, ) | | |
| Defendants. ) | | |
| ) | | |
| PHIL PAUL, on behalf of himself ) | Civil Action No. | |
| and all others similarly situated, ) | 05-485-JJF | |
| ) | | |
| Plaintiffs, ) | CONSOLIDATED | |
| ) | ACTION | |
| v. ) | | |
| ) | | |
| INTEL CORPORATION, ) | | |
| ) | | |
| Defendant. ) | | |

## **STIPULATION**

The parties, through their respective attorneys and subject to order of the Court, stipulate to the following briefing schedule for exceptions to the Special Master's Report and Recommendations[1] regarding the Motions to Compel:

        Opening Briefs      December 27, 2006

        Reply Briefs          January 8, 2007

---

[1] To be issued on or before December 15, 2006.

RLF1-3088757-1

| | |
|---|---|
| /s/Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>rhorwitz@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P. O. Box 551<br>Wilmington, DE 19899-9051<br>(302) 984-6000<br><br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha*<br><br>/s/James L. Holzman<br>James L. Holzman (#663)<br>jlholzman@prickett.com<br>J. Clayton Athey (#4378)<br>jcathey@prickettt.com<br>Prickett Jones & Elliott, PA<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6509<br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | /s/Frederick L. Cottrell, III<br>Jesse A. Finkelstein (#1090)<br>finkelstein@rlf.com<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Chad M. Shandler (#3796)<br>shandler@rlf.com<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P. O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7500<br>*Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.* |

IT IS SO ORDERED THIS _____ day of December 2006.

_____
United States District Judge

RLF1-3088757-1