## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., and AMD INTERNATIONAL SALES & SERVICES, LTD., | )<br>)<br>) |
| Plaintiffs, | )<br>)  Civil Action No. 05-441-JJF<br>) |
| vs. | )<br>) |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | )<br>)<br>) |
| Defendants. | )<br>) |
| ───────────────────────────────── | )<br>) |
| IN RE: | )<br>) |
| INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | )  Civil Action No. 05-MD-1717-JJF<br>) |
| PHIL PAUL, on behalf of himself and all others similarly situated, | )<br>)  Civil Action No. 05-485-JJF<br>) |
| Plaintiffs, | )  CONSOLIDATED ACTION<br>) |
| vs. | )<br>) |
| INTEL CORPORATION, | )<br>) |
| Defendant. | )<br>) |
| ───────────────────────────────── | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 12, 2006, copies of RESPONSES AND

OBJECTIONS OF NON-PARTY BEA SYSTEMS, INC. TO DEFENDANT INTEL'S

SUBPOENA IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF

SERVICE were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Sqare
920 North King Street
P.O. Box 551
Wilmington, DE 19899

645862-1

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899


**BY U.S. MAIL**

Charles B. Diamond, Esq.
Linda J. Smith, Esq.
Mark A. Samuels, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

December 12, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
(302) 655-5000
rkirk@ bayardfirm.com
Counsel for Plaintiff
BEA SYSTEMS,INC.

OF COUNSEL:
Maura L. Rees, Esq.
Anthony J Weibell, Esq.
Wilson Sonsini Goodrich &
Rosati
650 Page Mill Road
Palo Alto, California 94304

645862-1

Phone: (650) 493-9300
Fax: (650) 565-5100
Email: mrees@wsgr.com;
aweibell@wsgr.com

-3-