## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., and AMD INTERNATIONAL SALES & SERVICES, LTD., ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 05-441-JJF |
| vs. ) ) | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, ) ) ) | |
| Defendants. ) | |

| | |
|---|---|
| IN RE: ) ) | |
| INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION ) ) | Civil Action No. 05-MD-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, ) ) | Civil Action No. 05-485-JJF |
| Plaintiffs, ) ) | CONSOLIDATED ACTION |
| vs. ) ) | |
| INTEL CORPORATION, ) ) | |
| Defendant ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 12, 2006, copies of RESPONSES AND

OBJECTIONS OF NON-PARTY BEA SYSTEMS, INC. TO PLAINTIFF AMD'S SUBPOENA

IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE

were served as shown:

**BY HAND**

| | |
|---|---|
| Richard L. Horwitz, Esq. | Frederick L. Cottrell, III, Esq |
| W. Harding Drane, Jr., Esq. | Chad M. Shandler, Esq. |
| Potter Anderson & Corroon LLP | Richards, Layton & Finger |
| 1313 N. Market St. | One Rodney Sqare |
| Sixth Floor | 920 North King Street |
| P.O. Box 951 | P.O. Box 551 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |

645864-1

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY U.S. MAIL**

Charles B. Diamond, Esq.                    Robert E. Cooper, Esq.
Linda J. Smith, Esq.                        Daniel S. Floyd, Esq.
Mark A. Samuels, Esq.                       Gibson, Dunn & Crutcher LLP
O'Melveny & Myers LLP                       333 South Grand Avenue
1999 Avenue of the Stars                    Los Angeles, CA 90071
7th Floor
Los Angeles, CA 90067-6035

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005

December 12, 2006

                        THE BAYARD FIRM

                        /s/ Richard D. Kirk (rk0922)
                        Richard D. Kirk
                        Ashley B. Stitzer
                        222 Delaware Avenue, Suite 900
                        P.O. Box 25130
                        Wilmington, DE  19899-5130
                        (302) 655-5000
                        rkirk@ bayardfirm.com
                        Counsel for Plaintiff
                        BEA SYSTEMS,INC.

OF COUNSEL:
Maura L. Rees, Esq.
Anthony J Weibell, Esq.
Wilson Sonsini Goodrich &
Rosati
650 Page Mill Road
Palo Alto, California 94304

Phone: (650) 493-9300
Fax: (650) 565-5100
Email: mrees@wsgr.com;
aweibell@wsgr.com

-3-