# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION

**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number:
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

December 27, 2006

BY HAND

Mr. Ron Eberhard
Office of the Clerk
United States District
District of Delaware
844 N. King Street, Room 4209
Lockbox 18
Wilmington, DE 19801

Re:   **In re Intel Corp. Microprocessor Antitrust Litigation,**
      **D. Del., 05-MD-1517-JJF;**
      **Paul v. Intel Corp.,**
      **D. Del., 05-CV-485-JJF**

Dear Mr. Eberhard:

I write further to our conversation of earlier today concerning the correction of certain errors in the Class Plaintiffs' Memorandum of Law In Opposition to Intel's Motion to Dismiss Class Plaintiffs' Foreign Conduct Claims (D.I. 366 in 05-MD-1717 and D.I. 263 in 05-CV-485), filed on Friday, December 22, 2006. This answering memorandum relates to the motion by defendant Intel Corporation on November 3, 2006 to dismiss plaintiffs' Foreign Conduct Claims (D.I. 311 in 05-MD-1717 and D.I. 221 in 05-CV-485).

The enclosed disk contains a PDF of the complete corrected brief, a PDF containing the exhibits to the brief (which are unchanged from the version filed on Friday) and a PDF containing only the pages of the brief that contain corrections (pp. 3, 16 and 17). Also enclosed is a courtesy copy of the corrected brief for the Court.

Please call me at 888-6507 if my office can do anything else to assist in making the correction and thank you for your help.

Sincerely yours,

J. Clayton Athey (ID #4378)

JCA/nmh
Enclosure

19684.1\322772v1