IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br>                              Defendant. | C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### STIPULATED ORDER FOR EXTENSION OF TIME

Plaintiff Phil Paul and Defendant Intel Corporation hereby stipulate, subject to approval by the Court, that the due date for Intel Corporation's reply brief in support of its Motion to Dismiss the First Amended Consolidated Complaint (D. I. 307) shall be extended by one week until January 10, 2007.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ James L. Holzman
    James L. Holzman (#663)
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899
    Telephone: (302) 888-6500
    Facsimile: (302) 658-8111
    jlholzman@prickett.com

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    Facsimile: (302) 658-1192
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Attorneys for Plaintiff<br>PHIL PAUL | BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

Dated: December 29, 2006

SO ORDERED this ____ day of _____, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge
District of Delaware

#769705