**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) ) MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br>                    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## (CORRECTED) STIPULATED ORDER FOR EXTENSION OF TIME

Plaintiff Phil Paul and Defendant Intel Corporation hereby stipulate, subject to approval by the Court, that the due date for Intel Corporation's reply brief in support of its Motion to Dismiss Plaintiffs' Foreign Conduct Claims (D.I. 311; D.I. 221) shall be extended by one week until January 10, 2007.

PRICKETT, JONES & ELLIOTT, P.A.                POTTER ANDERSON & CORROON LLP

By:  */s/ James L. Holzman*                     By:  */s/ Richard L. Horwitz*
    James L. Holzman (#663)                         Richard L. Horwitz (#2246)
    1310 King Street                                W. Harding Drane, Jr. (#1023)
    P.O. Box 1328                                   Hercules Plaza
    Wilmington, DE 19899                            1313 N. Market Street
    Telephone: (302) 888-6500                       P.O. Box 951
    Facsimile: (302) 658-8111                       Wilmington, DE 19801
    jlholzman@prickett.com                          Telephone: (302) 984-6000
                                                    Facsimile: (302) 658-1192
                                                    rhorwitz@potteranderson.com
                                                    wdrane@potteranderson.com

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| COHEN, MILSTEIN, HAUSFELD & TOLL , P.L.L.C.<br>Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Attorneys for Plaintiff<br>PHIL PAUL | BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

Dated: December 29, 2006

SO ORDERED this ____ day of _____, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge
District of Delaware

#769705