<table>
<tr><td>Writer's Direct Dial:<br>(302)888-6509<br>Writer's Telecopy Number::<br>(302)658-8111<br>Writer's E-Mail Address:<br>jlholzman@prickett.com</td><td align="center">PRICKETT, JONES & ELLIOTT<br>A PROFESSIONAL ASSOCIATION<br>**1310 KING STREET, BOX 1328**<br>**WILMINGTON, DELAWARE 19899**<br>TEL: (302) 888-6500<br>FAX: (302) 658-8111<br>http://www.prickett.com</td><td>Dover Office:<br>11 NORTH STATE STREET<br>DOVER, DELAWARE 19901<br>TEL: (302) 674-3841<br>FAX: (302) 674-5864</td></tr>
</table>

January 5, 2007

<u>VIA E-FILE AND BY HAND</u>

The Hon. Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    RE:    <u>In Re: Intel Corp. Microprocessor Antitrust Litigation, MDL No. 05-1717-JJF</u>
            <u>Paul v. Intel Corp., Cons. C.A. No. 05-485-JJF</u>

Dear Judge Farnan:

    Consistent with and for the reasons stated in Mr. Cottrell's letter to the Court of January 4, 2007 (D.I. 373 in 05-MD-1717), we are filing herewith for the Court's consideration a parallel form of order that would formally endorse the Special Master's June 28, 2006 Procedures for the Handling of Discovery Disputes Before Special Master (D.I. 159 in 05-CV-485 and D.I. 222 in 05-MD-1717) in *Paul v. Intel Corp.*, Cons. C.A. No. 05-485-JJF.

    Counsel stand ready to confer with the Court in the event that Your Honor has any questions.

                                              Respectfully submitted,

                                              James L. Holzman
                                              (DE Bar ID No. 663)

JLH/smc
Enclosure

cc:    Clerk of Court
        Special Master Vincent J. Poppiti
        Richard L. Horwitz, Esq.
        Frederick L. Cottrell, III, Esq.

19684.1\323332v1