# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP.<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) )    MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,*<br><br>            Plaintiffs,<br><br>     v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | ) ) ) ) ) ) ) )    Civil Action No. 05-485-JJF<br> )    CONSOLIDATED ACTION<br> ) ) ) ) |

## COMPENDIUM OF UNREPORTED OPINIONS TO
## CLASS PLAINTIFFS' ANSWERING MEMORANDUM
## IN OPPOSITION TO INTEL'S MOTION TO DISMISS

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
COHEN, MILSTEIN, HAUSFELD
   & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
FURTH LEHMANN & GRANT LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone:  (415) 433-2070

PRICKETT JONES & ELLIOTT, P.A.
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
Telephone: (302) 888-6500
Facsimile: (302) 658-8111

*Interim Liaison Counsel for the Class Plaintiffs*

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:   (206) 623-7292

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:   (415) 217-6810

*Interim Co-Lead Counsel*


Dated:  January 5, 2007

# TABLE OF CONTENTS

Tab No.

*Anderson Contracting, Inc. v. Bayer AG*,
  Case No. CL 95959 (Iowa Dist. Ct. May 31, 2005) ...............................................1

*Applied Med. Res. Corp. v. Ethicon Inc.*,
  Case No. SACV 03-1329-JVS(MLGx), 2006 U.S. Dist. LEXIS 12845 (C.D. Cal. Feb. 2, 2006) ............................................................................................................2

*Armstrong v. Bayer AG*,
  No. 66-05 CnC, slip op. (Vt. Cir. Ct., Oct. 10, 2006)..........................................3

*Bauer v. Club Med Sales, Inc.*,
  No. C-95-1637 MHP, 1996 WL 310076 (N.D. Cal. May 22, 1996) .........................4

*Beckler v. Visa U.S.A., Inc.*,
  No. 09-04-C-00030, 2004 WL 2115144 (N.D. Dist. Ct. Aug. 23, 2004) .................5

*Bellevue Drug Co. v. Advance PCS*,
  Civ. A. No. 03-4731, 2004 U.S. Dist. LEXIS 3627 (E.D. Pa. Mar. 2, 2004) ...........6

*Box Butte County Sch. Dist. No.6 v. Bayer AG*,
  Case No. CI 04-270 (Neb. Dist. Ct. Jan. 9, 2006) ..............................................7

*Bradburn Parent/Teacher Store, Inc. v. 3M*,
  Civ. A. No. 02-7676, 2003 U.S. Dist. LEXIS 13273 (E.D. Pa. July 24, 2003)..........8

*Capp v. Microsoft*,
  Case No. 00 CV 0637 (Wis. Cir. Ct. July 25, 2001)............................................9

*Church v. Consolidated Freightways, Inc.*,
  No. C-90-2290 DLJ, 1992 U.S. Dist. LEXIS 18234 (N.D. Cal. Sept. 14, 1992) ...................10

*Cox v. Microsoft Corp.*,
  No. 105193, 2000 2005 WL 3288130 (July 29, 2005) ........................................11

*DBSI Signature Place, LLC v. BL Greensboro, L.P.*,
  Case No. CV 05-051-S-LMB, 2006 U.S. Dist. LEXIS 30387 (D. Idaho May 9, 2006) .........12

*D. R. Ward Construction Co. v. Rohm & Haas Co.*,
  2006 U.S. Dist. LEXIS 61828 (E.D. Pa. May 31, 2006) ......................................13

*Friedman v. Microsoft*,
  CV2000-000722 (Ariz. Super. Ct. Nov. 14, 2000)..............................................14

*Fucile v. Visa U.S.A., Inc.*,
  No. S1560-03 CNC, 2004 WL 3030037 (Vt. Super. Dec. 27, 2004) .......................15

*Glaberson v. Comcast Corp.*,
Civ. A. No. 03-6604, 2006 U.S. Dist. LEXIS 62672 (E.D. Pa. Aug. 31, 2006)......................16

*Gordon v. Microsoft*,
2001 WL 366432 (Minn. Dist. Ct. Mar. 30, 2001), *review denied* (Minn. Ct. App.
May 8, 2001), *aff'd*, 645 N.W. 393 (Minn. 2002) ...................................................17

