IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**UNOPPOSED MOTION FOR EXTENSION OF TIME AND FOR LEAVE
TO EXCEED PAGE LIMITATION**

Defendant Intel Corporation, by and through its undersigned counsel, respectfully moves this Court for an Order (1) extending to February 28, 2007, the date for filing its reply brief in support of Intel's Motion to Dismiss the First Amended Consolidated Complaint (the "Motion") (D.I. 307) and (2) for leave, pursuant to Local Rule 7.1.3(a)(4) to file an oversized brief.

1. On October 30, 2006, Intel filed an unopposed motion (D.I. 299) requesting, *inter alia*, that it be permitted to file a memorandum of law in support of the Motion that exceeded the 40-page limit imposed by Local Rule 7.1.3(a)(4). The Court granted Intel's motion and on November 3, 2006, Intel filed a 55-page memorandum in support of the Motion (D.I. 308).

2. On November 10, 2006, Class Plaintiffs filed an unopposed motion for extension of time and for leave to file separate answering briefs (D.I. 317). In their motion, Class Plaintiffs requested, *inter alia*, an extension of time until January 5, 2007

to file their answering memorandum in opposition to the Motion. The Court granted Class Plaintiffs' Unopposed Motion on November 14, 2006 (D.I. 323).

3.  On January 4, 2007, Class Plaintiffs filed an Unopposed Motion for Leave to Exceed Page Limitation (D.I. 371), in which Class Plaintiffs requested permission to file an answering memorandum in opposition to the Motion not to exceed 90 pages. The Court granted Class Plaintiffs' Unopposed Motion on January 9, 2007.

4..  On January 5, 2007, Class Plaintiffs filed an 87-page Answering Memorandum in Opposition to Intel's Motion to Dismiss (D.I. 375).

5.  Intel believes that, in order to fully reply to the issues presented by the Class Plaintiffs in their oversized answering memorandum, it will be necessary to exceed the 20-page limit. Intel therefore respectfully requests that the Court grant it relief from the page limitations of Local Rule 7.1.3(a)(4) and permit it to file a reply memorandum of no more than 50 pages in support of the Motion. In addition, Intel will require additional time to prepare its reply memorandum and, therefore requests an extension of time until February 28, 2007 to file the reply memorandum.

6.  Intel's counsel has conferred with counsel for the Class Plaintiffs and are advised that Class Plaintiffs do not oppose the relief requested herein.

WHEREFORE, Intel respectfully requests that the Court permit it to file a reply memorandum in support of the Motion not to exceed 50 pages on or before February 28, 2007.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| David M. Balabanian<br>James L. Hunt<br>Christopher B. Hockett<br>Nora C. Cregan<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>(415) 393-2000<br><br>Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 373-6000<br><br>Dated: January 18, 2007<br>773225/29282 | By: /s/ W. Harding Drane, Jr.<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br><br>Attorneys for Defendants<br>Intel Corporation and Intel Kabushiki Kaisha |

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, W. Harding Drane, hereby certify that on January 18, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

I hereby certify that on January 18, 2007, I have Electronically Mailed the attached document to the following non-registered participants:

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
Cohen, Milstein, Hausfeld
 & Toll , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com
abaker@cmht.com

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
mplehmann@furth.com
tdove@furth.com
aturan@furth.com

| | |
|---|---|
| Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>tony@hbsslaw.com | Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>guido@saveri.com<br>rick@saveri.com |

By:  /s/ W. Harding Drane, Jr.
       Richard L. Horwitz (#2246)
       W. Harding Drane, Jr. (#1023)
       POTTER ANDERSON & CORROON LLP
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE 19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       wdrane@potteranderson.com

Dated: January 18, 2007
728761 / 29282