IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>                          Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>                          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                          Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>                          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## [PROPOSED] ORDER REGARDING SCHEDULE FOR PRODUCTION OF TRANSACTIONAL DATA BY THIRD PARTIES

WHEREAS, in October 2005 and June 2006, the parties served subpoenas on various third parties seeking, among other things, transactional data;

WHEREAS, the parties have since engaged in individual negotiations with the third parties regarding the production of the requested transactional data;

WHEREAS, the target date for the plaintiffs in the consolidated class actions ("Class Plaintiffs") to file their motion for class certification is July 6, 2007;

WHEREAS, the requested transactional data is important to the issue of class certification;

WHEREAS, Class Plaintiffs contend that they require sufficient time to analyze the transactional data prior to filing their motion for class certification; and

WHEREAS, the Special Master previously ordered that all third party negotiations relating to document production should be completed on or before December 21, 2006:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. All third parties that were served with a subpoena seeking transactional data in October 2005 or June 2006 should enter into an agreement by February 21, 2007 to produce transactional data by March 14, 2007. Motion practice on any outstanding issues relating to transactional data may commence thereafter.

2. A telephonic status conference is scheduled for February 22, 2007 at _____, during which the parties shall report to the Special Master on the status of their negotiations.

3. The parties shall provide a copy of this Order to all third parties that were served with a subpoena seeking transactional data in October 2005 or June 2006.

ENTERED this
\_\_\_\_ day of January, 2007

_____
Vincent J. Poppiti (#100614)
Special Master