IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**DEFENDANT INTEL CORPORATION'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant Intel Corporation ("Intel") respectfully submits this notice of a decision recently issued by the U.S. Court of Appeals for the Eighth Circuit that supports Intel's Motion to Dismiss (MDL 05-1717 D.I. 311) (05-485 D.I. 221) the plaintiffs' claims arising from Intel's alleged foreign conduct for lack of subject matter jurisdiction. *In re Monosodium Glutamate Antitrust Litig.*, --- F.3d ---, No. 05-4303, 2007 WL 414358 (8th Cir. Feb. 8, 2007) (attached as Ex. 1).

In this decision, the 8th Circuit embraced the D.C. Circuit's ruling in *Empagran S.A. v. F. Hoffmann-Laroche, Ltd.*, 417 F.3d 1267 (D.C. Cir. 2005), *cert. denied*, 126 S. Ct. 1043 (2006), that in order to allege an antitrust claim based on foreign conduct, a plaintiff must establish that its claimed injury was proximately caused by a direct domestic effect of the foreign conduct. In doing so, the 8th Circuit rejected appellants'

argument – which were represented by Interim Class Counsel in this action – for a more lenient causation standard.

                                      Respectfully submitted,

                                      */s/ W. Harding Drane, Jr.*

OF COUNSEL:                         Richard L. Horwitz (#2246)
                                        W. Harding Drane, Jr. (#1023)
David M. Balabanian              POTTER, ANDERSON & CORROON LLP
James L. Hunt                      Hercules Plaza, 6th Floor
Christopher B. Hockett          1313 North Market Street
Nora C. Cregan                 P.O. Box 951
BINGHAM McCUTCHEN LLP     Wilmington, DE 19899-0951
Three Embarcadero Center       (302) 984-6000
San Francisco, CA  94111-4067  rhorwitz@potteranderson.com
(415) 393-2000                wdrane@potteranderson.com

Richard A. Ripley
BINGHAM McCUTCHEN LLP     Attorneys for Defendant
2020 K Street, N.W.              INTEL CORPORATION
Washington, D.C.  20006
(202) 373-6000

Dated:  February 15, 2007