IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | Civil Action No. 05-MD-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### STIPULATION AND ORDER REGARDING
### CLASS CERTIFICATION BRIEFING AND DISCOVERY

The parties, through their respective counsel, and subject to the Order of the Court, hereby stipulate and agree - based on their respective positions set forth in the parties' March 5, 2007 Status Conference Report (06-mdl-1717, D.I. 406) - to the following amended schedule for briefing and discovery related to class certification:

| Event | Date |
|---|---|
| Plaintiffs' Motion and Class Expert Report | September 7, 2007 |
| Deposition of Plaintiffs' Class Certification Expert and Affiants/Declarants | September 10 - November 8, 2007 |
| Intel's Opposition and Rebuttal Class Expert Report | November 9, 2007 |
| Deposition of Intel's Class Certification Expert and Affiants/ Declarants | November 12, 2007 - January 10, 2008 |
| Plaintiffs' Reply Brief and Class Expert Reply Report | January 11, 2008 |
| Class Certification Hearing | Late-January 2008 |

19684.1.\328680v1

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James L. Holzman<br>James L. Holzman (#663)<br>jlholzman@prickett.com<br>J. Clayton Athey (#4378)<br>jcathey@prickett.com<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>rhorwitz@potteranderson.com<br>W. Harding Drane, Jr. (#1023)<br>wdrane@potteranderson.com<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6027<br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha* |

SO ORDERED, this _____ day of _____, 2007.

_____
U.S.D.J.