IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSSOR<br>ANTITRUST LITIGATION | ) ) ) ) ) | MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself and all<br>others similarly situated, | ) ) ) ) ) | |
| Plaintiffs,<br>v. | ) ) ) | C.A. No. 05-485 (JJF) |
| INTEL CORPORATION, | ) ) | CONSOLIDATED |
| Defendant. | ) ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert W. Stone and Michael D. Powell to represent Fry's Electronics, Inc. in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

*Attorneys for Third Party Fry's Electronics, Inc.*

Dated:  April 5, 2007

- 2 -

SO ORDERED this _____ day of _____, 2007.

_____
                                    UNITED STATES DISTRICT JUDGE

784952

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert W. Stone, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: April 4, 2007

Robert W. Stone
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael D. Powell, certify that I am eligible for

admission to this Court, am admitted, practicing and in good standing as a member of the Bar of

the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation or course of this action.  I

also certify that I am generally familiar with this Court's Local Rules.

Date: _April 4, 2007_

_____
Michael D. Powell
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 5, 2007, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.


*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)

787634