IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) | Civil Action No. 05-MD-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**ORDER EXTENDING TIME FOR FRY'S ELECTRONICS, INC.
TO SERVE OPPOSITION LETTER BRIEF**

WHEREAS, on March 29, 2007, Class Plaintiffs submitted a letter brief ("Class Plaintiffs' Brief") in support of their request to compel Fry's Electronics, Inc. ("Fry's"), to produce transactional data in response to the subpoena issued to it on June 23, 2006;

19365.1.\330980v1

WHEREAS, pursuant to Paragraph 1 of the Procedures for the Handling of Discovery Disputes Before Special Master entered on June 28, 2006, Fry's is required to serve an opposition letter brief ("Opposition Brief"), if any, within five (5) business days of service of Class Plaintiffs' Brief; and

WHEREAS, at Fry's request, Class Plaintiffs have asked that Fry's deadline for submitting its Opposition Brief be extended to Friday, April 13, 2007;

IT IS HEREBY ORDERED that Fry's shall serve its Opposition Brief, if any, by April 13, 2007, and that within three business days thereafter, Class Plaintiffs shall serve their reply letter brief, if any.

ENTERED this ___ day of April, 2007.

Vincent J. Poppiti (DSBA No. 100614)
Special Master