IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware Corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware Corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED |

**CONFIRMATION OF APPOINTMENT AS CONSULTANTS
TO THE COURT**

By my signature, individually and on behalf of Stroz Friedberg, LLC, I agree to the terms

of retention as set forth in the Order of Appointment as Consultant To The Court by Special

062038.00616/40168349v.2

Master, Vincent J. Poppiti, entered on April 19, 2007.

Dated: April 23, 2007

_____
Eric Friedberg, individually and on behalf of
STROZ FRIEDBERG, LLC