## ACKNOWLEDGMENT OF PROTECTIVE ORDER

I, _Michael F. McGowan_, am a _Director, Digital Forensics_ (employee, partner, associate, etc.) of _Stroz Friedberg, LLC_, and I hereby acknowledge that:

1. I have read the Protective Order entered in the action captioned above, understand the terms thereof, and agree to be bound by such terms;

2. I will make only such copies or notes as are required to enable me to render assistance in connection with the matters for which I am engaged;

3. I will not disclose Confidential Discovery Materials to any person not expressly entitled to receive it under the terms of the Protective Order;

4. I will not use Confidential Discovery Materials for any purpose other than that authorized by the Protective Order; and

5. I agree to submit to the jurisdiction of the United States District Court for the District of Delaware/Superior Court of the State of California, County of Santa Clara, for the sole purpose of having the terms of the Protective Order enforced.

Dated: _2007/4/23_

Signature: _[signed] Michael F. McGowan_

24

062038.00616/40162916v.1