

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

April 27, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

    Re:    **Discovery Matter No. 4**
            *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
            **C. A. No. 05-441-JJF;**
            *In re Intel Corp.*, **C.A. No. 05-1717-JJF; and**
            *Phil Paul v. Intel Corporation (Consolidated)*, **C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

    Intel provides the enclosed information pursuant to Paragraph 7 of the Order Regarding Intel's Evidence Preservation Issues. The enclosed document is marked Confidential and is being filed under seal.

                              Respectfully,

                              */s/ Richard L. Horwitz*

                              Richard L. Horwitz (#2246)

RLH/msb
792194

Enclosure
cc:    James L. Holzman, Esquire (By electronic mail)
        Frederick L. Cottrell, III, Esquire (By electronic mail)