IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ ) | | |
| IN RE | ) | |
| INTEL CORPORATION | ) | |
| MICROPROCESSOR ANTITRUST | ) | MDL No. 1717-JJF |
| LITIGATION | ) | |
| _____) | | |
| | ) | |
| ADVANCED MICRO DEVICES, INC., a | ) | |
| Delaware Corporation, and AMD | ) | |
| INTERNATIONAL SALES & SERVICES, | ) | |
| LTD., a Delaware corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-441-JJF |
| | ) | |
| INTEL CORPORATION, a Delaware | ) | |
| Corporation, and INTEL KABUSHIKI | ) | |
| KAISHA, a Japanese corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |
| | ) | |
| PHIL PAUL, on behalf of himself and | ) | |
| all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-485-JJF |
| INTEL CORPORATION, | ) | |
| | ) | CONSOLIDATED |
| Defendants. | ) | |
| _____) | | |

**ORDER MODIFYING TIME FOR A PARTY TO FILE
OBJECTION TO, OR A MOTION TO ADOPT OR MODIFY
<u>SPECIAL MASTER'S ORDER, REPORT OR RECOMMENDATIONS</u>**

WHEREAS, pending before Special Master Vincent J. Poppiti is Class Plaintiff's Motion to Compel Fry's Electronics Inc. to produce transactional data in response to a third party subpoena issued on June 23, 2006;

WHEREAS, Special Master Poppiti conducted a hearing in the matter on May 1, 2007;

062038.00616/40168657v.1

WHEREAS, given scheduling order deadlines in this case it is essential to bring the dispute to ultimate decision as soon as possible;

NOW THEREFORE, IT IS HEREBY ORDERED that a party may file objections to, or a motion to adopt or modify, the Special Master's Order, Report or Recommendations on any issues related to the instant motion no later than 3 days from the time the Special Master's Order, Report or Recommendations are served.

_____
JUDGE JOSEPH J. FARNAN, JR.