PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number:
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 4, 2007

**VIA EMAIL**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 N. Market Street
Wilmington, DE 19801-4226

    Re:    DM5;
             *In re Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717-JJF;
             *Phil Paul v. Intel Corp.*, **Consolidated C.A. No. 05-485-JJF**

Dear Judge Poppiti:

      I write concerning Fry's Electronics, Inc.'s ("Fry's") letter of earlier today requesting that Your Honor reconsider the recommendation made to Judge Farnan that the time a party has pursuant to Federal Rule of Civil Procedure 53(g)(3) to respond to the Special Master's upcoming Report and Recommendation in connection with Class Plaintiffs' Motion to Compel Fry's be shortened to three days. Class Plaintiffs do not intend to respond to Fry's letter except to say that we believe it is important to keep the discovery process moving. We leave it to Your Honor's and the Court's discretion, however, to decide how that goal is best accomplished in this instance.

      Also, during the May 1, 2007 hearing before Your Honor on the Motion to Compel Fry's, Class Plaintiffs indicated our intent to file a response by today, May 4, to an issue raised by Fry's regarding a transcript ruling referred to by Ms. Graham. Class Plaintiffs respectfully request that they be given a one-day extension, such that their response will be filed on Monday, May 7, 2007. I have conferred with Frys' counsel, and they do not oppose this extension.

                                             Respectfully submitted,

                                             J. Clayton Athey
                                             (DE Bar # 4378)

JCA/nmh

    cc:    James L. Holzman, Esquire (By email)
             Mary Graham, Esquire (By email)
             Frederick L. Cottrell, III, Esquire (By email)
             Richard L. Horwitz, Esquire (By email)

19684.1\333545v1