**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
**TEL: (302) 888-6500**
**FAX: (302) 658-8111**
**http://www.prickett.com**

Writer's Direct Dial:
(302)888-6509
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
jlholzman@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 10, 2007

VIA E-FILE AND BY HAND

The Hon. Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

RE:    **In re Intel Corp. Microprocessor Antitrust Litigation, MDL No. 05-1717-JJF;**
**Advanced Micro Devices, Inc., et al. v. Intel Corp., et al., C.A. No. 05-441-JJF;**
**Paul v. Intel Corp., Cons. C.A. No. 05-485-JJF**

Dear Judge Farnan:

Filed herewith is an Amended Stipulation and Protective Order Regarding Expert Discovery which has been agreed to by the parties. This amended stipulation is substantially similar to the Stipulation and Protective Order Regarding Expert Discovery filed in the above actions in May 2006, except that it adds a provision to paragraph 3 allowing draft expert witness reports to be shared among testifying or non-testifying expert witnesses in the above referenced matters without affecting the continued confidentiality of such draft reports.

The parties respectfully request that the Court enter this amended stipulation and order if it meets with Your Honor's approval. Counsel stand ready to confer with the Court in the event that Your Honor has any questions.

Respectfully submitted,

James L. Holzman
(DE Bar ID No. 663)

JLH/smc
Enclosure

cc:    Clerk of Court
Special Master Vincent J. Poppiti
Richard L. Horwitz, Esq.
Frederick L. Cottrell, III, Esq.

19684.1\333802v1