IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) )<br>) )<br>) ) MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation,, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. No. 05-441-JJF ) |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) |
| Defendants. | ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) C. A. No. 05-485-JJF |
| v. | ) ) CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) |

**[PROPOSED] STIPULATION AND ORDER**

WHEREAS, AMD, Intel and the Class Plaintiffs are in the process of negotiating a stipulation to bifurcate discovery related to Intel's evidence preservation issues,

IT IS HEREBY STIPULATED, by and between the parties, subject to Order of the Special Master, as follows:

1. The deadline set forth in paragraph 12 of the Special Master's March 16, 2007 Order Regarding Intel's Evidence Preservation Issues (D.I. 301) for AMD and Class Plaintiffs to

submit their respective responses to the Report and Proposed Remediation Plan of Intel Corporation and Intel Kabushiki Kaisha to Special Master Pursuant to March 16, 2007 Order Re: Intel's Evidence Preservation Issues (D.I. 321) is **VACATED**.

    2.    The new deadline for AMD and Class Plaintiffs to so respond will be set forth in an anticipated stipulation between the parties or, failing such stipulation, per further order of the Court.

**POTTER ANDERSON & CORROON LLP**

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19890-0951
    (302) 984-6000
    rhorwitz@potteranderson.com

*Attorneys for Intel Corporation and Intel Kabushiki Kaisha*

**RICHARDS, LAYTON & FINGER, P.A.**

By: */s/ Chad M. Shandler*
    Chad M. Shandler (#3796)
    One Rodney Square
    920 North King Street
    Wilmington, DE 19899
    (302) 651-7836
    shandler@rlf.com

*Attorneys for Advance Micro Devices, Inc. and AMD International Sales & Service, Ltd.*

**PRICKETT JONES & ELLIOTT, P.A.**

By: */s/ James L. Holzman*
James L. Holzman (#663)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6509
jlholzman@prickett.com

*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated*

ENTERED this
____ day of May 2007.

_____
Vincent J. Poppiti (#100614)
Special Master