**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>        Plaintiffs,<br><br>    vs.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>INTEL CORPORATION,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) C. A. No. 05-485-JJF |

**NOTICE OF TAKING DEPOSITION OF
INTEL CORPORATION AND INTEL KABUSHIKI KAISHA AND REQUEST FOR
PRODUCTION OF DOCUMENTS REGARDING REMEDIATION**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (collectively, "AMD") will take the deposition of defendants Intel Corporation and Intel Kabushiki Kaisha (collectively, "Intel") on May 30, 2007, beginning at 9:30 a.m., at the offices of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, California, or at such other time and place as the parties may agree. The deposition will be recorded by stenographic and sound-and-visual (videographic) means, will be taken before a Notary Public or other officer authorized to administer oaths, and will continue from day to day until completed,

weekends and public holidays excepted.

Reference is made to the "Description of Matters on Which Examination is Requested" attached hereto as Exhibit A and incorporated herein by this reference. In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Intel is hereby notified of its obligation to designate one or more officers, directors, or managing agents (or other persons who consent to do so) to testify on its behalf as to all matters embraced in the "Description of Matters on Which Examination is Requested" and known or reasonably available to Intel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 35(b) and 34 of the Federal Rules of Civil Procedure, AMD requests that Intel produce for inspection, copying and use at the deposition all of the documents and other tangible things in their possession, custody, or control and responsive to the "Categories of Documents and Tangible Things Requested for Production" attached hereto as Exhibit B and incorporated herein by reference. Production shall take place at the time and place of the deposition (9:30 a.m. on May 30, 2007, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, California) or at such other time and place as the parties may agree.

|  |  |
|---|---|
| OF COUNSEL:<br>Charles P. Diamond<br>  cdiamond@omm.com<br>Linda J. Smith<br>  lsmith@omm.com<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067<br>(310) 246-6800<br><br>Mark A. Samuels<br>  msamuels@omm.com<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>213-430-6000<br><br>Dated:  May 15, 2007 | /s/ *Chad M. Shandler*<br>Jesse A. Finkelstein (#1090)<br>Frederick L. Cottrell, III (#2555)<br>Chad M. Shandler (#3796)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899<br>(302) 651-7700<br>Finkelstein@rlf.com<br>Cottrell@rlf.com<br>Shandler@rlf.com<br>Fineman@rlf.com<br>Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| Potter Anderson & Corroon, LLP | Prickett, Jones & Elliott, P.A. |
| 1313 North Market Street | 1310 King Street |
| P. O. Box 951 | P.O. Box 1328 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1328 |

      I hereby certify that on May 15, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP   1299 Pennsylvania Avenue, N.W. | Daniel S. Floyd, Esquire |
| Washington, DC 20004-2402 | Gibson, Dunn & Crutcher LLP |
| | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |

                                             /s/ Chad M. Shandler
                                             Chad M. Shandler (#3796)
                                             shandler@rlf.com