

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

May 23, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

Re: Discovery Matter No. 4
*Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
**C. A. No. 05-441-JJF;**
*In re Intel Corp.*, **C.A. No. 05-1717-JJF; and**
*Phil Paul v. Intel Corporation (Consolidated)*, **C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

Pursuant to the second sentence of Paragraph 10 of the Order Regarding Intel's Evidence Preservation Issues, enclosed please find an accounting of the existence of weekly backup tapes for Intel Custodians from November 6, 2005 through April 8, 2007. This accounting is based on information collected to date, and Intel reserves the right to further supplement this accounting with any additional information that Intel may learn during its ongoing work.

Respectfully submitted,

*/s/ W. Harding Drane, Jr.*

W. Harding Drane, Jr.
(#1023)

WHD, Jr./rb
797277 / 29282

cc: James L. Holzman, Esquire (By electronic mail)
Frederick L. Cottrell, III, Esquire (By electronic mail)