

Potter
Anderson
& Corroon LLP

**W. Harding Drane, Jr.**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

June 8, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

      **Re:**    **Discovery Matter No. 4**
               ***Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,***
               **C. A. No. 05-441-JJF;**
               ***In re Intel Corp.,*** **C.A. No. 05-1717-JJF; and**
               <u>***Phil Paul v. Intel Corporation (Consolidated)***</u>**, C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

        Intel provides the enclosed two exhibits pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues.  Each of the enclosed documents is marked Confidential and is being filed under seal.

        Sealed Exhibit 1 is a revised version of the document previously provided to Your Honor on May 25, 2007 (D.I. 352 in the 05-441 case; D.I. 487 in the 05-1717 case; and D.I. 371 in the 05-485 case ).  We are providing this revised version because we recently learned that the version filed on May 25, 2007 was inadvertently missing a portion of page 18 and all of pages 19 through 24.

        Sealed Exhibit 2 is provided for the first time.

Vincent J. Poppiti, Esquire
June 8, 2007
Page 2


Respectfully submitted,

W. Harding Drane, Jr. (#1023)


WHD/mho
800472/ 29282

cc:    James L. Holzman, Esquire (By electronic mail)
       Frederick L. Cottrell, III, Esquire (By electronic mail)