

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

July 6, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

Re: Discovery Matter No. 4
*Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
C. A. No. 05-441-JJF;
*In re Intel Corp.*, C.A. No. 05-1717-JJF; and
*Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

Intel provides the enclosed information pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues. The enclosed documents are marked Confidential and are being filed under seal.

Sealed Exhibit 1 is a revised version of the document previously provided to Your Honor on June 29, 2007 (D.I. 389 in the 05-441 case; D.I. 523 in the 05-1717 case; and D.I. 401 in the 05-485 case ). We are providing this revised version because we recently learned that the version filed on June 29, 2007 inadvertently included certain information that did not apply to one of the identified custodians. The specific revision is identified in Footnote 1 of the revised document. Sealed Exhibit 2 is provided for the first time.

Respectfully submitted,

W. Harding Drane, Jr. (#1023)

WHD/msb
805807 / 29282

cc: James L. Holzman, Esquire (By electronic mail)
Frederick L. Cottrell, III, Esquire (By electronic mail)