**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>)<br>)<br>)<br>) | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated, | )<br>)<br>) | C.A. No. 05-485-JJF |
| Plaintiffs, | )<br>) | CONSOLIDATED ACTION |
| v. | )<br>) | |
| INTEL CORPORATION, | )<br>) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on July 12, 2007, true and correct copies of Defendant Intel Corporation's Second Request For The Production of Documents and Things were caused to be served as follows:

**HAND DELIVERY:**

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

2

**ELECTRONIC MAIL:**

| | |
|---|---|
| Michael D. Hausfeld | Michael P. Lehman |
| Daniel A. Small | Thomas P. Dove |
| Brent W. Landau | Alex C. Turan |
| Allyson B. Baker | The Furth Firm LLP |
| Cohen, Milstein, Hausfeld & Toll , P.L.L.C. | 225 Bush Street, 15th Floor |
| 1100 New York Avenue, N.W. | San Francisco, CA 94104 |
| Suite 500, West Tower | mplehmann@furth.com |
| Washington, D.C. 20005 | tdove@furth.com |
| mhausfeld@cmht.com | aturan@furth.com |
| dsmall@cmht.com | |
| blandau@cmht.com | |
| abaker@cmht.com | |
| | |
| Guido Saveri | Steve W. Berman |
| R. Alexander Saveri | Anthony D. Shapiro |
| Saveri & Saveri, Inc. | Hagens Berman Sobol Shapiro, LLP |
| 111 Pine Street, Suite 1700 | 1301 Fifth Avenue, Suite 2900 |
| San Francisco, CA 94111 | Seattle, WA 98101 |
| guido@saveri.com | steve@hbsslaw.com |
| | tony@hbsslaw.com |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| David M. Balabanian | |
| James L. Hunt | By:  */s/ W. Harding Drane, Jr.* |
| Christopher B. Hockett | Richard L. Horwitz (#2246) |
| Nora C. Cregan | W. Harding Drane, Jr. (#1023) |
| BINGHAM McCUTCHEN LLP | Hercules Plaza, 6th Floor |
| Three Embarcadero Center | 1313 N. Market Street |
| San Francisco, CA  94111-4067 | P.O. Box 951 |
| Telephone:  (415) 393-2000 | Wilmington, DE 19899-0951 |
| Facsimile:  (415) 393-2286 | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Richard A. Ripley | wdrane@potteranderson.com |
| BINGHAM McCUTCHEN LLP | |
| 2020 K Street, N.W. | *Attorneys for Defendant* |
| Washington, D.C. 20006 | *Intel Corporation* |
| Telephone:  (202) 373-6000 | |

Dated:  July 12, 2007

806551 / 29282