IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| Plaintiffs, | : **CONSOLIDATED ACTION**<br>: Civil Action No. 05-485-JJF |
| v. | : |
| INTEL CORPORATION, | : |
| Defendant. | : |

O R D E R

At Wilmington, this 12 day of July 2007, for the reasons set forth in the Memorandum Opinion this date;

IT IS HEREBY ORDERED that Intel Corporation's Motion To Dismiss The First Amended Consolidated Complaint (D.I. 217 in Civil Action No. 05-485 and D.I. 307 in MDL Docket No. 05-1717) is **GRANTED** with respect to the following claims: (1) claims for antitrust violations under New York law; (2) class action consumer protection claims under the laws of the States of Alaska, Georgia, Louisiana and Montana; (3) claims under the common law for monopoly; and (4) claims under the common law for unjust enrichment, and **DENIED** in all other respects.

UNITED STATES DISTRICT JUDGE