IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) Civil Action No. 05-MD-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>INTEL CORPORATION, <br><br>Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) ) |

## STIPULATION & ORDER

WHEREAS, on March 29, 2007, Class Plaintiffs filed a motion to compel in the form of a letter brief to the Special Master requesting that Fry's Electronics, Inc. ("Fry's") be compelled to produce certain purchase and sales data in response to the subpoena served by Class Plaintiffs on Fry's on June 23, 2006;

WHEREAS, Class Plaintiffs and Fry's have met and conferred before and after the motion in an attempt to agree upon the data that Fry's would produce in response to the subpoena. These negotiations have included a series of proposals and counter-proposals from Fry's and Class Plaintiffs; and

WHEREAS, the Special Master held a teleconference on July 31, 2007 in which Fry's and Class Plaintiffs agreed that a briefing schedule should be entered to complete briefing of the motion to compel. Class Plaintiffs proposed and Fry's agreed that the additional briefing would be limited to the issue of whether (a) the latest data production proposal from Fry's or (b) the

latest data production proposal from Class Plaintiffs should be accepted by the Court as the more appropriate resolution of the motion to compel;

NOW, THEREFORE, Class Plaintiffs and Fry's, by and through their undersigned counsel, and subject to the approval of the Special Master, hereby stipulate and agree as follows:

1. A further hearing on Class Plaintiffs' motion to compel production of documents shall be set for September 7, 2007 at 3:30 p.m. Any party may appear telephonically or in person, provided that any party electing to appear in person shall notify the Court and all other parties of its intention to do so on or before September 3, 2007. Should any party choose to appear in person, the other parties shall have the option of appearing in person or telephonically.

2. On August 10, 2007, Class Plaintiffs shall serve and file an opening letter brief not to exceed five single-spaced pages. On August 20, 2007, Fry's shall serve and file its letter response not to exceed five single-spaced pages. On August 27, 2007, Class Plaintiffs shall serve and file a letter reply to Fry's response not to exceed three single-spaced pages.

3. The supplemental briefing shall address solely the issue of whether (a) the latest proposal from Fry's, (b) the latest proposal from Class Plaintiffs, or (c) a new position that Fry's or Class Plaintiffs believes in good faith falls between the latest proposals from Fry's and Class Plaintiffs should be accepted by the Court as the most appropriate resolution of the motion to compel. The Special Master may choose either proposal, the new "middle" position, or a variation of any of these as the appropriate resolution of the motion to compel.

4. Any future negotiations between Fry's and Class Plaintiffs in an effort to reach a negotiated resolution of the motion to compel will be conducted off the record and neither the substance nor the fact of such negotiations may be disclosed to the Special Master.

5.  Notwithstanding the provisions of the May 4, 2007 Stipulation and Order that imposes certain confidentiality restrictions on information provided by Fry's to Class Plaintiffs, the Undertakings signed by Class Counsel and their experts pursuant to paragraph 1 of the May 4, 2007 Stipulation and Order, and agreements between Class Plaintiffs and Fry's to keep their negotiations off the record, the supplemental briefs may contain any information provided by Fry's or Class Counsel in the course of their negotiations and meet and confer sessions, including but not limited to their May 14, 2007 meet and confer; provided, however, that any brief containing any such information shall be filed with the Court under seal and shall remain under seal pending further order of the Court.

DATED: August 6, 2007

**PRICKETT JONES & ELLIOTT, P.A.**

By: /s/ J. Clayton Athey
James L. Holzman (#663)
J. Clayton Athey (#4378)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
*Interim Liaison Counsel for Class Plaintiffs*

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

By: /s/ Mary B. Graham
Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
*Attorneys for Fry's Electronics, Inc.*

SO ORDERED.

ENTERED this 6th day of August, 2007.

Vincent J. Poppiti (DSBA No. 100614)
Special Master