IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　　　　　Defendant. | ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) ) CONSOLIDATED ACTION ) ) ) ) |

SUPPLEMENTAL LETTER BRIEF (Discovery Matter No. 5)

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

　　　　　　　　　　　　　　　　　　PRICKETT, JONES & ELLIOTT, P.A.
　　　　　　　　　　　　　　　　　　James L. Holzman (#663)
　　　　　　　　　　　　　　　　　　J. Clayton Athey (#4378)
　　　　　　　　　　　　　　　　　　Laina M. Herbert (#4717)
　　　　　　　　　　　　　　　　　　1310 King Street
　　　　　　　　　　　　　　　　　　P.O. Box 1328
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　(302) 888-6500
　　　　　　　　　　　　　　　　　　jlholzman@prickett.com
　　　　　　　　　　　　　　　　　　jcathey@prickett.com
　　　　　　　　　　　　　　　　　　lmherbert@prickett.com

　　　　　　　　　　　　　　　　　　*Interim Liaison Counsel for the Class Plaintiffs*

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
100 New York Avenue, NW

Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Steven W. Berman
Anthony Shapiro
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Co-Lead Counsel for the Class Plaintiffs*

Dated: August 10, 2007

# SEALED DOCUMENT