## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) |
| | |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| INTEL CORPORATION, | ) ) ) |
| Defendant. | ) |

Civil Action No.  05-MD-1717-JJF

Civil Action No. 05-485-JJF

CONSOLIDATED ACTION

## STIPULATION AND ORDER REGARDING
## CLASS CERTIFICATION BRIEFING AND DISCOVERY

The parties, through their respective counsel, and subject to the Order of the Court,

hereby stipulate and agree to the following amended schedule for briefing and discovery related

to class certification:

| Event | Date |
|---|---|
| Plaintiffs' Motion and Class Expert Report | December 7, 2007 |
| Deposition of Plaintiffs' Class Certification Expert and Affiants/Declarants | December 10, 2007 - February 20, 2008 |
| Intel's Opposition and Rebuttal Class Expert Report | February 21, 2008 |
| Deposition of Intel's Class Certification Expert and Affiants/Declarants | February 22, 2008 - April 30, 2008 |
| Plaintiffs' Reply Brief and Class Expert Reply Report | May 1, 2008 |
| Class Certification Hearing | Late-May 2008 |

19684.1.\328680v1

**PRICKETT JONES & ELLIOTT, P.A.**    **POTTER ANDERSON & CORROON LLP**

By:   /s/ James L. Holzman          By:   /s/ Richard L. Horwitz
    James L. Holzman (#663)             Richard L. Horwitz (#2246)
    jlholzman@prickett.com               rhorwitz@potteranderson.com
    J. Clayton Athey (#4378)             W. Harding Drane, Jr. (#1023)
    jcathey@prickett.com                 wdrane@potteranderson.com
    1310 King Street                   1313 North Market Street
    P.O. Box 1328                     P.O. Box 951
    Wilmington, DE  19899            Wilmington, DE  19899
    (302) 888-6500                   (302) 984-6027
    *Interim Liaison Counsel and Attorneys for*   *Attorneys for Intel Corporation and Intel*
    *Phil Paul, on behalf of himself and all*      *Kabushiki Kaisha*
    *others similarly situated*

SO ORDERED, this _____ day of _____, 2007.

_____
U.S.D.J.