

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

August 17, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

  Re: **Discovery Matter No. 4**
    *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*,
    **C. A. No. 05-441-JJF;**
    *In re Intel Corp.*, **C.A. No. 05-1717-JJF; and**
    <u>**Phil Paul v. Intel Corporation (Consolidated), C. A. No. 05-485 (JJF)**</u>

Dear Judge Poppiti:

  Intel provides the enclosed information pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues. The enclosed document is marked Confidential and is being filed under seal.

           Respectfully submitted,

           */s/ W. Harding Drane, Jr.*
           W. Harding Drane, Jr. (#1023)

WHD/msb
813373/ 29282

  cc: James L. Holzman, Esquire (By electronic mail)
     Frederick L. Cottrell, III, Esquire (By electronic mail)