THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)<br>) MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　Defendant. | )<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Anne H. Nguygen of Bingham McCutchen LLP, 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071 to represent defendant Intel Corporation in this matter.

　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Richard L. Horwitz (#2246)
　　　　　　　　　　　　　　　　W. Harding Drane, Jr. (#1023)
　　　　　　　　　　　　　　　　Hercules Plaza, 6th Floor
　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　P.O. Box 951
　　　　　　　　　　　　　　　　Wilmington, DE 19899-0951
　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　wdrane@potteranderson.com

Dated: August 21, 2007　　　　　Attorneys for Defendant
811200/29282　　　　　　　　　　Intel Corporation

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.


Date: _____                               _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 20, 2007        Signed: _____
                             Anne H. Nguygen
                             Bingham McCutchen LLP
                             355 South Grand Avenue, Suite 4400
                             Los Angeles, CA 90071
                             Telephone: (213) 680-6400