IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>) MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Bruce Wecker, Esquire, Jeffrey F. Keller, Esquire, Howard M. Bushman, Esquire, Lance A. Harke, Esquire, Robert W. Mills, Esquire, R. Christopher Gilreath, Esquire, Jason S. Hartley, Esquire, and Robert S. Kitchenoff, Esquire to represent Plaintiffs in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ Laina M. Herbert
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
*Interim Liaison Counsel for the Class Plaintiffs*

Dated: August 23, 2007

## ORDER GRANTING MOTION

The foregoing application of Bruce Wecker, Esquire, Jeffrey F. Keller, Esquire, Howard M. Bushman, Esquire, Lance A. Harke, Esquire, Robert W. Mills, Esquire, R. Christopher Gilreath, Esquire, Jason S. Hartley, Esquire and Robert S. Kitchenoff, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

19684.1\344178v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. I am also admitted to practice in the United States District Courts for the Northern District of California, Central District of California, Southern District of California, also the United States Courts of Appeal for the 2nd Circuit, 4th Circuit, 5th Circuit, 9th Circuit and District of Columbia Circuit, and the Supreme Court of the United States. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/20/07

Bruce Wecker
Hosie McArthur LLP
One Market, Spear Tower, 22nd Floor
San Francisco, CA 94105
(415) 247-6000
California Bar No. 78530

19684.1\343144v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. I am also admitted to practice in the United States District Courts for the Central and Northern Districts of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 21, 2007

Jeffrey F. Keller, Esq.
KELLER GROVER LLP
425 Second St., Ste. 500
San Francisco, CA 94107
Tel: (415) 543-1305
Fax: (415) 543-7861
jfkeller@kellergrover.com
CA SBN 148005

19684.1\343144v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida. I am also admitted to practice in the United States District Courts for the Northern District of Florida, Southern District of Florida, and the Middle District of Florida. Pursuant to Local Rule 83.6, I agree to submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/21/07

Howard M. Bushman, Esq.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, Florida 33130
(305) 536-8220
Florida Bar No. 0364230

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida. I am also admitted to practice in the United States District Courts for the Northern District of Florida, Southern District of Florida, and the Middle District of Florida. Pursuant to Local Rule 83.6, I agree to submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/21/07

Lance A. Harke, P.A.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, Florida 33130
(305) 536-8220
Florida Bar No. 863599

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. I am also admitted to practice in the United States District Court for the Eastern District of California, United States District Court for the Northern District of California, United States District Court for the Central District of California, United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Ninth Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 21, 2007

_____
Robert W. Mills
The Mills Law Firm
145 Marina Boulevard
San Rafael, CA 94901
(415) 455-1326
California State Bar No. 062154

19684.1\343144v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Tennessee, and the District of Columbia. I am also admitted to practice in the United States District Courts for the Western, Middle, and Eastern Districts of Tennessee, United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8-22-07

R. Christopher Gilreath
Gilreath & Associates
200 Jefferson Avenue, Suite 711
Memphis, TN 38103
(901) 527-0511
(901) 527-0514 (facsimile)
Tennessee Bar Number 018667
District of Columbia Bar Number 459712

19684.1\343144v1

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. I am also admitted to practice in the United States District Courts for the Southern, Northern, Central and Eastern districts of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/21/07

Jason S. Hartley
Ross Dixon & Bell LLP
550 West B Street, Suite 400
San Diego, CA 92101
(619) 235-4040
California Bar No. 192514

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. I am also admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the Third Judicial Circuit, and the United States District Courts for the Eastern and Middle Districts of Pennsylvania, and the District of New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 22, 2007

/s/ Robert S. Kitchenoff
Robert S. Kitchenoff
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadlephia, PA 19103
(215) 545-7200
PA Bar ID No. 45993