# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### [PROPOSED] STIPULATION AND ORDER MODIFYING TIME FOR A PARTY TO FILE OBJECTION TO, OR A MOTION TO ADOPT OR MODIFY, SPECIAL MASTER'S ORDER, REPORT OR RECOMMENDATIONS

WHEREAS, pending before Special Master Poppiti is the motion of Intel Corporation ("Intel") to compel production of documents in response to Requests Nos. 8 and 9 from Intel's First Set of Requests for Production of Documents, and Requests Nos. 1 and 2 from Intel's Second Set of Requests for Production (Discovery Matter No. 7);

WHEREAS, Special Master Poppiti conducted a telephonic hearing in the matter on August 22, 2007;

WHEREAS, the Parties are negotiating some of the terms of the Proposed Order that reflects Special Master Poppiti's decision announced during the August 22, 2007 hearing in the matter; and

WHEREAS, subject to the approval of the Special Master and the Order of the Court, pursuant to Federal Rule of Civil Procedure 53(g)(1), the parties wish to extend the time

for filing an objection to, or a motion to adopt or modify, the Special Master's Order, Report or Recommendations;

NOW, THEREFORE, subject to the Order of the Court, the parties hereby stipulate and agree that a party may file objections to, or a motion to adopt or modify, the Special Master's Order, Report or Recommendations on any issues related to the instant motion no later than thirty-five (35) days from the time the Special Master's Order, Report or Recommendations are served.

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ J. Clayton Athey<br>James L. Holzman (#663)<br>jlholzman@prickett.com<br>J. Clayton Athey (#4378)<br>jcathey@prickett.com<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | By: /s/ W. Harding Drane, Jr.<br>Richard L. Horwitz (#2246)<br>rhorwitz@potteranderson.com<br>W. Harding Drane, Jr. (#1023)<br>wdrane@potteranderson.com<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6027<br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha* |

SO APPROVED, this 6th day of September, 2007.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

SO ORDERED, this _____ day of _____, 2007.

_____
Joseph J. Farnan, Jr.
United States District Court Judge

- 2 -