

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*   (302) 425-6410
*Fax:*     (302) 428-5132
*Email:*   Poppiti@BlankRome.com

September 20, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

    Re:   *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
           *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
           *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

    Attached for your review and consideration is the Stipulation and Proposed Order Regarding Protocol for Interviews of Former Employees Subject to Non-Disclosure Agreements which I have on this date recommended for adoption by the Court.

                                                     Respectfully,

                                                     Vincent J. Poppiti
                                                     Special Master
VJP:mcl                                              (DSBA 100614)
Enclosure

cc:    James L. Holzman, Esquire
        Frederick L. Cottrell, III, Esquire
        Richard L. Horwitz, Esquire