IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)    MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated*,<br><br>                              Plaintiffs,<br>    v.<br><br>INTEL CORPORATION,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)    Civil Action No. 05-485-JJF<br>)<br>)    CONSOLIDATED ACTION<br>)<br>)<br>)<br>) |

<u>SUPPLEMENTAL LETTER BRIEF REGARDING ALLOCATION OF THE SPECIAL
MASTER'S COSTS (Discovery Matter No. 5)</u>

**CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER**

                                  PRICKETT, JONES & ELLIOTT, P.A.
                                  James L. Holzman (#663)
                                  J. Clayton Athey (#4378)
                                  Laina M. Herbert (#4717)
                                  1310 King Street
                                  P.O. Box 1328
                                  Wilmington, DE  19899
                                  (302) 888-6500
                                  jlholzman @prickett.com
                                  jcathey@prickett.com
                                  lmherbert@prickett.com

                                  *Interim Liaison Counsel for the Class Plaintiffs*

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone:   (415) 433-2070
Facsimile:   (415) 982-2076

Steven W. Berman
Anthony Shapiro
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:   (206) 623-7292
Facsimile:   (206) 623-0594

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Co-Lead Counsel for the Class Plaintiffs*

Dated:  October 9, 2007

# SEALED DOCUMENT