

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

October 9, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

> Re:  *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
>      *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
>      *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

Attached for your review and consideration is an Order Amending Procedures for the Handling of Discovery Disputes Before Special Master which I have on this date recommended for adoption by the Court.

                                    Respectfully,

                                    Vincent J. Poppiti
                                    Special Master
                                    (DSBA 100614)

VJP:mcl
Enclosure

cc:   All counsel of record