IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)    MDL Docket No. 05-1717-JJF<br>) |
| ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICE LTD,<br>a Delaware corporation,, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>)    Civil Action No. 05-441-JJF |
| v. | ) |
| INTEL CORPORATION, a Delaware<br>corporation, and INTEL KABUSHIKI KAISHA,<br>a Japanese corporation, | )<br>)<br>) |
| Defendants. | ) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated, | )<br>) |
| Plaintiffs, | )<br>)    Civil Action No. 05-485-JJF |
| v. | )<br>)    CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) |
| Defendant. | ) |

**ORDER AMENDING PROCEDURES FOR THE HANDLING OF
DISCOVERY DISPUTES BEFORE SPECIAL MASTER**

The Special Master's Order Entering Procedures for the Handling of Discovery Disputes Before the Special Master as an Order of the Court adopted and entered by Judge Farnan on January 10, 2007 effective as June 28, 2006 is hereby amended as follows.

062038.00615/40171562v.1

2.  Letter briefs shall be filed with the Court, and simultaneously lodged with the Special Master by both (1) e-mail and (2) triplicate paper copy, by either hand delivery or overnight mail, at the discretion of the moving party. All e-mail to the Special Master shall be addressed to Poppiti@blankrome.com, with copies to Oestreich@blankrome.com, Levan@blankrome.com and David-c@blankrome.com. All communications with the Special Master by e-mail shall copy opposing parties, and, where applicable, relevant third parties.

In all other respects the Order of June 28, 2006 will remain in full force and effect.

ENTERED this 9th day of October, 2007.

_____
Vincent J. Poppiti (#100614)
Special Master

SO ORDERED this __12__ day of __October__, 2007.

_____
United States District Court Judge

062038.00615/40171562v.1