**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>)<br>)<br>)<br>) | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICES, LTD.,<br>a Delaware corporation,<br><br>                Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation,<br>and INTEL KABUSHIKI KAISHA, a Japanese<br>corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**[PROPOSED] ORDER RE INTEL CORPORATION AND INTEL KABUSHIKI
KAISHA'S PROPOSED REMEDIATION PLAN**

WHEREAS, on March 16, 2007, Special Master Poppiti entered an Order Regarding Intel's Evidence Preservation Issues;

WHEREAS, on April 23, 2007, Intel Corporation and Intel Kabushiki Kaisha ("Intel") filed their Report and Proposed Remediation Plan, which contains, at pages 30-39 thereof, Intel's proposed plan of remediation ("Intel's Proposed Remediation Plan");

WHEREAS, on September 11, 2007, AMD and Class Plaintiffs ("Plaintiffs") filed their Response to pages 30-39 of Intel's Proposed Remediation Plan;

WHEREAS, the Special Master held a telephonic conference on September 20, 2007 concerning Intel's Proposed Remediation Plan;

WHEREAS, during the September 20, 2007 telephonic conference, AMD counsel stated, on behalf of Plaintiffs: "[W]e do concede, for a lot of good reasons, that we are not going to ask Your Honor to order Intel to do more than it proposes to do in its effort to remediate."

WHEREAS, although they acknowledge that Intel's Proposed Remediation Plan contains all elements that should reasonably be required of Intel under the circumstances to remediate its document preservation lapses, Plaintiffs do not acknowledge or concede that Intel's Proposed Remediation Plan, even if fully executed, will effectively or substantially remediate Intel's lapses, and for which lapses Plaintiffs specifically reserve the right to seek sanctions;

WHEREAS, Intel has voluntarily begun implementing its Proposed Remediation Plan; and

WHEREAS, the Parties have agreed to meet and confer concerning certain data reports requested by Plaintiffs in their Response to Intel's Proposed Remediation Plan;

3

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

Intel shall complete each of the remediation steps as set forth in its April 23, 2007 Proposed Remediation Plan on the time schedule set forth in paragraph 1 of the Stipulated Case Management Order #3.

    ENTERED this
    \_\_\_\_ day of October, 2007

                                    Vincent J. Poppiti (#100614)
                                    Special Master

825963v1