IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP.<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,*<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**CERTIFICATE PURSUANT TO L.R. 7.1.1**

The undersigned Interim Liaison Counsel to Class Plaintiffs hereby certify that pursuant to Local Rule 7.1.1, they have conferred with counsel for Intel Corporation ("Intel") concerning the motion for reconsideration filed herewith. Intel does not oppose a motion for reconsideration by Class Plaintiffs of the Court's Order of October 29, 2007 adopting the Special Master's Report & Recommendation, to the extent that the motion for reconsideration is based upon a mistake of fact that Class Plaintiffs did not file objections.

Dated: October 29, 2007

PRICKETT JONES & ELLIOTT, P.A.

　/s/ James L. Holzman
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street, Box 1328
Wilmington, DE  19899
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
Telephone:  (302) 888-6500

19684.1.\350280v1