IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### DECLARATION OF KRISTEN A. PALUMBO SUPPORT OF DEFENDANT INTEL CORPORATION'S OPPOSITION TO PLAINTIFFS' RULE 23(g) OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS COMPELLING PRODUCTION OF CLASS PLAINTIFFS' FINANCIAL DOCUMENTS

I, Kristen A. Palumbo, declare as follows:

  1.  I am an attorney at law duly admitted to practice before all courts of the State of California, am an associate with Bingham McCutchen LLP, and, by Order of this Court, have been admitted *pro hac vice* to represent Intel Corporation in this matter. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

  2.  Attached as Exhibit A is a true and correct copy of Oklahoma Bar Association Legal Ethics Advisory Opinion, 2007-OK LEG ETH 01 (pending approval), available at: http://www.okbar.org/news/news07/ethicsopinion07.htm.

3. Attached as Exhibit B is a true and correct copy of the Bar Association of San Francisco Ethics Committee Opinion 1985-2, available at:

http://www.sfbar.org/ethics/opinion_1985-2.aspx.

4. Attached as Exhibit C is a true and correct copy of Florida Bar Association Ethics Opinion 96-3 (Feb. 15, 1997), available at:

http://www.floridabar.org/TFB/TFBETOpin.nsf/ca2dcdaa853ef7b885256728004f87db/1d9b8ded46c425fe85256b2f006ca672?OpenDocument.

5. Attached as Exhibit D is a true and correct copy of Los Angeles County Bar Association Professional Responsibility and Ethics Committee Opinion No. 517, *Indemnification of Client's Litigation Costs* (April 17, 2006), available at:

http://www.lacba.org/Files/Main%20Folder/Documents/%20Ethics%20%20%20Opinions/Files/Ethics_Opinion_517.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at San Francisco, California on October 29, 2007.

_____
Kristen A. Palumbo

2

A/72289381.1

Filed this 29th day of October, 2007 by:

| | |
|---|---|
| Of Counsel: | POTTER, ANDERSON & CORROON LLP |
| David M. Balabanian<br>Christopher B. Hockett<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA, 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 | By: /s/ W. Harding Drane, Jr.<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com |
| Richard A. Ripley<br>Gregory F. Wells<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 373-6000<br>Facsimile: (202) 373-6001 | Attorneys for Defendant<br>INTEL CORPORATION |
| DATED: October 29, 2007 | |