IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>) MDL Docket No. 05-1717 (JJF)<br>)<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>INTEL CORPORATION,<br><br>             Defendant. | )<br>)  C.A. No. 05-485-JJF<br>)<br>)  CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING DEFENDANT INTEL CORPORATION'S
OBJECTIONS AND MOTION TO STRIKE DECLARATIONS OF BRUCE A.
GREEN AND DAVID ROSENBERG**

Upon consideration of the Objections and Motion of Defendants Intel Corporation

To Strike Declarations of Bruce A. Green and David Rosenberg:

IT IS HEREBY ORDERED, this _____ day of _____, 2007,

that the aforesaid objections are SUSTAINED and the motion is GRANTED.

_____
United States District Court Judge

828314/29282