IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) )<br>) )<br>) ) MDL Docket No. 05-1717-JJF<br>) ) |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated*,<br><br>                    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | ) )<br>) )<br>) )<br>) )<br>) ) Civil Action No. 05-485-JJF<br>) )<br>) ) CONSOLIDATED ACTION<br>) )<br>) ) |

*CONFIDENTIAL - FILED UNDER SEAL*

**CLASS PLAINTIFFS' OPPOSITION TO FRY'S OBJECTION TO AND
REQUEST TO MODIFY SPECIAL MASTER'S SEPTEMBER 27, 2007 REPORT
<u>IN DISCOVERY MATTER 5</u>**

PRICKETT, JONES & ELLIOTT, P.A.
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman @prickett.com
jcathey@prickett.com
lmherbert@prickett.com

*Interim Liaison Counsel for the Class Plaintiffs*

Dated: November 6, 2007

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.

1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Steven W. Berman
Anthony Shapiro
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Co-Lead Counsel for the Class Plaintiffs*

# SEALED DOCUMENT