

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

November 12, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

    Re:  *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
          *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
          *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

    Attached for your review and consideration is a Stipulation and Proposed Order Regarding the Preparation of Privilege Logs #2 which I have on this date recommended for adoption by the Court.

                                      Respectfully,

                                      Vincent J. Poppiti
                                      Special Master
                                      (DSBA 100614)

VJP:mcl
Enclosure

    cc:    All counsel of record

Chase Manhattan Centre   1201 Market Street   Suite 800   Wilmington, DE 19801
www.BlankRome.com

062038.00615/40172099v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong