

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED

NOV 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Michael W. Stebbins
60 South Market Street, Suite 200
San Jose, C.

NIXIE    951    DE  1         00  11/14/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 19801357099    *1727-05314-09-42

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| INTEL CORP. MICROPROCESSOR | : MDL Docket No. 05-1717-JJF $DI\,646$ |
| ANTITRUST LITIGATION | : |
| | : |

| | |
|---|---|
| | : |
| PHIL PAUL, on behalf of himself | : |
| and all others similarly | : |
| situated, | : **CONSOLIDATED ACTION** |
| | : |
| Plaintiffs, | : Civil Action No. 05-485-JJF $DI\,5l5$ |
| | : |
| v. | : |
| | : |
| INTEL CORPORATION, | : |
| | : |
| Defendant. | : |

## O R D E R

WHEREAS, Class Plaintiffs filed a Motion For Reconsideration
(D.I. 507 in Civ. Act. No. 05-485; D.I. 637 in MDL No. 05-1717)
requesting the Court to vacate the October 29, 2007 Order
adopting the Special Master's Report and Recommendation (D.I. 460
in Civ. Act. No. 05-485; D.I. 626 in MDL No. 05-1717);

WHEREAS, Class Plaintiffs erroneously linked the Objections
(D.I. 488 in Civ. Act. No. 05-485; D.I. 614 in MDL No. 05-1717)
to the Special Master's Report and Recommendation to the Report
and Recommendation concerning DM5 when the Objections should have
been linked to the Report and Recommendation concerning DM7, and
therefore, it appeared to the Court that no objections had been
filed to the Report and Recommendation concerning DM7;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    Class Plaintiffs' Motion For Reconsideration (D.I. 507 in Civ. Act. No. 05-485; D.I. 637 in MDL No. 05-1717) is **GRANTED**.

2.    The Court's October 29, 2007 Order is **VACATED**, and briefing is reinstated on the Report and Recommendation (D.I. 460 in Civ. Act. No. 05-485; D.I. 626 in MDL No. 05-1717) in accordance with the parties' agreed upon schedule.

November 8 , 2007
    DATE

UNITED STATES DISTRICT JUDGE