

Phone:  (302) 425-6410
Fax:    (302) 428-5132
Email:  Poppiti@BlankRome.com

November 22, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

Re:   *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
      *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
      *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

Attached for your review and consideration is a Order Regarding Completion of Third Party Document Production which I have on this date recommended for adoption by the Court.

Respectfully,

Vincent J. Poppiti

VJP/mcl
Enclosure

cc:   All Counsel of Record