# ATTACHMENTS

# 1 - 4

# SEALED DOCUMENTS