## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) MDL No. 05-1717-JJF ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-485-JJF ) |
| v. | ) CONSOLIDATED ACTION ) |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) |

### STIPULATION AND ORDER REGARDING
### CLASS CERTIFICATION BRIEFING AND DISCOVERY

The parties, through their respective counsel, and subject to the Order of the Court, hereby stipulate and agree to the following amended schedule for briefing and discovery related to class certification:

| **Event** | **Date** |
|---|---|
| Plaintiffs' Motion and Class Expert Report | March 14, 2008 |
| Deposition of Plaintiffs' Class Certification Expert and Affiants/Declarants | March 17 - May 28, 2008 |
| Intel's Opposition and Rebuttal Class Expert Report | May 29, 2008 |
| Deposition of Intel's Class Certification Expert and Affiants/ Declarants | May 30 - August 6, 2008 |
| Plaintiffs' Reply Brief and Class Expert Reply Report | August 7, 2008 |
| Class Certification Hearing | Late August/ Early September 2008 |

19684.1\352183v1

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James L. Holzman<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Laina M. Herbert (#4717)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | By: /s/ W. Harding Drane, Jr.<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6027<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha* |

SO ORDERED, this 28 day of November, 2007.

_____
U.S.D.J.

19684.1\352183v1