IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| INTEL CORP. MICROPROCESSOR : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION : | |
| : | |
| PHIL PAUL, on behalf of himself : | |
| and all others similarly : | |
| situated, : | **CONSOLIDATED ACTION** |
| : | |
| Plaintiffs, : | Civil Action No. 05-485-JJF |
| : | |
| v. : | |
| : | |
| INTEL CORPORATION, : | |
| : | |
| Defendant. : | |

O R D E R

At Wilmington, this 6 day of December 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Rule 53(g) Objections To Special Master's Report And Recommendations Compelling Production Of Class Plaintiff's Financial Documents (D.I. 488 in Civ. Act. No. 05-485; D.I. 614 in MDL No. 05-1717) filed by Interim Liason Counsel for the Class Plaintiffs on behalf of the Class Representatives are **SUSTAINED**.

2. The Special Master's Report And Recommendation On Intel Corporation's Motion To Compel Production Of Documents (DM 7) (D.I. 460) is **NOT ADOPTED**.

3. The Motion To Strike Declarations Of Bruce A. Green And David Rosenberg (D.I. 510 in Civ. Act. No. 05-485; D.I. 638 in MDL No. 05-1717) filed by Intel Corporation is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE