IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  INTEL CORPORATION ) | MDL Docket No. 05-MD-17-1733F |
| MICROPROCESSOR ) | |
| ANTITRUST LITIGATION ) | Civil Action No. 1:05-cv-00485-JJF |
| ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Daniel B. Scott to represent Plaintiffs Elizabeth Bruederle Baran and Paul Czysz in this matter.

Signed: _____
A. Zachary Naylor (#4439)
Scott M. Tucker (#4925)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500
Attorneys for Plaintiffs

Date: 12/19/07

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice granted.

Date: _____          _____
                                  United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Supreme Courts of Pennsylvania and New Jersey, the United States Courts of Appeals for the Third and Sixth Circuits and the United States District Courts for the Eastern District of Pennsylvania, Eastern District of Michigan and District of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Date: 12/19/07

Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041