IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP.<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself<br>and all others similarly situated*,<br><br>            Plaintiffs,<br><br>     v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| BERGERSON & ASSOCIATES, INC., *on<br>behalf of himself and all others similarly<br>situated*,<br><br>            Plaintiffs,<br><br>     v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | Civil Action No. 05-547-JJF |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective January 1, 2008, the address for Heins Mills & Olson, P.L.C., counsel for plaintiff Bergerson & Associates, Inc., in C.A. 05-547-JJF, has changed as follows:

Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

19684.1\354862v1

The firm's telephone and facsimile numbers, and all e-mail addresses will remain the same.

| | |
|---|---|
| Dated: January 2, 2008 | PRICKETT, JONES & ELLIOTT, P.A. |
| | By: *Laina M. Herbert* |
| Michael D. Hausfeld | James L. Holzman (#663) |
| Daniel A. Small | J. Clayton Athey (#4378) |
| Michael P. Lehmann | Laina M. Herbert (#4717) |
| Brent W. Landau | Matthew P. D'Emilio (#4845) |
| COHEN, MILSTEIN, HAUSFELD | 1310 King Street, Box 1328 |
| & TOLL, P.L.L.C. | Wilmington, DE 19899 |
| 100 New York Avenue, NW | Telephone: (302) 888-6500 |
| Suite 500, West Tower | Facsimile: (302) 658-8111 |
| Washington, DC 20005 | jlholzman@prickett.com |
| Telephone: (202) 408-4600 | jcathey@prickett.com |
| Facsimile: (202) 408-4699 | lmherbert@prickett.com |
| | mpdemilio@prickett.com |
| Thomas P. Dove | |
| Alex C. Turan | *Interim Liaison Counsel for the Class Plaintiffs* |
| THE FURTH FIRM LLP | |
| 225 Bush Street, 15th Floor | |
| San Francisco, CA 94104 | |
| Telephone: (415) 433-2070 | |
| Facsimile: (415) 982-2076 | |
| | |
| Steven W. Berman | |
| Anthony Shapiro | |
| HAGENS BERMAN SOBOL | |
| SHAPIRO, LLP | |
| 1301 Fifth Avenue, Suite 2900 | |
| Seattle, WA 98101 | |
| Telephone: (206) 623-7292 | |
| Facsimile: (206) 623-0594 | |
| | |
| Guido Saveri | |
| R. Alexander Saveri | |
| Lisa Saveri | |
| SAVERI & SAVERI, INC. | |
| 111 Pine Street, Suite 1700 | |
| San Francisco, CA 94111 | |
| Telephone: (415) 217-6810 | |
| Facsimile: (415) 217-6813 | |
| | |
| *Interim Co-Lead Counsel for the Class Plaintiffs* | |

19684.1\354862v1