## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-441-JJF <br><br> DM No. ___ |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-485-JJF |

## CERTIFICATION OF JAMES M. PEARL IN SUPPORT OF ADVANCED MICRO DEVICES, INC., AMD INTERNATIONAL SALES & SERVICE, LTD. AND CLASS PLAINTIFFS' REQUEST TO COMPEL INTEL CORPORATION AND INTEL KABUSHIKI KAISHA TO PRODUCE DOCUMENTS AND RULE 30(B)(6) TESTIMONY RELATING TO INTEL'S DOCUMENT PRESERVATION PRACTICES IN PRIOR LITIGATIONS

I, James M. Pearl, make this certification pursuant to Local Rule 7.1.1 and state that the

following efforts and exchanges have been made by Advanced Micro Devices, Inc., AMD

International Sales & Service, Ltd., and Class Plaintiffs (collectively "Plaintiffs") to reach

agreement with Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel") on the subject

of the accompanying letter brief:

1.    On September 25, 2007, during a meet and confer with Daniel Floyd, Richard Levy, and Carol Silberberg, all counsel for Intel, I asked whether Intel would produce documents relating to its document preservation practices in other litigations.  Mr. Floyd and Mr. Levy both indicated that Intel would not do so.

2.    On October 4, 2007, Intel reconfirmed this position in its Supplemental Responses and Objections to Plaintiffs' Notice of Taking Deposition and Request for Production of Documents ("Intel's Supplemental Responses").  Attached as Exhibit A is a true and correct copy of that document.

3.    On November 8, 2007, I sent a letter to Mr. Levy seeking clarification on Intel's Supplemental Responses.  With respect to the topics concerning Intel's document preservation practices in prior litigations, I wrote, "We have negotiated on these Deposition Topics for several months, and consider the parties at an impasse.  We intend to bring them to the attention of the Special Master at the earliest available opportunity."  Attached as Exhibit B is a true and correct copy of that letter.

4.      On November 21, 2007, in response to my letter of November 8, Mr. Levy again

confirmed that Intel would not provide documents or testimony relating to its practices in other

litigations.  Specifically, Mr. Levy stated, "Intel stands on its Supplemental Responses to these

topics."  Attached as Exhibit C is a true and correct copy of that letter.


Dated:  January 3, 2008                          Respectfully submitted,


                                        By:  _____
                                             James M. Pearl
                                             O'MELVENY & MYERS LLP

                                             *Attorney for Plaintiffs Advanced Micro*
                                             *Devices, Inc. and AMD International Sales*
                                             *& Service, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 3, 2008, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire                James L. Holzman, Esquire
Potter Anderson & Corroon, LLP             Prickett, Jones & Elliott, P.A.
1313 North Market Street                   1310 King Street
P. O. Box 951                              P.O. Box 1328
Wilmington, DE 19899                       Wilmington, DE 19899-1328


I hereby certify that on January 3, 2008, I have sent by Federal Express the foregoing

document to the following non-registered participants

Darren B. Bernhard, Esquire                Robert E. Cooper, Esquire
Howrey LLP                                 Daniel S. Floyd, Esquire
1299 Pennsylvania Avenue, N.W.             Gibson, Dunn & Crutcher LLP
Washington, DC 20004-2402                  333 South Grand Avenue
                                           Los Angeles, California 90071-3197




/s/ *Chad M. Shandler*
Chad M. Shandler (#3796)
shandler@rlf.com