THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)<br>) MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | )<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of (1) Mit Winter of Bingham McCutchen LLP, Three Embarcadero Center, San Francisco, CA 94111; (2) Kavita M. Patel and (3) Jennifer M. Sepic of Bingham McCutchen LLP, 355 South Grand Avenue, Suite 4400, Los Angeles, CA 9007; and (4) Elizabeth J. Carroll of Bingham McCutchen LLP, 1900 University Avenue, East Palo Alto, CA 94303, to represent defendant Intel Corporation in this matter.

2

                                      POTTER ANDERSON & CORROON LLP

                                      By:  /s/ W. Harding Drane, Jr.
                                      Richard L. Horwitz (#2246)
                                      W. Harding Drane, Jr. (#1023)
                                      Hercules Plaza, 6th Floor
                                      1313 North Market Street
                                      P.O. Box 951
                                      Wilmington, DE 19899-0951
                                      (302) 984-6000
                                      rhorwitz@potteranderson.com
                                      wdrane@potteranderson.com

Dated:  January 7, 2008
840878/29282

                                      *Attorneys for Defendant Intel Corporation*

### ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____          _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 7, 2008        Signed: /s/ Elizabeth J. Carroll
Elizabeth J. Carroll
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 849-4400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 7, 2008       Signed: /s/ Jennifer M. Sepic
Jennifer M. Sepic
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 680-6400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 7, 2008        Signed: *Kavita Patel*
Kavita M. Patel
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 680-6400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 7, 2008          Signed: _____
                                        Mit Winter
                                        Bingham McCutchen LLP
                                        Three Embarcadero Center
                                        San Francisco, CA 94111
                                        Telephone: (415) 393-2000