## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION<br><br><br>_____<br>PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | MDL Docket No. 05-1717-JJF<br><br><br><br>Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 8, 2008, copies of the SECOND SUPPLEMENT TO PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT INTEL CORPORATION'S FIRST SET OF INTERROGATORIES TO CLASS PLAINTIFFS and this NOTICE OF SERVICE were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

**BY HAND**

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Richard A. Ripley, Esq.
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C.  20006
(202) 373-6000


Dated:  January 8, 2008

PRICKETT, JONES & ELLIOTT, P.A.

By: _Laina M. Herbert_

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Michael P. Lehmann
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
Matthew P. D'Emilio (#4845)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mpdemilio@prickett.com
Telephone:  (302) 888-6500
Facsimile:   (302) 658-8111

*Interim Liaison Counsel for the Class
Plaintiffs*

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone:  (415) 433-2070
Facsimile:   (415) 982-2076

Steven W. Berman
Anthony Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL
SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Co-Lead Counsel for the Class
Plaintiffs*