**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, W. Harding Drane, hereby certify that on January 10, 2008, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Jesse A. Finkelstein | James L. Holzman |
| Frederick L. Cottrell, III | J. Clayton Athey |
| Chad M. Shandler | Prickett, Jones & Elliott, P.A. |
| Steven J. Fineman | 1310 King Street |
| Richards, Layton & Finger | P.O. Box 1328 |
| One Rodney Square | Wilmington, DE 19899 |
| 920 North King Street | |
| Wilmington, DE 19801 | |

I hereby certify that on January 10, 2008, I have Electronically Mailed the documents to the following non-registered participants:

| | |
|---|---|
| Charles P. Diamond | Mark A. Samuels |
| Linda J. Smith | O'Melveny & Myers LLP |
| O'Melveny & Myers LLP | 400 South Hope Street |
| 1999 Avenue of the Stars, 7th Floor | Los Angeles, CA 90071 |
| Los Angeles, CA 90067 | msamuels@omm.com |
| cdiamond@omm.com | |
| lsmith@omm.com | |
| | |
| Salem M. Katsh | Michael D. Hausfeld |
| Laurin B. Grollman | Daniel A. Small |
| Kasowitz, Benson, Torres & Friedman LLP | Brent W. Landau |
| 1633 Broadway, 22nd Floor | Allyson B. Baker |
| New York, New York 10019 | Cohen, Milstein, Hausfeld & Toll , P.L.L.C. |
| skatsh@kasowitz.com | 1100 New York Avenue, N.W. |
| lgrollman@kasowitz.com | Suite 500, West Tower |
| | Washington, D.C. 20005 |
| | mhausfeld@cmht.com |
| | dsmall@cmht.com |
| | blandau@cmht.com |
| | abaker@cmht.com |

| | |
|---|---|
| Thomas P. Dove | Steve W. Berman |
| Alex C. Turan | Anthony D. Shapiro |
| The Furth Firm LLP | Hagens Berman Sobol Shapiro, LLP |
| 225 Bush Street, 15th Floor | 1301 Fifth Avenue, Suite 2900 |
| San Francisco, CA 94104 | Seattle, WA 98101 |
| tdove@furth.com | steve@hbsslaw.com |
| aturan@furth.com | tony@hbsslaw.com |
| | |
| Guido Saveri | Michael P. Lehman |
| R. Alexander Saveri | Cohen, Milstein, Hausfeld & Toll , P.L.L.C. |
| Saveri & Saveri, Inc. | One Embarcadero Center, Suite 526 |
| 111 Pine Street, Suite 1700 | San Francisco, CA 94111 |
| San Francisco, CA 94111 | mlehmann@cmht.com |
| guido@saveri.com | |
| rick@saveri.com | |

By:    */s/ W. Harding Drane, Jr.*
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

738395 / 29282