**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C. A. No. 05-441 (JJF) |
| v. | )<br>) | |
| INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA, | )<br>)<br>) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>) | MDL Docket No. 05-1717 (JJF) |

| | | |
|---|---|---|
| PHIL PAUL, on behalf of himself<br>and all others similarly situated, | )<br>) | C.A. No. 05-485-JJF |
| Plaintiffs, | )<br>) | CONSOLIDATED ACTION |
| v. | )<br>) | |
| INTEL CORPORATION, | )<br>) | |
| Defendant. | ) | |

**AMENDED NOTICE OF DEPOSITION OF STEWART MUNSON**

PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon

oral examination of plaintiff Stewart Munson pursuant to Federal Rule of Civil Procedure 30,

before an authorized court reporter, commencing at 10:00 A.M. on January 25, 2008 at the

offices of Bingham McCutchen LLP, 3 Embarcadero Center, San Francisco, CA 94111, or at

such other time and place as agreed to by the parties.  The deposition will continue from day to

- 2 -

day until completed, shall be transcribed, and may be videotaped.   You are invited to attend and

cross-examine the witness.

OF COUNSEL:                                    POTTER ANDERSON & CORROON LLP

David M. Balabanian
James L. Hunt                                  By:  */s/ W. Harding Drane, Jr.*_____
Christopher B. Hockett                             Richard L. Horwitz (#2246)
BINGHAM McCUTCHEN LLP                               W. Harding Drane, Jr. (#1023)
Three Embarcadero Center                            Hercules Plaza, 6th Floor
San Francisco, CA  94111-4067                       1313 North Market Street
(415) 393-2000                                     P.O. Box 951
                                                   Wilmington, DE 19899-0951
                                                   (302) 984-6000
Richard A. Ripley                                  rhorwitz@potteranderson.com
BINGHAM McCUTCHEN LLP                               wdrane@potteranderson.com
2020 K Street, N.W.
Washington, D.C.  20006                         Attorneys for Defendant
(202) 373-6000                                  INTEL CORPORATION

Dated:  January 10, 2008

841862/29282