**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

Direct Dial
(302) 651-7509
COTTRELL@RLF.COM

January 18, 2008

**VIA ELECTRONIC MAIL & HAND DELIVERY**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

>    Re:  *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF; and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-484-JJF

Dear Judge Poppiti:

   After entry of the Order regarding completion of third party production (D.I. 666), the parties have entered into fully executed agreements or are very near final agreements with the third parties from whom they are still pursuing production. At this time, these third parties are in the process of gathering, reviewing and producing documents. All of the third parties have expressed a good faith intention to attempt to meet the current March 15, 2008 deadline. It is difficult to predict with certainty, however, if these productions will be complete by the Court-ordered deadline. Nevertheless, the parties believe that the March 15, 2008 production deadline is accomplishing its objective of expediting productions. Given the preliminary state of these productions, by March 1, 2008, the parties will be in a better position to report on the status of the outstanding third party productions and to seek appropriate relief if necessary. If the Court agrees, the parties can prepare an appropriate order to reflect a March 1, 2008 joint status report on the status of third party productions.

>                         Respectfully,
>
>                         */s/ Frederick L. Cottrell, III*
>
>                         Frederick L. Cottrell, III (#2555)
>                         cottrell@rlf.com

FLC,III/ps
cc:   Richard L. Horwitz, Esq. (via Electronic Mail)
      James L. Holzman, Esq. (via Electronic Mail)

RLF1-3245101-1