

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

January 18, 2008

**VIA ELECTRONIC FILING AND BY HAND**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF; *and Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF   DM 4a

Dear Judge Poppiti:

    Pursuant to the hearings before Your Honor on December 27, 2007 and January 3, 2008 regarding the Weil interview notes, enclosed please find a set of materials being provided by Intel for your *in camera* review. As reflected in the hearing transcripts, the parties have agreed that providing the enclosed materials for *in camera* review will not constitute a waiver of any attorney-client or work product privileges.

    The enclosed materials fall into two main categories. The first is a set of documents requested by Your Honor for the purpose of evaluating whether the interviews of Intel custodians by the Weil attorneys were conducted in an attorney-client privileged context. These materials, which Intel believes establish that the interviews are protected in their entirety by the attorney-client privilege, include the following: (a) a script used by Intel paralegals during many of the initial phase of interviews of the custodians designated by Intel for production; (b) a pre-interview email sent on behalf of Intel in-house counsel to several hundred prospective interviewees in May 2007 explaining the purpose of upcoming interviews; (c) two emails from an Intel administrative assistant regarding the process of setting up interviews; d) meeting requests that were sent to the majority of the individual custodians to set up the interviews; and (e) six templates created, and sometimes used, by Weil attorneys for purposes of conducting the interviews. Intel is still in the process of collecting and reviewing additional materials and may further supplement the documents in this category.

    The second main category of documents enclosed is a set of notes prepared by the Weil attorneys that reflect the discussion between the Weil attorney and the custodian during the respective interviews. Transmitted with this letter are interview notes for 901 of the custodians, which we believe, based on the collection to date, represents all of the custodians interviewed by

Weil to date. Intel is still in the process of completing the collection and audit process, however, and will provide further updates as needed as to this representation. (While Intel listed 1,023 custodians on its Corrected Custodian List, many of those individuals are former employees and Weil has not interviewed all of the former employees.) In addition, Intel is still in the process of collecting and reviewing materials that may reflect information learned from custodians during follow-up interviews or discussions with custodians. Intel will provide Your Honor with follow-up materials and the balance of interview notes (if any) on a rolling basis, with the understanding that the process is to be completed as soon as practicable. Once Intel completes this process, Intel expects to have provided for *in camera* review all interview notes and follow-up materials that reflect factual information provided by custodians during the Weil interview process that have been located after a diligent search.

For ease of reference, we also have enclosed a copy of the summaries previously filed, reorganized in a separate Word document alphabetically since the interview notes are largely in alphabetical order.

In light of the large volume of materials involved, we have enclosed only one copy set (which has been bates-stamped WEIL 000001 - 005839). However, if you would prefer to have three copy sets, please let us know and we will made immediate arrangements to get you two more copy sets.

As requested by Your Honor during the January 3, 2008 hearing, Intel has provided its proposed redactions in the enclosed materials. The portions of the enclosed materials that Intel believes to constitute core work product have been highlighted in yellow. In addition, Intel has highlighted certain portions of the enclosed materials in pink. These proposed redactions are those that Intel believes constitute work product and do not fit the rationale for which the materials are sought in the pending motion. As indicated in the prior hearings, Intel believes that the interview notes also are protected by the attorney-client privilege, in which case the materials would be withheld in their entirety. Intel has not highlighted the documents to reflect this position on the attorney-client privilege, but continues to assert that position on a global basis.

Finally, during the December 27, 2007 hearing, you requested information about the number and seniority of the Weil attorneys who conducted the custodian interviews. There were approximately 20 Weil attorneys involved in the interview process, although a smaller number were the primary attorneys involved in the project. In terms of seniority, two of the Weil attorneys are partners, one is counsel, one would now be a 9th year associate (but is no longer with the firm), one is currently an 8th year associate, one is currently a 7th year associate, two are currently 6th year associates, six are currently at the 4th year associate level (but one is no longer with the firm), two are currently 3rd year associates, three are currently 2nd year associates, and one attorney assisted with Japanese-speaking custodians.

The Honorable Vincent J. Poppiti
January 18, 2008
Page 3


       We will, of course, be pleased to discuss or address any issue that you wish to raise concerning these notes. Thank you for your consideration of these matters.

                                      Respectfully submitted,

                                      W. Harding Drane, Jr. (#1023)

WHD/mho

Enclosures

843070/29282

cc:     Charles Diamond, Counsel for AMD (without enclosures, via electronic mail)
        Michael Hausfeld, Interim Class Counsel (without enclosures, via electronic mail)
        Frederick L. Cottrell, III, Esquire (without enclosures, via electronic mail)
        James L. Holzman, Esquire (without enclosures, via electronic mail)