**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | |
| INTEL CORP. MICROPROCESSOR ) | |
| ANTITRUST LITIGATION ) | MDL Docket No. 05-1717-JJF |
| ) | |
| ———————————————— ) | |
| PHIL PAUL, on behalf of himself ) | |
| and all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-485-JJF |
| ) | |
| INTEL CORPORATION, ) | CONSOLIDATED ACTION |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael D. Woerner, Esquire, Matthew Shaftel, Esquire and Eben F. Duval, Esquire to represent Plaintiffs in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: *Laina M. Herbert*
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
Matthew P. D'Emilio (Bar ID #4845)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mpdemilio@prickett.com
*Interim Liaison Counsel for the Class Plaintiffs*

Dated: January 22, 2008

## ORDER GRANTING MOTION

The foregoing application of Michael D. Woerner, Esquire, Matthew Shaftel, Esquire and Eben F. Duval, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

19684.1\356806v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the courts listed below, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

Supreme Court of the State of Washington

United States District Court, Western District of Washington

United States District Court, Eastern District of Washington

I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  1/8/08

Michael D. Woerner
**Michael D. Woerner**
**KELLER ROHRBACK L.L.P.**
**1201 Third Avenue, Suite 3200**
**Seattle, WA 98101**
**Telephone: (206) 623-1900**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and I am admitted to practice in the United States District Court for the Southern District of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 17, 2008

Matthew Shaftel
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
(415) 217-6810
mshaftel@saveri.com

19684.1\343119v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Vermont Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:     January 21, 2008

Eben F. Duval
Johnson & Perkinson
P.O. Box 2305
1690 Williston Road
South Burlington, VT 05403
(802) 862-0030
eduval@jpclasslaw.com