IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION<br><br>DM 5 |

**CLASS PLAINTIFFS' MEMORANDUM IN OPPOSITION TO FRY'S OBJECTION TO AND REQUEST TO MODIFY SPECIAL MASTER'S REPORT AND <u>RECOMMENDATIONS REGARDING ALLOCATION OF FEES</u>**

> PRICKETT, JONES & ELLIOTT, P.A.
> James L. Holzman (#663)
> J. Clayton Athey (#4378)
> Laina M. Herbert (#4717)
> Matthew P. D'Emilio (#4845)
> 1310 King Street
> P.O. Box 1328
> Wilmington, DE  19899
> (302) 888-6500
> jlholzman@prickett.com
> jcathey@prickett.com
> lmherbert@prickett.com
> mpdemilio@prickett.com
>
> *Interim Liaison Counsel for the Class Plaintiffs*

Dated:  January 24, 2008

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
One Embarcadero Center, Suite 526A
San Francisco, CA 94111

Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

*Interim Co-Lead Counsel for the Class Plaintiffs*

# SEALED DOCUMENT