IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)  MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                    Plaintiffs,<br>    v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-485-JJF<br>)<br>)  CONSOLIDATED ACTION<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Dennis J. Johnson, Esquire, John Burritt McArthur, Esquire and Shane Charles Youtz, Esquire to represent Plaintiffs in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ Laina M. Herbert
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
Matthew P. D'Emilio (Bar ID #4845)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mpdemilio@prickett.com
*Interim Liaison Counsel for the Class Plaintiffs*

Dated: January 28, 2008

## ORDER GRANTING MOTION

The foregoing application of Dennis J. Johnson, Esquire, John Burritt McArthur, Esquire and Shane Charles Youtz, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

19684.1\358295v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as an active member of the Bar of the State of Vermont as well as the State Bar of Pennsylvania and the District of Columbia where I am on inactive status, and the following federal bars: United States Supreme Court; United States Court of Appeals for the Second, Eighth and Tenth Circuits; United States District Courts for the Eastern District of Pennsylvania, Colorado, and Vermont; and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 22, 2008.

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060
Email: djohnson@jpclasslaw.com

19684.1\343119v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of California and Texas. I am also admitted to practice in the United States District Courts for the Northern District of California, Southern District of Texas, and the Northern District of Oklahoma, also the United States Courts of Appeal for the 5th Circuit, and the Federal Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 25, 2008

/s/ John Burritt McArthur
John Burritt McArthur
Hosie McArthur LLP
One Market, Spear Tower, 22nd Floor
San Francisco, CA 94105
(415) 247-6000
California Bar No. 159793
Texas Bar No. 13325650

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Bars of the State of New Mexico and the State of California. I am licensed to practice in the Federal District Courts of New Mexico, California, and Texas, as well as the Ninth and Tenth Circuits. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 1.23.08

Shane Charles Youtz
YOUTZ & VALDEZ, P.C.
900 Gold Avenue S.W.
Albuquerque, NM 87102
(505) 244-1200 – Telephone
(505) 244-9700 – Facsimile
shane@youtzvaldez.com

19684.1\343119v1