IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) | 05-<br>MDL No. 1717-JJF    #722 |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-441-JJF    #502 |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-485-JJF    #585<br><br>CONSOLIDATED ACTION |

**ORDER EXTENDING TIME TO COMPLETE NEGOTIATIONS
WITH THIRD PARTIES CONCERNING THIRD PARTY DOCUMENT
PRODUCTION**

WHEREAS, on November 27, 2007, the Court entered an Order that, inter alia, established January 18, 2008 as the date by which AMD, Intel and the class action plaintiffs (hereafter, collectively the "Parties") must submit a joint report to the Special

RLF1-3245088-1

Master describing the status of each Third Party production not anticipated to be completed by March 15, 2008 and recommending appropriate action and/or procedures to resolve any outstanding disputes or issues (D.I. []);

WHEREAS, after entry of the Order the Parties entered into fully executed agreements or are very near final agreements with the Third Parties from whom they are still pursuing production;

WHEREAS, these Third Parties are in the process of gathering, reviewing and producing documents;

WHEREAS, all of the Third Parties have expressed a good faith intention to attempt to meet the current March 15, 2008 deadline;

WHEREAS, it is difficult to predict at this time with any certainty whether productions from all Third Parties will be complete by the Court-ordered deadline;

WHEREAS, the Parties believe that the March 15, 2008 production deadline is accomplishing its objective of expediting productions;

WHEREAS, given the preliminary state of certain Third Party productions, by March 1, 2008, the Parties will be in a better position to report to the Special Master on the status of the outstanding Third Party productions and to seek appropriate relief, if necessary;

NOW, THEREFORE, it is Hereby Ordered that:

(1)   The date on which the Parties must submit a status report to the Special Master describing the status of each Third Party production not anticipated to be completed by March 15, 2008 shall be extended to March 1, 2008; and

(2) All other terms and conditions set forth in the Court's November 27, 2007 Order shall remain in full force and effect.

DATED: Jan 28, 2008

_____
Vincent J. Poppiti (#100614)
Special Master

SO ORDERED this 1 day of February, 2008.

_____
The Honorable Joseph J. Farnan, Jr.