**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD. | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-441 (JJF) |
| v. | ) ) | |
| INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA, | ) ) ) | |
| Defendants. | ) | |
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) | MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself and<br>all others similarly situated, | ) ) ) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF JAY SALPETER**

PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon

oral examination of plaintiff Jay Salpeter pursuant to Federal Rule of Civil Procedure 30, before

an authorized court reporter, commencing at 10:00 A.M. on February 21, 2008, at the offices of

Bingham McCutchen LLP, 399 Park Avenue, New York, NY 10022, or at such other time and

place as agreed to by the parties.  The deposition will continue from day to day until completed,

shall be transcribed, and may be videotaped.   You are invited to attend and cross-examine the witness.


OF COUNSEL:                                    POTTER ANDERSON & CORROON LLP

David M. Balabanian
James L. Hunt                                  By:  */s/ W. Harding Drane, Jr.*_____
Christopher B. Hockett                             Richard L. Horwitz (#2246)
BINGHAM McCUTCHEN LLP                              W. Harding Drane, Jr. (#1023)
Three Embarcadero Center                           Hercules Plaza, 6th Floor
San Francisco, CA  94111-4067                      1313 North Market Street
(415) 393-2000                                     P.O. Box 951
                                                   Wilmington, DE 19899-0951
Richard A. Ripley                                  (302) 984-6000
BINGHAM McCUTCHEN LLP                              rhorwitz@potteranderson.com
2020 K Street, N.W.                                wdrane@potteranderson.com
Washington, D.C.  20006
(202) 373-6000
                                                   Attorneys for Defendant
                                                   INTEL CORPORATION
Dated:  February 4, 2008
846480v1/29282