IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>INTEL CORPORATION,<br>　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joseph M. Patane, Esquire to represent Plaintiffs in this matter.

　　　　　　　　　　　　　　　　PRICKETT, JONES & ELLIOTT, P.A.

　　　　　　　　　　　　　　　　By: /s/ Laina M. Herbert
　　　　　　　　　　　　　　　　James L. Holzman (Bar ID #663)
　　　　　　　　　　　　　　　　J. Clayton Athey (Bar ID #4378)
　　　　　　　　　　　　　　　　Laina M. Herbert (Bar ID #4717)
　　　　　　　　　　　　　　　　Matthew P. D'Emilio (Bar ID #4845)
　　　　　　　　　　　　　　　　1310 King Street, Box 1328
　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　(302) 888-6500
　　　　　　　　　　　　　　　　jlholzman@prickett.com
　　　　　　　　　　　　　　　　jcathey@prickett.com
　　　　　　　　　　　　　　　　lmherbert@prickett.com
　　　　　　　　　　　　　　　　mpdemilio@prickett.com
　　　　　　　　　　　　　　　　*Interim Liaison Counsel for the Class Plaintiffs*

Dated: February 6, 2008

## ORDER GRANTING MOTION

The foregoing application of Joseph M. Patane, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

　　　SO ORDERED this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge

19684.1\359986v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 2/5/08

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union St., San Francisco, CA 94123
Telephone: (415) 447-1651
Facsimile: (415) 346-0679
Email: jpatane@tatp.com

19684.1\343119v1