# ATTACHMENTS

# 1 - 4



Tab 1

REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

BRAUCH0004


REDACTED

CONFIDENTIAL - MDL1717/JCCP4443                                    BRAUCH0005



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443                                BRAUCH0006

REDACTED

CONFIDENTIAL - MDL1717/JCCP4443
BRAUCH0007



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

BRAUCH0008



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443                                                    BRAUCH0009

REDACTED

CONFIDENTIAL - MDL1717/JCCP4443

BRAUCH0010



Tab 2



REDACTED

CONFIDENTIAL - MDL1717/JCCP4443                                    KONIECZKA0005



CONFIDENTIAL - MDL1717/JCCP4443

KONIECZKA0006



CONFIDENTIAL - MDL1717/JCCP4443          KONIECZKA0007



Tab 3



CONFIDENTIAL - MDL1717/JCCP4443                                    HARMAN0007



CONFIDENTIAL - MDL1717/JCCP4443                                      HARMAN0008



Tab 4



CONFIDENTIAL - MDL1717/JCCP4443                    CUNNINGHAM0003

REDACTED

CONFIDENTIAL - MDL1717/JCCP4443    CUNNINGHAM0004