OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 19, 2008

Ms. Denise M. Lucks
Clerk, U.S. District Court
United States District Court
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

RE:     **In Re: Intel Corporation- MDL 05-1717**
        CA 8:08cv6 (D/NE)
        CA 08cv105 (D/DE)

Dear Ms. Lucks:

     In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Conditional Order of Transfer* Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

> Clerk, U.S. District Court
> Federal Building, Lockbox 18
> 844 N. King Street
> Wilmington, DE 19801

     If your case file is maintained in electronic format in CM/ECF, please contact me at (302)573-4539.

Sincerely,

Peter T. Dalleo, Clerk

By:_____
Elizabeth Dinan
Deputy Clerk

Enc.
cc:   Jeffrey N. Luthi, Clerk of the Panel