## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) Civil Action No. 05-MD-1717-JJF ) |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-485-JJF ) |
| v. | ) CONSOLIDATED ACTION ) |
| INTEL CORPORATION, | ) **DM 5** ) |
| Defendant. | ) |

### STIPULATION & ORDER

Class Plaintiffs and Fry's Electronics, Inc. ("Fry's"), by and through their undersigned counsel, and subject to the approval of the Special Master, hereby stipulate and agree as follows:

1. On September 28, 2007, the Special Master issued a Report and Recommendation on Motion to Compel Fry's Electronics, Inc. (DM No. 5) ("Special Master's Report", D.I. 608 in 05-md-1717).

2. On January 25, 2008, Judge Joseph J. Farnan, Jr., entered an order overruling Fry's Electronics' Objection to and Request to Modify the Special Master's September 28, 2007 Report and Recommendation Re: Discovery Matter No. 5, and adopting the Special Master's Report (D.I. 720 in 05-md-1717).

3. The Special Master's Report ordered Fry's to produce certain data no later than 35 days after entry of a final, non-appealable order.

4. Class Plaintiffs and Fry's have agreed, subject to approval of the Special Master, that Fry's shall have up to and including March 7, 2008 to produce the materials required under the Special Master's Report, subject to a further extension upon stipulation of the parties and approval by the Special Master.

DATED: February 27, 2008

| | |
|---|---|
| **PRICKETT JONES & ELLIOTT, P.A.** | **MORRIS NICHOLS ARSHT & TUNNELL LLP** |
| By: /s/ J. Clayton Athey<br>James L. Holzman (#663)<br>jlholzman@prickett.com<br>J. Clayton Athey (#4378)<br>jcathey@prickett.com<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>*Interim Liaison Counsel for Class Plaintiffs* | By: /s/ James W. Parrett, Jr.<br>Mary B. Graham (#2256)<br>mgraham@mnat.com<br>James W. Parrett, Jr. (4292)<br>jparrett@mnat.com<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for Fry's Electronics, Inc.* |

SO ORDERED.

ENTERED this __27__ day of February, 2008.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master