**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

March 6, 2008

**VIA ELECTRONIC FILING, E-MAIL AND BY HAND**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801-4226

Re:   *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF; and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF Discovery Matter No. 4a

Dear Judge Poppiti:

Enclosed please find the proposed order Your Honor requested regarding the redaction of the Weil Gotshal firm's notes of interviews of current and former Intel employees. We have discussed the scope of the project with Parcels, Incorporated ("Parcels"), the copying firm that will be employed by Intel for this project. Tim Cady of Parcels informs us that it will take approximately three days to complete this task to ensure that it is done correctly. Once Parcels delivers the copy sets to Intel's counsel, we believe this project will require a significant amount of detail work to ensure that the redactions proposed are made consistently across the documents and in conformity with Your Honor's highlighting. We therefore request that counsel for Intel to have until March 31, 2008, to complete the redactions. We will inform the Special Master if we determine that Intel will be unable to complete the process by that date.

Intel would like to clarify that by providing this proposed order regarding process issues, it does not intend to waive any potential objections to the Special Master's rulings on the proposed redactions and/or production of the Weil interview notes. While the Special Master has not yet issued any such ruling and, therefore, Intel does not know whether it intends to object, Intel reserves the right to appeal any such ruling to the Court. Furthermore, we believe that the time period for appealing any such ruling should begin to run only upon the issuance of any order which would require the production of any Weil related materials. Should the Special Master or AMD disagree, please advise us at your earliest convenience.

The Honorable Vincent J. Poppiti
March 6, 2008
Page 2

      If the Special Master has any questions regarding the process outlined above or in the proposed order, we are available at Your Honor's convenience for a telephonic conference.

                        Respectfully,

                        */s/ Richard L. Horwitz*

                        Richard L. Horwitz (#2246)

RLH/mho
Enclosure

cc:     Charles Diamond, Counsel for AMD (w/enclosure; via electronic mail)
        Michael Hausfeld, Interim Class Counsel (w/enclosure; via electronic mail)
        Frederick L. Cottrell, III, Esquire (w/enclosure; via electronic mail)
        James L. Holzman, Esquire (w/enclosure; via electronic mail)

#853287/29282