IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>　　　　　　Defendant. | C.A. No. 05-485 (JJF)<br><br>CONSOLIDATED |

**STIPULATION AND ORDER**

Class Plaintiffs and Fry's Electronics, Inc. ("Fry's"), by and through their undersigned counsel, and subject to the approval of the Special Master, hereby stipulate and agree as follows:

1. On September 28, 2007, the Special Master issued a Report and Recommendation on Motion to Compel Fry's Electronics, Inc. (DM No. 5) ("Special Master's Report", D.I. 608 in 05-md-1717).

2. On January 25, 2008, Judge Joseph J. Farnan, Jr., entered an order overruling Fry's Electronics' Objection to and Request to Modify the Special Master's September 28, 2007 Report and Recommendation Re: Discovery Matter No. 5, and adopting the Special Master's Report. (D.I. 720 in 05-md-1717).

3. The Special Master's Report ordered Fry's to produce certain data no later than 35 days after entry of a final, non-appealable order.

4. On February 27, 2008, the Special Master entered an order upon the stipulation of Class Plaintiffs and Fry's, providing that Fry's would have up to and including

March 7, 2008 to produce the materials required under the Special Master's Report, subject to a further extension upon stipulation of the parties and approval by the Special Master.

      5. Class Plaintiffs and Fry's have now agreed to a further extension, subject to approval of the Special Master, whereby Fry's shall have up to and including March 21, 2008 to produce the materials required under the Special Master's Report.

DATED: March 7, 2008

| PRICKETT JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ J. Clayton Athey | /s/ James W. Parrett, Jr. |
| James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>(302) 888-6500 | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>mgraham@mnat.com<br>jparrett@mnat.com<br>302.658.9200 |
| *Interim Liaison Counsel for Class Plaintiffs* | *Attorneys for Nonparty Fry's Electronics, Inc.* |

1822740.1

SO ORDERED.

ENTERED this __11th__ day of March, 2008.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master