IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>)<br>)  MDL No. 1717-JJF<br>) |
| ADVANCED MICRO DEVICES, INC., a Delaware Corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>              Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION, a Delaware Corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-441-JJF<br>)<br>)<br>)<br>)<br>)<br>) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-485-JJF<br>)<br>)  CONSOLIDATED<br>)<br>) |

## ORDER REGARDING STATUS OF PRODUCTION

IT IS HEREBY ORDERED this 17th day of March, 2008 that the parties provide a joint status letter on the status of the parties' production on or before close of business Wednesday, March 19, 2008.

Vincent J. Poppiti
(DSBA No. 100614)
Special Master

062038.00616/40173908v.1