IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORP.<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself<br>and all others similarly situated*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| v. | ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF CONSULTATION**

The undersigned, Interim Liaison Counsel to Class Plaintiffs hereby certifies that pursuant to Local Rule 7.1.1, Judith A. Zahid, Counsel for Class Plaintiffs has conferred repeatedly and at length with counsel for non-party Fujitsu Computer System Corporation and that they have been unable to reach agreement regarding the subject matter of the enclosed motion. The dates, time spent and methods of communication taken by Class Plaintiffs to attempt to resolve the matter, as detailed in the accompanying letter brief and the exhibits thereto, are incorporated by reference herein.

19684.1\318269v1

Dated: March 20, 2008

Respectfully submitted,

*/s/ J. Clayton Athey*

PRICKETT JONES & ELLIOTT, P.A.
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
Telephone: (302) 888-6500
Facsimile: (302) 658-8111

19684.1\318269v1