## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2008, the foregoing *Letter Brief in Support of Class Plaintiffs' Request to Compel Fujitsu Computer System Corporation* was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that on March 20, 2008 true and correct copies of the foregoing were caused to be served upon the following parties in the manner indicated:

**VIA ELECTRONIC FILING AND HAND DELIVERY (in triplicate):**
Vincent J. Poppiti, Esquire
BLANK ROME LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801-4226
poppiti@blankrome.com

**VIA ELECTRONIC FILING AND HAND DELIVERY:**
Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801-4426
cottrell@rlf.com
shandler@rlf.com
fineman@rlf.com

**VIA EMAIL, OVERNIGHT DELIVERY AND FIRST CLASS MAIL:**
Jill D. Neiman, Esquire
MORRISON FOERSTER
425 Market Street
San Francisco, CA 94105-2482
jneiman@mofo.com

**VIA ELECTRONIC FILING AND HAND DELIVERY:**
Richard L. Horwitz, Esquire
W. Harding Drane, Jr., Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
wdrane@potteranderson.com

J. Clayton Athey (Bar ID #4378)

19684.1\350165v1