# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD.,<br><br>                                    Plaintiffs,<br><br>              vs.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>                                    Defendants. | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>              vs.<br><br>INTEL CORPORATION,<br>                                    Defendant. | C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## STIPULATION AND PROPOSED ORDER REGARDING REMOTE ACCESS FOR NON-TESTIFYING EXPERTS

WHEREAS, this action was commenced on June 27, 2005 by plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (hereafter jointly, "AMD") against defendants Intel Corporation and Intel Kabushiki Kaisha (hereafter jointly, "Intel");

WHEREAS, coordinated class actions filed by purchasers ("Class Plaintiffs") are also pending in this District against Intel pursuant to a November 3, 2005 order of the Judicial Panel on Multidistrict Litigation;

WHEREAS, AMD, Intel, and the Class Plaintiffs have jointly entered into the SECOND AMENDED STIPULATION REGARDING ELECTRONIC DISCOVERY AND FORMAT OF DOCUMENT (hereafter, "Stipulation"), approved by the Court;

WHEREAS, Paragraphs 16-17 of the Stipulation generally governs access to the native documents;

WHEREAS, Paragraph 18 of the Stipulation governs access to the native files by non-testifying expert personnel;

WHEREAS, the parties have met and conferred with regard to providing additional access to native files by non-testifying expert personnel;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG AMD, INTEL, AND CLASS PLAINTIFFS, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.      Intel, AMD, and Class Plaintiffs shall each be permitted to designate not more than three non-testifying experts for remote access to the native document database.

2.      Each such designee shall agree to comply with the security protocols defined in the Stipulation, and shall not be permitted to download, copy, print, or otherwise utilize the documents outside the confines of the native review application tool.

3.      The parties agree to monitor compliance, and report any breaches of security promptly, and to suspend access to any non-testifying expert who does not comply with the protocols in any manner.

4.      Staff assisting the non-testifying expert will be permitted to access the native documents, and will similarly be bound by the security provisions of the Stipulation.  A maximum of 3 staff members for each non-testifying expert shall be

permitted such access.  A list will be maintained by each party of the individuals

accessing the database.  In the event of a dispute between the parties regarding

compliance with the protocols, and for good cause shown, the list may be provided *in*

*camera* to the Special Master for his use in resolving such disputes as may arise.


Dated: March 24, 2008                    **POTTER ANDERSON & CORROON LLP**

By:    /s/ *W. Harding Drane, Jr.*
       Richard L. Horwitz (#2246)
       rhorwitz@potteranderson.com
       W. Harding Drane, Jr. (#1023)
       wdrane@potteranderson.com
       1313 North Market Street
       P.O. Box 951
       Wilmington, DE  198999-0951
       (302) 984-6027

       Attorneys for Intel Corporation and
       Intel Kabushiki Kaisha


Dated: March 24, 2008                    **RICHARDS, LAYTON & FINGER, P.A.**

By:    /s/ *Chad M. Shandler*          r
       Frederick L. Cottrell (#2555)
       cottrell@rlf.com
       Chad M. Shandler (#3796)
       shandler@rlf.com
       Steven J. Fineman (#4025)
       fineman@rlf.com
       Richards, Layton & Finger
       One Rodney Square
       920 North King Street
       P.O. Box 551
       Wilmington, DE  19899
       (302) 651-7700

       Attorneys For Advanced Micro
       Devices, Inc. And AMD
       International Sales & Service, Ltd.

3

Dated: March 24, 2008_____          **PRICKETT JONES & ELLIOTT, P.A.**

By:     */s/ James L. Holzman*_____
        James L. Holzman (#663)
        jlholzman@prickett.com
        J. Clayton Athey (#4378)
        jcathey@prickett.com
        1310 King Street, P.O. Box 1328
        Wilmington, DE 19899
        (302) 888-6509

        Interim Liaison Class Counsel, MDL
        1717

**SO ORDERED**:

Dated: _____          _____
        Joseph J. Farnan, Jr.
        United States District Judge
        District of Delaware

856715/29282

4