

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

March 25, 2008

**VIA ELECTRONIC FILING AND BY HAND**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al., C.A. No. 05-441-JJF; In re Intel Corporation, C.A. No. 05-MD-1717-JJF; and Phil Paul, et al. v. Intel Corporation, C.A. 05-485-JJF  DM 4a*

Dear Judge Poppiti:

This will confirm that Intel delivered to you by hand this afternoon an additional notebook of materials related to the Weil documents.

If you have any questions concerning this binder or any related issue, Intel's counsel are prepared to address them.

Respectfully submitted,

W. Harding Drane, Jr. (#1023)

WHD/mho
857069/29282

cc: Charles Diamond, Counsel for AMD (via electronic mail)
   Michael Hausfeld, Interim Class Counsel (via electronic mail)
   Frederick L. Cottrell, III, Esquire (via electronic mail)
   James L. Holzman, Esquire (via electronic mail)