# BLANK ROME LLP
COUNSELORS AT LAW

*Phone:* (302) 425-6410
*Fax:* (302) 428-5132
*Email:* Poppiti@BlankRome.com

March 25, 2008

James L. Holzman, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Jill D. Neiman, Esquire
Morrison Foerster
425 Market Street
San Francisco, CA  94105-2482

Re:   In Re Intel Corp. Microprocessor Antitrust Litigation, MDL No. 05-1717-JJF;
      Phil Paul v. Intel Corporation, C.A. No. 05485-JJF (DM No. 11)

Dear Counsel:

I am in receipt of Class Plaintiffs' March 20, 2007 Motion to Compel the production of certain sales data from non-party Fujitsu Computer Systems Corporation ("Fujitsu U.S.").

Having read the application, mindful of the fact that Class Plaintiffs issued its subpoena to Fujitsu U.S. on June 23, 2006 and understanding that negotiations have been on going over a significant period of time, counsel should understand that I will not consider an extension of time for Fujitsu U.S. to file its Opposition Letter Brief.

The matter will be scheduled for a hearing on the next regularly scheduled Intel hearing day being April 3, 2008 at 11 AM.

Yours very truly,

Vincent J. Poppiti
Special Master

VJP:mcl
cc: Frederick L. Cottrell, III, Esquire
    Richard L. Horwitz, Esquire