IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)   MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                    Plaintiffs,<br>        v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-485-JJF<br>)<br>)   CONSOLIDATED ACTION<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jennie Lee Anderson, Esquire and Micha Star Liberty, Esquire to represent Plaintiffs in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

By: */s/ Laina M. Herbert*
     James L. Holzman (Bar ID #663)
     J. Clayton Athey (Bar ID #4378)
     Laina M. Herbert (Bar ID #4717)
     Melissa N. Donimirski (#4701)
     1310 King Street, Box 1328
     Wilmington, Delaware 19899
     (302) 888-6500
     jlholzman@prickett.com
     jcathey@prickett.com
     lmherbert@prickett.com
     mndonimirski@prickett.com
     *Interim Liaison Counsel for the Class Plaintiffs*

Dated: April 2, 2008

### ORDER GRANTING MOTION

The foregoing application of Jennie Lee Anderson, Esquire and Micha Star Liberty, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

19684.1\365302v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the United States District Court for the Southern, Eastern, Central and Northern Districts of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 3-31-08

By: _____
Jennie Lee Anderson
Andrus Liberty & Anderson LLP
1438 Market Street
San Francisco, CA 94102
Tel. (415) 896-1000
Fax (415) 896-2249
jennie@libertylaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the United States District Court for the Southern, Eastern, and Central Districts of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 3/31/08            By: _____
                              Micha Star Liberty
                              Andrus Liberty & Anderson LLP
                              1438 Market Street
                              San Francisco, CA 94102
                              Tel. (415) 896-1000
                              Fax (415) 896-2249
                              micha@libertylaw.com