OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 7, 2008

Mr. Cameron Burke
Clerk, U.S. District Court
U.S. Courts- District of Idaho
550 West Fort Street
Boise, ID 83724

    RE: **In Re: Intel Corporation, Patent Litigation - MDL 05-1717**
          CA 1:08cv31 (D/ID)
          CA 08cv193 (D/DE)

Dear Ms. Burke:

    In accordance with 28 U.S.C. §1407, enclosed is a copy of the *Conditional Order of Transfer* issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case in your District. Kindly forward the complete original file, together with a certified copy of the docket sheet, to the District of Delaware at the following address:

        Clerk, U.S. District Court
        Federal Building, Lockbox 18
        844 N. King Street
        Wilmington, DE 19801

    If your case file is maintained in electronic format in CM/ECF, please contact me at (302)573-4539.

        Sincerely,

        Peter T. Dalleo, Clerk

        By:_____
          Elizabeth Dinan
          Deputy Clerk

Enc.
cc: Jeffery N. Luthi, Clerk of the Panel