IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) MDL No. 05-1717-JJF ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>             Plaintiffs,<br><br>        v.<br><br>INTEL CORPORATION,<br><br>             Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) ) |

**STIPULATION AND ORDER**

Class Plaintiffs and Intel Corporation, by and through their respective counsel, and subject to the Order of the Court, hereby stipulate and agree that Class Plaintiffs may file an oversized opening brief in support of their motion for class certification, not to exceed 65 pages.

Dated: May 12, 2008

19684.1\368468v1

2

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James L. Holzman<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Laina M. Herbert (#4717)<br>Melissa N. Donimirski (#4701)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>mndonimirski@prickett.com<br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6027<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha* |

SO ORDERED, this _____ day of _____, 2008.

_____
U.S.D.J.