IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, Plaintiffs, v. INTEL CORPORATION, Defendant. | Civil Action No. 05-485-JJF CONSOLIDATED ACTION |

## MOTION FOR CLASS CERTIFICATION

Pursuant to the provisions of Federal Rule of Civil Procedure 23, the Class Plaintiffs respectfully move the Court for an Order certifying this action as a Class Action for both (1) a proposed nationwide class for injunctive relief under the Clayton Act pursuant to Federal Rule of Civil Procedure 23(b)(2), and (2) a proposed nationwide class for monetary relief under California law pursuant to Rule 23(b)(3). In the alternative to a nationwide class for monetary relief under California law, Class Plaintiffs request certification of a proposed 26-state subclass pursuant to Federal Rule of Civil Procedure 23(b)(3). As a second alternative, Class Plaintiffs request that the Court, under Rule 23(b)(3), certify 26 separate statewide subclasses for monetary relief. The proposed classes are more fully specified in the alternative forms of Order accompanying this Motion. The grounds for the Motion are set forth in Plaintiffs' Memorandum in Support of Class Certification and other supporting papers.

19684.1\369754v1

In compliance with Local Rule 7.1.1, counsel for Plaintiffs certify that they have been unable to reach agreement with counsel for Defendant on the subject of the within motion.

DATED: May 16, 2008

                              **PRICKETT JONES & ELLIOTT, P.A.**

                              By: /s/ James L. Holzman
                                  James L. Holzman (#663)
                                  J. Clayton Athey (#4378)
                                  Laina M. Herbert (#4717)
                                  Melissa N. Donimirski (#4701)
                                  1310 King Street
                                  P.O. Box 1328
                                  Wilmington, DE  19899
                                  (302) 888-6500
                                  jlholzman@prickett.com
                                  jcathey@prickett.com
                                  lmherbert@prickett.com
                                  mndonimirski@prickett.com
                                  *Interim Liaison Counsel and Attorneys*
                                  *for Phil Paul, on behalf of himself and all*
                                  *others similarly situated*

Of Counsel:

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC  20005

Michael P. Lehmann
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Craig C. Corbitt
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104