# ANNEX H

## Annex H

## IIT Conversion Chart*

| Beg. Bates | End Bates | DCN - Doc Control Number |
|---|---|---|
| IIT-0020-0000308 | IIT-0020-0000324 | 67517-003919 |
| IIT-0020-0000326 | IIT-0020-0000351 | 67517-003921 |
| IIT-0023-0000001 | IIT-0023-0000310 | 66651R-002095 |
| IIT-0028-0000002 | IIT-0028-0000004 | 67535-007362 |
| IIT-0041-0000037 | IIT-0041-0000058 | 66351R-001908 |
| IIT-0041-0000059 | IIT-0041-0000085 | 66351R-001908 |
| IIT-0076-0004152 | IIT-0076-0004198 | 66526-011336 |
| IIT-0089-0002849 | IIT-0089-0002851 | 67303-006863 |
| IIT-0103-0008165 | IIT-0103-0008170 | 67543R-002232 |
| IIT-0104-0000053 | IIT-0104-0000117 | 66403-005312 |
| IIT-0123-0000001 | IIT-0123-0000092 | 67695-001272 |
| IIT-0123-0002710 | IIT-0123-0002710 | 67695R-003985 |
| IIT-0123-0004113 | IIT-0123-0004119 | 67695R-004055 |
| IIT-0128-0002003 | IIT-0128-0002003 | 67841-011340 |
| IIT-0132-0011613 | IIT-0132-0011621 | 66812-031135 |
| IIT-0142-0026722 | IIT-0142-0026731 | 67029-012069 |
| IIT-0197-0002069 | IIT-0197-0002069 | 66694-010394 |
| IIT-0205-0002355 | IIT-0205-0002356 | 67770-011832 |
| IIT-0205-0003995 | IIT-0205-0004019 | 67770-004090 |
| IIT-0205-0005716 | IIT-0205-0005721 | 67770-005660 |
| IIT-0213-0000149 | IIT-0213-0000149 | 66160R-001119 |
| IIT-0213-0000192 | IIT-0213-0000193 | 66160R-000508 |
| IIT-0213-0000201 | IIT-0213-0000203 | 66160R-000566 |

* Documents listed herein bearing the Intel Internal Tiff ["IIT"] bates designation, are documents that have been "TIFF"ed by Class Counsel for internal purposes. These documents are currently being converted into official production TIFFs by Forensic Consulting Services. Annex H contains a conversion chart which provides a Document Control Number ("DCN") for each of these documents so that they can be identified by opposing counsel.