

*Phone:* *(302) 425-6410*
*Fax:* *(302) 428-5132*
*Email:* *Poppiti@BlankRome.com*

May 15, 2008

W. Harding Drane, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

    Re:    Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.,
              C.A. No. 05-441-JJF;
              In re Intel Corporation Microprocessor Antitrust Litigation,
              MDL No. 05-1717-JJF;
              Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF
              DM 4A

Dear Mr. Drane:

    I am in receipt of your May 14, 2008 correspondence which is a follow up to an *ex parte* on the record teleconference on May 13, 2008. I agree with Intel's proposal that the target date for the production of all redacted documents set forth in the Special Master's Report and Recommendation (DM 4A) be deferred until three business days after I have ruled on additional proposed redactions that Intel will be submitting on or before May 23, 2008.

    My acceptance of this proposal does not alter the final provision of the Report and Recommendation, namely:

> The Special Master's Report and Recommendation [Entered on
> May 9, 2008] will become a final order of the Court unless
> objections are taken within five (5) business days as provided by
> the Court's Order of June 28, 2006. (D.I. 178 [in 05-441], D.I. 353
> [in 05-485], D.I. 465 [in 05-1717]).

    IT IS SO ORDERED.

                                              Yours very truly,

                                              Vincent J. Poppiti
                                              (DSBA No. 100614)
                                              Special Master