IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)   MDL Docket No. 05-1717-JJF<br>) |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated*,<br><br>            Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-485-JJF<br>)<br>)   CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO:   Dr. Peter T. Dalleo, Clerk of the Court
      District Court of Delaware
      800 North King Street
      Wilmington, Delaware 19801

**PLEASE ENTER** the appearance of Terry Gross, Esquire and Adam C. Belsky, Esquire of Gross Belsky Alonso LLP, as attorneys for Plaintiff Napoly Salloum in the above-captioned matters.

19684.1\369385v2

PRICKETT, JONES & ELLIOTT, P.A.

By: *Laina M. Herbert*
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
Melissa N. Donimirski (Bar ID #4701)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
*Interim Liaison Counsel for the Class Plaintiffs*

OF COUNSEL:

Guido Saveri (CA Bar # 22349)
R. Alexander Saveri (CA Bar # 173102)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
(415) 217 6810
guido@saveri.com
rick@saveri.com

GROSS BELSKY ALONSO LLP
Terry Gross, Esquire (CA Bar # 103878)
Adam C. Belsky, Esquire (CA Bar # 147800)
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
(415) 544-0200
terry@gba-law.com
adam@gba-law.com

Dated May 20, 2008