# EXHIBIT F

# GIBSON, DUNN & CRUTCHER LLP

### LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

333 South Grand Avenue  Los Angeles, California 90071-3197
(213) 229-7000
www.gibsondunn.com

DFloyd@gibsondunn.com

June 1, 2006

Direct Dial
(213) 229-7148
Fax No.
(213) 229-6148

Client No.
T 42376-00764

<u>VIA EMAIL AND U.S. MAIL</u>

Michael Maddigan
O'Melveny & Myers
400 South Hope St.
Los Angeles, CA 90071-2899

      Re:   *AMD v. Intel*

Dear Mike:

    Enclosed is Intel's Custodian List, pursuant to the Stipulation and Order Regarding Document Production.  If you have any questions, please give me a call.

         Sincerely,

         Daniel S. Floyd

DSF/dsf

100015982_1 (2).DOC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation, | ) ) ) ) | Civil Action No. 05-441-JJF |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation | ) ) ) ) | |
| Defendants. | ) | |

**CUSTODIAN DESIGNATIONS OF INTEL CORPORATION AND INTEL
KABUSHIKI KAISHA PURSUANT TO THE STIPULATION AND ORDER
REGARDING DOCUMENT PRODUCTION**

Defendants INTEL CORPORATION and INTEL KABUSHIKI KAISHA (collectively, "Intel"), attach hereto their Custodian List pursuant to the Stipulation and Order Regarding Document Production, dated May 15, 2006 and entered by the Court on May 17, 2006 ("Stipulation").

After reasonable investigation, Intel hereby represents that the individuals listed in Exhibit A, attached hereto, are believed to comprise all of its and its subsidiaries' personnel in possession of an appreciable quantity of non-privileged, material, non-duplicative documents and things responsive to Request Nos. 1-255 of AMD's Initial Document Requests in the custody of individual custodians (as opposed to corporate or organization-level requests or shared files or databases). This Custodian List includes any former employee as to whom Intel or its subsidiaries have retained responsive documents and things. Intel hereby commits to promptly supplement this Custodian List upon discovery of any additional custodians who have been omitted from this Custodian List. Intel further represents that it has not knowingly excluded from its Custodian List any person known or believed to possess documents harmful to its claims or defenses in this case.

Furthermore, pursuant to Paragraph 2 of the parties' Stipulation, Intel has identified its "Party-Designated Production Custodians" with an asterisk (*) on the attached Custodian List.

OF COUNSEL:

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900071
(213) 229-7000

Peter E. Moll, Esq.
Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Dated: June 1, 2006

POTTER ANDERSON & CORROON LLP


By:_____/s/ Richard L. Horwitz_____
     Richard L. Horwitz (#2246)
     W. Harding Drane, Jr. (#1023)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     wdrane@potteranderson.corn

*Attorneys for Defendants*
Intel Corporation and Intel Kabushiki Kaisha

2

## EXHIBIT A

INTEL'S CUSTODIAN LIST

1) **Aarsoe, Anders**
Business Development Manager – Nordic Organization

2) **Aboul-saoud, Khaldoun**
Market Development Manager – Gulf Council Countries

3) **Abud-Baki, Ramzi**
Account Manager

4) **Adams, Jeff***
Channel Division Planning Manager, Channel Supply and Demand Operations – Microprocessor Marketing and Business Planning

5) **Adano, Robert***
District Manager, Acer – EMEA Sales and Marketing Group

6) **Adwiarto, Singgih M.**
Area Sales Manager, Indonesia – APAC Reseller Channel Operation

7) **Aertebjerg, Joachim**
Market Development Manager, Nordics – Dell Team Worldwide

8) **Agatstein, L. Wilton***
Vice President – Channel Platforms Group
General Manager – Emerging Markets Platform Group

9) **Aglert, Nicklas**
Retail Marketing Manager – Nordic Organization

10) **Ahmadie, Maan**
Channel Sales Manager, Dubai – EMEA Reseller Channel Operation

11) **Ahn, Clint**
Field Sales Engineer, Korea TriGem

12) **Aillerie, Yves**
Business Development Manager, Retail/Market Development Manager BULL – France Sales and Marketing Group

13) **Ailt, Monica**
Senior Attorney, Legal Team Lead – Sales and Marketing Group, Latin America Region

14) **Akahane, Hisanori**
Retail Marketing Manager – IJKK Solutions & Business Development Group

15) **Akaike, Kunio**
Channel Field Sales Engineer – IJKK Sales Team, 6th Sales Region

16) **Akiyama, Izumi**
Consumer Business Advertising Manager – IJKK Corporate Marketing Group

(*) Denotes "Party-Designated
Production Custodian"

17) **Alabiso, Luisa**
Business Development Manager

18) **Albarran, Antonino**
Solutions Specialist, Iberia Region

19) **Alfanney, Firas**
Field Channel Marketing Manager – META Reseller Channel Operation Management Team

20) **Alkaram, Amir**
Country Marketing Manager, Iraq – Influencer Sales

21) **Alkoraishi, Mark**
United States Program Manager – Worldwide Sony and Program Office

22) **Allen, David W.\***
Distribution Sales Manager – Reseller Channel Operation

23) **Allen, Mark**
Senior Product Marketing Analyst – Product Marketing and Business Organization

24) **Alquist, Eric**
CBO Channel – America's Sales and Marketing Operations

25) **Al-Schamma, Sam**
GCC CM – META

26) **Alt, Sharon\***
Director, EMS

27) **Alvarez, Iris**
Customer Business Analyst – Dell Team Worldwide

28) **Anderson, Caitlin\***
Business Operations – Hewlett-Packard Account Team

29) **Anderson, Robert**
Senior Hardware Design Engineer

30) **Andrade, Ana**
Field Sales Engineer, Mexico DF Channel

31) **Andrietti, Bernadette**
Country Manager, France

32) **Ang, Marge**
U.S. Strategic Relations Manager – Worldwide Sony Sales and Program Office

33) **Antone, John\***
Vice President – Sales and Marketing Group;
General Manager – Asia Pacific Region

34) **Araki, Daisuke**
Field Sales Engineer, Enterprise Server and Workstation – IJKK Sales Team, 1st Sales Region

35) **Arnold, Jason**
Channel Field Sales Engineer, Strategic Pricing Team – America's Sales & Marketing Operations

(*) Denotes "Party-Designated
Production Custodian"

36) **Arora, Ratika**
Field Sales Engineer

37) **Arora, Surendra**
Regional Sales Manager, South Asia – Customer Solutions Group, APAC Sales and Marketing

38) **Arvizu, Aaron***
Field Sales Engineer, Mobile – Hewlett-Packard Account Team

39) **Asami, Yuichi**
Field Sales Engineer, Notebook – IJKK Sales Team, 1st Sales Region

40) **Asano, Tomochika**
Former Field Sales Engineer – IJKK Sales Team, 1st Sales Region

41) **Ashby, Steve**
Commercial Sector – Solutions Marketing, Americas Marketing Group

42) **Athanasias, Nikos**
Channel Field Sales Engineer, Israel/Greece/Cyprus

43) **Baba, Mihaly**
Channel Field Sales Engineer, Budapest

44) **Baba, Takashi**
Field Sales Engineer, Hitachi Comms. – IJKK Sales Team, 1st Sales Region

45) **Baba, Yumiko**
Field Sales Engineer, Mobile – IJKK Sales Team, 4th Sales Region

46) **Babu, Amar**
Director – Sales and Marketing Group, Asia

47) **Bailey, Nive***
Business Manager, APAC Business Management Operations

48) **Bailey, Tim**
Country Manager, Australia/New Zealand – APAC Sales and Marketing

49) **Bainbridge, John**
Reseller Channel Manager, UK and Ireland

50) **Baker, Robert***
Senior Vice President and General Manager – Technology and Manufacturing Group

51) **Baker, Ryan W.**
Manager – WW Joint Marketing Program

52) **Bakkeren, Matty**
Solution Specialist – Benelux Sales Organization

53) **Baldi, Emanuele***
Channel Sales Manager, SEUR – EMEA Reseller Channel Operation

54) **Bandukwala, Naveed**
Product Marketing Engineer, Materials Division, PMO Capabilities – Technology and Manufacturing Group

(*) Denotes "Party-Designated
Production Custodian"

55) **Bar, Artur**
Field Sales Application Engineer, Warsaw

55) **Barazov, Oleg**
Acting Russia RM

56) **Barbaro, Laura**
Sales, Northeast and Mid-Atlantic Territory Manager – North America Channel Sales & Marketing

57) **Barrett, Carol**
Director, Enterprise Marketing – Sales and Marketing Group

58) **Barrett, Craig R.***
Chairman of the Board

59) **Barrett, Holly***
Finance Controller – Fab/Sort Manufacturing

60) **Barua, Prem**
SDM Server Field Sales Engineer – Gateway

61) **Bates, Michael J.***
Counsel, North America – Americas Sales and Marketing

62) **Becker, Brian**
Market Development Manager, North America – Dell Team Worldwide

63) **Becker, Dieter**
Customer Sales Analyst

64) **Beckingham, Iain***
Market Development Manager – Dell Team Worldwide

65) **Beckmann, Sven**
Reseller Channel Manager – META Reseller Channel Operation Management Team

66) **Bellamy, Sam**
Director – WW Reseller Channel Operation Channel Marketing

67) **Bellini, Claudio**
Business Development Manager, Energy and Manufacturing

68) **Benander, Eric**
Sales and Marketing Manager – Semi Channel Sales and Marketing

69) **Benettaib Abdelaziz**
Influencer Sales

70) **Bennett, Ben**
Director – Servers Marketing Program

71) **Benson, Roger**
Country Manager – Benelux

72) **Berndorfer, Andreas**
Retail Marketing Manager, Retail Marketing EMEA

(*) Denotes "Party-Designated
Production Custodian"

4

73) **Bernhard, Christine**
Market Development Manager, Amplify – France Sales and Marketing Group

74) **Berthreux, Didier**
Market Development Manager, France – Dell Team Worldwide

75) **Bettner, John**
WW Account Manager – EMS Team

76) **Beutler, Russell**
Business Development Manager, Germany/Austria/Switzerland

77) **Bhogal, Jaspal***
Account Manager – Hewlett-Packard EMEA Account Team

78) **Bieber, Mark**
Customer Quality Engineer – Hewlett-Packard Account Team

79) **Bielmeier, Bernd**
Business Development Manager, Public Sector – Germany/Austria/Switzerland

80) **Black, Tim**
Market Development Manager – UK & Ireland Sales & Marketing

81) **Blanch, Stuart***
Manager, Pricing and Competition Team – Product Marketing and Business Organization

82) **Blanco, Julian**
Field Sales Engineer – South Cone, Reseller Channel Operation, Latin America Region

83) **Blankenburg, Solvig**
Account Manager, Medion

84) **Bliemer, Patrick***
Manager, Platform Pricing and Roadmaps – Microprocessor Marketing and Business Planning

85) **Blomfield, Trish**
Solutions Architect and Acting Solutions Specialist – Customer Solutions Group

86) **Bohn, Christian**
Reseller Channel Manager – Nordic Organization

87) **Boles, Mark**
Marketing Engineer Manager, SSG Support Group, Microsoft Program Office – Software Solutions Group

88) **Bontemps, Monique**
Market Development Manager, Lenovo

89) **Borden, Mary**
Revenue Management Solutions – Sales and Marketing Group

90) **Bouskela, Mauricio**
RM – ACSG Latin America Region

91) **Bowstead, Sandra L**
Rebate Analyst – Hewlett-Packard Account Team

(*) Denotes "Party-Designated
Production Custodian"

92) **Brailey, Mark***
EMEA Marketing Organization – EMEA Management Organization

93) **Brandt, Jesper**
Channel Field Sales Engineer, Denmark – Nordic Organization

94) **Brennan, David**
Market Development Manager – Americas Marketing Group

95) **Brenner, Matt***
Manager, Pricing and Rebates – America's Sales and Marketing Operations

96) **Brent, Rob**
Market Development Manager

97) **Bressler, Jennifer**
Flash Marketing – Flash Products Group

98) **Brewer, Kevin***
Manager, Desktop Pricing – America's Sales and Marketing Operations

99) **Bris, Angeles**
Field Sales Engineer, Venezuela – Northern Cone, Latin America Region

100) **Bruening, Ann**
FSMDM, North America Consumer Sales & Marketing – Hewlett-Packard Account Team

101) **Brunaldi, Alexander**
Field Sales Engineer, Bz Channel

102) **Bruno, C.J.***
Director – Corporate Marketing and Development, Americas Marketing Group

103) **Bryant, Andy***
Executive Vice President and Chief Financial and Services Officer

104) **Bryant, Diane M.***
Vice President – Digital Enterprise Group;
General Manager – Server Platforms Group

105) **Bucci, Dario***
Country Manager, Italy

106) **Bui, Leon**
Distribution Account Manager, Australia – APAC Reseller Channel Operation Distribution

107) **Bui, Tinh**
Chipset Pricing – Chipset Supply and Demand Operations, Microprocessor Marketing and Business Planning

108) **Bullitt, David**
Former Manager, Retail Marketing Program – Retail Sales and Marketing

109) **Burloiu, Irinel**
Business Development Manager, Warsaw

(*) Denotes "Party-Designated
Production Custodian"

110) **Burns, Louis**
Vice President;
General Manager – Digital Health Group

111) **Busija, Ralf\***
MND Account Manager – EMEA Reseller Channel Operation Distribution

112) **Cain, Barrett\***
Server Platform Manager – America's Sales and Marketing Operations

113) **Camacho, Alfedo**
Field Sales Engineer

114) **Campos, Charlie**
Director, Demand Creation Marketing

115) **Canepa, Paolo**
Retail Marketing Manager

116) **Cantatore, Isabella**
Finance – Benelux

117) **Carey, Charlie**
District Manager – Gateway Team

118) **Carpanelli, Gian Luca**
Account Manager, TSG – Hewlett-Packard EMEA Account Team

119) **Carrascal, Norberto**
Iberia Public Sector Manager – Influencer Sales

120) **Carreon, Ricardo**
Regional Manager – Latin America Region

121) **Carron, Beryl**
Assistant, EMEA Sales and Marketing – Sales and Marketing Group

122) **Carter, Stacey**
Rebate Manager – America's Sales and Marketing Operations

123) **Catchpool, James\***
Field Sales Engineer – Dell Team Worldwide

124) **Cato, Mike H.**
Market Development Manager, Germany/Austria/Switzerland

125) **Cavalcante, Jamie\***
Customer Business Operations Intel Architecture MNC, Internal Operations – America's Sales and Marketing Operations

