**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>INTEL CORPORATION,<br><br>                    Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the attached motion to extend the class certification briefing schedule will be presented to the Court on June 6, 2008, at 2:00 p.m. In order to meet the deadlines for the Court's June 6, 2008 motion day, Intel provided a copy of its motion to Class Counsel on May 20, 2008, only two business days after the Class Certification motion was filed, and requested that the Class respond to the Motion to Extend by the Court's deadline of May 30 at noon. Class Counsel has agreed to respond on that schedule, and Intel has agreed to waive its right to a reply brief, because it believes that this Motion must be heard before the Court's next motion day on July 11, a date that would be too close to the current due date for Intel's response to the class certification briefing.

2

OF COUNSEL:                                   POTTER ANDERSON & CORROON LLP

David M. Balabanian
Donn P. Pickett
BINGHAM McCUTCHEN LLP                         By:  */s/ W. Harding Drane, Jr.*
Three Embarcadero Center                           Richard L. Horwitz (#2246)
San Francisco, CA  94111-4067                      W. Harding Drane, Jr. (#1023)
(415) 393-2000                                     Hercules Plaza, 6th Floor
                                                   1313 North Market Street
Richard A. Ripley                                  P.O. Box 951
BINGHAM McCUTCHEN LLP                              Wilmington, DE 19899-0951
2020 K Street, N.W.                                (302) 984-6000
Washington, D.C.  20006                            rhorwitz@potteranderson.com
(202) 373-6000                                     wdrane@potteranderson.com


Dated:  May 22, 2008                               Attorneys for Defendant
                                                   INTEL CORPORATION
865774/29282

2