

**Potter
Anderson
&Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

June 4, 2008

**VIA ELECTRONIC MAIL AND BY HAND**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
C.A. No. 05-441-JJF;
*In re Intel Corp.,* C.A. No. 05-1717-JJF; and
*Phil Paul v. Intel Corporation (Consolidated),* C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

Following up on the discussion during our teleconference with Your Honor earlier today, enclosed are the lists of custodians with the empty.pst (pages 1- 4) and partial.pst (page 1) files described in Intel's letter of May 30, 2008.

Respectfully,

Richard L. Horwitz (#2246)

RLH/msb
867837 / 29282

cc:   Clerk of Court (via Hand Delivery)
      Counsel of Record (via CM/ECF & Electronic Mail)
      Eric Friedberg