IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### ORDER RE INTEL'S COMPLETION OF PRODUCTION OF REMEDIATION .PST FILES

WHEREAS, on May 30, 2008, Intel filed a letter addressed to the Special Master providing an update on Intel's remediation pursuant to the Court's October 22, 2007 Order ("Intel's May 30, 2008 Letter");

RLF1-3292028-1

WHEREAS, Intel's May 30, 2008 Letter disclosed, *inter alia*, Intel's discovery of 546 .pst files previously thought to be "empty" (later reduced to 545), and 14 "partial" .pst files (later increased to 15), which Intel now acknowledges may contain custodian email subject, in whole or in part, to production in this case as part of Intel's remediation efforts (the "Remediation .pst Files");

WHEREAS, on June 3, 2008, Intel filed another letter addressed to the Special Master containing further information concerning the Remediation .pst Files ("Intel's June 3, 2008 Letter");

WHEREAS, a telephonic conference was conducted by the Special Master on June 4, 2008 concerning the disclosures contained in Intel's May 30, 2008 Letter and Intel's June 3, 2008 Letter;

WHEREAS, during the June 4, 2008 telephonic conference, Intel was ordered to, and did, provide by close of business a list of all custodians for whom data may exist on one or more of the Remediation .pst Files;

WHEREAS, on June 4, 2008, pursuant to the Special Master's Order, Intel filed a letter addressed to the Special Master, accompanied by an enclosure (filed under seal) identifying 158 custodians for whom replacement .pst files for the "empty" and "partial" .pst files are being processed;

WHEREAS, on June 5, 2008, Intel filed another letter addressed to the Special Master concerning the Remediation .pst Files, and representing that all non-duplicative responsive emails and other data contained on the Remediation .pst Files would be produced within thirty days;

WHEREAS, in Intel's June 5, 2008 letter, Intel also identified a small set of data from removable media that may contain emails subject to production ("Removable Media");

WHEREAS, at AMD's and Class Plaintiffs' request, Intel now consents to the Court's entry of an Order directing Intel to complete its production of all non-duplicative, non-privileged responsive[1] emails and other data contained on the Remediation .pst Files and Removable Media within thirty days;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.  Intel shall complete its production of all non-duplicative, non-privileged responsive emails or other data contained on the Remediation .pst Files and Removable Media not later than July 7, 2008.

SO ORDERED this _12_ day of June, 2008.

_____
Vincent J. Poppiti (#100614)
Special Master

---

[1] The term "responsive" as used in this Order shall incorporate the previously agreed upon production cut-off dates, and the previously agreed upon timing for production of materials for Deposition Reharvests.