IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) |

**STIPULATION AND ORDER REGARDING
CLASS CERTIFICATION BRIEFING AND DISCOVERY**

  The parties, through their respective counsel, and subject to the Order of the Court, hereby stipulate and agree to the following amended schedule for briefing and discovery related to class certification:

| **Event** | **Date** |
|---|---|
| Plaintiffs' Motion and Class Expert Report | Filed May 16, 2008 |
| Deposition of Plaintiffs' Class Certification Expert and Affiants/Declarants | July 18 – September 29, 2008 |
| Intel's Opposition and Rebuttal Class Expert Report | September 30, 2008 |
| Deposition of Intel's Class Certification Expert and Affiants/ Declarants | October 1 – December 8, 2008 |
| Plaintiffs' Reply Brief and Class Expert Reply Report | December 9, 2008 |
| Class Certification Hearing | January ___, 2009 |

19684.1\372123v1

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: __/s/ James L. Holzman_____<br>    James L. Holzman (#663)<br>    J. Clayton Athey (#4378)<br>    Laina M. Herbert (#4717)<br>    Melissa N. Donimirski (#4701)<br>    1310 King Street<br>    P.O. Box 1328<br>    Wilmington, DE  19899<br>    (302) 888-6500<br>    jlholzman@prickett.com<br>    jcathey@prickett.com<br>    lmherbert@prickett.com<br>    mndonimirski@prickett.com<br>    *Interim Liaison Counsel and Attorneys for*<br>    *Phil Paul, on behalf of himself and all*<br>    *others similarly situated* | By: __/s/ Richard L. Horwitz_____<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane, Jr. (#1023)<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6027<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com<br>    *Attorneys for Intel Corporation* |

SO APPROVED, this _____ day of _____, 2008.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

SO ORDERED, this _____ day of _____, 2008.

_____
U.S.D.J.