

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* (302) 425-6410
*Fax:* (302) 428-5132
*Email:* Poppiti@BlankRome.com

June 13, 2008

W. Harding Drane, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

    Re:    **Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.,
C.A. No. 05-441-JJF;
In re Intel Corporation Microprocessor Antitrust Litigation,
MDL No. 05-1717-JJF;
Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF
DM 4A**

Dear Mr. Drane:

    By separate *ex parte* correspondence of this date I have made my rulings on Bates Nos. that were clarified by Intel as well as on additional Bates Nos. consistent with my earlier rulings. I have asked for clarification on one final Bates No.

    Ordered Production, of the final Remaining Bates Nos. will be required three business days after any ruling on same.

    IT IS SO ORDERED.

Yours very truly,

Vincent J. Poppiti
(DSBA No. 100614)
Special Master

VJP/mcl

cc: All Counsel