# EXHIBIT A

LA1:1164127.1

# EXHIBIT A

## DESCRIPTION OF MATTERS ON WHICH EXAMINATION IS REQUESTED

### I.

### DEFINITION

1.      "Intel" shall mean and refer collectively to defendants Intel Corporation and Intel Kabushiki Kaisha, including their respective past and present officers, directors, agents, attorneys, employees, consultants, or other persons acting on either of their behalf.

### II.

### SUBJECT MATTER

1.      The factors Intel has taken into account, and the procedures it has followed, to determine any customer-specific price including, but not limited to, customer-specific CAP price or a "tier" price.

2.      The factors Intel has taken into account, and the procedures it has followed, to determine any customer-specific discounts, rebates, price adjustments, customer payments, bonuses, incentives and/or credits including, but not limited to, ECAPs, LCAPs, MCP, meet-competition funds and MDF.

3.      Any requirement, conditions, or performance Intel has expected any customer to satisfy or meet in order to receive or continue to receive any discount, rebate, credit, bonus, incentive, price adjustment or payment from Intel.

4.      Any customer purchase volume target or threshold, whether in terms of units or percentage of customer's x86 purchases or requirements, that Intel has employed in determining a customer's qualification for any discounts, rebate, credit, price adjustments, bonus, incentive or payment from Intel.

5.      Intel's policies and/or procedures with respect to informing customers of the requirements, conditions or Intel expectations that the customer is expected to meet in order

LA1:1164127.1

receive or continue to receive a discount, rebate, credit, price adjustment, bonus, incentive, or payment from Intel, and whether or not these policies or procedures have been uniformly followed, and, if not, any exceptions to these policies or procedures that have occurred.

6. The existence, nature and extent of any funds Intel has made available to a customer, whether in the form of rebates, discounts, payments, bonuses, incentives or credits, that the customer can draw down at its discretion and/or in conformance with Intel imposed conditions for use in competing against AMD-based systems including, but not limited to, server systems, and any procedures Intel has implemented to monitor or track customers' use of such funds.

7. Intel's policies and/or procedures for processing and recording within Intel's databases, electronic tools, files or other internal systems Intel's grants of discounts, rebates, price adjustments, credits, bonuses, incentives, meet-competition payments/allowances, marketing payments/allowances, or other monetary benefits provided customers.