**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br> Defendant. | C. A. No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

**NOTICE OF TAKING DEPOSITION OF**

**BRUCE SEWELL**

   **PLEASE TAKE NOTICE** that plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (collectively, "AMD") will take the deposition of Bruce Sewell on July 15, 2008, beginning at 9:00 a.m., at the offices of O'Melveny & Myers, Embarcadero Center West, 275 Battery Street, San Francisco, California, 94111-3305, or at such other time and place as the parties may agree. The deposition will be recorded by stenographic and sound-and-visual (videographic) means, will be taken before a Notary Public or other officer authorized to

administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.  So far as known to AMD, the deponent is a current employee of one or both of defendants Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel").

|  |  |
|---|---|
| OF COUNSEL:<br>Charles P. Diamond<br>  cdiamond@omm.com<br>Linda J. Smith<br>  lsmith@omm.com<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067<br>(310) 246-6800<br><br>Mark A. Samuels<br>  msamuels@omm.com<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>213-430-6000<br><br>Dated:  June 19, 2008 | */s/ Chad M. Shandler*<br>Frederick L. Cottrell, III (#2555)<br>Chad M. Shandler (#3796)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>shandler@rlf.com<br>fineman@rlf.com<br>Attorneys for Plaintiffs Advanced Micro<br>  Devices, Inc. and AMD International Sales<br>  & Service, Ltd. |

LA2:863395.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

**BY HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

**BY HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

I hereby certify that on June 19, 2008, I have sent by Electronic Mail the foregoing document to the following non-registered participants

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Daniel A. Small, Esquire
Cohen Milstein, Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

    */s/ Chad M. Shandler*
    Chad M. Shandler (#3796)