# EXHIBIT A

| | |
|---|---|
| **From:** | Wells, Gregory F. [gregory.wells@bingham.com] |
| **Sent:** | Friday, June 20, 2008 11:21 AM |
| **To:** | Landau, Brent |
| **Cc:** | Small, Daniel; Ripley, Richard A.; Pickett, Donn |
| **Subject:** | RE: Correspondence re: Intel Litigation |

Mr. Landau-

This will confirm my voicemail message in response to your protocol, which is unacceptable to Intel. The Federal Rules require that this information be produced in conjunction with the expert report, which was submitted by plaintiffs on May 16th. Your proposed protocol requires Intel to produce the backup information the day after it files its expert report, but plaintiffs have built in a two-month window between producing their expert report and producing the backup data, which appears to serve no purpose other than to deprive Intel of discovery that it is legally entitled to.

We will allow plaintiffs to produce this data by June 25, 2008, otherwise we will seek relief from the Special Master. As I mentioned on my voicemail, we intend to raise this issue with the Special Master in today's 2 PM Eastern call, so please let me know plaintiffs' position on the 6/25 production date in advance of that call.

Gregory F. Wells
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006
(202) 373-6183 (telephone)
(202) 373-6483 (facsimile)

*The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.*

**From:** Landau, Brent [mailto:BLandau@CMHT.com]
**Sent:** Friday, June 20, 2008 10:05 AM
**To:** Wells, Gregory F.
**Cc:** Small, Daniel; Ripley, Richard A.
**Subject:** RE: Correspondence re: Intel Litigation

Dear Mr. Wells:

I am writing to follow up on your letter and subsequent conversation with Dan Small regarding a protocol for expert discovery related to class certification. Below is the protocol we propose. Please let me know your comments. Thank you.

## EXPERT DISCOVERY PROTOCOL

1. This protocol will govern discovery of experts proffered in support of or in opposition to class certification in *In re Intel Corp. Microprocessor Antitrust Litig.*, MDL No. 05-1717-JJF (D. Del.).

2. On or before the earliest date set in the Stipulation and Order Regarding Class Certification Briefing and Discovery (D.I. 967) for the deposition of a party's expert, the party proffering that expert will produce all documents and backup data used or considered by the expert in forming his or her opinions.

3.  Documents produced in this litigation need not be produced again unless they have not been made available to the other party. The parties agree to meet and confer about sharing the costs incurred in obtaining the production and to present the issue to the Special Master if they are unable to agree.

4.  Documents that are publicly available at no or minimal cost need not be produced. Such documents will be produced, however, if a party gives notice that they have been unable to obtain the documents with reasonable effort or without significant expense.

5.  The backup data to be produced will consist of all data, programs, spreadsheets, and calculations used or considered in creating the exhibits and text of the report.

6.  The backup data provided will include the original data along with any data and/or spreadsheets that are manipulations of the original data necessary to replicate the calculations in the exhibits and text to any submission by the expert.

7.  No party will produce materials protected from disclosure by the Amended Stipulation and Protective Order Regarding Expert Discovery (D.I. 474).



COHEN MILSTEIN
HAUSFELD & TOLL

Brent W. Landau
Attorney
d: 215.825.4012

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One South Broad Street
Suite 1850
Philadelphia, PA 19107
t: 215.825.4016
f: 215.825.4001
www.cmht.com

This transmission is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this transmission or any part of it. If you have received this message in error, please notify me immediately, discard all paper copies and delete any electronic files of the message. Thank you.

-----Original Message-----
**From:** Wells, Gregory F. [mailto:gregory.wells@bingham.com]
**Sent:** Tuesday, June 03, 2008 5:46 PM
**To:** Small, Daniel
**Cc:** Ripley, Richard A.; Pickett, Donn; Hann, Bree
**Subject:** Correspondence re: Intel Litigation

Mr. Small-

Please find attached correspondence regarding the Intel litigation.

Gregory F. Wells
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006
(202) 373-6183 (telephone)
(202) 373-6483 (facsimile)

================================================================
Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform

you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
==============================================================================