IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>      Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David J. Maher, Esquire to represent Plaintiffs in this matter.

            PRICKETT, JONES & ELLIOTT, P.A.

            By: /s/ Laina M. Herbert
            James L. Holzman (Bar ID #663)
            J. Clayton Athey (Bar ID #4378)
            Laina M. Herbert (Bar ID #4717)
            Melissa N. Donimirski (#4701)
            1310 King Street, Box 1328
            Wilmington, Delaware 19899
            (302) 888-6500
            jlholzman@prickett.com
            jcathey@prickett.com
            lmherbert@prickett.com
            mndonimirski@prickett.com
            *Interim Liaison Counsel for the Class Plaintiffs*

Dated: June 26, 2008

## ORDER GRANTING MOTION

  The foregoing application of David J. Maher, Esquire for admission to practice in this action *pro hac vice* is hereby granted.

  SO ORDERED this _____ day of _____, 2008.

                _____
                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Florida. I am also admitted to practice in the United States Circuit Court of Appeals for the Eleventh Circuit, United States District Courts for the Southern District of Florida, and the Middle District of Florida. Pursuant to Local Rule 83.6, I agree to submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 17, 2008

David J. Maher, Esq.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, Florida 33130
(305) 536-8220
Florida Bar No. 0993484
dmaher@harkeclasby.com