IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>        Defendants. | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**JOINDER OF THIRD-PARTY DISTRIBUTORS TO OPPOSITION BY OTHER THIRD PARTIES TO MOTION OF UNION FEDERALE DES CONSOMMATEURS – QUE CHOISIR TO INTERVENE FOR THE PURPOSE OF SEEKING MODIFICATIONS TO PROTECTIVE ORDER AND APPLICATION PURSUANT TO 28 U.S.C. § 1782**

Ingram Micro Inc., Avnet, Inc. and Tech Data Corporation (the "Third-Party Distributors") hereby join in the opposition of other third parties to the motion of Union Federale des Consommateurs – Que Choisir to intervene in the above-captioned proceedings for the purpose of seeking modifications to the protective order adopted by this Court on September 26, 2006 (the "Protective Order"), and application pursuant to 28 U.S.C. § 1782.

1866912.1
1867622.1

The Third-Party Distributors participated in the proceedings before the Special Master relating to the formulation of the Protective Order, received subpoenas from the parties seeking the production of substantial information – including information of a highly confidential and commercially sensitive nature – and are producing information in response to the subpoenas.

Dated: Wilmington, Delaware
       June 26, 2008

        ZUCKERMAN SPAEDER LLP

        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        P.O. Box 1028
        Wilmington, DE 19899-1028
        (302) 427-0400 Telephone
        (302) 427-8242 Facsimile

        Attorneys for Ingram Micro Inc., Avnet, Inc. and Tech Data Corporation

        -and-

        SHEPPARD MULLIN RICHTER & HAMPTON LLP
        Jonathan P. Hersey
        Scott B. Lieberman
        650 Town Center Drive, 4th Floor
        Costa Mesa, CA 92626
        (714) 513-5100 Telephone
        (714) 513-5130 Facsimile

        Attorneys for Ingram Micro Inc.

        -and-

FENNEMORE CRAIG, P.C.
Timothy J. Burke
Amy Abdo
3003 North Central Avenue, Suite 2600
Phoenix, AZ 85012
(602) 916-5000 Telephone
(602) 916-5999 Facsimile

Attorneys for Avnet, Inc.

-and-

SHUTTS & BOWEN LLP
Eric S. Adams
100 S. Ashley Drive, Suite 1500
Tampa, FL 33602
(813) 229-8900 Telephone
(813) 229-8901 Facsimile

Attorneys for Tech Data Corporation

1866912.1
1867622.1