

## PROCTOR HEYMAN LLP
ATTORNEYS AT LAW

1116 WEST STREET · WILMINGTON, DELAWARE 19801
TEL: 302.472.7300 · FAX: 302.472.7320 · WWW.PROCTORHEYMAN.COM

Direct Dial: (302) 472-4301
Email: vproctor@proctorheyman.com

June 30, 2008

**BY E-FILING AND BY HAND**
The Honorable Vincent J. Poppiti
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

    RE:  *Advanced Micro Devices, Inc., et al. v. Intel Corp., et al.*
          **(C.A. No. 05-441-JJF);**
          *In re Intel Corp. Microprocessor Antitrust Litig.*
          **(MDL No. 05-1717-JJF);**
          *and Phil Paul v. Intel Corp. (Consolidated)*
          **(C.A. No. 05-485-JJF)**

Dear Special Master Poppiti:

    I have been asked to inform Your Honor that Fujitsu Limited has been authorized to join as a "Japanese OEM" in my June 26, 2008 letter to Your Honor (D.I. 746) regarding the motion to intervene filed by Union Federale des Consommateurs – Que Choisir.

                             Respectfully,

                             Vernon R. Proctor (# 1019)
                             vproctor@proctorheyman.com

VRP/tt
cc:    Frederick L. Cottrell, III, Esquire (by e-filing)
        Richard L. Horwitz, Esquire (by e-filing)
        James L. Holzman, Esquire (by e-filing)
        P. Clarkson Collins, Jr., Esquire (by e-filing)
        Clerk, District Court (by e-filing)
        All counsel for Japanese OEMs (by e-mail)