IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 05-1717-JJF<br><br>(DM 12) |
| ADVANCED MICRO DEVICES, INC. a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>              Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>              Defendants. | C. A. No. 05-441 (JJF) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>              Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**SUPPLEMENTAL DECLARATION OF JAMES S. VENIT**

OF COUNSEL:

Robert E. Cooper
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Michael L. Denger
Joseph Kattan, PC
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036-5306
(202) 955-8500

Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Dated: July 3, 2008

872671 / 29282

Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000

rhorwitz@potteranderson.com
wdrane@potteranderson.com

*Attorneys for Defendants*
*Intel Corporation and Intel Kabushiki Kaisha*

## SUPPLEMENTAL DECLARATION OF JAMES S. VENIT

I, James S. Venit, make the following declaration.

1. I previously signed a declaration on July 2, 2008 in connection with Intel Corporation's Opposition to the discovery motion of Union Federale Des Consommateurs - Que Choisir.

2. After signing that declaration, I received the attached letter from Per Hellström. *See* Exh. A.

3. Mr. Hellström leads the unit within the European Commission's Directorate General for Competition ("DG Comp") that is responsible for dealing with Information industries, the Internet and consumer electronics.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct. Executed on July 3, 2008.

_____
James S. Venit

2