**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) ) | MDL  No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

<u>**NOTICE OF TAKING DEPOSITION OF ALLEN HOLMES**</u>

**PLEASE TAKE NOTICE** that plaintiffs Advanced Micro Devices, Inc. and AMD

International Sales & Service, Ltd. (collectively, "AMD") will take the deposition of Allen

Holmes on August 26, 2008, beginning at 9:00 a.m., at the offices of O'Melveny & Myers LLP,

400 South Hope Street, 18th Floor, Los Angeles, California,  or at such other time and place as the

parties may agree.  The deposition will be recorded by stenographic and sound-and-visual

(videographic) means, will be taken before a Notary Public or other officer authorized to

administer oaths, and will continue from day to day until completed, weekends and public

holidays excepted.  So far as known to AMD, the deponent is a current employee of one or both of

defendants Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel").


                                            /s/ Steven J. Fineman
                                            Frederick L. Cottrell, III (#2555)
                                            Chad M. Shandler (#3796)
                                            Steven J. Fineman (#4025)
                                            Richards, Layton & Finger, P.A.
                                            One Rodney Square
                                            P.O. Box 551
OF COUNSEL:                                 Wilmington, Delaware 19899
Charles P. Diamond                          (302) 651-7700
   cdiamond@omm.com                         cottrell@rlf.com
Linda J. Smith                              shandler@rlf.com
   lsmith@omm.com                           fineman@rlf.com
O'Melveny & Myers LLP                       Attorneys for Plaintiffs Advanced Micro
1999 Avenue of the Stars, 7th Floor         Devices, Inc. and AMD International Sales &
Los Angeles, CA  90067                      Service, Ltd.
(310) 246-6800

Mark A. Samuels
   msamuels@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6000

Dated:  July 10, 2008

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire                     James L. Holzman, Esquire
W. Harding Drane, Jr., Esquire                  Prickett, Jones & Eliott, P.A.
Potter Anderson & Corroon LLP                   1310 King Street
1313 North Market Street                        P.O. Box 1328
P. O. Box 951                                   Wilmington, DE 19899-1328
Wilmington, DE   19899

and have sent via electronic mail to the following non-registered participants:

Darren B. Bernhard, Esquire                     Robert E. Cooper, Esquire
Howrey LLP                                      Daniel S. Floyd, Esquire
1299 Pennsylvania Avenue, N.W.                  Gibson, Dunn & Crutcher LLP
Washington, DC 20004-2402                       333 South Grand Avenue
                                                Los Angeles, California 90071-3197
Daniel A. Small, Esquire
Cohen Milstein Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

                                    /s/ Steven J. Fineman
                                    Steven J. Fineman (#4025)
                                    Richards, Layton & Finger, P.A.
                                    One Rodney Square
                                    P.O. Box 551
                                    Wilmington, Delaware 19899
                                    (302) 651-7700
                                    Fineman@rlf.com