IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Dana R. Collins, Esquire to represent Plaintiffs in this matter.

                                      PRICKETT, JONES & ELLIOTT, P.A.

                                      By: */s/ Laina M. Herbert*
                                      James L. Holzman (Bar ID #663)
                                      J. Clayton Athey (Bar ID #4378)
                                      Laina M. Herbert (Bar ID #4717)
                                      Melissa N. Donimirski (#4701)
                                      1310 King Street, Box 1328
                                      Wilmington, Delaware 19899
                                      (302) 888-6500
                                      jlholzman@prickett.com
                                      jcathey@prickett.com
                                      lmherbert@prickett.com
                                      mndonimirski@prickett.com
                                      *Interim Liaison Counsel for the Class Plaintiffs*

Dated: July 21, 2008

**ORDER GRANTING MOTION**

      The foregoing application of Dana R. Collins, Esquire, for admission to practice in this action *pro hac vice* is hereby granted.

      SO ORDERED this _____ day of _____, 2008.

                                        _____
                                        United States District Judge

19684.1\374575v1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the California State Bar, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 18, 2008

*/s/ Dana Collins*
DANA R. COLLINS
SAVERI & SAVERI, INC.
111 PINE ST., SUITE 1700
San Francisco, CA 94111
Telephone:    (415) 217-6810

3213821v1