IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>)<br>) MDL No. 05-1717-JJF<br>)<br>) |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>            Plaintiffs,<br>    v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-441-JJF<br>)<br>)<br>)<br>)<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>INTEL CORPORATION,<br>            Defendant. | )<br>)<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>) |

**INTEL CORPORATION'S AND INTEL KABUSHIKA KAISHA'S**
<u>**AMENDED NOTICE OF DEPOSITION OF CHRISTOPHER CLORAN**</u>

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, defendants Intel Corporation and Intel Kabushika Kaisha, through their undersigned counsel, will take the deposition upon oral examination of Christopher Cloran on September 11-12, 2008, commencing at 9:30 A.M. at the law offices of Graves, Daugherty, Hearon & Moody, 401 Congress Avenue, Suite 2200, Austin, Texas 78701, or at such other time and place as the parties may agree.

The deposition will be recorded stenographic and sound-and-visual (videographic)

means, will be taken before an officer authorized to administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Robert E. Cooper | By: */s/ W. Harding Drane, Jr.* |
| Daniel S. Floyd | Richard L. Horwitz (#2246) |
| Gibson, Dunn & Crutcher LLP | W. Harding Drane, Jr. (#1023) |
| 333 South Grand Avenue | Hercules Plaza, 6th Floor |
| Los Angeles, CA  90071 | 1313 N. Market Street |
| (213) 229-7000 | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| Peter E. Moll | (302) 984-6000 |
| Darren B. Bernhard | rhorwitz@potteranderson.com |
| Howrey LLP | wdrane@potteranderson.com |
| 1299 Pennsylvania Avenue | |
| N.W. Washington, DC  20004 | *Attorneys for Defendants* |
| (203) 783-0800 | *Intel Corporation and Intel Kabushiki Kaisha* |

Dated:  August 11, 2008

877948 / 29282

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

    I, W. Harding Drane, Jr., hereby certify that on August 11, 2008 the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

    I hereby certify that on August 11, 2008, I have Electronically Mailed the documents to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
cdiamond@omm.com
lsmith@omm.com

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
msamuels@omm.com

Salem M. Katsh
Laurin B. Grollman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, New York 10019
skatsh@kasowitz.com
lgrollman@kasowitz.com

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com

| | |
|---|---|
| Thomas P. Dove<br>Alex C. Turan<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>tdove@furth.com<br>aturan@furth.com | Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>tony@hbsslaw.com |
| Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>guido@saveri.com<br>rick@saveri.com | Michael P. Lehman<br>Cohen, Milstein, Hausfeld & Toll , P.L.L.C.<br>One Embarcadero Center, Suite 526<br>San Francisco, CA 94111<br>mlehmann@cmht.com |

By: /s/ W. Harding Drane, Jr
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
*Attorneys for Defendants*
*Intel Corporation and Intel Kabushiki Kasiha*

Dated: August 11, 2008

738395 / 29282

2