# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | |
| Plaintiffs, | |
| vs. | Civil Action No. 05-441-JJF |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | |
| Defendants. | |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all other similarly situated, | |
| Plaintiffs, | Civil Action No. 05-485-JJF |
| vs. | |
| INTEL CORPORATION, | |
| Defendant. | |

## <u>NOTICE OF WITHDRAWAL</u>

Please withdraw the appearance of John F. Schultz formerly of Morgan Lewis & Bockius

LLP as counsel for Hewlett-Packard Company.


Dated: August 12, 2008                                   /s/ David P. Primack
                                             David P. Primack (DE 4449)
                                             DRINKER BIDDLE & REATH LLP
                                             1100 N. Market Street, Suite 1000
                                             Wilmington, DE 19801-1254
                                             (302) 467-4200 tel.
                                             (302) 467-4201 fax

                                             Attorneys for Hewlett-Packard Company

WM01/ 107616.1