IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>      Plaintiffs,<br>v.<br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>      Defendants. | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br>      Plaintiffs,<br>v.<br>INTEL CORPORATION,<br>      Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## NOTICE OF WITHDRAW

TO: Clerk of the Court
   District Court of Delaware
   800 N. King Street
   Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Daniel B. Scott, Esquire, as attorney for Plaintiffs in this action.

Dated: August 25, 2008

                **CHIMICLES & TIKELLIS LLP**

                Pamela S. Tikellis (No. 2172)
                A. Zachary Naylor (No. 4439)
                One Rodney Square
                P.O. Box 1035
                Wilmington, DE 19899
                (302) 656-2500

                *Attorneys for Plaintiffs*