# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, Plaintiffs, v. INTEL CORPORATION, Defendant. | Civil Action No. 05-485-JJF CONSOLIDATED ACTION |

### STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The plaintiffs in the above-captioned consolidated action and Intel Corporation, through their respective counsel of record, and subject to the approval of the Special Master, hereby stipulate and agree to the following:

1. Intel shall have until October 30, 2008 to file its opposition to Class Plaintiffs' motion for class certification and shall not request any further extensions to file this brief.

2. Intel and the Class Plaintiffs will meet and confer after Intel files its opposition to Class Plaintiffs' motion for certification to determine when Class Plaintiffs' reply will be filed and proposed dates for the hearing on the motion.

3. Upon Class Plaintiffs' filing of their reply brief in support of their motion for class certification, the parties will meet and confer regarding whether Intel will be allowed further deposition of Class Plaintiffs' economics expert for class certification, Dr. Keith B. Leffler, and a surreply. The parties reserve their rights as to these issues.

4. Intel will take the deposition of Dr. Leffler according to the previously agreed upon schedule on August 28 and 29, 2008. The parties reserve their rights regarding whether Dr. Leffler's deposition may extend beyond those two days.

5. Class Plaintiffs may add Cammy Nelson and Mark Anthony as putative class representatives, without filing a motion. The parties to this stipulation agree the depositions of these two plaintiffs will occur promptly and will not count against the hours allocated to Intel for merits depositions in Case Management Order No. 6, paragraph (1)(f).

| **PRICKETT JONES & ELLIOTT, P.A.** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| By: /s/ *James L. Holzman* <br> James L. Holzman (#663) <br> J. Clayton Athey (#4378) <br> Laina M. Herbert (#4717) <br> 1310 King Street <br> P.O. Box 1328 <br> Wilmington, DE  19899 <br> (302) 888-6500 <br> jlholzman@prickett.com <br> jcathey@prickett.com <br> lmherbert@prickett.com <br> *Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* | By: /s/ *Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> W. Harding Drane, Jr. (#1023) <br> 1313 North Market Street <br> P.O. Box 951 <br> Wilmington, DE  19899 <br> (302) 984-6027 <br> rhorwitz@potteranderson.com <br> wdrane@potteranderson.com <br> *Attorneys for Intel Corporation and Intel Kabushiki Kaisha* <br> 880009/29282 |

880009/29282

**SO APPROVED** this ___ day of _____, 2008.

Dated: _____        _____
                                  Vincent J. Poppiti (DSBA 100614)
                                  Special Master

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, Richard L. Horwitz, hereby certify that on August 26, 2008, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

    I hereby certify that on August 26, 2008, I have Electronically Mailed the attached document to the following non-registered participants:

Michael D. Hausfeld
Daniel A. Small
Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
mhausfeld@cmht.com
dsmall@cmht.com
abaker@cmht.com

Michael P. Lehman
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center, Suite 526
San Francisco, CA 94111
mlehmann@cmht.com

Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
tdove@furth.com
aturan@furth.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

| | |
|---|---|
| Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>guido@saveri.com<br>rick@saveri.com | Brent W. Landau<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>255 S. 17th Street<br>Suite 1307<br>Philadelphia, PA 19103<br>blandau@cmht.com |

By:   /s/ Richard L. Horwitz
     Richard L. Horwitz (#2246)
     W. Harding Drane, Jr. (#1023)
     POTTER ANDERSON & CORROON LLP
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     wdrane@potteranderson.com

728761 / 29282