Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

August 27, 2008

<u>*Via eFiling, Hand Delivery and Email*</u>

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

    RE:    **DM No. 13**
              *In re Intel Corp. Microprocessor Antitrust Litigation,* MDL No. 05-1717-JJF;
              <u>*Phil Paul v. Intel Corp.*, Cons. C.A. No. 05-485-JJF;</u>

Dear Judge Poppiti:

    Enclosed is a Statement of Errata relating to the May 16, 2008 Declaration of Keith B. Leffler (D.I. 920 in MDL No. 05-1717-JJF) listing certain corrections Dr. Leffler has made to his report.

                                    Respectfully yours,

                                    J. Clayton Athey
                                    (Bar I.D. #4378)

JCA:pcs

Enclosure

cc:    Clerk of Court
        Richard L. Horwitz, Esquire
        Frederick L. Cottrell, III, Esquire