

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* *(302) 425-6410*
*Fax:* *(302) 428-5132*
*Email:* *Poppiti@BlankRome.com*

August 28, 2008

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

James L. Holzman, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Re: In re Intel Corporation Microprocessor Antitrust Litigation,
MDL No. 05-1717-JJF;
Phil Paul v. Intel Corporation, C.A. No. 05-485

Dear Counsel:

Although not prompted by any communication from a party, I have concluded that it is important to permit QC to file it's September 3, 2008 brief if it so chooses. At the same time, it is also important to emphasize that the brief which is in the nature of a Reply brief shall not contain materials that should have been included in it's earlier filed briefs pursuant to D. Del. L. R. 7.1.3 (2).

Yours very truly,

Vincent J. Poppiti
Special Master

VJP/mcm