IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) MDL No. 05-1717-JJF ) ) |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-441-JJF ) ) ) ) ) ) ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) ) |

**STIPULATION AND ORDER**

Union Federale des Consommateurs - Que Choisir ("QC") and Intel Corporation, by and through their respective counsel, and subject to the Special Master's approval, hereby stipulate

19684.1\368468v1

and agree that QC may file its supplemental brief, previously due on September 3, 2008, on or before September 9, 2008.

Dated: August 29, 2008

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ J. Clayton Athey<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>*Counsel for Union Federale des Consommateurs - Que Choisir* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6027<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>*Attorneys for Intel Corporation and Intel Kabushiki Kaisha* |

ENTERED this ____ day of _____, 2008.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

19684.1\368468v1                                        2