IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) |

**MOTION OF THE FURTH FIRM LLP FOR LEAVE TO WITHDRAW
AND FOR THE SUBSTITUTION OF ZELLE, HOFMANN, VOELBEL, MASON &
<u>GETTE LLP AS INTERIM CLASS COUNSEL</u>**

Pursuant to D. Del. LR 83.7, The Furth Firm LLP ("Furth") respectfully moves this Court for an Order (1) permitting Furth to withdraw as Interim Class Counsel, (2) substituting in its place Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann"), and (3) modifying the Court's April 18, 2006 Memorandum Order (D.I. 51)[1] by deleting from Paragraph 6 thereof Furth's appointment as Interim Class Counsel and substituting Zelle Hofmann in that Memorandum Order. In support of its motion, Furth states as follows:

1.    In its Memorandum Order dated April 18, 2006 ("April 2006 Order"), this Court appointed Furth, as well as the law firms of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein"), Hagens Berman Sobol & Shapiro LLP ("Hagens Berman"), and Saveri & Saveri, Inc. ("Saveri"), as Interim Class Counsel pursuant to former Rule 23(g)(2)(A) of the Federal Rules of Civil Procedure (now Rule 23(g)(3)). Based on the changed circumstances described below, the

---

[1] References to "D.I. __" are to docket items in MDL No. 05-1717-JJF.

19684.1\375361v6

putative class's interests would be best served by permitting Furth to withdraw as Interim Class Counsel and amending the April 2006 Order to substitute Zelle Hofmann in its place.

2.  In May 2008, Furth and Zelle Hofmann agreed to have Zelle Hofmann assume professional responsibility for virtually all Furth cases, including the instant case. Declaration of Henry A. Cirillo at ¶ 2, attached hereto as Exhibit A. Moreover, senior Furth antitrust attorneys Henry A. Cirillo and Michael Christian, as well as Furth owner and founder, Frederick P. Furth, joined Zelle Hofmann as "Of Counsel." *Id.*

3.  In anticipation of the Furth-Zelle transaction, the Furth attorneys moving to Zelle Hofmann and Furth's intention to seek leave to withdraw from this case, Class Plaintiffs' May 16, 2008 Motion for Class Certification (D.I. 916) asked this Court to appoint Zelle Hofmann (rather than Furth) to serve as class counsel along with Cohen Milstein, Hagens Berman, and Saveri. Exhibit A at ¶ 3. Furth will soon file a notice of withdrawal and substitution with respect to the individual plaintiffs for which it is currently counsel of record. *Id.*

4.  Zelle Hofmann is ready, willing and able to assume the duties of Furth as co-interim class counsel as specified in this Court's April 2006 Order, and if appointed, Class Counsel pursuant to Class Plaintiffs' May 16, 2008 Motion for Class Certification. *Id.* at ¶¶ 11-12. Craig Corbitt will be the Zelle Hofmann partner principally responsible for the Intel litigation. *Id.* at ¶ 7. He is an experienced antitrust attorney. *Id.* Mr. Corbitt and his colleagues have extensive experience in complex antitrust litigation and have been active in the instant case from its inception, taking substantial responsibility for coordinating third party discovery and class certification issues, working with the expert witnesses and consultants, as well as contributing to the overall strategy and discovery planning. Declaration of Craig C. Corbitt at ¶¶ 2-12, attached hereto as Exhibit B.

5. This case is approaching the important milestone of class certification. Because Furth wants to transfer its professional responsibility for this case to Zelle Hofmann, an Order granting the requested relief will benefit the proposed Class and serve the orderly and efficient conduct of the litigation, in that it will make clear the obligation and authority of Cohen Milstein, Hagens Berman, Saveri and Zelle Hofmann to act as Interim Class Counsel on behalf of the Class.

6. The request to withdraw is not related in any way to the merits of this case and should not be construed as such.

WHEREFORE, The Furth Firm LLP respectfully requests that this Court: (1) permit Furth to voluntarily withdraw as Interim Class Counsel, (2) substitute in its place Zelle Hofmann, and (3) modify Paragraph 6 of its the April 18, 2006 Memorandum Order accordingly.

Dated: September 2, 2008

OF COUNSEL:

Thomas P. Dove
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
tdove@furth.com
(415) 433-2070

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

PRICKETT JONES & ELLIOTT, P.A.

By: /s/ James L. Holzman
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Laina M. Herbert (Bar ID #4717)
Melissa N. Donimirski (Bar ID #4701)
1310 King Street, Box 1328
Wilmington, Delaware 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
*Interim Liaison Counsel for the Class Plaintiffs*

Michael P. Lehmann
Jon T. King
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO
LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111

Craig C. Corbitt
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104