IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) |

**[PROPOSED] ORDER GRANTING MOTION OF THE FURTH FIRM
FOR LEAVE TO WITHDRAW AND FOR THE SUBSTITUTION OF ZELLE,
HOFMANN, VOELBEL, MASON & GETTE LLP AS INTERIM CLASS COUNSEL**

AND NOW, this _____ day of _____, 2008, upon consideration of the Motion of The Furth Firm LLP ("Furth") for Leave to Withdraw and for the Substitution of Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann") as Interim Class Counsel, the Court hereby:

1.      Grants Furth's Motion to Withdraw as Interim Class Counsel;

2.      Substitutes Zelle Hofmann in Furth's place as Interim Class Counsel; and

3.      Modifies Paragraph 6 of its April 18, 2006 Memorandum Order (D.I. 51 in MDL No. 05-1717-JJF) by deleting Furth and substituting Zelle Hofmann as Interim Class Counsel.

IT IS SO ORDERED:

_____
United States District Judge

19684.1\375361v6