IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, *on behalf of himself*<br>*and all others similarly situated,*<br><br>                    Plaintiffs,<br><br>        v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**CERTIFICATE OF CONSULTATION**

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, the undersigned hereby certifies that counsel contacted Intel's counsel in an effort to reach agreement on the matters contained in the Motion of the Furth Firm LLP for Leave to Withdraw and For the Substitution of Zelle, Hofmann, Voelbel, Mason & Gette LLP as Interim Class Counsel. Counsel for Intel takes no position on the above-referenced motion.

Dated: September 2, 2008                                 Respectfully submitted,


                                                       By:  /s/ J. Clayton Athey
                                                       PRICKETT JONES & ELLIOTT, P.A.
                                                       James L. Holzman (#663)
                                                       J. Clayton Athey (#4378)
                                                       Laina M. Herbert (#4717)
                                                       Melissa N. Donimirski (#4701)
                                                       1310 King Street
                                                       P.O. Box 1328
                                                       Wilmington, DE  19899
                                                       *jlholzman@prickett.com*
                                                       *jcathey@prickett.com*
                                                       *lmherbert@prickett.com*
                                                       *mndonimirski@prickett.com*
                                                       Telephone:  (302) 888-6500
                                                       Facsimile:  (302) 658-8111

19684.1\318269v1