Writer's Direct Dial:
(302)888-6509
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
jlholzman@prickett.com

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

September 2, 2008

<u>VIA E-FILING</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

  RE: *In re: Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717-JJF;
    <u>*Paul v. Intel Corp.*, Cons. C.A. No. 05-485-JJF</u>

Dear Judge Farnan:

  We enclose for Your Honor's consideration a motion of The Furth Firm LLP ("Furth") requesting leave to withdraw from the above-referenced actions and to substitute the firm of Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann") in its place as one of the Interim Class Counsel.

  The Court's Memorandum Order of April 18, 2006 (the "April 2006 Order") appointed four firms as Interim Class Counsel. Furth was one of those firms. As the motion and supporting declarations explain, Furth and Zelle Hofmann agreed to have Zelle Hofmann assume professional responsibility for virtually all of Furth's cases, including the instant case. Moreover, certain of Furth's personnel, including the firm's principal, Frederick Furth, moved to Zelle Hofmann as "Of Counsel." Zelle Hofmann is a San Francisco law firm of more than 80 lawyers experienced in complex antitrust litigation. Lawyers from that firm have been energetically assisting in the prosecution of this case from the outset. We believe allowing Zelle Hofmann to take the place of Furth as Interim Class Counsel is in the best interest of the Class. Of course, we acknowledge that the Motion for Class Certification is pending so that the substitution of the Zelle Hofmann firm is subject to the Court's ultimate disposition of that motion. We therefore respectfully request that Your Honor grant the motion and enter the Order filed herewith.

The Hon. Joseph J. Farnan, Jr.
September 2, 2008
Page 2

      We stand ready to confer with Your Honor at the Court's call.

                Respectfully submitted,

                /s/ James L. Holzman

                James L. Holzman
                (DE Bar ID No. 663)

JLH/lak

Enclosure

cc:    Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing)
        Richard L. Horwitz, Esquire (via electronic filing)
        Frederick L. Cottrell, III, Esquire (via electronic filing)

19684.1\362181v1