IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>           Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| MICHAEL BRAUCH and ANDREW MEIMES,<br>on behalf of themselves and all others similarly<br>situated,<br><br>           Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>           Defendant. | Civil Action No. 05-778-JJF |

## SUBSTITUTION OF COUNSEL

TO:    Dr. Peter T. Dalleo, Clerk of the Court
           District Court of Delaware
           800 North King Street
           Wilmington, Delaware 19801

**PLEASE ENTER** the appearances of James L. Holzman, J. Clayton Athey, Laina M. Herbert and Melissa N. Donimirski of Prickett, Jones & Elliott, P.A., as attorneys for Plaintiffs Michael Brauch and Andrew Meimes in the above-captioned matters and **PLEASE WITHDRAW** the appearance of Thomas P. Dove and Alex C. Turan of The Furth Firm, LLP.

19684.1\378081v1

| THE FURTH FIRM, LLP | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| /s/ Thomas P. Dove | /s/ Laina M. Herbert |
| Thomas P. Dove | James L. Holzman (Bar ID #663) |
| Alex C. Turan | J. Clayton Athey (Bar ID #4378) |
| 225 Bush Street, 15th Floor | Laina M. Herbert (Bar ID #4717) |
| San Francisco, California 94104-4249 | Melissa N. Donimirski (Bar ID #4701) |
| Telephone: (415) 433-2070 | 1310 King Street, Box 1328 |
| Facsimile: (415) 982-2076 | Wilmington, Delaware 19899 |
| tdove@furth.com | Telephone: (302) 888-6500 |
| aturan@furth.com | Facsimile: (302) 658-8111 |
| | jlholzman@prickett.com |
| | jcathey@prickett.com |
| | lmherbert@prickett.com |
| | mndonimirski@prickett.com |
| | *Attorneys for Plaintiffs Michael Brauch and Andrew Meimes* |

*Of Counsel:*
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
Craig C. Corbitt (Cal. State Bar ID #83251)
Judith A. Zahid (Cal. State Bar ID #215418)
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Dated: September 2, 2008

19684.1\378081v1