IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>               Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the Motion of The Furth Firm LLP For Leave To Withdraw and For the Substitution of Zelle, Hofmann, Voelbel, Mason & Gette LLP as Interim Class Counsel will be presented to The Honorable Joseph J. Farnan, Jr. on Thursday, October 9, 2008, at 2:00 p.m.

Dated: September 5, 2008

OF COUNSEL:

Thomas P. Dove
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
tdove@furth.com
(415) 433-2070

PRICKETT JONES & ELLIOTT, P.A.

By: /s/ Laina M. Herbert
    James L. Holzman (Bar ID #663)
    J. Clayton Athey (Bar ID #4378)
    Laina M. Herbert (Bar ID #4717)
    Melissa N. Donimirski (Bar ID #4701)
    1310 King Street, Box 1328
    Wilmington, Delaware 19899
    (302) 888-6500
    jlholzman@prickett.com
    jcathey@prickett.com
    lmherbert@prickett.com
    mndonimirski@prickett.com
    *Interim Liaison Counsel for the Class Plaintiffs*

19684.1\379216v1

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

Michael P. Lehmann
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Craig C. Corbitt
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104

19684.1\379216v1