United States District Court
District of Delaware

In Re: Intel corp. Microprocessor Antitrust Litigation
Jonathan Lee Riches, Movant

MDL: 05-1717-JJF
Civil Action No: 05-485-JJF

FILED SEP - 8 2008 U.S. DISTRICT COURT

## Notice of Appeal

Jonathan Lee Riches moves to Appeal the denial of this Intel Litigation denying me rule 24 intervention. I appeal both cases MDL: 05-1717-JJF and I appeal civil Action No: 05-485-JJF - I'm denied intervention in this Litigation.

Intel corp is secretly working with the warden and FCI Williamsburg doctors to inject my brain with Intel chips to watch GPS and monitor my thoughts and turn me into a human computer to data process prison torture. I was forced in handcuffs and blindfolds to make Intel chips, Potato chips, chips Ahoy, and chips Patrol in a slave Labor UNICOR federal prison industries program. This is 6 miles under the earth, Indiana Jones temple of doom with black inmates with whips and I escaped the crandul canyon mine but fell in a well with baby Jessica looking for the ring. Intel founder Groves Assaulted me with a IBM after I met him on eharmony.com. I appeal this case

Jonathan Lee Riches #40948-018
FCI Williamsburg P.O. Box 340
Salters, SC 29590
843-387-9400
         JonathanLeeRiches.org

9-2-08