IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>          Plaintiffs,<br><br>          v.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>          Defendants. | ) ) ) ) ) ) Civil Action No. 05-441-JJF ) ) ) ) ) ) ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>INTEL CORPORATION,<br><br>          Defendant. | ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) |

**SECOND SUPPLEMENTAL DECLARATION OF JON T. KING**

403373.1 1

Of Counsel:

Jon T. King
COHEN MILSTEIN HAUSFELD &
 TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile: (415) 986-3643
jking@cmht.com

PRICKETT JONES & ELLIOTT, P.A.
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
Melissa N. Donimirski (#4701)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
Telephone: (302) 888-6500
Facsimile: (302) 658-8111

*Counsel for Union Federale des
Consommateurs - Que Choisir*

\379492v1403373.1 1

I, Jon T. King, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this Second Supplemental Declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and counsel for proposed intervenor Union Federale Des Consommateurs – Que Choisir ("UFC-Que Choisir") in the above-captioned case. I submit this Second Supplemental Declaration in further support of UFC-Que Choisir's Motion to Intervene for the Limited Purpose of Seeking Modification to Protective Orders; and Application of Union Federale Des Consommateurs – Que Choisir Pursuant to 28 U.S.C. § 1782 for an Order Requiring Intel and Third Parties to Provide Access to Documents and Deposition Testimony for Use in Foreign Proceedings (the "Motion").

3. Attached hereto as Exhibit 1 is a true and correct copy of a press release from the European Commission dated July 17, 2008 and titled "*Antitrust: Commission confirms supplementary Statement of Objections sent to Intel.*"

4. Attached hereto as Exhibit 2 is a true and correct copy of an article dated April 10, 2008 from CNNMoney.com and titled "*French consumer organisation UFC petitions US judge over Intel antitrust abuse.*"

5. Attached hereto as Exhibit 3 is a true and correct copy of an article dated March 11, 2008 from The New York Times titled "*Pace of Change Too Slow to Keep Entrepreneurs in France.*"

6. Attached hereto as Exhibit 4 is a true and correct copy of an article dated July 8, 2008 from the website of UK law firm Shoosmiths, available at

403373.1 1

http://www.shoosmiths.co.uk/news/1343.asp, and titled *"Commission leads by example and sues elevator cartel for damages."*

7. Attached hereto as Exhibit 5 is a true and correct copy of an article dated July 4, 2008 from TheLawyer.com titled *"Cohen Milstein advertises for BA-Virgin price-fix claimants."*

8. Attached hereto as Exhibit 6 is a true and correct copy of the membership list for the European Bureau of Consumer Unions (the "BEUC"), retrieved on September 8, 2008 from the BEUC's website located at http://www.beuc.eu/Content/Default.asp?PageID=839&LanguageCode=EN.

9. Attached hereto as Exhibit 7 is a true and correct copy of a printout from the website of the Computer & Communications Industry Association (the "CCIA"), located at http://www.ccianet.org/members.html (last visited August 21, 2008) that details its members.

10. Attached hereto as Exhibit 8 is a true and correct copy of a press release dated August 21, 2008 from the CCIA's website and titled *"News Outlets, CCIA Ask For Information in Intel Antitrust Case."*

EXECUTED this 9th day of September, 2008, at San Francisco, California.

_____
Jon T. King
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Phone:      (415) 229-2080
Facsimile:  (415) 986-3643

403373.1 1