# EXHIBIT 1



EUROPA > Press Room > Press Releas

Login        Register        Documentation        About

**RSS    Midday**      Select a topic                                 **Search**

**Express**

**Recent Press**

**Releases**

## Antitrust: Commission confirms supplementary Statement of Objections sent to Intel

Reference: MEMO/08/517    Date: 17/07/2008

HTML:    EN

PDF:      EN

DOC:      EN

**MEMO/08/517**

Brussels, 17th July 2008

## Antitrust: Commission confirms supplementary Statement of Objections sent to Intel

*The European Commission can confirm that it has sent a supplementary Statement of Objections (SSO) to Intel on 17th July. The SSO reinforces the Commission's preliminary view outlined in a Statement of Objections of 26 July 2007 (see MEMO/07/314) that Intel has infringed EC Treaty rules on abuse of a dominant position (Article 82) with the aim of excluding its main rival, AMD, from the x86 Central Processing Units (CPU) market.*

In the SSO, the Commission outlines its preliminary conclusion that Intel has engaged in three additional elements of abusive conduct. First, Intel has provided substantial rebates to a leading European personal computer (PC) retailer conditional on it selling only Intel-based PCs. Secondly, Intel made payments in order to induce a leading Original Equipment Manufacturer (OEM) to delay the planned launch of a product line incorporating an AMD-based CPU. Thirdly, in a subsequent period, Intel has provided substantial rebates to that same OEM conditional on it obtaining all of its laptop CPU requirements from Intel. In

addition, the Commission has included in the SSO additional factual elements relating to a number of the objections outlined in the 26 July 2007 Statement of Objections.

Each of the conducts outlined in the 26 July 2007 Statement of Objections and the SSO is provisionally considered to constitute an abuse of a dominant position in its own right. However, the Commission also considers at this stage of its analysis that all the types of conduct reinforce each other and are part of a single overall anti-competitive strategy aimed at excluding AMD or limiting its access to the market.

Intel has eight weeks to reply to the SSO, and will then have the right to be heard in an Oral Hearing. If the Commission's preliminary views expressed in the SSO are confirmed, the Commission may decide to require Intel to cease the abuse and may impose a fine.

**Background**

A Statement of Objections is a formal step in Commission antitrust investigations in which the Commission informs the parties concerned in writing of the objections raised against them. The addressee of a Statement of Objections can reply in writing to the Statement of Objections, setting out all facts known to it which are relevant to its defence against the objections raised by the Commission. The party may also request an oral hearing to present its comments on the case.

The Commission may then take a decision on whether conduct addressed in the Statement of Objections is compatible or not with the EC Treaty's antitrust rules. Sending a Statement of Objections does not prejudge the final outcome of the procedure.

# EXHIBIT 2


An Accredited Buyer's Representative (ABR®) is a REALTOR® specially trained to focus on you, the buyer. To find an ABR® in your area, call 800-648-6224




Symbol [Get Quote]  Keyword [Search]

Subscribe to Fortune
Make CNNMoney my Homepage
Add to Favorites

Home   Business News   Markets   Personal Finance   Real Estate   Technology   Small Business   Luxury   Fortune        My Portfolio   CNN.com

TRADING CENTER   Active Traders    Click to use SmartText!   AMERITRADE Join TO AMERITRADE    100 FREE TRADES $6.99-$9.99 Trades

# French consumer organisation UFC petitions US judge over Intel antitrust abuse

April 10, 2008: 10:16 AM EST

**Top Stories**
The big risk in the foreclosure fix
McCain takes on economy: Mortgages, jobs, gas
Tech fuels big rally
Looking beyond the recession
Yahoo and AOL in talks

BRUSSELS, Apr. 10, 2008 (Thomson Financial delivered by Newstex) -- French consumer organisation UFC-Que Choisir said it has petitioned a US judge over the European Commission's case against Intel (NASDAQ:INTC) Corp. pertaining to alleged antitrust abuses in the computer chip sector.

The organisation, a third party to the commission's investigation, said in a statement that it petitioned a judge in the US state of Delaware, as part of a class action complaint against the US chip giant.

It said the petition will allow it to access 'useful' documents to assess the impact of Intel's conduct on millions of consumers in Europe.

In July last year, six years after the inquiry opened, the commission sent charges to Intel for alleged abuse of its market dominance over rival Advanced Micro Devices Inc. (NYSE:AMD) (AMD) in the computer processing units (CPU) sector.