*Graduate Cardiology Consultants, P.C. v. Vivra, Inc.*,
2000 WL 33711050 (Pa. Com. Pl. Oct. 20, 2000)....................................................18

*Hydrogen Peroxide Antitrust Litig.*,
MDL No. 1682, 2006 U.S. Dist. LEXIS 18790 (E.D. PA. Apr. 11, 2006) .............................19

*Holder v. Archer Daniels Midland Co.*,
No. 96-2975, 1998 WL 1469620 (D.C. Super. Ct. Nov. 4, 1998)...........................................20

*In re Canon Cameras*,
No. 05 Civ. 7233(JSR), 2006 WL 1751245 (S.D.N.Y. June 23, 2006)...................................21

*In re Healthsouth Corp. Sec. Litig.*,
Master File No. CV-98-J-2634-S, 2000 U.S. Dist. LEXIS 20443 (N.D. Ala. Dec. 20,
2000) ................................................................................................22

*In re Heritage Bond Litig.*,
No. MDL 02-ML-1475 DT, 2004 WL 1638201 (C.D. Cal. July 12, 2004) ...........................23

*In re OSB Antitrust Litig.*,
No. 06-826, slip op. (E.D. Pa. Sept. 27, 2006) ........................................................24

*In re Worlds of Wonder Sec. Litig.*,
No. C 87 5491 SC, 1990 WL 61951 (N.D. Cal. Mar. 23, 1990) ............................................25

*Levis Strauss & Co. v. Fed. Pants Co.*,
No. CV 75-3642-JWC, 1979 U.S. Dist. LEXIS 11611 (C.D. Cal. June 19, 1979) ................26

*Meijer, Inc. v. 3M Co.*,
Civ. A. No. 04-5871, 2005 U.S. Dist. LEXIS 13995 (E.D. Pa. July 13, 2005)......................27

*Microsoft I-V Cases*,
2000-2 Trade Cases (CCH) ¶ 73,013 ........................................................................28

*Natural Gas Anti-Trust Cases I, II, III and IV*,
2003-1 Trade Cas. (CCH) ¶ 73,959 (Cal. Super. Ct., San Diego Cty., Oct. 16, 2002)...........29

*New York Jets LLC v. Cablevision Sys. Corp.*,
No. 05 Civ. 2875(HB), 2005 WL 2649330 (S.D.N.Y. Oct. 17, 2005) ....................................30

*Peterson v. Visa U.S.A., Inc.*,
    No. Civ. A. 03-8080, 2005 WL 1403761 (D.C. Super. Ct. Apr. 22, 2005) ............................31

*Pooler v. R.J. Reynolds Tobacco Co.*,
    2001 WL 403167 (Nev. Dist. Ct. Apr. 4, 2001) ....................................................................32

*Semba v. Lonza AG*,
    Docket No. CV-99-50, 1999 Me. Super. LEXIS 358 (Me. Super. Ct. 1999) .........................33

*Sherwood v. Microsoft Corp.*,
    No. M2000-01850-COA-R9-CV, 2003 Tenn. App. LEXIS 539 (Tenn. App. July 31,
    2003) ....................................................................................................................................34

*State ex rel. McGraw v. Visa U.S.A., Inc.*,
    Civ. A. No. 03-C-551, (W. Va. Cir. Ct. Oct. 14, 2005) ........................................................35

*State of Tennessee ex rel. Leech v. Levi Strauss & Co.*,
    No. 79-722-III, 1980 WL 4696 (Tenn. Ch. Ct. Sept. 25, 1980) .............................................36

*United States v. Dentsply Int'l, Inc.*,
    Civ. A. No. 99-005-SLR, 2001 WL 624807 (D. Del. Mar. 30, 2001), *aff'd sub nom.*
    *Howard Hess Dental Labs Inc. v. Dentsply Int'l, Inc.*, 424 F.3d 363 (3rd Cir. 2005)............37

*Villager Franchise Sys., Inc. v. Dhami, Dhami & Virk*,
    2006 WL 224425 (E.D. Cal. Jan. 26, 2006) .........................................................................38