126) **Cepella, Otto**
Field Sales Engineer, Phillips Embedded Sales – Benelux Sales Organization

127) **Chan**
Geographic Lead, IBM APAC – IBM/Lenovo Sales Region

(*) Denotes "Party-Designated
Production Custodian"

128) **Chan, Ivan**
Field Sales Engineer – Dell Team Worldwide

129) **Chandrasekher, Anand\***
Senior Vice President;
General Manager – Sales and Marketing Group

130) **Chang, Edward**
Field Sales Engineer, Taiwan and China – Hewlett-Packard Account Team

131) **Chapman**
Geographic Lead IBM EMEA – IBM/Lenovo Sales Region

132) **Chase, Steve**
President – Intel Russia

133) **Chattin, Kathleen**
Director – WW Corporate Marketing Research

134) **Chee, Kit Ho**
Controller, Channel Platform Group – Platform Finance

135) **Cheffer, Chris\***
Retail Sales Manager – Americas Sales and Marketing Organization

136) **Chen, Jason LS**
Country Manager, Taiwan

137) **Chen, Jason**
Former Vice President – Sales and Marketing Group

138) **Chen, Jian**
Manager – Customer Solutions Group, China/Hong Kong

139) **Chen, Julia**
Market Development Manager, PRC – Worldwide Sony Sales and Program Office

140) **Chen, Michael**
Director, APAC Communications and Marketing – APAC Sales and Marketing

141) **Chen, Mung\***
Manager, New Technology Planning – Technology Strategy

142) **Cheng, Eric**
Area Sales Manager, Hong Kong – APAC Reseller Channel Operation

143) **Cheon, Kaiser**
Manager – Customer Solutions Group, China/Hong Kong

144) **Cheung, Helen**
Field Sales Engineer

145) **Chew, Sophia\***
Vice President – Sales and Marketing Group;
General Manager – Reseller Channel Operation

(*) Denotes "Party-Designated
Production Custodian"

146) **Chiavegati, Stefano**
Intel Inside, TSG – Hewlett-Packard EMEA Account Team

147) **Chien, Susan**
Area Sales Manager, Taiwan – APAC Reseller Channel Operation

148) **Chiu, Debbie***
Channel Marketing Manager – APAC Reseller Channel Operation

149) **Choong, Peter**
Country Manager, SEA – APAC Sales and Marketing

150) **Christensen, Steven**
Channel Field Sales Engineer, Norway – Nordic Organization

151) **Christl, Arnd***
Consumer Manager, Germany/Austria/Switzerland

152) **Chu Thi Hoang, Mai**
Channel Field Sales Engineer – France Sales and Marketing Group

153) **Chua, Vincent**
Geographic Sales, APAC – IBM Sales Region

154) **Cintra, Pedro**
Business Development Manager

155) **Cintra, Pierre**
Regional Manager, Enterprise Business Group

156) **Claassen, Dirk**
Account Manager, Toshiba

157) **Clark, Jeff***
Regional Manager – European Union Region

158) **Clark, Jeff R.***
Retail Marketing Program Manager – Americas Sales and Marketing

159) **Clarke, Oscar**
Country Manager, Brazil

160) **Clary, Eileen**
Field Sales Engineer – Lenovo Sales Region

161) **Clerencia, Carlos**
Regional Distribution Sales Manager – EMEA Reseller Channel Operation Distribution

162) **Clinkenbeard, Joel**
Director, Compiler Lab

163) **Cnossen, Greg**
Field Sales Engineer – Lenovo Sales Region

164) **Conn, Steve***
Account Manager, Consumer Client Group – Hewlett-Packard Account Team

(*) Denotes "Party-Designated
Production Custodian"

9

165) **Conrad, Deborah***
Vice President – Sales and Marketing Group;
Director – Team Apple

166) **Constant, Chad***
Account Manager, Ent Client Group – Hewlett-Packard Account Team

167) **Cook, Angus**
Distribution Business Manager – Benelux Sales Organization

168) **Cooper, Doug**
Country Manager, Canada – Americas Marketing Group

169) **Corbett, Kevin***
Vice President – Digital Home Group;
General Manager – Content Services Group

170) **Cordova, Jorge**
Account Manager, Infinity

171) **Corell, Roger J**
Chipset and Software Marketing

172) **Corio, Esteban**
Manager, Southern Cone – Reseller Channel Operation, Latin America Region

173) **Correia, Tara**
Retail Marketing Program Manager – Retail Sales and Marketing

174) **Couadou, Fabrice**
Marketing Manager – Digital Health

175) **Crepps, Robert**
Technical Market Engineer

176) **Criddle, Adrian***
Account Manager – IBM/Lenovo Europe; Former Retail Consumer Manager, United Kingdom

177) **Crist, Scott**
Business Communications Manager – Sales and Marketing Group

178) **Crooke, Robert B.**
Vice President and General Manager – Business Client Group

179) **Cruickshank, Ken**
Marketing Manager – WW Retail Channel Operations

180) **Culbertson, Leslie***
Vice President – Director of Finance

181) **Curran, Richard**
Director – Customer Solutions Group, EMEA

182) **Cyphert, Tammy***
Director of Operations – Americas Sales and Marketing

(*) Denotes "Party-Designated
Production Custodian"

183) **D'Amico, Mike**
Retail Marketing Manager, Office Depot – Retail Sales and Marketing

184) **Dachepalli, Bhasker**
Technical Marketing Engineer; Field Application Engineer

185) **Dallas-Conte, Nigel**
Channel Sales Manager, Russia/CIS – EMEA Reseller Channel Operation

186) **Dallman, Steve***
Director, North American Distribution and Channel Marketing

187) **Daubitz, Bettina**
Lead Market Development Manager, Medion

188) **Davies, John**
Vice President – Sales and Marketing Group;
General Manager – Customer Solutions Group

189) **Davies, Mel**
Manager, Greater Asia Region Logistics

190) **Davis, Boyd***
General Manager, Intel Server Platforms Group Marketing – Digital Enterprise Group

191) **Davison, Nick***
Former Manager – Worldwide Retail Sales and Marketing

192) **Day, Nicholas**
Manager, Demand Forecasting – IA Supply and Demand Operations

193) **de Buck, Kurt**
Market Development Manager – Benelux Sales Organization

194) **De Grazia, Adrian**
Bz Channel Manager – Reseller Channel Operation, Latin America Region

195) **de la Gastine, Helene**
Field Sales Engineer, EMEA – Hewlett-Packard Account Team

196) **De la Horie, Tanguy***
MND Account Manager – EMEA Reseller Channel Operation Distribution

197) **de Ruiter, Piet**
Account Manager, Philips CE – Benelux Sales Organization

198) **Dean, Eric**
CSO Disti Channel

199) **Dean, Patti**
Customer Business Analyst – Dell Team Worldwide

200) **DeKlotz, Wesley**
Mobile Platform Marketing, Product Platform Marketing Group – APAC Sales and Marketing

201) **DeLine, Rob**
Director, Mobility Brand Management – Sales and Marketing Group

(*) Denotes "Party-Designated
Production Custodian"

11

202) **Derache, Stijn**
Market Development Manager; Strategic Relations Manager – Benelux Sales Organization

203) **Dickstein, Keith**
DCBM Organization – Paracon, Cygom

204) **Divis, Franziska**
IIP Account Relationship Manager, Marketing Specialist

205) **Dognaux, Pascal**
Global Account Manager, Phillips – Benelux Sales Organization

206) **Dollfus, Marc**
Business Development Manager, Education/ Research – France Sales and Marketing Group

207) **Domarkas, Ramunas**
Channel Field Sales Engineer

208) **Donnelly, Tom***
WW Account Manager – IBM Sales Region

209) **Dorchak, Glenda**
Vice President – Sales and Marketing Group;
General Manager – Digital TV Brand Management

210) **Doyle, Christine**
Finance Manager – Microprocessor Marketing and Business Planning

211) **Dracott, Richard***
Director, End User Strategic Marketing, End User Platform Initiative Group – Digital Enterprises Group

212) **Drdul, Martin**
MNC Market Development Manager

213) **Dressler, Britt**
IIP Account Relationship Manager, Marketing Specialist

214) **Dua, Anuj**
Marketing Manager, Platform Competitive Marketing – Microprocessor Marketing and Business
Planning

215) **Dubey, Shobhit**
Geographic Sales, APAC – IBM Sales Region

216) **Dubreuil, Jean-Marc***
Director – Product Marketing and Business Operations, EMEA

217) **Dumke, Paul**
Field Sales Engineer – Toshiba Team

218) **Dunford, Matt**
WW Client Benchmarking Manager – Microprocessor Marketing and Business Planning

219) **Duong, Peter**
CSO Tier / MNC – America's Sales and Marketing Operations

(*) Denotes "Party-Designated
Production Custodian"

220) **Dwyer, Rick**
Manager, Customer Solutions Group – Americas Sales and Marketing Operations

221) **Ebert, Heinz**
Channel Field Sales Engineer, Germany/Austria/Switzerland

222) **Eby, Elizabeth\***
Director – Finance and Administration, Asia Pacific

223) **Eda, Makiko\***
General Manager – IJKK Marketing HQ

224) **Eden, Shmuel (Mooly)**
Vice President and General Manager – Mobile Platforms Group

225) **Edwards, Carole\***
Manager, Intel Architecture Supply Chain Strategic Program

226) **Edwards, Jim W.**
Systems and Platform Architect – DHG

227) **Eid, Henning\***
Market Development Manager, Consumer/Digital Home, Germany/Austria/Switzerland

228) **Eisa, Michael**
Business Development Manager, Finance – France Sales and Marketing Group

229) **Ekenberg, Christian**
Market Development Manager – Nordic Organization

230) **El Fateh, Karim**
Business Development Manager – Influencer Sales

231) **El-Dardiry, Ahmad**
Market Development Manager – Dell Team Worldwide

232) **Elemans, Martinus**
Enterprises and Services Manager – Benelux Sales Organization

233) **Ella, Johanna**
Channel Field Sales Engineer, Finland – Nordic Organization

234) **Emma, Rita**
Divisional Planning Manager – Customer Fulfillment Planning and Logistics Group

235) **Enaya, Tarig**
Business Development Manager – Influencer Sales

236) **Endicott, Anne Mieke**
Channel Field Sales Engineer, Broad Channel Biz Manager – Benelux Sales Organization

237) **Ereren, Burak**
Market Development Manager – UK and Ireland Sales and Marketing

238) **Ernst, Greg**
Market Development Manager – Dell Team Worldwide

(*) Denotes "Party-Designated
Production Custodian"

239) **Esdourubail, Fabien**
Market Development Manager, France – Dell Team Worldwide

240) **Eshaghoff, Eric\***
Server Platform Marketing Manager

241) **Espinosa, Roberto**
Reseller Channel Manager, Iberia

242) **Esque, Shelly**
Director – Corporate Public Affairs

243) **Fahey, Patrick**
Data Manager – IA Supply and Demand Operations

244) **Fahey, Paul**
Director, Memory Enabling – Platform Memory Operations

245) **Fahmy, Karim**
Country Manager, Egypt Levant and North Africa

246) **Farrell, Tim\***
Manager, Server Platform Marketing – Americas Marketing Group

247) **Fenwick, David**
Server Platform Architecture and Planning

248) **Ferdane, Isabelle**
Marketing Manager – France Sales and Marketing Group

249) **Ferraro, Tony\***
CSG/GTW Business Manager – Gateway

250) **Ferrero, Juan Pablo**
Business Development Manager, Iberia

251) **Finger, Joerg\***
Account Manager – Fujitsu-Siemens;
Former Director, Solutions and Marketing – EMEA

252) **Fingerhut, Steve\***
Account Manager, Entertainment Infrastructure Group – Hewlett-Packard Account Team

253) **Finley, Terence\***
Account Manager, Americas Sales Engagement – Hewlett-Packard Account Team

254) **Fleck, Jamey**
Market Development Manager – Dell Team Worldwide

255) **Fleig, Helmut**
Marketing, Australia/New Zealand – Dell Team Worldwide

256) **Fletcher, Paul**
Controller – SMD WW Marketing

257) **Flory, Isabelle\***
MND Account Manager – EMEA Reseller Channel Operation Distribution

(*) Denotes "Party-Designated
Production Custodian"

258) **Foo, Claudia**
Manager, Brand Strategy

259) **Foote, Deanna**
Field Sales Engineer – Dell Team Worldwide

260) **Forero, Jaime**
Distribution Business Manager, Spain and Portugal (Iberia)

261) **Fortunati, Enrica**
PR and Branding Manager, Italy and Greece

262) **Foster, Andrew**
Product Marketing Analyst – Product Marketing and Business Organization

263) **Fox, Eric**
Finance – Advanced Components Division

264) **Francis, Richard**
Strategic Relations Manager – UK and Ireland Sales and Marketing

265) **Franklin, Ruth**
Senior Attorney, Americas Counsel – Sales and Marketing Group

266) **Franz, Tom***
Vice President and General Manager – Fab/Sort Manufacturing

267) **Fravel, Brian G.**
Manager, Consumer Desktop Marketing

268) **French, Mike**
Manager, Internet Marketing and Biz Solutions

269) **Frick, David**
Field Sales Engineer, Communications – Hewlett-Packard Account Team

270) **Frieda, Jen**
Retail Marketing Manager, Comp USA

271) **Friedman, Mark***
Director – WW Sales Legal

272) **Frieswyk, Mike***
Co-General Manager, Customer Solutions Group – Sales and Marketing Group

273) **Frutiger, Donna**
Distribution Marketing Manager – North America Channel eMarketing/Operations

274) **Fuchs, Philippe**
OEM Co-Marketing Manager

275) **Fujii, Keiko**
Customer Business Analyst – IJKK Operations

276) **Fujiki, Takako**
Senior eBusiness Consultant, Customer Supply Chain and BPR Group – IJKK Operations

(*) Denotes "Party-Designated
Production Custodian"

277) **Fukuda, Noboru**
Channel Field Sales Engineer, Disti – IJKK Sales Team, 6th Sales Region

278) **Furr, Larry**
Retail Marketing Manager, Circuit City – Retail Sales and Marketing

279) **Furukawa, Junichi**
Marketing Analyst, Business Management Team – IJKK Operations

280) **Furuyama, Kazunori**
Field Sales Engineer Embedded and Communication – IJKK Sales Team, 1st Sales Region

281) **Gacsal, Jozsef**
Business Development Manager, Budapest

282) **Gale, Julian**
Strategic Relations Manager – UK and Ireland Sales and Management