The EU executive said then that it believes Intel provided 'substantial rebates' to various original equipment manufacturers (OEM) on the condition that they obtain all, or the great majority, of their CPU requirements from Intel.

The commission also claimed Intel made payments to induce an OEM to either delay or cancel the launch of a product line incorporating an AMD-based CPU. In addition, the commission believes Intel strategically offered CPUs at below-average cost to customers such as governments and educational institutions.

Santa Clara, California-based Intel has denied all the charges and said its practices are fair.

The group, which commands three-quarters of the worldwide microprocessor market -- the brains of personal computers --, has denied Sunnyvale, California-based AMD's allegations and defends its business practices as legal and beneficial to consumers.

Intel defended its practices at a two-day oral hearing with EU regulators and industry rivals here last month.

If charges are confirmed, the commission could impose a fine of up to 10 percent of Intel's global annual sales.

Copyright Thomson Financial News Limited 2008. All rights reserved.

The copying, republication or redistribution of Thomson Financial News Content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Financial News.

Newstex ID: AFX-0013-24407616


If you died today, who would take care of your family?
10-Yr Level Term Life Insurance $500,000 Policy (monthly premiums)   age male 35 $16.19  40 $21.88  45 $34.56  50 $55.00
Click Here FREE QUOTE!
ACCUQUOTE Saving You Money for Life

GET A FREE TRIAL ISSUE!

Name
Address
City
State/Pr
Zip/Po
E-mail
Continue  Privacy Policy

French consumer organisation UFC petitions US judge over Intel antitrus...    http://money.cnn.com/news/newsfeeds/articles/newstex/AFX-0013-244...

| More Markets |
| --- |
| Tech fuels big rally |
| Looking beyond the recession |
| Jamie Dimon's shopping list |
| **The Hot List** |
| 100 best places to start a business |
| Diesel: The truck stops here |
| 'You're working for gas now' |

© 2008 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy

Home    Portfolio    Calculators    Contact us    Newsletters    Podcasts    RSS    Mobile    Press Center    Site Map
Advertise with Us    Magazine Customer Service    Download Fortune Lists    Reprints    Career Opportunities    Special Sections    Conferences    Business Leader Council

Live Quotes automatically refresh, but individual equities are delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Market indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET.
* * Time reflects local markets trading time. † - Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Disclaimer
Copyright © 2008 BigCharts.com Inc. All rights reserved. Please see our Terms of Use.MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of MarketWatch, Inc.Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All Times are ET.Intraday data provided by ComStock, an Interactive Data Company and subject to the Terms of Use.Historical, current end-of-day data, and splits data provided by FT Interactive Data.Fundamental data provided by Hemscott.SEC Filings data provided by Edgar Online Inc. Earnings data provided by FactSet CallStreet, LLC.

# EXHIBIT 3

The New York Times
nytimes.com

PRINTER-FRIENDLY FORMAT SIDE
SPONSORED BY

March 11, 2008

# Pace of Change Too Slow to Keep Entrepreneurs in France

By JOHN TAGLIABUE

LONDON — Four years ago, Caroline Sivilia, a Parisian who worked for the ad agency Publicis Groupe, left France to start a magazine for French people living in London.

"I was young, I wanted to create, I came with nothing, no English," said Ms. Sivilia, 34.

Now, she employs eight people and a team of freelancers and her magazine, London Macadam, is available at 300 distribution points in London and 50 in Paris. She is among the legions of entrepreneurial refugees who have survived and thrived in England even as France's president, Nicolas Sarkozy, has been pushing forward a pro-capitalist agenda.

Ms. Sivilia says she would consider returning to France but probably not as a business owner.

"I'd do like the English," she says with a laugh. "I'd buy a house in the south of France. But while I'm in my entrepreneurial phase, I want to be here."

Such views add to the uphill battle that Mr. Sarkozy faces as he struggles to transform the economic soul of France. Sarkonomics, as the news media have called Mr. Sarkozy's brand of economic changes, has yet to meet expectations.

Mr. Sarkozy's poll numbers are falling. A series of transportation strikes last year greeted his proposals to change the government pension system. Thus far this year, taxi drivers and air traffic controllers have also held strikes.

Mr. Sarkozy's outspoken nature and colorful personal life have also made him vulnerable to criticism. But he has pressed ahead with his views of how France's generous cradle-to-grave entitlements should change.

In December, Mr. Sarkozy said he was considering 100 measures that included ways to streamline France's bureaucracy and provide more consumer-friendly services to business and the public. The proposals included cutting the cost of red tape on business by 25 percent.