283) **Gallagher, Bob**
Manager, Communications Sales Organization – Americas Sales and Marketing

284) **Ganas, Daryl***
Director – Channel Marketing Sales Operations

285) **Gandhi, Sharad**
Manager –Digital Health Platform, EMEA

286) **Ganesh, Sudha**
Performance Benchmarking & Analysis

287) **Gargini, Paolo***
Director – Technology Strategy;
Intel Fellow – Technology and Manufacturing Group

288) **Garrison, Tom**
General Manager, Asia Pacific Solution Group

289) **Garza, Tony**
Market Development Manager, Mexico – Worldwide Sony Sales and Program Office

290) **Gebele-Pham Sabine**
Attorney, TM&B – EMEA Legal Department

291) **Gelsinger, Pat***
Senior Vice President and General Manager – Digital Enterprise Group

292) **Genzken, Heiner**
Account Manager, MaxData

293) **Geroy, April**
Pricing Manager, Latin America Region – America's Sales and Marketing Operations

294) **Gill, Tom**
Operations Channel – North America Channel Sales and Marketing

295) **Gillard, Patrick**
IBM Bid Team

(*) Denotes "Party-Designated
Production Custodian"

296) **Gillespie, Greg**
WW Account Manager, EMS Team

297) **Gillich, Stephan**
High Performance Computing Competitive Analyst

298) **Girard, Etienne**
North America Credit Manager – Treasury US Credit

299) **Glaser, Shelagh\***
Controller – Sales and Marketing Group

300) **Gleissner, Peter\***
Account Manager, Dell – EMEA

301) **Glover, Julie**
Attorney, ISTG, Sales Legal

302) **Godwin, Nigel**
Account Manager, Compaq

303) **Golubeff, Robert**
Site Manager, RCM South, Budapest

304) **Goncalves, Marcelo A.**
Field Sales Engineer, Bz Channel – Reseller Channel Operation, Latin America Region

305) **Gong, Lloyd**
Business Analyst – Channel Product Line Group;
Former CPU Direct/Distribution Price Analyst – Microprocessor Marketing and Business Planning

306) **Gonzalez, Brian**
Manager, Enterprise and Services – Benelux Sales Organization

307) **Gonzalez, Dave**
Marketing Manager, Latin America Region

308) **Gonzalez, Felipe**
Field Sales Engineer, Mexico DF Channel

309) **Goralczyk, Stanislaw**
Retail Marketing Manager, Warsaw

310) **Gosden, Anthony**
Vice President – Finance and Enterprise Services;
Assistant Treasurer and Director of Corporate Credit

311) **Graff, Lisa**
General Manager – Server Platform Group

312) **Granovski, Gregory**
IIP Manager, EMEA TEG – IJKK Sales Team, 4th Sales Region

313) **Grant, Mark**
CM, CSO Group – UK & Ireland Sales and Marketing

(*) Denotes "Party-Designated
Production Custodian"

314) **Grant, Steve\***
Vice President – Technology and Manufacturing Group;
General Manager – Fab/Sort Manufacturing

315) **Grattoni, Gerald**
Reseller Channel Manager, France

316) **Graylish, Gordon\***
Vice President – Sales and Marketing Group;
General Manager – EMEA

317) **Green, Michael R.\***
Manager, Strategic Communications

318) **Green, Neil\***
Regional Manager – Lenovo Global Account

319) **Green, Zennan**
Product Marketing Analyst – Product Marketing and Business Organization

320) **Greeve, Gerald**
Vice President – Sales and Marketing Group;
Director – Communications and Media Customer Solutions Group

321) **Griffen, Christine**
Engineer Manager, Architect & Planning – Digital Enterprise Group

322) **Grilli, Carlo**
Business Development Manager – IBM

323) **Grove, Andrew S.**
Senior Advisor to Executive Management

324) **Guilfoyle, Peter\***
Retail Marketing Program Manager – Retail Sales and Marketing Organization

325) **Gundelfinger, Anne**
Vice President – Legal and Government Affairs;
Associate General Counsel

326) **Gupta, Rajesh**
Area Sales Manager, South India – APAC Reseller Channel Operation

327) **Gyimesi, Gabor**
Field Sales Application Engineer, Budapest

328) **Haedrich, M.**
Business Development Manager, Acer

329) **Hagen, Alessio**
Marketing Manager, Argentina

330) **Halbert, John B.**
Principal Engineer, Memory Technology, Platform Memory Organization – Technology Manufacturing Group

(*) Denotes "Party-Designated
Production Custodian"

331) **Hamaji, Kiyohiro**
Technology Solution Center – Technology and Manufacturing Group, Japan

332) **Hamilton, Brian\***
Director of Operations – Americas Sales and Marketing

333) **Hamilton, David**
Customer Business Analyst – Gateway

334) **Han, Michael**
IA OEM Field Sales Engineer – Lenovo Sales Region

335) **Haneda, Hirofumi**
Market Development Manager, IBM/ Lenovo – IJKK Sales Team, 1st Sales Region

336) **Hanna, John**
WW North America Novell Market Development Manager;
WW EMEA Mandriva Market Development Manager

337) **Hannath, Brett**
Regional Sales Manager / Business Development Manager, GAAP Lead – Customer Solutions Group,
Australia and New Zealand

338) **Harant, Franz**
Market Development Manager, HP – Germany/Austria/Switzerland

339) **Harder, Cam**
Customer Business Analyst – Dell Team Worldwide

340) **Harries, Rachel**
Finance Manager – Reseller Channel Operation and Emerging Markets

341) **Harris, David**
Retail Marketing Program Manager – Retail Sales and Marketing

342) **Harris, Lesley**
Account Relationship Manager – EMEA IIP Marketing

343) **Harrison, Brian\***
Vice President; General Manager – Flash Memory Group

344) **Harrison, Courtney**
Account Manager – Apple;
Former Product Market Analyst, Europe – Product Marketing and Business Organization

345) **Harrison, J. Scott\***
WW Distribution Strategy Manager – Reseller Channel Operation WW Revenue and Distribution
Marketing

346) **Hasan, Kamil**
Distribution Development Manager – APAC Reseller Channel Operation

347) **Hashino, Setsuko**
Intel Inside Program – IJKK Corporate Marketing Group

(*) Denotes "Party-Designated
Production Custodian"

348) **Haug, Sheri**
Manager, Client GTM – Reseller Channel Operation, GTM Client Demand Creation

349) **Hayafune, Junji**
CE Group Manager – Worldwide Sony Sales and Program Office

350) **Hays, Robert C**
Product Marketing Engineer, LAD Product Planning, Platform Components – Server Platform Group,
Digital Enterprise Group

351) **Hazel, Dave**
SAP Alliance – Customer Solutions Group, EMEA

352) **Heinsen, David**
Controller – Americas Sales and Marketing

353) **Heisey, Bart***
Regional Manager  – Gateway Focus Region

354) **Herrman, Rick**
Sector Manager – Worldwide Government Programs

355) **Hinthorne, Mary**
Distribution Marketing Manager – North America Channel Platform Marketing

356) **Hite, David**
Business Development – Channel Platforms Group

357) **Ho, Edward***
OEM District Manager;
Account Manager - Lenovo China

358) **Hodakowski, Tomasz**
Business Development Manager, Warsaw

359) **Hoefflinger, Mike**
Director, WW Co-Marketing Group

360) **Hoffend, Dieter***
Account Manager, Medion

361) **Hogg, Chris**
Country Marketing Manager – UK and Ireland Sales and Marketing

362) **Holl, Louis**
WW Account Manager, Alcatel

363) **Holmes, Allen***
Former WW Head – Hewlett-Packard Account Team

364) **Holt, William M.***
Vice President and General Manager – Technology and Manufacturing Group

365) **Holzer, Aaron S.**
Product Marketing Engineer, Server Platform Group, Server Platform Marketing – Digital Enterprise
Group

(*) Denotes "Party-Designated
Production Custodian"

366) **Hoogenboom, Jeff\***
Vice President – Sales and Marketing Group;
General Manager – Reseller Channel Operation

367) **Horamizu, Takayuki**
Customer Business Analyst, 1st and 2nd Region – Customer Business Operations, IJKK

368) **Horvath, Richard**
Retail Marketing Manager, Budapest

369) **Houet, Chris**
EMEA Counsel – International Sales and Marketing Group, Legal

370) **Howard, Steve**
District Manager, NEC (USA)

371) **Hsu, Adam**
Field Sales Engineer, APAC – Hewlett-Packard Account Team

372) **Huang, Dustin**
District Manager, Taiwan/China – Hewlett-Packard Account Team

373) **Huang, Stanley**
Manager, Advanced Technical Sales – APAC Sales and Marketing

374) **Hubbard, Stephanie**
Customer Business Analyst

375) **Hunter, Steven\***
Market Development Manager – Dell Team Worldwide

376) **Hurst, Lawrence G.**
Manager – Issues Prevention and Management

377) **Hyman, Jeff**
Group Counsel

378) **Ichikawa, Kazuko**
Manager, Corporate Market Research – IJKK Corporate Marketing Group

379) **Ichikawa, Kinya**
Technology Solution Center – Technology and Manufacturing Group, Japan

380) **Iida, Shingo**
Manager, Direct Marketing Group – IJKK Corporate Marketing Group

381) **Ikai, Ayumu**
Former Account Manager, Client Team – IJKK Sales Team, 1st Sales Region

382) **Ikeda, Akimori**
Channel Marketing Group Manager – IJKK Sales Team, 6th Sales Region

383) **Ikeda, Hiroshi**
Field Sales Engineer, Embedded and Communication – IJKK Sales Team, 1st Sales Region

384) **Ildeniz, Aysegul**
Regional Director, META

(*) Denotes "Party-Designated
Production Custodian"

385) **Imabeppu, Daisuke**
Field Sales Engineer, Hitachi/HP – IJKK Sales Team, 1st Sales Region

386) **Inoue, Tooru**
Account Manager, Fujitsu Network – IJKK Sales Team, 2nd Sales Region

387) **Ishibashi, Makoto**
Field Sales Engineer – IJKK Sales Team, 7th Sales Region

388) **Ishida, Shin**
Field Sales Engineer – IJKK Sales Team, 7th Sales Region

389) **Ishige, Y.**
Business Development Manager – IJKK Solutions and Business Development Group

390) **Ivory, Neil**
Retail Marketing Manager – UK and Ireland Sales and Marketing

391) **James, Jeff**
Market Development Manager, Cisco – Americas Marketing Group

392) **Jamitzky, Christian**
Field Sales Application Engineer, FSC

393) **Jankowski, Andrzej**
Channel Field Sales Engineer, Warsaw

394) **Janosczyk, Frank**
Account Manager, MaxData

395) **Janssens, Guy**
Reseller Channel Manager – Benelux Sales Organization

396) **Jardim, Rodrigo**
Field Sales Engineer, Bz Channel – Reseller Channel Operation, Latin America Region

397) **Jeffs, Jim**
Sales and Marketing Group Team Lead, Antitrust Counsel – Asia Legal

398) **Jenkins, Bradley**
Market Development Manager – UK and Ireland Sales and Marketing

399) **Jimenez, Ignacio**
Consumer Market Development Manager, Spain

400) **Johnson, Alan**
Retail MarCom Manager – Retail Sales and Marketing

401) **Johnson, Keith D.**
Customer Relationship Manager, EMS Team

402) **Jones, Ian**
Business Operations Manager – Reseller Channel Operation, EMEA

403) **Jones, Simon**
Channel Field Sales Engineer – UK and Ireland Sales and Marketing

(*) Denotes "Party-Designated
Production Custodian"

404) **Joseph, Anthony**
Customer Quality Engineer, APAC – Hewlett Packard Account Team

405) **Kahrmann, Torsten**
Lead Market Development Manager, FSC

406) **Kai, Makoto**
Manager, Commission Program – IJKK Finance and Administration

407) **Kako, Shuichi***
Regional Sales Manager, NEC

408) **Kalavade, Tara**
Program Manager, Platform Competitive Marketing – Performance Benchmarking and Competitive Analysis

409) **Kalousdian, Lilian**
Manager, Distribution Training and Communications – Reseller Channel Operation, WW Revenue and Distribution Marketing

410) **Kalvin, John**
Sales, North America Channel Sales and Marketing

411) **Kamaev, Alexey**
Channel Business Manager and Country Manager – RCIS Reseller Channel Operation

412) **Kamei, Shinichiro**
Field Sales Manager – IJKK Sales Team, 1st Sales Region

413) **Kamppinen, Mika**
Business Development Manager, Finland – Nordic Organization

414) **Kanesaki, Masumi**
Field Application Engineer – IJKK Sales Team, 1st Sales Region

415) **Karpukhin, Alexey**
Account Manager – RCIS Reseller Channel Operation

416) **Kato, Shuhei (Maverick)***
Former IJKK Channel Sales

417) **Katter, Horst**
Business Market Development Manager – Enterprise Marketing Operations

418) **Kaufman, Dave**
Mobile Platform Pricing Manager – Platform Pricing and Roadmaps

419) **Kavanagh, Jim N.**
Business Development Manager – UK and Ireland Sales and Marketing

420) **Kawabe, Norimichi**
Channel Field Sales Engineer – IJKK Sales Team, 6th Sales Region

421) **Kawamata, Mariko**
CBO 3d & 4th Region – IJKK Operations

(*) Denotes "Party-Designated Production Custodian"

422) **Kawamura, Tokiko**
Market Development Manager, Dell – IJKK Sales Team, 1st Sales Region

423) **Kayacan, Medhi**
Reseller Channel Manager, Turkey – META Reseller Channel Operation Management Team

424) **Kazmierczak, Anna**
Market Development Manager, MNC Warsaw

425) **Keating, Ann\***
Business Planning Manager – Chipset Supply and Demand Operations

426) **Keitel, Jan**
Channel Field Sales Engineer, Germany/Austria/Switzerland

427) **Kelley, Teresa**
Finance and Enterprise Services – Platform Finance Groups

428) **Kempner, Abigail**
Launch Manager, Enterprise Business Marketing

429) **Kershaw, Gary**
Director of Finance – EMEA

430) **Keyser, Megan**
Channel Comms Manager – Reseller Channel Operation Channel Branding

431) **Khanna, Sanjeev**
Digital Enterprise Marketing Engineer – Enterprise Marketing Operations

432) **Kheradpir, Shervin\***
Director – Performance Benchmarking and Competitive Analysis