Many French entrepreneurs are continuing to push for still more changes. Olivier Cadic, 44, started a computer manufacturer in France in 1982 called Info Elec and moved it to Kent in 1997. He later sold that company and started another, Cinebook, which translates comic books like Lucky Luke and Asterix and sells them in markets like the United States and Australia. In 2007, Mr. Cadic ran for and won one of 12 seats in the French Senate reserved for representatives of French expatriate voters, and he does not mask his

enthusiasm for Mr. Sarkozy and his policies.

Economists, however, say France will have to make much deeper changes to its culture's attitude toward capitalism if it intends to keep young entrepreneurs at home.

Access to start-up financing remains difficult and markets in many industries are often monopolized by large conglomerates, said Elie Cohen, a leading French economist.

Moreover, legislation limiting the workweek to 35 hours hurts small businesses more than large. Contrasting France with Germany and Italy and their networks of robust — often family-run — multinational companies, he said, "We don't have a fabric of small and midsize enterprises; it's an essential weakness."

"The rules are made for the big enterprises, not for the small," Mr. Cohen added.

There are now an estimated half a million French men and women living and working in England, most of them under 35. The waves of refugee entrepreneurs fleeing to England shows no signs of abating.

Today, amid the sheep meadows and the hop gardens in Kent County, more than 5,200 people, a mix of French and English, work at more than 75 French companies.

"Change may come, but France is not a country of evolution, but of revolution," said Jean-Claude Cothias, who left France a decade ago to found Eikos, a consulting company. "Something has to go, to collapse, then you fix it," Mr. Cothias, 34, said. "England fixes things all the time."

As France struggles to redefine its approach to capitalism, the British are benefiting from policies that they themselves officially oppose: the free movement of capital and workers across European borders.

Throughout much of Britain, resistance to some aspects of the European Union remains strong. For instance, the country continues to reject adoption of the euro or the Schengen Accord, which eliminated border controls among most European Union countries, including France, Spain and Germany.

But in these parts, politicians and business leaders alike speak about the benefits of trade.

Ashford, in Kent, is the first stop in England on the Channel Tunnel train, less than an hour from Lille and London and less than two hours from Paris.

"From down here you can look out and see Northern France," said Alan Marsh, responsible for international relations in the Kent County Council. "It's very comforting."

Among the first young entrepreneurs to reach Kent, Mr. Cothias founded Eikos in 1998 after the French company that had employed him refused to let him establish a subsidiary in Britain. To register his company in Britain cost him £1, or about $2. In France, his parents would have had to mortgage the family home to pay the applicable fees, he said.

He also learned that while an employer in France must pay pension, unemployment and social security charges that add up to 48 percent of an employee's salary, British employers pay only about 10 percent.

He says he believes that such differences reveal a deeper philosophical divide. "The economy is viewed here as something needed, one of the most important parts of society, if you want everyone to be clothed and fed," Mr. Cothias said. "This creates a totally different environment for business."

The complaints of businessmen like Mr. Cothias have not gone unheeded in the halls of government in Paris. Three years ago, he was invited with several other émigré business owners to meet a government minister. One change that resulted from their criticism was a reduction in the fee for registering a new company in France to one euro, about $1.53.

Even the British know they will not hold onto all the French that come, and they say that is good for both Britain and France. "They get qualifications that they can then repatriate in the French language," said Paul Wookey, the chief executive of Locate in Kent, a marketing organization that encourages foreign investment in the county. "That's what pushes the French economy along."

Some business experts caution French businesses that Britain does not always guarantee success in offering the benefits that businesses seek. Patricia Goodenough, whose agency, Advent UK, helps young French entrepreneurs migrate, said that only about one in four of the French citizens she sent to Britain had actually made it in business. "Some didn't do well," she said. "The dreamers, not the doers."

In Paris, at the headquarters of the Center for Young Business Leaders, an organization that encourages entrepreneurship, Thomas Chaudron, the president, said that business success in any country was arduous.

He said that since the late 1990s, when much of the migration to England occurred, the number of start-ups in France had consistently risen. In 2007, the number rose almost 6 percent over 2006, to 339,957. Since 1997, the figure has increased about 26 percent.

Mr. Chaudron, 34, started a business near Chartres, France, in 1997 making office partitions. It now has 35 employees and $10 million of revenue. In any country, entrepreneurship faces challenges, regardless of the government's support, he said.