433) **Khmel, Dmitry**
IIP Track 2 Geo. Manager – EMEA IIP Marketing

434) **Kiang, Winston**
Attorney – IJKK Organization

435) **Kikuchi, Hidetaka**
Field Sales Application Engineer – Worldwide Sony Sales & Program Office

436) **Kilroy, Tom\***
Vice President;
General Manager – Digital Enterprise Group

437) **Kim, Beth**
Channel Marketing Manager, Korea – Reseller Channel Operation Channel Marketing Organization

438) **Kim, Brad**
Strategic Relations Manager, Consumer – Customer Solutions Group, Korea

439) **Kim, Eric\***
Senior Vice President;
General Manager – Sales and Marketing Group;
Chief Marketing Officer

(\*) Denotes "Party-Designated
Production Custodian"

440) **Kim, Gene**
Sales Account Manager, Korea

441) **Kim, Tetsuya**
Field Sales Engineer – IJKK Sales Team, 7th Sales Region

442) **Kimber, Andrew**
Account Manager, Toshiba

443) **King, Adam\***
Product Manager – IA Supply & Demand Operations

444) **King, Dave**
Director, Communication Sales – EMEA Communications Sales Organization

445) **Kinoshita, Masaaki\***
Regional Sales Manager – Hitachi, Sharp, MEI, Dell Japan, and Hewlett-Packard Japan

446) **Kiriakou, Dimitris**
Reseller Channel Manager, Greece

447) **Kitagawa, Kazuhiko\***
General Manager – Worldwide Sony Sales and Program Office;
Former Regional Sales Manager, Fujitsu

448) **Klekowski, Tomasz**
Channel Sales Manager, CEE – EMEA Reseller Channel Operation

449) **Klepatski, Dimitri**
Account Manager – RCIS Reseller Channel Operation

450) **Kline, Michael (Kevin)**
Product Marketing Manager – Network Communications Group

451) **Klucevek, Doug\***
Finance Controller – Worldwide Reseller Channel Operation

452) **Knight, Andrew\***
Former Account Manager, EMEA Country Manager – Hewlett-Packard

453) **Koana, Tadaaki**
Marketing Manager, Intel Inside – IJKK Corporate Marketing Group

454) **Kobayashi, Akinori**
Account Manager, MEI PC – IJKK Sales Team, 2nd Sales Region

455) **Kobayashi, Masaaki**
RMM – IJKK Solutions and Business Development Group

456) **Kochar, Vijay\***
Director – Collaborative Marketing EMEA

457) **Koh, CI**
Area Sales Manager, Korea – APAC Reseller Channel Operation

458) **Koizumi, Masahiko**
Internet Program Manager, Direct Marketing – IJKK Corporate Marketing Group

(*) Denotes "Party-Designated
Production Custodian"

459) **Kok, Hon Loong**
Regional Manager, SEA

460) **Kolde, Ulrike**
IIP Account Relationship Manager, FSC, MaxData, Gericom

461) **Konash, Dimitri**
Manager TBC;
Acting Manager OEM/Channel Lead Accounts

462) **Kowalik, Lukasz**
Marketing Manager

463) **Krigger, Rich**
Distribution Channel Business Manager, Channel Supply and Demand Operations – Microprocessor
Marketing and Business Planning

464) **Krishnan, Vijay**
Market Development Manager, APAC – IJKK Sales Team, 1st Sales Region NEC

465) **Krzanich, Brian\***
Vice President, General Manager Assembly/Test Manufacturing – Technology and Manufacturing Group

466) **Ku, Jun Heong**
Region Manager, IBM/Lenovo APAC Account

467) **Kubasik, Tomasz**
CSO Field Sales Application Engineer, Warsaw

468) **Kubicka, Bruce**
Market Research – Americas Marketing Group

469) **Kubo, Atsushi**
Channel Sales Manager, Sales Group 3 Comm. – IJKK Sales Team, 7th Sales Region

470) **Kuipers, Willem\***
Account Manager HP IPG Consumer – Hewlett-Packard EMEA Account Team

471) **Kumar, Arvind**
Principal Engineer, Architecture and Planning, Platform Ingredient Architecture and
Planning – Digital Enterprise Group

472) **Kumar, Ashok**
Channel Sales Manager, India – APAC Reseller Channel Operation Distribution

473) **Kumar, GB**
Area Sales Manager, South Asia – APAC Reseller Channel Operation

474) **Kunerth, Ernst\***
District Manager – Asia/EC Accounts

475) **Kurihara, Kazuhisa**
Intel Inside Program Analyst, Business Management Team – IJKK Operations

476) **Kurko, Matt\***
Field Sales Engineer, Consumer Desktop – Hewlett-Packard Account Team

(*) Denotes "Party-Designated
Production Custodian"

477) **Kurokawa, Masayuki\***
Customer Business Operations – IJKK Operations

478) **Kurtzer, Ed**
Market Development Manager, North America – Dell Team Worldwide

479) **Kusumoto, Jeffrey**
IA Product Sampling & Roadmap Manager, Business Management Team – IJKK Operations

480) **Kutsuzawa, Rue\***
Business Management Team Manager – Intel K.K. Sales and Marketing

481) **Kwan, MS**
District Manager, LGE Account

482) **Kwok, Maria**
Manager, Customer Solutions Group – APAC Sales and Marketing

483) **Kwok, Mary**
Attorney, Marketing Group and Sales/Marketing Group, Antitrust – Asia Legal

484) **Lai, Jennifer Abaca**
Area Sales Manager, Philippines – APAC Reseller Channel Operation

485) **Lamming, Steve**
Strategic Relations Manager – UK and Ireland Sales and Marketing

486) **Lamprecht, Charlotte\***
Director – Digital Home Brand Management

487) **Landi, Brian**
Sales Development Manager – Hewlett-Packard Account Team

488) **Laney, Clifton**
Systems and Platform Architect

489) **Lang, Jorge**
Market Development Manager, Spain

490) **Lara, Robert**
Customer Business Analyst – Dell Team Worldwide

491) **Larocco, Mike**
Market Development Manager – Americas Sales and Marketing Organization

492) **Larsen, Rick**
Market Development Manager, North America – Dell Team Worldwide

493) **Lass, David**
DCBM Organization, Arrow/Alliance

494) **Lassaigne, Pascal**
Business Development Manager, Manufacturing – France Sales and Marketing Group

495) **Lauwereins, Sally**
Distribution Business Manager – Benelux Sales Organization

(*) Denotes "Party-Designated
Production Custodian"

496) **LeBlanc, Gary**
Field Sales Engineer – Hewlett-Packard Account Team

497) **Lee, Allen**
Market Development Manager

498) **Lee, H.S.**
Country Manager, Korea – APAC Sales and Marketing

499) **Lee, Linda**
Customer Business Analyst – Dell Team Worldwide

500) **Lee, PH**
Field Sales Engineer – Korea LG

501) **Lee, Randy**
Area Sales Manager, PRC – APAC Reseller Channel Operation

502) **Lefree, Shelly**
Customer Program Analyst – Dell Team Worldwide

503) **Lei, Jeff**
Market Development Manager – Lenovo Sales Region

504) **Leite, Melisa**
Market Development Manager, Business – Hewlett-Packard Account Team

505) **Lenormand, Sebastien**
Product Marketing Analyst – Product Marketing and Business Operations

506) **Leszinske, Bill***
Director – Digital Home Marketing

507) **Lewnes, Ann**
Vice President – Sales and Marketing;
Director – Partner Marketing

508) **Li, Calvin**
Business Area Manager, Korea

509) **Liang-Mach, Judy**
WW Account Manager, EMS Team

510) **Liaw, Wilson**
Former Area Sales Manager, Singapore – APAC Reseller Channel Operation

511) **Liden, Johan**
Business Development Manager, Health Care – Nordic Organization

512) **Liebat, Karl***
Service Provider Marketing Manager, Solutions Marketing – Americas Marketing Group

513) **Lim, Jordan**
District Manager, Korea

514) **Lim, Pete**
Geographic Sales, APAC – Lenovo Sales Region

(*) Denotes "Party-Designated
Production Custodian"

515) **Lim, Tony CK**
OEM Co-Marketing Manager, Korea

516) **Lin, Dave**
Field Sales Engineer, Taiwan – Hewlett-Packard Account Team

517) **Lindner, Mario**
Market Development Manager, Fujitsu-Siemens

518) **Lissenden, Richard**
MSTP Sales Manager – Influencer Sales

519) **Liu, Jian**
Field Sales Engineer – Lenovo Sales Region

520) **Liu, Sue**
Market Development Manager, Taiwan -- Hewlett-Packard Account Team

521) **Lloyd, Tim***
Manager, Supply Network Planning and Quality – Customer Fulfillment Planning and Logistics Group

522) **Lo, Francis***
Director -- Finance and Administration

523) **Lok, Lancy***
Director – APAC Reseller Channel Operation

524) **Lombardi, Franco**
Regional Channel Manager, Italy

525) **Long, Steven***
Manager, Channel Marketing – Reseller Channel Operation, Latin America Region

526) **Longin, Phillipe***
Retail Marketing Manager, PPR Group and Boulanger

527) **Loo, Cal**
Technical Assistant – Customer Solutions Group

528) **Loose, Jeff***
Manager, Channel CPU Pricing

529) **Loucas, Alexandre**
Influencer Sales, Egypt

530) **Louie, Louisa**
Benchmarking Manager, Technology Strategy

531) **Low, Marcus***
Director – APAC Reseller Channel Operation

532) **Lowblad, Mary**
Market Development Manager, Consumer Campaigns – Hewlett-Packard Account Team

533) **Lu, LiGang**
Field Sales Engineer – Lenovo Sales Region

(*) Denotes "Party-Designated
Production Custodian"

534) **Luber, Gerhard**
Account Manager, Samsung

535) **Ludosan, Adrian**
Channel Field Sales Engineer, Bucharest

536) **Luh, Albert\***
Research and Analysis Manager, Technology Strategy

537) **Liu, Yue (David)**
Market Sizing and Forecasting

538) **Luo, Jer Sheng Jonathan**
Regional Sales Manager, Taiwan

539) **Luque, Alberto**
Field Sales Engineer, Distributor – Latin America Region

540) **Luxenburger, Harald**
Business Development Manager, Germany/Austria/Switzerland

541) **Lynch, John M.**
Systems Connectors

542) **Lynn, Kelly**
MDM/SDM Team – Americas Marketing Group

543) **Maar, Vlastimil**
Channel Field Sales Engineer

544) **MacDonald, Donald\***
Vice President and General Manager – Digital Home Group

545) **Macdonald, Tom**
Vice President – Digital Enterprise Group;
General Manager – Platform Components Group

546) **MacHale, Colin**
Ireland CM – UK and Ireland Sales and Marketing

547) **Machida, Eisaku**
Managing Director and General Manager – IJKK Solutions and Business Development Group

548) **MacLeod, Tracy**
Director – Marketing Legal

549) **MacWilliams, Pete**
Staff Architect – Digital Enterprise Group

550) **Maeda, Kanako**
Operation Field Sales Engineer – Worldwide Sony Sale and Program Office

551) **Maejima, Daisuke**
Field Sales Engineer – IJKK Sales Team, 7th Sales Region

552) **Magar, Mohsen**
Reseller Channel Manager – META Reseller Channel Operation Management Team

(*) Denotes "Party-Designated
Production Custodian"

553) **Magott, Pawel**
Channel Field Sales Engineer, Warsaw

554) **Mahmood, Zahid***
Supply and Demand Manager, Product Marketing and Business Organization – EMEA Sales and Marketing

555) **Maksakova, Anna**
Account Relationship Manager, Russia/CIS – EMEA IIP Marketing

556) **Malatesta, James**
Flash Products Group Memory Subsystem

557) **Malloy, Julie***
Market Development Manager – IBM/Lenovo Sales Region

558) **Malone, Adam**
Field Sales Engineer, Handheld – Hewlett-Packard Account Team

559) **Maloney, Sean***
Executive Vice President and General Manager – Mobility Group

560) **Manalang, JD**
Field Sales Engineer – Gateway

561) **Maniscalco, Claudio**
RAS, Acer

562) **Mann, Robin**
MRC Project Manager – North America Channel Customer Solutions

563) **Mao, Grace**
Distribution Account Manager, PRC – APAC Reseller Channel Operation Distribution

564) **Marchi, Helene**
Retail Marketing Manager, Demand Creation/ RCR Management – France Sales and Marketing Group

565) **Marcus, Ilan**
Channel Field Sales Engineer, Israel/Greece/Cyprus

566) **Mariani, Michael**
Pricing Manager, Consumer, Embedded & Low Power

567) **Martin, Adam**
DEG Marketing Manager – EMEA Digital Enterprise Group Marketing

568) **Martinez, Elemana**
Business Development Manager – Benelux

569) **Maruyama, Kiyoko**
Business Management Team – IJKK Operations

570) **Masuyama, Arihiro**
Channel Field Sales Engineer – IJKK Sales Team, 6th Sales Region

571) **Mateus, Alegria**
Field Sales Engineer, Ecuador – Northern Cone, Latin America Region

(*) Denotes "Party-Designated Production Custodian"

572) **Matheson, John E.**
Group General Counsel – Asia Legal

573) **Matsuda, Tetsuo**
Field Application Engineering Leader, Intel Inside – IJKK Corporate Marketing Group

574) **Matushima, Toshiya**
Direct Marketing – IJKK Corporate Marketing Group

575) **Maubane, Tiny**
SA Business Development Manager – Influencer Sales

576) **Maximoff, Jesus**
Country Manager, Iberia

577) **Maynor, Ken**
DCBM Organization, D&H

578) **McCloskey, David\***
Supply Operations Manager – IA Supply and Demand Operations

579) **McClure, John**
Country Manager, South Asia – APAC Sales and Marketing

580) **McCollam, Kristin\***
Account Manager, Marketing – Dell Team Worldwide

581) **McConnell, Eoin\***
Channel Account Manager/Field Sales Engineer – UK and Ireland Sales and Marketing

582) **McCrea, Jeff\***
Co-President – Intel Americas;
Vice President – Sales and Marketing Group

583) **McCurdy, Ryan**
Field Sales Engineer – Hewlett-Packard Account Team

584) **McDermott, Lance**
Customer Quality Engineer – Hewlett-Packard Account Team

585) **McGee, Kevin**
Field Sales Application Engineer – Hewlett-Packard Account Team

586) **McGowan, John**
Vice President – Technology and Manufacturing Group
Director – Corporate Services

587) **McGuire, James T.\***
Manager, WW Distribution Programs – Reseller Channel Operation

588) **McGuire, Sean**
Business Development Manager – UK and Ireland Sales and Marketing