"It's not like buying a baguette," he said. "It's an adventure."

Copyright 2008 The New York Times Company

# EXHIBIT 4



## News & events

Press releases
Legal updates
Events
RSS news feeds
Media contact information

## Latest news

- Think twice before ganging up on Google
- Bleak outlook demands updated contracts
- Lawyers reunited
- Government opens compensation consultation on pleural plaques
- Stamp Duty suspension welcomed for residential property to £175,000
- Time to get SaaS-y? - Considering Software as a Service

See more legal updates
See more Press releases
RSS news feeds

Home | News & events | Legal updates | Commission leads by example and sues elevator cartel for damages

# Commission leads by example and sues elevator cartel for damages

## 08 July 2008

The European Commission has apparently decided to blaze a trail in the relatively untested area of private damages actions.

It has filed cases with the Brussels commercial court, claiming damages from a lift and escalator cartel that it had previously fined a record €992 million. The Commission's claim covers work carried out at its own buildings and those of other European institutions in Brussels and Luxembourg.

According to the Commission, it has mixed motives for acting. Since European taxpayers will ultimately have footed the bill for overpriced work carried out by the cartelists, the Commission considers itself duty bound to seek damages.

But Commissioner Kroes also placed the case firmly at the forefront of the drive to encourage private damages claims. "The Commission is doing its utmost to encourage and facilitate actions for damages before national courts by victims of anticompetitive behaviour. In this case, we are leading by example", she said.

Are any of the issues in this article giving you a headache? If so, we want to know

Name *

Email *

Telephone

Comments*

# EXHIBIT 5



## Cohen Milstein advertises for BA-Virgin price fix claimants
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

US class action firm Cohen Milstein Hausfeld & Toll is to launch an advertising campaign to encourage people affected by the British Airways and Virgin price fixing scam to make a claim.

The US firm reached a settlement in a US price fixing class action brought against British Airways (BA) and Virgin Atlantic in February (TheLawyer.com, 15 February 2008).

The £100m settlement gave eight million customers who paid for a transatlantic ticket between 11 August 2004 and 23 March 2006 the right to claim for compensation.

Of the £100m settlement, £73.5m was allocated for paying claims brought by those who brought tickets in sterling.

Cohen Milstein has so far received 1,200 registrations for compensation, from businesses ranging from SMEs to blue chip firms as well as 100,000 registrations from individuals.

However, it is thought many thousands more could be entitled to a financial reward.

The marketing campaign has been sanctioned by the US District Court for the Northern District of California as part of its preliminary approval of the settlement.

Cohen Milstein partner Anthony Maton (pictured) said: "In granting its approval the US Federal Court has taken into account the fact that UK businesses and consumers are unlikely to have previously come across a settlement of this type.

"It has therefore sanctioned a robust, multi-pronged notification programme designed to deliver plain and easy to understand information about the settlement. The programme is estimated to reach almost 90 per cent of those passengers who are entitled to make a claim."

The advertisements, which will be funded by BA and Virgin, will run in national newspapers and travel booking websites such Expedia and Lastminute.

BA and Virgin will also publish the marketing campaign in their in-flight publications, High Life and Seatback respectively.

| Section: | TL News | Date: | 4-Jul-2008 |
|---|---|---|---|
| Author: | 96234 | Source: | The Lawyer |

The Lawyer Group is a division of Centaur Media PLC 2008
TheLawyer.com was built by Sift Group Ltd.

# EXHIBIT 6




**beuc**

*The European Consumers' Organisation*

FR - Home

Search
Policy issues (A-Z)
What's new?
Newsletter
Publications
Current Priorities
About BEUC ▼
BEUC? BEUK? BOUK? BEEEOOK?
Statutes
Members
Executive
Affiliation
Who's who
Vacancies
Site Map
Our links

**Latest pre**

Health claims
Intel case
Copyright protection
Sustainable
Consumption
SMS-Data Roaming
Cross Border Health
Care
Mobile Telephony
EFSA




Search    What's new?    Policy issues    Press room    Contact



**Members**

Just like the EU itself, BEUC's membership has grown, and in 2008 our members include 41 well respected, independent national consumer organisations from some thirty European countries (EU, EEA and applicant countries). BEUC acts as a sort of "embassy" for these organisations in Brussels and our main task is to represent our members and defend the interests of all Europe's consumers.

**General Assembly**

The General Assembly is composed of all BEUC members. It meets twice a year and determines our objectives, priorities and political options.