589) **McKeeman, Alastair**
Marketing Manager, ISV Alliances – Enterprise Marketing Operations CSG

(*) Denotes "Party-Designated
Production Custodian"

590) **McKeon, Dan**
Manager, Strategy & Supply Chain Improvement – CPLG

591) **McKibben, Kevin***
Marketing Manager, Walmart, Costco, Fry's and Future Shop – Retail Sales and Marketing

592) **McLean, Andrew**
Area Sales Manager, Australia/New Zealand – APAC Reseller Channel Operation

593) **McMullan, Sherida**
Americas Sales Development – IBM and Lenovo Sales Regions

594) **McVicker, Melissa**
Director, Global Communications – Sales and Marketing Group

595) **Medecki, Jackie**
Attorney – Legal Team North America, Sales and Marketing Group

596) **Meffe, David**
WW Brand Market Development Manager – Lenovo Sales Region

597) **Mentzer, William E. (Eric)***
Vice President – Mobility Group;
General Manager – Chipset Group

598) **Merli, Romeo**
Market Development Manager, Italy – Lenovo, IBM and Dell

599) **Messmer, Patrick**
Channel Field Sales Engineer, Switzerland

600) **Metzger, John***
Attorney – WW Reseller Channel Operation

601) **Meyers, John**
CHAMP Program Manager – Retail Sales and Marketing

602) **Milburn, Jon**
Sales Development Manager – Hewlett-Packard Account Team

603) **Miller, Arthur R.**
HPG APBU Monahans PMT

604) **Miller, Brent***
Market Development Manager – Hewlett-Packard Account Team

605) **Miller, Suzan**
Vice President – Legal and Government Affairs;
Assistant General Counsel

606) **Millman, Paul**
Sales, Bay Area / Pacific Northwest – North America Sales and Marketing

607) **Min, Chris**
Controller – Mobility Group

(*) Denotes "Party-Designated
Production Custodian"

608) **Mincuzzi, Dino**
Consumer Market Development Manager, Italy – Hewlett-Packard, FSC and Sony

609) **Miranda, Andre**
Field Sales Engineer, Miami – Northern Cone, Latin America Region

610) **Mirjolet, Pierre**
Lead Market Development Manager, EMEA – Hewlett-Packard Account Team

611) **Mishima, Masatoshi**
Field Sales Engineer – IJKK Sales Team, 7th Sales Region

612) **Mitchell, Debbi**
Manager, Channel Sales Center – Semi Channel Sales and Marketing

613) **Miyabe, S.**
Field Sales Engineer – IJKK Sales Team, 7th Sales Region

614) **Mlejnek, Miroslav**
Field Sales Application Engineer CSO, Warsaw

615) **Monroy, Jose**
Market Development Manager – Gateway, Sony, and Toshiba

616) **Monten, Raphael**
Channel Sales Team Lead, Server Business Manager – Benelux Sales Organization

617) **Montgomery, Melanie**
Channel Field Sales Engineer – UK and Ireland Sales and Marketing

618) **Morales, Christian\***
Vice President – Sales and Marketing Group
General Manager – EMEA

619) **Morales, Jose**
Manager, Mexico DF Channel

620) **Morales, Raul**
Market Development Manager, Latin America Region – Hewlett-Packard Account Team

621) **Morante, Jaime M.**
Engineering Manager, Business Client Group, Desktop Products Division – Digital Enterprise Group

622) **Morehead, Bruce**
Field Sales Engineer – Hewlett-Packard Account Team

623) **Moreira, Alexandre**
Field Sales Engineer, Business Channel – Latin America Region

624) **Mori, Atsuko**
Marketing Analyst, BMT – IJKK Operations

625) **Mori, Nobuki**
Field Sales Engineer – IJKK Sales Team, 7th Sales Region

626) **Mori, Takashi**
Field Sales Engineer – IJKK Sales Team, 1st Sales Region

(\*) Denotes "Party-Designated
Production Custodian"

627) **Morita, Tetsuji**
Japan Strategic Relations Manager – Worldwide Sony Sales and Program Office

628) **Morosanu, Catalin**
Business Development Manager HPC Linux, Germany/Austria/Switzerland

629) **Motegi, Shinji***
Channel Sales Team Manager – IJKK Sales Team, 6th Sales Region

630) **Moynihan, Ciara**
Retail MarCom Manager – Retail Sales and Marketing

631) **Mueller, Dietmar**
Channel Field Sales Engineer, Germany/Austria/Switzerland

632) **Mulloy, Chuck**
Public Relations

633) **Munakata, Yoshie***
General Manager – IJKK Solutions and Business Development Group

634) **Munguia, Terry**
RCM Texas

635) **Muranaka, Hiromi**
Japan Regional Manager – Hewlett-Packard Account Team

636) **Murata, Yoshio***
Marketing Manager, Intel Inside Program – IJKK Corporate Marketing Group

637) **Murphy, Mike**
Field Application Engineer – Dell Team Worldwide

638) **Murray, Jim**
Associate General Counsel, Director of Competition Policy

639) **Murray, Patricia**
Senior Vice President;
Director – Human Resources

640) **Mursia, Filippo**
Communication Sales Manager, Italy – EMEA Communications Sales Organization

641) **Nadel, Idan**
Channel Field Sales Engineer, Israel, Greece and Cyprus

642) **Nakamura, Taishi***
Geo Marketing Manager, IJKK – WW Reseller Channel Operation Channel Marketing

643) **Nakamura, Yumiko**
Direct Marketing – IJKK Corporate Marketing Group

644) **Nakazono, Ken**
Account Manager, Hitachi – IJKK Sales Team, 1st Sales Region

645) **Nauthoa, Nass**
Reseller Channel Manager, GCC – META Reseller Channel Operation Management Team

(*) Denotes "Party-Designated
Production Custodian"

646) **Navarro, Jean-Pierre**
Channel Manager, Components – France Sales and Marketing Group

647) **Navarro, Roger**
Account Manager, Hewlett-Packard

648) **Navolokin, Alexei\***
Manager – EMEA Market Development Managers

649) **Nawratek, Rudi**
Business Development Manager, Germany/ Austria/Switzerland

650) **Nazelo, Javier**
Field Sales Engineer – South Cone, Reseller Channel Operation, Latin America Region

651) **Nazworth, Dave**
Customer Business Analyst – Dell Team Worldwide

652) **Negre, Stephane**
EMEA SRM Manager – Customer Solutions Group EMEA

653) **Negri, Craig\***
CMB, Customer Business Operations – Dell Team Worldwide

654) **Nemoto, Hitomi**
Internet Program Manager, Direct Marketing – IJKK Corporate Marketing Group

655) **Nerenberg, William**
Manager, Programs & Sales Centers – Reseller Channel Operation Channel Programs and Sales Centers

656) **Neshati, Ramin**
Project/Program Manager, Technical, Architecture and Planning, Platform Ingredient Architecture and Planning (PIAP) – Digital Enterprise Group

657) **Nichols, Jean Ann\***
Director – Computer Sales Group, North America

658) **Nielsen**
Geographic Leads, APAC – IBM/Lenovo Sales Region

659) **Niess-Gerber, Fabienne**
Field Sales Application Engineer, NEC-CI

660) **Nilson, Cathleen**
Senior Competitive Analyst – Microprocessor Marketing and Business Planning Finance

661) **Nishi, Taknori**
Channel Field Sales Engineer – IJKK Sales Team, 6th Sales Region

662) **Nishide, Kiyoshi**
Strategic Relationship Manager – Team Apple

663) **Nishimori, Masahiro**
Retail Operations Account Manager – Customer Solutions Group

664) **Nobuoka, Chihiro**
Marketing Manager, Intel Inside Program – IJKK Corporate Marketing Group

(*) Denotes "Party-Designated Production Custodian"

665) **Norenberg, Carl Daniel**
Business Development Manager – Nordic Organization

666) **Norf, Ulrich**
Channel Field Sales Engineer, Germany/Austria/Switzerland

667) **Norigami, Koji**
Account Manager, MNC – IJKK Sales Team, 4th Sales Region

668) **Norris, Devlin***
Account Manager, Ingram Micro, Canada

669) **Nossel, Steven**
Regional Business Manager – META

670) **Noyori, Yasuji**
Carrier Business Development Manager – IJKK Solutions and Business Development Group

671) **Nozoe, Hideki**
Business Development Manager – IJKK Solutions and Business Development Group

672) **Nwankwo, Mike**
WW Account Manager, EMS Team

673) **O'Connor, Rory**
Manager, Greater European Logistics – Customer Fulfillment Planning and Logistics Group

674) **O'Keefe, Greg**
MDM/SRM Team – Americas Marketing Group

675) **Oezdal, Nihat**
Account Manager, ASUS

676) **Ogawa, Emiko**
CBO – IJKK Operations

677) **Ohga, Hiroyuki**
Field Sales Engineer – IJKK Sales Team, 6th Sales Region

678) **Ohinata, Hiroki***
General Manager – Sony Worldwide Sales and Program Office

679) **Ohno, Makoto**
Field Sales Engineer – IJKK Sales Team, 2nd Sales Region

680) **Okamoto, Matt**
Controller – Chipsets Mobility Group

681) **Oldfield, Sean**
Distributor Manager – Reseller Channel Operation, Latin America Region

682) **Olin, Emily**
Rebate Coordinator – Gateway Focus Region

683) **Omer, Jon***
Server Account Manager – IBM/Lenovo

(*) Denotes "Party-Designated
Production Custodian"

684) **Onishi, Yuki**
CBA Manager – IJKK Sales Team, 1st and 5th Sales Regions

685) **Ono, Akihiro**
Field Sales Engineer – Worldwide Sony Sales and Program Office

686) **Ooi, Sunny**
Area Sales Manager, Malaysia – APAC Reseller Channel Operation

687) **Osaki, Kohei**
CBO, 1st and 2nd Regions – IJKK Operations

688) **Ossola, Paolo**
Retail Marketing Manager, Euronics

689) **Osumi, Rio**
Finance Manager – IJKK Finance and Administration

690) **Otellini Paul***
President and Chief Executive Officer

691) **Otsuka, Keiichi**
PC Group Manager, WW VAIO – Worldwide Sony Sales and Program Office

692) **Ott, Helmut**
Technical Marketing Engineer Manager – ETG

693) **Outerson, Paul***
Distribution Channel Business Manager, Ingram East – DCBM Organization

694) **Owen, Ross**
Sales, Australia/New Zealand – Dell Team Worldwide

695) **Owens, Kristin**
Intel Communications Group, CBO – America's Sales and Marketing Operations

696) **Ozaki, Masahura**
Business Development Manager – IJKK Solutions and Business Development Group

697) **Pagowski, Piotr**
Territory Manager – Central and Eastern Europe

698) **Palmer, Graham***
Country Manager, UK & Ireland – UK and Ireland Sales and Marketing

699) **Panagiotidis, Nikos**
Business Development Manager, Israel/Greece/Cyprus

700) **Panenka, Bernd***
Field Sales Application Engineer, Medion

701) **Pann, Stuart***
Vice President – Sales and Marketing Group;
General Manager – Customer Fulfillment Planning and Logistics

702) **Pappas, George**
Business Development Manager – Enterprise Platform and Services Division

(*) Denotes "Party-Designated
Production Custodian"

703) **Papuzynski, Przemek**
Market Development Manager, MNC Warsaw

704) **Park, SM**
Materials Program Manager, Korea – Branding and Promotions Marketing Group

705) **Parker, Doug**
Enterprise Marketing Manager – Americas Marketing Group

706) **Parmeggiani, Carlo**
Consumer Marketing Manager, Italy

707) **Parrish, Will**
Customer Business Analyst – Gateway

708) **Patzig, Marilyn**
Strategic Business Modeling, LRBP

709) **Pauleen, Lynne**
North America Channel eMarketing/Operations

710) **Pavlovsky, Evzen**
Business Development Manager, Prague

711) **Pearson, Greg***
Co-President – Intel Americas;
Vice President – Sales and Marketing Group

712) **Peel, Richard***
IA Distribution Sales and Marketing – EMEA Reseller Channel Operation

713) **Pellet, Gilles**
Manager, Mobility – EMEA EMO

714) **Penman, Julie**
Channel Field Sales Engineer – UK and Ireland Sales and Marketing

715) **Peralta, Gabriel**
Market Development Manager, Latin America – Dell Team Worldwide

716) **Pereira, Acacio**
Field Sales Engineer, Latin America Region

717) **Perez, Corine***
Vice President – Finance and Enterprise Services;
Controller – Digital Enterprise Group

718) **Perino, Sandrine***
WW Account Manager, Alcatel

719) **Perlmutter, David***
Senior Vice President, General Manager – Mobility Group

720) **Persson, Leif**
Country Manager – Nordic Organization

(*) Denotes "Party-Designated
Production Custodian"

721) **Peters, Edwin**
Market Development Manager – Benelux Sales Organization

722) **Peutin, Florence**
Business Development Manager, Telco – France Sales and Marketing Group

723) **Philippe, Benoit***
Managing Attorney, SMG/TM&B – EMEA Legal Department

724) **Pienta, Lenny**
Retail Marketing Manager, Staples, J&R, QVC, and Datavision – Retail Sales and Marketing

725) **Pinon, Marie**
Market Development Manager, HP – France Sales and Marketing Group

726) **Piper, Jeanne***
Director of Operations – America's Sales and Marketing Operations

727) **Piper, Robert E.***
Customer Business Manager – IBM and Lenovo Sales Regions

728) **Pitarresi, Joe**
Business Development NP Lab

729) **Plackle, Bart**
Senior Architect – Influencer Sales

730) **Pompe, Wendy Howes***
Field Sales Engineer – UK and Ireland Sales and Marketing

731) **Ponomarev, Igor**
Account Manager – RCIS Reseller Channel Operation

732) **Powell, Chase***
Manager – Platform Pricing and Roadmaps

733) **Powell, Dave***
Director – Reseller Channel Operation Worldwide Revenue and Distribution Marketing

734) **Powers, Matt**
AMG CBO Channels

735) **Price, Jane**
Director, APAC Corporate Marketing Group

736) **Priest, Jason**
Retail Marketing Manager, Best Buy – Retail Sales and Marketing

737) **Prince, Robert***
Lead Market Development Manager, IBM

738) **Prior, Paul**
Market Development Manager – Dell Team Worldwide;
Market Development Manager – UK and Ireland Sales and Marketing

739) **Pynn, Parrish**
Attorney – North America Sales

(*) Denotes "Party-Designated
Production Custodian"