**Executive**

BEUC is managed by an Executive composed of 10 representatives from our member organisations, who are elected by the General Assembly for two years and meet at regular intervals throughout the year. The Executive appoints the BEUC Director, proposes policy objectives and a work programme approved by the General Assembly and co-ordinates General Assembly meetings.

**István Garai,**
President of the
National Association for
Consumer Protection in
Hungary has passed
away.
OFE Press Release

**Future policies of
European housing**
Conference organised
by the International
Union of Tenants
Invitation




French Presidency

**Members only**

Logon name:

Password:



**Austria**
**Autriche**

**Verein für Konsumenten-information - VKI**

Linke Wienzeile 18
AT-1060 WIEN

Tel: 0043158877223
Fax: 00431588779223

Website: www.konsument.at

Contact Person: Franz Floss

Top.

---

**Austria**
**Autriche**

**Arbeitskammer - AK**
Correspondent/Correspondant

Prinz-Eugen-Strasse 20-22
Postfach 534 AT-1041 WIEN

Tel: 00431501652304
Fax: 00431501652693

Website: www.akwien.at

Contact Person: Harald Glatz

Top.

---

**Belgium**
**Belgique**

Association Belge des Consommateurs - Test Achats

13, rue de Hollande
B-1060 BRUSSELS

Tel: 003225423338
Fax: 003225423367

Website: www.test-achats.be

Contact Person: Hugues Thibaut

Top.

---

**Bulgaria**
**Bulgarie**

**Bulgarian National Consumers Association - BNAP**
Affiliate/Affilié

10 "11 August" Str., 1st floor
BU - 1000 Sofia

Tel: 00359 2 9890106
Fax: 00359 2 9890107

E-Mail: bnap@bnap.org
Website:www.bnap.org

**Contact Person: Bogomil Nikolov**

Top

---

**Cyprus**
**Chypre**

**Cyprus Consumers' Association**

p.o. box 24874
CY - 1304 Nicosia

Tel: 0035722516112
Fax: 0035722516118

Website: www.cyprusconsumers.org.cy

**Contact person: Egli Hadjipaschali Hadjiossif**

Top

---

**Czech Republic**
**République tchèque**

**SOS – Consumers Protection Association**

Novakovych 8
CZ-18000 Praha 8

Tel: 00420224239940
Fax: 00420224239941

Website: www.consumers.cz

Top

**Denmark**
**Danemark**

**Forbrugerrådet - FR**

Fiolstræde 17
Postbox 2188
DK - 1017 Copenhagen

Tel: 004577417741
Fax: 004577417742

E-Mail: fbr@fbr.dk
Website: www.fbr.dk

**Contact Person: Benedicte Federspiel**

Top

**Estonia**
**Estonie**

**Estonian Consumers Union - ETL - Eesti Tarbijakaitse Liit**

Sakala 23
EE-10141 TALLINN

Tel: 003726411697
Fax: 003726411697
Website: www.tarbijakaitse.ee

**Contact Person: Linda Läänesaar**

Top

**Finland**
**Finlande**

**Kuluttajat-Konsumenterna ry - KK**

Kasöörinkatu 3 B
FIN - 00520 HELSINKI

Tel: 0035898775O120
Fax: 0035898775O120

E-Mail: lijstat@kuluttajat-konsumenterna.fi
Website: www.kuluttajat-konsumenterna.fi

**Contact Person: Kaisa Pannimaa- Pätsi**

Top.

**Finland**
**Finlande**

**Suomen Kuluttajaliitto - SK**

Mannerheimintie, 15A
FI - 00260 HELSINKI

Tel: 0035894542210
Fax: 0035894542120

E-Mail: sinikka.turunen@kuluttajaliitto.fi
Website: www.kuluttajaliitto.fi/english.htm

**Contact Person: Sinikka Turunen**

Top.

**Finland**
**Finlande**

**Kuluttajavirasto**
Correspondent/Correspondant

P.O. Box 5
FI - 00531 HELSINKI

Tel: 00358977267834
Fax: 00358977267557

E-Mail: marita.wilska@kuluttajavirasto.fi

Website: www.kuluttajavirasto.fi

Contact Person: Marita Wilska

France
France

Top.

UFC - Que Choisir

233, bd Voltaire
F-75555 PARIS Cedex 11

Tel: 0033143485548
Fax: 0033144931883

Website: www.quechoisir.org

Contact Person: Alain Bazot

Top.