740) **Quinn, Jon**
Customer Business Analyst – Gateway Focus Region

741) **Radu, Cristian**
Field Sales Application Engineer, Bucharest

742) **Rahaman, Greg***
Distribution Channel Manager, Avnet

743) **Raimondi, Frank**
Channel Alliances and Industry Events – North America Channel Sales and Marketing

744) **Ramaswamy, Ram**
WW Reseller Platform Planning and Mobility – WW Reseller Channel Operation

745) **Ramirez, Raquel**
Field Sales Engineer, Central America – Northern Cone, Latin America Region

746) **Rank, Joe**
Operations, Direct – North America Channel Sales and Marketing

747) **Rao, Chigusa**
Marketing Manager

748) **Rao, Ravi***
Regional Marketing Controller – APAC Reseller Channel Operation

749) **Ratnam, Charles**
Technical Customer Support Manager, APAC Channel and Distribution Support

750) **Rattner, Justin***
Director – Corporate Technology Group

751) **Ravencraft, Jeffrey L.**
Product Marketing Engineer, Network Technical Marketing, Strategic Alliances – CTG

752) **Raymond, Terry***
Distribution Channel Business Manager; Account Manager, Synnex and Bell Microproducts

753) **Reese, Keith***
Vice President – Sales and Marketing Group;
General Manager – Customer Fulfillment Planning and Logistics Group

754) **Reilly, Jeff**
Principal Engineer Manager, Performance Technology and Analysis

755) **Reynaud, Pierre**
Manager, Public Tenders Business Development

756) **Ribbi, Haim***
Consumer Manager – France Sales and Marketing Group

757) **Richmond, Joshua**
Retail Marketing Manager, CompUSA – Retail Sales and Marketing

758) **Ricks, Greg**
Controller, Strategic Capacity Planning – Technology and Manufacturing Group Finance

(*) Denotes "Party-Designated
Production Custodian"

759) **Riedle, Gerhard***
Channel Sales Manager NEUR – EMEA Reseller Channel Application

760) **Rijilaarsdam, Wim**
Account Manager, NEC

761) **Riley, Pat**
Field Application Engineer – Hewlett-Packard Account Team

762) **Rimini, Giorgio**
Field Sales Application Engineer, Acer

763) **Rinke, Tom**
Controller – Sales and Marketing Group

764) **Ripley, Michael S.**
Software Engineer, Content Policy – Corporate Technology Group

765) **Riss, David J.**
Hardware Engineer, Architecture and Planning, Initiative & Technology Pathfinding & Planning – Digital Enterprise Group

766) **Riva, Maurizio**
Manager, Digital Enterprise Business Italy – EMEA

767) **Rivera, Gabe**
Director of Marketing

768) **Rodman, Ryan**
Product Marketing Analyst – Product Marketing and Business Operations

769) **Roehm, Art***
Vice President – Sales and Marketing Group

770) **Roeloffs, John**
Business Development Manager – Benelux Sales Organization

771) **Roessler, Alex**
Marketing Manager – European Union Region

772) **Rohlf, Dietmar**
Regional Business Manager, Germany

773) **Romani, Luca**
Account Manager, Poste Italiene

774) **Rosenfield, Barry**
Geo Distribution Coordinator, NAMO – Reseller Channel Operation WW Revenue and Distribution Marketing

775) **Roszkowska, Aleksandra**
Business Development Manager, Warsaw

776) **Rowan, Chia**
Dist Platform Enablement – Reseller Channel Operation WW Revenue and Distribution Marketing

(*) Denotes "Party-Designated Production Custodian"

777) **Rowe, Steve P.\***
Controller, Assembly Test Manufacturing – Technology and Manufacturing Group Finance

778) **Roziers, Dirk**
Business Development Manager, Telco – Benelux Sales Organization

779) **Rudolph, Dianne L.\***
Vice President – Finance and Enterprise Services;
Director – Platform Finance Groups

780) **Ruizylanza, Gisselle**
Former Manager, Intel Inside Program (Mexico) – Latin America Region

781) **Rusche, Kevin \***
RAM – IBM and Lenovo Sales Regions

782) **Rusmanova, Irina**
Product Market Analyst – Reseller Channel Operation WW Revenue and Distribution Marketing

783) **Russo, Clemente**
Vice President – Sales and Marketing Group;
Director – Marketing Operations

784) **Rymarczuk, Jerzy**
RCM North, Warsaw

785) **Sabi, Babak**
Vice President – Technology and Manufacturing Group;
Director – Corporate Quality Network

786) **Sabour, Danny**
Director – Customer Marketing

787) **Sachdev, Suresh**
Components Materials Operation

788) **Sadosky, Sebastien**
Channel Field Sales Engineer – France Sales and Marketing Group

789) **Sahgal, Narendrar D.**
Marketing Engineer Manager, Architecture and Planning, Initiative & Technology Pathfinding & Planning – Digital Enterprise Group

790) **Sakamoto, Kenji**
Field Sales Engineer – IJKK Sales Team, 2nd Sales Region

791) **Salcido, Carlos**
RCM – Arizona, Nevada, and Southern California

792) **Samuels, Eric\***
Senior Controller – Microprocessor Marketing and Business Planning Finance

793) **Sandoval, Rodrigo**
Director – Reseller Channel Operation, Latin America Region

(\*) Denotes "Party-Designated
Production Custodian"

794) **Sangameswaran, Satish**
Field Sales Engineer, India – Hewlett-Packard Account Team

795) **Sant, Chris**
Field Sales Engineer – Dell Team Worldwide

796) **Santos, Rick**
Controller, Digital Home Group – Platform Finance Groups

797) **Sasaki, Steve**
Controller – iACPU Operations

798) **Saunders, Brad**
Senior Mobile Systems Architect – Mobility Group

799) **Sauvage, Pascale**
Channel Field Sales Engineer – France Sales and Marketing Group

800) **Savelle, Dave**
Controller – Technology Development

801) **Savo, Nick***
Field Sales Engineer – Dell Team Worldwide

802) **Scharer, Matthias**
Market Development Manager, Dell – EMEA

803) **Sawicki, Thomas J.**
Product Marketing Engineer, Communications Technology Management, Network Technology Marketing – Corporate Technology Group

804) **Schmisseur, Paul***
AM, Enterprise Server Group – Dell Team Worldwide

805) **Schneider, Andreas**
Product Marketing Manager – Enterprise Services EMEA

806) **Schneider, Matthias**
Channel Field Sales Engineer, Germany/Austria/Switzerland

807) **Schouten, Jan**
RAS – Digital Home Platform Group EMEA

808) **Schueler, Werner**
Marketing Manager – Digital Enterprise Group

809) **Schulte, Tim**
IIP Manager, United Kingdom

810) **Schuster, Manfred**
RMM, Germany/Austria/Switzerland

811) **Schwaderer, Hannes***
Country Manager, CER

812) **Sekiguchi, Shinzo***
Manager, Technical Customer Support, Japan – TCS-J Organization

(*) Denotes "Party-Designated
Production Custodian"

813) **Sellers, Kevin**
Director, Corporate Brand Management and Strategic Marketing – Sales and Marketing Group

814) **Selos, Stephen**
Field Application Engineer – Hewlett-Packard Account Team

815) **Seo, Yukio**
Manager, Customer Business Analysts – Worldwide Sony Sales

816) **Seroka, Eugene**
Channel Field Sales Engineer – UK & Ireland Sales and Marketing

817) **Seus, Andreas**
Business Development Manager – EMEA Reseller Channel Operation

818) **Sewell, Bruce**
Senior Vice President;
General Counsel

819) **Shafer, Brad**
Manager – APAC Region Server Marketing

820) **Shah, Hemal**
Project Program Manager, Optical Platform Division – Technology and Manufacturing Group

821) **Shah, Kamalesh (Kamal) R.**
Project/Program Manager, Technical, Ecosystem Development – Mobility Platforms Group

822) **Shah, Sunjeev**
Market Development Manager – Dell Team Worldwide

823) **Shah, Vipul**
Manager, Channel Technology Marketing – APAC Reseller Channel Operation

824) **She, David***
Director – APAC Reseller Channel Operation

825) **Shea, Keith**
Manager, Oracle Global Alliance – Enterprise Marketing

826) **Shenoy, Arun**
Director, Enterprise Business – UK & Ireland Sales and Marketing

827) **Sheppard, Rob**
Product Marketing Manager

828) **Shigematsu, Atsumi**
Engineering Manager – IJKK Operations

829) **Shigeno, Nobuki**
Field Sales Engineer – IJKK Sales Team, 2nd Sales Region

830) **Shimada, Shinsaku**
Field Sales Engineer – Worldwide Sony Sales

831) **Shimura, Yu**
Business Development Manager – IJKK Solution and Business Development Group

(*) Denotes "Party-Designated
Production Custodian"

832) **Shiveley, Robert**
End User Account Strategy – Server Platform Group

833) **Sibai, Fadi**
Manager, Software Engineering

834) **Siebach, Jeffrey**
Counsel – Channel Platforms Group

835) **Siems, Chris**
Business Management Team – Reseller Channel Operation WW Revenue and Distribution Marketing

836) **Sigl, Herbert**
RMM, Germany/Austria/Switzerland

837) **Simantov, Motty**
Business Development Manager, Israel, Greece & Cyprus

838) **Simonich, Chris**
Server Platform Architecture and Planning

839) **Simpson, Roy**
Business Development Manager – UK & Ireland Sales and Marketing

840) **Siu, William\***
Vice President and General Manager – Channel Platforms Group

841) **Skaugen, Kirk\***
Vice President – Digital Enterprise Group;
General Manager – Server Platforms Group

842) **Skett, Rick\***
Manager – EMEA Digital Enterprise Group

843) **Skillen, Rob\***
Operations – EMEA

844) **Skillern, Raejeanne**
Manager, Launch Training and Geo Programs

845) **Smelkova, Yulia**
Sales Center Manager

846) **Smith, Edgar**
Retail Marketing Manager – Benelux Sales Organization

847) **Smith, Jake**
Mobility Platforms – Americas Marketing Group

848) **Smith, Kent**
Retail Marketing Manager – Retail Sales and Marketing Organization

849) **Smith, Kevin J.\***
Director – Compiler Lab

(*) Denotes "Party-Designated
Production Custodian"

46

850) **Smith, Stacy**
Vice President – Finance and Enterprise Services;
Assistant Chief Financial Officer

851) **Smith, Stephen B.**
Product Analyst – Prescott / Smithfield

852) **Smy, Elizabeth**
Market Development Manager – UK & Ireland Sales and Marketing

853) **Smyth, Dave**
Product Marketing Engineer, Materials Division, PMO, DDRx Programs – Technology and
Manufacturing Group

854) **Snodgrass, Alan**
Business Development – Digital Home Group

855) **Snow, Nathan**
Market Development Manager, Enterprise – Hewlett-Packard Account Team

856) **Sobstyl, Piotr**
Business Development Manager, Warsaw

857) **Solomon, Cheri***
Manager, Long Range Business Planning

858) **Soriano, Diana***
Manager – Word Wide Distribution Marketing

859) **Sornson, Rob**
Applications Manager – Hewlett Packard Account Team

860) **Soubra, Mahmoud**
Business Development Manager, Saudi Arabia – Influencer Sales

861) **Souza, Sergio**
Geo Disti Coordinator – Latin America Region

862) **Spiers, Justin***
Retail Marketing Manager, Consumer & Digital Home – UK & Ireland Sales and Marketing

863) **Spinelli, Alberto***
Account Manager, Acer

864) **Stamps, Mike***
Field Sales Engineer, Server – IBM Sales Region

865) **Starovesky, Premek**
Marketing Manager

866) **Steeb, Erik***
Worldwide Account Manager – Hewlett-Packard Account Team

867) **Stewart, John F.**
Business Development Manager

(*) Denotes "Party-Designated
Production Custodian"

868) **Stitzenberg, Dave\***
Manager – Microprocessor Marketing and Business Planning

869) **Strasser, Eric**
Geographic Sales, APAC – Lenovo Sales Region

870) **Straub, Michael**
Manager, Enabling & Ecosystem Marketing

871) **Struckman, Mike\***
Distribution Sales Manager, Avnet

872) **Strutzel, Mike\***
Manager, North American Channel Sales

873) **Sturm, Jackie\***
Vice President – Finance and Enterprise Services
Controller – Technology and Manufacturing Group

874) **Stypula, Marta**
Lead Market Development Manager, Acer

875) **Sugawara, Naoto**
Strategic Relations Manager – Influencer Sales Group

876) **Suizu, Akihiko**
Field Sales Engineer, MEI PC

877) **Suleiman, Tom\***
Retail Marketing Manager – Retail Sales and Marketing Organization

878) **Suryadarma, Christanto**
Geographic Sales, APAC – IBM / Lenovo Sales Region

879) **Sutton, Steve**
Manager, Customer Business Operations

880) **Suzuki, Yutaka**
Field Sales Engineer – IJKK Sales Team, 4th Sales Region

881) **Svoboda, David**
Channel Field Sales Engineer, Prague

882) **Swafford, Matt**
Counsel – Server Platforms Group

883) **Swain, Michael**
Market Development Manager, Enterprise Client Marketing – Hewlett-Packard Account Team

884) **Swanson, Randy**
Controller – Digital Home Group

885) **Sweis, Yousef**
Business Development Manager – Influencer Sales

(*) Denotes "Party-Designated
Production Custodian"

886) **Swinnen, Robert***
Vice President – Sales and Marketing Group
Co-President – Intel K.K.

887) **Swope, Will**
Vice President and Director – Digital Enterprise Brand Management

888) **Sylvain, Loic***
Lead Market Development Manager, EMEA – IBM and Lenovo Sales Regions

889) **Szlachetko, Aleksander**
Field Sales Application Engineer, Warsaw

890) **Szwoger-Lettecki, Tomasz**
Manager, Finance and Analysis, Warsaw

891) **Tait, Andy***
Manager – Product Marketing and Business Organization

892) **Takahashi, Ichiro**
SP Marketing – IJKK Solutions and Business Development Group

893) **Takahashi, Keiko**
Intel Inside Program – IJKK Corporate Marketing Group

894) **Takahashi, Shunichi***
Acting Operations Manager – Intel K.K.