France
France

Consommation, Logement et Cadre de Vie - CLCV

17, rue Monsieur
F-75007 PARIS

Tel: 0033156643210
Fax: 0033143207202

Website: www.clcv.org

Contact Person: Reine Claude Mader

Top.

France
France

Organisation Générale des Consommateurs - OR.GE.CO

64, Avenue Pierre Grenier
F-92100 Boulogne Billancourt

Tel: 003314608060
Fax: 0033146080044

Website: www.orgeco.net

**Contact Person: Bernard Chevalier**

Top

---

**Germany**
L'Allemagne

Verbraucherzentrale Bundesverband - vzbv

Markgrafenstrasse 66
DE - 10969 BERLIN

Tel: 00493025800401
Fax: 00493025800438

E-Mail: koehne@vzbv.de
Website: www.vzbv.de

**Contact Person: Anne-Lore Köhne**

Top

---

**Germany**
Allemagne

**Stiftung Warentest**
Correspondent/Correspondant

11/13 Lützowplatz
D-10785 BERLIN

Tel: 00493026312398
Fax: 00493026312457

Contact Person: Heinz Willnat

E-Mail: h.willnat@stiftung-warentest.de
Website: www.stiftung-warentest.de

Top

**Greece**
**Grèce**

Association for the Quality of Life - E.K.PI.ZO

Valtetsiou Str. 43-45
GR - 10681 ATHENS

Tel: 00302103304444
Fax: 00302103300591

E-Mail: info@ekpizo.gr

Contact Person: Helen Alevritou

Top

**Greece**
**Grèce**

Consumers' Protection Center - KEPKA

54 Tsimiski St
GR - 546 23 THESSALONIKI

Tel: 00302310269449
Fax: 00302310242211

Website: www.kepka.org

Contact Person: Nicolaos Tsemperlidis

Top

**Greece**
**Grèce**

**General Consumers' Federation of Greece - INKA**

7, Akadimias Avenue
GR - 10671 Athens

Tel: 00302103632443
Fax: 00302103633976

Website: www.inka.gr

**Contact Person: Maria Sarantiti**

Top

**Hungary**
**Hongrie**

**National Association for Consumer Protection in Hungary - NACPH - OFE**

Logodi utca 22-24
HU - 1012 BUDAPEST

Tel: 003613117030
Fax: 003613317386

E-Mail: ofebp@axelero.hu / ofeiroda@t-online.hu
Website: www.ofe.hu

**Contact Person: Dietz Gusztávné**

Top

**Iceland**
**Islande**

**Neytendasamtökin - NS**

Hverfisgata 105
IS-101 REYKJAVIK

Tel: 0035454512000
Fax: 0035454512112

E-Mail: ns@ns.is

Website: www.ns.is

Contact Person: Jóhannes Gunnarsson

Top.

**Ireland**
**Irlande**

**Consumers' Association of Ireland - CAI**

44 Chelmsford Road - Ranelagh
IE - DUBLIN 6

Tel: 0035314978600
Fax: 0035314978601

Website: www.consumerassociation.ie

Contact Person: Dermott Jewell

Top.

**Italy**
**Italie**

**Altroconsumo**

Via Valassina, 22
I - 20159 MILANO

Tel: 003902668890209
Fax: 003902668890288

Website: www.altroconsumo.it

Contact Person: Paolo Martinello / Luisa Crisigiovanni

Top.

**Latvia**
**Lettonie**

**Latvia Consumer Association - PIAA**

Viestura street 6,
LV - 1020 JURMALA
Tel: 0037129414010
Fax: 0037714636580

Website: www.consumer-guide.lv

**Contact Person: Marija Zeltina**

Top.

---

**Luxemburg**
**Luxembourg**

**Union Luxembourgeoise des Consommateurs - ULC**

55, rue des Bruyères
LU - 1274 HOWALD

Tel: 0035249602221
Fax: 0035249494957

Website: www.ulc.lu

**Contact Person: Mario Castegnaro**

Top.

---

**Former Yugoslav Republic of Macedonia**
**Ex-République yougoslave de Macédoine**

**Consumers' Organisation of Macedonia - OPM**
Associate/Associé

Ul. Vodnjanska bb
MK-91000 - SKOPJE P . Fah 150 FYROM

Tel: 0038909121212440
Fax: 0038923179592

E-Mail: opm@opm.org.mk
Website: www.opm.org.mk

Contact Person: Marijana Loncar Velikova

Top.