895) **Tan, Collin**
Field Sales Engineer, APAC – Hewlett-Packard Account Team

896) **Tan, Michael**
Field Sales Engineer – Lenovo Sales Region

897) **Tan, Wee Theng**
Vice President – Sales and Marketing Group;
President – Intel PRC Corporation

898) **Tanaka, Arata**
Channel Field Sales Engineer – IJKK Sales Team, 6th Sales Region

899) **Tatel, Jake***
Account Manager, Gateway

900) **Taylor, Carol**
Supply Programs Manager – EMEA Operations

901) **Tazelaar, Harm**
Account Manager, Sony EMEA – Worldwide Sony Sales and Program Office

902) **Terakawa, Yoshiteru**
Field Sales Engineer, MEI PC – IJKK Sales Team, 2nd Sales Region

903) **Terren, Monica**
Channel Sales Engineer

(*) Denotes "Party-Designated
Production Custodian"

904) **Thanhouser, Ned**
Marketing Manager – Servers Product Group

905) **Therien, Guy**
Principal Engineer – Mobile Platforms Group

906) **Thiel, Juergen***
Former Director, Multinational Accounts and European Customers

907) **Thieu, Nam**
Area Sales Manager, Vietnam – APAC Reseller Channel Operation

908) **Thomas, Paul**
Chief Economist and Manager, Market Sizing and Forecasting – Microprocessor Marketing and Business Planning

909) **Thompson, Dale**
Field Sales Engineer – Dell Team Worldwide

910) **Thompson, Eric***
Director, Channel Marketing – North America Channel Sales and Marketing

911) **Thomson, Trish**
Director, APAC Corporate Marketing Group – APAC Reseller Channel Operation

912) **Thraves, Tim***
Retail Marketing Manager – Americas Sales and Marketing Organization

913) **Thurston, Bryan**
Solutions SRM Manager – IBM Sales Region

914) **Tichelman, Maurits***
Director, EMEA Channel Sales – Worldwide Reseller Channel Operation

915) **Tien, Alfred**
MVAD Marketing Manager, Taiwan – APAC Reseller Channel Operation Distribution Organization

916) **Timm, Andreas***
Marketing Manager, Dell & HP EMEA

917) **Tipton, Stephen**
RAM Manager – Americas Sales and Marketing

918) **Tjernberg, Fredrik**
Business Development Manager, Northern Cone – Latin America Region Reseller Channel Operation

919) **Tobon, Juan**
Channel District Manager, Northern Cone – Latin America Reseller Channel Operation

920) **Todd, Dave**
Business Development Manager – Public Sector

921) **Togano, Hitoshi**
Influencer Sales Group – IJKK Solutions & Business Development Group

922) **Togo, Yousuke**
Former Channel Marketing – IJKK Sales Team, 6th Sales Region

(*) Denotes "Party-Designated
Production Custodian"

923) **Tokarev, Kirill**
OEM Account Manager

924) **Toride, Shingo**
Retail Marketing Manager – IJKK Solutions and Business Development Group

925) **Toya, Daiji**
Counsel, Contract Manager – Asia Legal Team

926) **Tran, Thomas**
Market Development Manager – France Sales and Marketing Group Organization

927) **Travers, Cindy***
Distributor Customer Business Manager, ASI, Synnex

928) **Tritscher, Stefan**
Reseller Channel Manager – European Union Region

929) **Trumbull, Scott**
Manager – EMEA Customer Solutions Group

930) **Tryba, Andy***
Field Sales Engineer – Hewlett-Packard Account Team

931) **Tsao, Jerry**
Industry Analyst – Customer Fulfillment and Logistics Group

932) **Tuhy, David**
General Manager – Platform Products

933) **Turjeman, Ilan**
Reseller Channel Manager, Israel – European Union Region Reseller Channel Operation

934) **Turner, Shirley***
Director, Channel Marketing – North American Channel Sales and Marketing

935) **Ueda, Shinji**
Field Applications Engineer, Lenovo – IJKK Sales Team, 1st Sales Region

936) **Ueno, Shoko**
Messaging Manager – Direct Marketing Group

937) **Uhte, SueEllen***
Distribution Channel Business Manager, ASI, Wintec

938) **Uittenbroek, Arnout**
Business Development Manager – Benelux Sales Organization

939) **Ulbrich, Pete**
Intel Architecture, North American Channel – Americas Sales and Marketing Organization

940) **Ulvr, Petr**
Market Development Manager

941) **Underwood, Todd**
Controller – Server Platform Group

(*) Denotes "Party-Designated
Production Custodian"

942) **Valdivieso, Ledda**
Field Sales Engineer, Peru – Northern Cone, Latin America Region

943) **Valera, Rafael Rios**
Strategic Relations Manager, Spain – Microsoft

944) **Van De Water, Joseph**
Platform and Ecosystem Marketing

945) **Van den Berg, Maurice**
Channel Field Sales Engineer, Mobile Business Manager – Benelux Sales Organization

946) **Van Den Bulcke, Benoit**
Strategic Relations Manager, Microsoft – France Sales and Marketing Group

947) **van den Eeckhout, Henk**
Consumer and Market Development Manager – Benelux Sales Organization

948) **Van Meer, Erwin**
Channel Field Sales Engineer, Desktop Business Manager – Benelux Sales Organization

949) **Van Nieuwenhove, Peggy**
Public Sector, EMEA Customer Solutions Group

950) **Van Offeren, Jan**
Market Development Manager – Benelux Sales Organization

951) **Van Rossum, Peter**
Business Development Manager – Benelux Sales Organization

952) **Van Schalkwyk, Jacques**
Reseller Channel Organization District Sales Manager

953) **Vandenplas, Patricia**
Market Development Manager – Benelux Sales Organization

954) **Vanun, Moshe**
Country Manager, Israel and Greece – European Union Region

955) **Varacalli, Anthony\***
District Manager, Enterprise Systems Group – Hewlett-Packard Account Team

956) **Vassilev, Vadim**
Channel Sales Manager, Russia – EMEA Reseller Channel Operation

957) **Vaz, Fabricio**
Field Sales Engineer, Business Channel – Reseller Channel Operation, Latin America Region

958) **Veerasarn, Ekasit**
Area Sales Manager, Thailand – APAC Reseller Channel Operation

959) **Velez, Mauricio**
Field Sales Engineer, Columbia – Northern Cone, Latin America Region

960) **Vera, Sergio**
Business Development Manager

(*) Denotes "Party-Designated
Production Custodian"

961) **Vickers, Trevor\***
Financial Analyst – Platforms, Pricing and Roadmaps

962) **Villarreal Gerardo**
Country Manager, Mexico

963) **Villaverde, Cosme**
Field Sales Engineer, Mexican DF Channel

964) **Vodnik, Robert**
Channel Field Sales Engineer, OEM and Channel Sales – UK and Ireland Sales and Marketing

965) **Wadhwa, Bhargavi**
Senior Finance Analyst

966) **Waghray, Aditya**
Market Development Manager – Hewlett-Packard Account Team

967) **Walker, Christen**
Manager, Channel Branding – Reseller Channel Operation, Channel Branding

968) **Wallace, Trent\***
Client Group – Dell Team Worldwide

969) **Wallet, Lex**
Regional Distribution Sales Manager – META, Reseller Channel Operation Management Team

970) **Walters, Preston**
SRM Manager, Software Group – IBM Sales Region

971) **Wang, Guixiang**
Geographic Sales, APAC – Lenovo Sales Region

972) **Wang, Robert\***
Account Manager, Acer

973) **Wang, Yidong**
Distribution Manager, PRC – APAC Reseller Channel Operation Distribution Organization

974) **Webb, Christie**
Customer Rebate Coordinator – Dell Team Worldwide

975) **Weber, Herbert**
Director, EMEA Digital Home – EMEA Digital Home Platform Group

976) **Weeks, Jonathan**
Deputy Director of Legal Affairs, EMEA

977) **Wehler, Klaus\***
Channel Marketing – EMEA Reseller Channel Operation

978) **Wei, Sunny**
Field Sales Engineer, Compal – Hewlett-Packard Account Team

979) **Weinzierl, Hans**
Channel Field Sales Engineer – Nordic Organization

(*) Denotes "Party-Designated
Production Custodian"

980) **Weissenberg, Carlos**
Supplier Relations Management

981) **Wenham, Rob**
Business Development Manager, Digital Enterprise and Commercial – UK and Ireland Sales and Marketing

982) **Werner, Hans Juergen**
Country Marketing Manager, CER

983) **Westlake, Bruce**
Customer Quality and Reliability Manufacturing – Hewlett-Packard Account Team

984) **Westman, Tim\***
Account Manager, Wal-Mart

985) **Whetstone, Jason\***
Retail Marketing Program Manager

986) **White, Norman**
Counsel – Sales and Marketing Group, Worldwide Sales Counsel

987) **Wiedemann, Juergen**
Field Sales Application Engineer, FSC

988) **Wiemer, Brad**
Market Development Manager, Server – IBM Sales Region

989) **Wigle, Lorie**
Marketing Manager, Server Platform Group, Server Platform Marketing – Digital Enterprise Group

990) **Wild, Tim\***
Account Manager, Best Buy

991) **Wilhelm, Randy**
Vice President – Flash Memory Group
General Manager – NAND Products Group

992) **Wilhelmy, Nadine**
Retail Marketing Manager

993) **Wilkins, John**
Field Sales Engineer, CSO Group – UK and Ireland Sales and Marketing

994) **Williams, Steve**
District Manager, Direct Marketing Group – North American Channel Sales and Marketing

995) **Willihnganz, Gary\***
Director – Branding and Promotions Marketing Group

996) **Wilmont, Barry**
Business Development Manager – UK and Ireland Sales and Marketing

997) **Wilson, Jay\***
Distribution Channel Manager, Tech Data

(*) Denotes "Party-Designated
Production Custodian"

998) **Wilyman, Simon**
CM, CSO Group

999) **Winston, Heath**
Discrete Chipset Business Manager – Desktop Platforms Group

1000) **Witkowski, Paul**
Field Sales Engineer, Sony

1001) **Wong, John***
Regional Sales Manager, Toshiba – IJKK Sales Team, 4th Sales Region

1002) **Wood, Tim**
Retail Marketing Program Manager

1003) **Woodget, John**
Sales Director, Multinational Telco Service Providers – European Union Region

1004) **Woolvett, Nina**
Market Development Manager, Consumer and Digital Home – UK and Ireland Sales and Marketing

1005) **Wurthmann, Gerold**
Business Development Manager

1006) **Yamada, Atsu**
Business Development Manager, Retail/HC – IJKK Solutions and Business Development Group

1007) **Yamada, Makoto**
Field Sales Engineer – IJKK Sales Team, 5th Sales Region

1008) **Yamamoto, Atsushi**
Marketing Specialist – IJKK

1009) **Yamazaki, Tomoaki**
Market Development Manager, NEC/Hitachi – IJKK Sales Team, 1st Sales Region

1010) **Yang, Ian***
Vice President – Sales and Marketing Group
General Manager – Asia Pacific Region

1011) **Yashiro, Masahito**
Field Sales Engineer, Fujitsu Notebook – IJKK Sales Team, 2nd Sales Region

1012) **Yasumitsu, Hisato**
Market Development Manager, IJKK Sales – Hewlett-Packard Account team

1013) **Yen, Cheryl**
Market Development Manager, ASEAN

1014) **Yeom, Jamie**
Distribution Account Manager, Korea – APAC Reseller Channel Operation Distribution Organization

1015) **Yi, Hong Wei**
Market Development Manager, China

1016) **Yonemura, Ann**
Retail Marketing Manager

(*) Denotes "Party-Designated
Production Custodian"

1017) **Yokoyama, Satoshi**
Logistics Manager, IJKK Operations

1018) **Yoon, EK**
Regional Sales Manager, Customer Solutions Group Korea

1019) **Yoon, SH**
Regional Sales Manager, CSG Korea

1020) **Yoshida, Kazumasa\***
Vice President – Intel K.K. Sales and Marketing Group;
Co-President – Intel K.K.

1021) **Yoshida, Koji**
Regional Manager, General Sales – Intel K.K.

1022) **Yoshii, Takehiro\***
Account Manager, Fujitsu – IJKK Sales Team, 2nd Sales Region

1023) **Younkin, Paul\***
Account Manager, Ingram Micro

1024) **Zaragoza, Tony**
District Manager – North America Sales and Marketing

1025) **Zarco, Maximiliano**
Field Sales Engineer, Mexican DF Channel

1026) **Zube, Bernd**
Channel Field Sales Engineer

1027) **Zuhayri, Fadi**
Software Engineer, Server Platform Group, Server Platform Marketing – Digital Enterprise Group

(*) Denotes "Party-Designated
Production Custodian"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | Civil Action No. 05-441-JJF |
| Plaintiffs, | |
| vs. | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | |
| Defendants. | |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |

**STIPULATION AND PROPOSED ORDER REGARDING DOCUMENT PRODUCTION**

WHEREAS, this action was commenced on June 27, 2005 by plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (hereafter jointly, "AMD") against defendants Intel Corporation and Intel Kabushiki Kaisha (hereafter jointly, "Intel"); and

WHEREAS, AMD and Intel have been negotiating a protocol to govern the initial production of documents in this action, and now desire to enter into an agreement setting forth the terms of that protocol.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN AMD AND INTEL, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.    AMD and Intel have agreed to a "custodian" based approach to the production of documents in response to Intel's First, Second and Third Requests for Production of Documents

and AMD's First, Second and Third Requests for Production of Documents (hereinafter, the parties' "Initial Document Requests") in this case. Within 5 court days after entry of this Order in MDL No. 1717-JJF the parties will exchange Custodian Lists accompanied by the following representation:

> After reasonable investigation, [AMD/Intel] hereby represents that the individuals listed below are believed to comprise all of its and its subsidiaries' personnel in possession of an appreciable quantity of non-privileged, material, non-duplicative documents and things responsive to Request Nos. ___ of [AMD/Intel]'s Initial Document Requests in the custody of individual custodians (as opposed to corporate or organization-level requests or shared files or databases). This Custodian List includes any former employee as to whom [AMD/Intel] or its subsidiaries have retained responsive documents and things. [AMD/Intel] hereby commits to promptly supplement this Custodian List upon discovery of any additional custodians who have been omitted from this Custodian List. [AMD/Intel] further represents that it has not knowingly excluded from its Custodian List any person known or believed to possess documents harmful to its claims or defenses in this case.

Intel represents that its Custodian List will include no fewer than 1000 custodians. AMD represents that its Custodian List will include no fewer than 400 custodians.