**Malta**
**Malte**

Ghaqda tal-Konsumaturi - CA Malta
43/10 Zachary Street
MT - Valletta

Tel: 0035621239091
Fax: 0035621221210

Website: www.camalta.org.

Contact Person:

Top.

**Netherlands**
**Pays-Bas**

Consumentenbond - CB

Enthovenplein 1 Postbus 1000
NL - 2500 BA DEN HAAG

Tel: 0031704454630
Fax: 0031704454599

E-Mail: khopman@consumentenbond.nl
Website: www.consumentenbond.nl.

Contact Persons: Felix Cohen and Rogier Klimbie

Top.

**Norway**
**Norvège**

Forbrukerrådet - FR - NO

Rolf Wickstrømsvei 15
Postboks 4594 Nydalen
NO - Dep 0404 OSLO

Tel: 004723400556
Fax: 004723400503

E-Mail: audun.skeidsvoll@forbrukerradet.no
Website: forbrukerportalen.no

**Contact Person: Audun Skeidsvoll**

Top.

**Portugal**
**Portugal**

**Associação Portuguesa, para a Defesa do Consumidor - DECO**

Rua Artilharia Um, 79-4
P - 1269-160 LISBOA

Tel: 00351213710200
Fax: 00351213710299

Website: www.deco.proteste.pt

**Contact Person: Jorge Morgado**

Top.

**Poland**
**Pologne**

**Polish Consumer Federation National Council - FK**

Pl. Powstańców Warszawy 1/3
PL - 00-030 WARSZAWA

Tel: 004822827171173
Fax: 004822827909

E-Mail: biuro@federacja-konsumentow.org.pl
Website: www.federacja-konsumentow.org.pl

Contact Person: Malgorzata Niepokulczycka

Top

**Poland**
**Pologne**

**Assocation of Polish Consumers - SKP**

ul. Gizów 6
PL - 01-249 WARSZAWA

Tel: 004822634 0668
Fax: 004822634 0667

Website: www.skp.pl

Contact Person: Grazyna Rokicka

Top

**Romania**
**Roumanie**

**Association for Consumers' Protection - APC**

B-dul I.C. Bratianu nr 34 etaj 4 cam 21-24 sector 3
RO - 030175 BUCHAREST

Tel: 00407 4915 1256
Fax: 00402 1315 7149

Website: www.apc-romania.ro

Contact Person: Emil Bojin

Top

**Slovakia**
**Slovaquie**

**ZSS - Association of Slovak Consumers**

Palisády 22
SK - 81106 BRATISLAVA

Tel: 0042125441111148
Fax: 0042125441111148

E-Mail: zss@zss.sk
Website: www.zss.sk

**Contact Person: Miro Tulak**

Top

**Slovenia**
**Slovénie**

**Zveza Potrošnikov Slovenije - ZPS**

Frankopanska 5
SI - 1000 LJUBLJANA

Tel: 0038614740600
Fax: 0038614333371

Website: www.zps.si

**Contact Person: Breda Kutin**

Top

**Spain**
**Espagne**

**Confederación de Consumidores y Usuarios - CECU**

Mayor, 45 - 2°
ES - 28013 MADRID

Tel: 0034913641384
Fax: 0034913669000

Website: www.cecu.es

Contact Person: María Rodríguez

Top

Spain
Espagne

Organización de Consumidores y Usuarios - OCU

C/ Albarracín, 21
ES - 28037 MADRID

Tel: 0034913000045
Fax: 0034913009002

Website: www.ocu.org

Contact Person: David Miguel Ortega

Top

Sweden
Suède

The Swedish Consumers' Association

Box 6086
SE - 102 32 STOCKHOLM

Tel: 004686744300
Fax: 004686744329

Website: www.sverigeskonsumenter.se

Contact Person: Jens Henriksson

Top

**Switzerland**
**Suisse**

**Fédération Romande des Consommateurs - FRC**
Associate/Associé

Rue de Genève, 7 Case Postale 6151
CH - 1002 LAUSANNE

Tel: 0041213128006
Fax: 0041213128004

Website: www.frc.ch

**Contact Person: Monika Dusong**

Top.

**United Kingdom**
**Royaume-Uni**

**Which?**

2 Marylebone Road
UK - NW1 4DF LONDON

Tel: 00442077707000
Fax: 00442077707666

E-Mail: helen.west@which.net
Website: www.which.net

**United Kingdom**
**Royaume-Uni**

**National Consumer Council - NCC**

20 Grosvenor Gardens
UK - SW1W 0DH LONDON

Top.