2.      Not later than 5 court days after entry of this Order in MDL No. 1717-JJF, each party will designate no fewer than 20% of the custodians on its own Custodian List whose paper and electronic files will be reviewed and produced in the first instance in response to the other's Initial Document Requests ("Party-Designated Production Custodian List"). The Party-

Designated Production Custodian Lists will be prepared in good faith after the exercise of reasonable diligence in ascertaining the likely scope of documents in the custody of those individuals on the list. The Party-Designated Production Custodian List shall constitute a representation by the party that the individual custodians are believed in good faith to include: (i) the most important custodians with knowledge of the issues framed by the pleadings; (ii) the custodians believed likely to have the most non-privileged, non-duplicative documents responsive to the other party's Initial Document Requests; (iii) the custodians whose files, taken together, constitute a comprehensive response to the other party's Initial Document Requests; and (iv) all persons whom the party then reasonably believes likely to be called by that party as a witness at trial. The parties each acknowledge that the production will not include each and every responsive document, but each party affirms that it will in good faith have attempted to identify custodians, based on the criteria set forth above, to cover all of the other's Initial Document Requests to which it has not objected and also represents that it has not knowingly excluded any particular custodian whose files contain material harmful to its claims or defenses in this action.

3.     Following the exchange of Party-Designated Production Custodian Lists, the parties will cooperate in and complete an informal discovery process in order to elicit information necessary to identify additional custodians whom the discovering party may wish to be included in the initial set of custodians whose files are to be produced in response to its Initial Document Requests. The parties contemplate informal voluntary exchange of information without formal discovery requests, as well as telephonic interviews of a reasonable number of individuals employed by each company with knowledge of the job duties of the persons on the custodian list and the organizational structure of their respective company. The parties agree,

3

that representatives of class counsel may participate in the informal discovery of Intel and further agree, subject to any changes they may mutually agree to, that: (1) AMD's counsel will take the lead in conducting the informal discovery; (2) class counsel for the MDL and class counsel for the California actions each agree to appoint a single representative to participate in the informal discovery to conduct any follow-up or ask any remaining questions; and (3) one additional lawyer from the MDL and one additional lawyer from the state actions will be permitted to listen to, but not participate in, the informal discovery. The parties agree that if in-house legal counsel or paralegals are utilized for informal discovery or for a 30(b)(6) deposition, no information provided will constitute a waiver of the attorney client privilege or forfeiture of attorney work product protection. The parties further agree to meet and confer in good faith if either party believes the contemplated informal discovery is insufficient. The parties agree that the informal discovery will not include merits discovery and will not be counted against any limits on such discovery. The parties anticipate that the informal discovery can be conducted in a 30-60 day time period. At either party's election, this informal discovery process may be supplemented upon completion with a formal F.R.C.P. 30(b)(6) deposition of the other party limited to those topics reasonably necessary to identify and ascertain the past and current job duties and reporting relationships of additional custodians whom the discovering party may wish to be included in the initial set of custodians whose files are to be produced. In addition to the informal discovery process and F.R.C.P. 30(b)(6) deposition, AMD or Intel may also request that the parties work in good faith on a stipulation to memorialize the steps taken to identify custodians. At any time during this process of informal discovery, F.R.C.P. 30(b)(6) testimony, and/or a stipulation between the parties is concluded, each party may present  lists of additional custodians not included on the other's Party-Designated Production Custodian List whose files will be produced

in response to its Initial Document Requests. These lists, in total, are to be limited to not more than 15% of the persons identified on the other's Custodian List, and shall be called the "Adverse Party-Designated Production Custodian List."

4.    The Party-Designated Production Custodian Lists and Adverse Party-Designated Production Custodian Lists will be used to limit the number of custodians whose files are to be produced in the first instance in response to the parties' Initial Document Requests. However, these lists are without prejudice to each party's right to request in good faith production from additional custodians, or from other employees or former employees (*i.e.*, individuals not identified on an adverse party's Custodian List). At any time, for any reason, Intel may request production of documents responsive to its Initial Document Requests from up to 50 additional custodians on AMD's Custodian List, and, at any time, for any reason, AMD may request production of documents responsive to its Initial Document Requests from up to 100 additional custodians on Intel's Custodian List, plus either party may receive production from any additional custodians who were for any reason omitted from the other party's Custodian List and that based on the criteria in this stipulation should have been included thereon. Any further requests for production of documents responsive to a party's Initial Document Requests from additional custodians shall require a showing of good cause. The parties agree that once a Scheduling Order is in place, they will negotiate in good faith a date certain to cut-off any additional or supplemental document production absent a compelling showing of need.

5.    In the absence of a showing of neglect or bad faith, a party's failure to have designated a particular individual on its Custodian List or Party-Designated Production Custodian List will not constitute a basis for seeking a delay in the Case Management or Scheduling Order in place at the time of the request for a designation of an additional custodian.

5

The parties agree that the non-privileged responsive documents of any employee or former employee whom a party determines at any point during discovery is likely to be a witness at trial will be produced promptly after that likelihood is recognized, without special request by the other party, sufficiently in advance of the discovery cut-off so as to enable that person to be deposed, and without regard to whether that person has previously been identified on any Custodian List, Party-Designated Production Custodian List, or Adverse Party-Designated Production Custodian List. Each party also recognizes and agrees that it is obliged to institute document retention procedures for all such persons if not previously instituted. The parties further agree that nothing herein is intended to relieve them of their superseding obligations under Rule 26(a)(1)(B), and, consistent with the provisions of paragraph 26 of the Stipulation Between AMD and Intel Regarding Electronic Discovery and Format of Document Production, any documents a party is otherwise obliged to produce pursuant to Rule 26(a)(1)(B) will be promptly produced without special request, and without regard to the identity of the custodian of such documents or whether such custodian was previously identified on any Custodian List, Party-Designated Production Custodian List, or Adverse Party-Designated Production Custodian List.

6.     The parties agree that for any person who is not designated a custodian whose files are to be produced under paragraphs 2 and 3 above and as to whom a retention order has been put in place, documents existing as of the date the additional custodians contemplated in paragraph 3 are selected will continue to be preserved, but the party will otherwise be relieved of ongoing document retention obligations for such individuals. This paragraph shall not apply, however, to any individual who participates directly in the negotiation of the commercial terms of sale of microprocessors or chipsets, or who has approval responsibility for such sales,

including but not limited to any such individual who assumes such a position with a party after the execution of this stipulation.  If an individual leaves a position requiring retention for a position that would no longer require retention, documents existing as of the date of the change in position will be preserved, but the individual may be relieved of on-going retention obligations.  This paragraph shall also not apply to any individual not included on a party's Custodian List, nor to any person not included on a party's Party-Designated Custodian List or the opposing party's Adverse Party-Designated Custodian List, whose documents are subsequently requested pursuant to paragraph 4.  Promptly upon receipt of a request from the other party for production of additional custodians' files pursuant to Paragraph 4, a party's ongoing document retention obligations shall be revived as to such individuals from the date of receipt of such request.

7.     The parties agree that the following certain requests will be considered "corporate" requests:  AMD's Request Nos.  10, 51-54, 66, 69-73, 89, 113-119, 124-132, 158-169, 200-202, and 217, and Intel's Request Nos. 15-24, 26-27, 41-43, 50-54, 58-59, 70-71, 99, 102-104, 107-110, 136, 168, and 170-171.  As to AMD's Request Nos. 51-54, 92-98, 200-202, and 217, Intel represents that the documents responsive to these Requests are contained in and will be produced from a central corporate file.  As to Intel's Request Nos. 19-22, 24, 26-27, 41-43, 51-54, 58, 70-71, and 99, AMD represents that the documents responsive to these Requests are contained in and will be produced from a central corporate file.  In preparing their Custodian List, the parties need not identify any individual merely because he or she may possess documents responsive to a corporate request.  The parties agree, however, that documents from "corporate" or company files from which documents are being produced in response to "corporate" requests will also be produced in response to all requests that are the subject of this

stipulation. The parties further agree that documents responsive to corporate requests shall be produced from the files of custodians who are identified on the Party-Designated Production Custodian Lists or the Adverse Party-Designated Production Custodian List. As to files or materials not within the individual custody of a custodian, the parties agree to the following:

(a)     responsive non-electronic documents that are created or maintained by, or otherwise associated with, an individual custodian, or utilized by an individual custodian, will be searched for and produced.

(b)     responsive documents maintained on shared servers that are created or maintained by, or otherwise associated with, an individual custodian will be searched for and produced.

(c)     responsive documents contained on shared servers that are not created, maintained or otherwise associated with an individual custodian, but are on servers that were accessed or otherwise utilized by individual custodians in connection with their job responsibilities during the time period covered by the Initial Document Requests will be searched for and produced. This obligation will not include, however, any servers created or maintained by outside counsel in connection with this litigation or related litigations or competition investigations. The parties expressly acknowledge that the materials under subsection (c) will likely be voluminous, and the parties therefore agree to meet and confer in good faith to determine reasonable means for reducing the burden of producing non-duplicative responsive documents. In the absence of an agreement, the parties agree that the Court may impose reasonable limits on the search for and production of such material if the Court believes that such limits are appropriate in light of all of the circumstances, including the purposes underlying this stipulation; however, the parties agree that they will not urge that responsive

documents contained on shared servers that are utilized by an individual custodian should not be searched for and produced at all.

8.    Nothing in this stipulation is intended to relieve the parties of their obligation to produce documents and things responsive to each other's Initial Document Requests to the extent such materials are maintained or contained in corporate or department files, databases or are otherwise maintained outside the individual custody of a particular Custodian as set forth in and consistent with the provisions of, paragraph 7.

9.    This stipulation is intended to apply to the parties' respective Initial Document Requests and nothing herein shall limit or enlarge a party's right to propound further, non-redundant document requests.   The parties represent that their respective Initial Document Requests were intended to broadly cover the issues and claims that are currently the subject of this litigation, and without limiting their right to serve further document requests as the litigation progresses, agree that they will not attempt, by future document requests, to circumvent the negotiated limitations contained in this stipulation.

10.    This stipulation shall apply to all requests contained in the parties' respective Initial Document Requests except those with which a party asserts in its response that it will refuse to comply subject to this stipulation.   As to such requests, the party will be required to fully comply with any court order on a motion to compel, without benefit of this stipulation, unless otherwise agreed.

11.    Documents produced in response to the parties' Initial Document Requests  will be produced on a rolling, custodian-by-custodian basis.  The parties further agree that each may request that the other prioritize the production of documents responsive to its document requests so that responsive documents from particular custodians are produced before responsive

9

documents from other custodians. The parties shall submit privilege logs on a rolling basis, not later than 90 days following the production of a given custodian's files, unless otherwise agreed. The parties acknowledge that, to the extent in-house lawyer custodians are chosen, the 90-day period may be inadequate, and agree to meet and confer in good faith to determine both the scope of the privilege log to be produced and the time frame for its production.

12.    The parties agree that this overall agreement is expressly conditioned on acceptance by the counsel, or lead counsel if one has been designated, for the federal and state class action plaintiffs, and approval by the Court.

Dated: May 15, 2006

*/s/ W. Harding Drane, Jr.*
Richard L. Horwitz (#2246)
rhorwitz@potteranderson.com
W. Harding Drane, Jr. (#1023)
wdrane@potteranderson.com
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  198999-0951
(302) 984-6027
Attorneys for Intel Corporation and Intel
Kabushiki Kaisha

Dated: May 15, 2006

*Frederick C. Cottrell, III by*
Frederick L. Cottrell (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys For Advanced Micro Devices, Inc.
And AMD International Sales & Service, Ltd.

*Gregory E. Stuhlman*
*( #4765)*

RLF1-3014282-1

SO ORDERED this _____day of May, 2006.

_____
The Honorable Joseph J. Farnan, Jr.

11

**White, Sue**

| | |
|---|---|
| **From:** | Samuels, Mark |
| **Sent:** | Wednesday, May 17, 2006 2:13 PM |
| **To:** | White, Sue; Calderon, Debbie |
| **Subject:** | FW: Activity in Case 1:05-cv-00441-JJF Advanced Micro Devices, Inc. et al v. Intel Corporation et al "SO ORDERED" |

---------------------------------------

**From:** ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
**Sent:** Wednesday, May 17, 2006 2:10:42 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00441-JJF Advanced Micro Devices, Inc. et al v. Intel Corporation et al "SO ORDERED"
**Auto forwarded by a Rule**


**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from afb, entered on 5/17/2006 at 5:10 PM EDT and filed on 5/17/2006

| | |
|---|---|
| **Case Name:** | Advanced Micro Devices, Inc. et al v. Intel Corporation et al |
| **Case Number:** | 1:05-cv-441 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
SO ORDERED, re [122] Stipulation Regarding Document Production. Signed by Judge Joseph J. Farnan, Jr. on 05/17/06. (afb, )

The following document(s) are associated with this transaction:


**1:05-cv-441 Notice will be electronically mailed to:**

Adam L. Balick    abalick@bgbblaw.com

Darren B. Bernhard    bernhardd@howrey.com

Daniel T. Conrad    dtconrad@jonesday.com


5/17/2006

Robert E. Cooper     rcooper@gibsondunn.com,

Frederick L. Cottrell , III     cottrell@rlf.com

Charles P. Diamond     CDiamond@omm.com,

W. Harding Drane , Jr     wdrane@potteranderson.com,

Steven J. Fineman     fineman@rlf.com

Daniel S. Floyd     dfloyd@gibsondunn.com,

Laurin Grollman !     lgrollman@kasowitz.com

Richard L. Horwitz     rhorwitz@potteranderson.com, dmoore@potteranderson.com; nmcmenamin@potteranderson.com; achin@potteranderson.com; mbaker@potteranderson.com; ebroyles@potteranderson.com; ntarantino@potteranderson.com; iplitigation@potteranderson.com

Thomas R. Jackson     trjackson@jonesday.com

Salem M. Katsh     skatsh@kasowitz.com

Peter E. Moll     Mollp@howrey.com

Leslie A. Polizoti     lpolizoti@mnat.com, lpolizoti@mnat.com

Vernon R. Proctor     vproctor@proctorheyman.com, ttisinger@proctorheyman.com

Mark A. Samuels     &n! bsp MSamuels@omm.com,

Chad Michael Shandler !     shandler@rlf.com, pstewart@rlf.com

Linda J. Smith     lsmith@omm.com,

**1:05-cv-441 Notice will be delivered by other means to:**

# EXHIBIT G

**Confidential
Filed under seal**

# EXHIBIT H

**Confidential
Filed under seal**

# EXHIBIT I

**Confidential
Filed under seal**

EXHIBIT J

**Confidential
Filed under seal**

# EXHIBIT K

**Confidential
Filed under seal**

# EXHIBIT L

**Confidential
Filed under seal**

# EXHIBIT M

**Confidential**
**Filed under seal**

# EXHIBIT N

**Confidential
Filed under seal**