Tel: 00442077300191
Fax: 00442077300191

E-Mail: jjohnstone@ncc.org.uk
Website: www.ncc.org.uk

**Contact Person: Jill Johnstone**

Top.

Updated on Mon 8 September 2008

BEUC activities are partly funded from the EU budget

Webmaster          Legal notice

# EXHIBIT 7



Computer & Communications
Industry Association

OPEN MARKETS, OPEN SYSTEMS, OPEN NETWORKS
FULL, FAIR, AND OPEN COMPETITION

Yahoo! | MSN | Google

## ABOUT US

**CCIA in Brief**

**Members**

**Staff Contacts**



OSAIA is a project of CCIA

## CCIA MEMBERS

  

  

  

  

  

  

  

 

**©2007 Computer & Communications Industry Association**
900 17th Street, NW Suite 1100 Washington, DC 20006
Phone: (202) 783-0070
Fax: (202) 783-0534

CCIA's mission is to further our members' business interests
by being the leading industry advocate in promoting open,
barrier-free competition in the offering of computer
and communications products and services worldwide.

# EXHIBIT 8



Computer & Communications
Industry Association

OPEN MARKETS, OPEN SYSTEMS, OPEN NETWORKS
FULL, FAIR, AND OPEN COMPETITION

| Yahoo! | MSN | Google |

**NEWS + EVENTS**   **CURRENT**

**NEWS**

2008

2007

2006

2005

**EVENTS**

2008

2007

2006

2005



Open Source And Industry Alliance
www.osaia.org
OSAIA is a project of CCIA

### News Outlets, CCIA Ask For Information in Intel Antitrust Case
File Under: News, 2008, AntiTrust
Aug 21, 2008

Washington, DC — A long-standing gag order on a major antitrust case needs to be lifted, according to a motion filed today by news organizations and the Computer & Communications Industry Association.

CCIA along with the New York Times, The Register, Dow Jones, the Washington Post and the Reporters Committee for Freedom of the Press asked a federal court in Delaware to unseal records in the AMD Intel lawsuit.

Intel is accused of illegally operating a monopoly on microprocessors and using a rebate program to coerce customers into avoiding competitors' products. The judge in the Delaware case issued a protective order, but CCIA and others argue that it has been so broadly interpreted that it has resulted in no documents in the case being available to the public or the media. While certain parts of some document may need to be censored to protect trade secrets, it is important to the public interest that the evidence related to the charges be open, CCIA and others argue in the motion to intervene.

This case has taken on greater significance now that the FTC is investigating Intel and South Korea and Japan have already found Intel guilty of the charges alleged in this suit. The EU is investigating and expected to rule by September.

Monopolies cost consumers because they keep prices high and cost the national economy when innovators are blocked from competing. Intel has captured 80 percent of the units sold and 90 percent of the revenue in the microprocessor market. If they are abusing this supra-dominant position illegally, the public, competitors, shareholders and regulators need to know.

"We trust the court can find a way to protect the companies' trade secrets, without blocking all information on the allegations in this case. Intel has already been fined $25 million in South Korea for engaging in this illegal, anticompetitive rebate program. We would hope evidence related to that illegal behavior and business practice would not be something anyone would want to or could afford to emulate. We'd also hope that in reviewing our motion the court decides that providing trade secret protection to evidence related to illegal business practices and behavior would be adverse to the public interest," said Ed Black, President & CEO Computer & Communications Industry Association.

CCIA's attorney David Finger at Finger & Slanina filed the motion. "The public has a well-established right to observe what is going on in our courts, whether it is a criminal trial or a business dispute. Each in its own way has an important impact on society, and public access promotes confidence that justice is being done fairly," Finger said.

Also, because the presiding judge's calendar is overwhelmed, the parties asked for the court to refer the motion to another judge in order to expedite resolution of the request.

Click Here for Motion

**About CCIA**
CCIA is an international, nonprofit association of computer and communications industry firms, representing a broad cross section of the industry. CCIA is dedicated to preserving full, fair and open competition throughout our industry. Our members employ more than 600,000 workers and generate annual revenues in excess of $200 billion.

©2007 Computer & Communications Industry Association
900 17th Street, NW Suite 1100 Washington, DC 20006
Phone: (202) 783-0070
Fax: (202) 783-0534

CCIA's mission is to further our members' business interests by being the leading industry advocate in promoting open, barrier-free competition in the offering of computer and communications products and services worldwide.