**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION<br>_____ | )<br>)<br>) MDL No. 05-1717-JJF<br>)<br>) |
| ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICE, LTD.,<br>a Delaware corporation,<br><br>                    Plaintiffs,<br>      v.<br><br>INTEL CORPORATION, a Delaware corporation,<br>and INTEL KABUSHIKI KAISHA, a Japanese<br>corporation,<br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-441-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>                    Plaintiffs,<br>      v.<br><br>INTEL CORPORATION,<br>                  Defendant.<br>_____ | )<br>)<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>) |

**INTEL CORPORATION'S AND INTEL KABUSHIKA KAISHA'S**
**NOTICE OF DEPOSITION OF STEPHEN DiFRANCO**

      **PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30, defendants Intel Corporation and Intel Kabushika Kaisha, through their undersigned counsel, will take the deposition upon oral examination of Stephen DiFranco on October 16 and 17, 2008, commencing at 9:00 A.M. at the law offices of Gibson Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California, 90071, or at such other time and place as the parties may agree.  Defendants estimate needing approximately ten (10) hours of

examination time.  The deposition will be recorded stenographic and sound-and-visual (videographic) means, will be taken before an officer authorized to administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| | |
| Robert E. Cooper | By: */s/ W. Harding Drane, Jr.* |
| Daniel S. Floyd | Richard L. Horwitz (#2246) |
| Gibson, Dunn & Crutcher LLP | W. Harding Drane, Jr. (#1023) |
| 333 South Grand Avenue | Hercules Plaza, 6th Floor |
| Los Angeles, CA  90071 | 1313 N. Market Street |
| (213) 229-7000 | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| Peter E. Moll | (302) 984-6000 |
| Darren B. Bernhard | rhorwitz@potteranderson.com |
| Howrey LLP | wdrane@potteranderson.com |
| 1299 Pennsylvania Avenue | |
| N.W. Washington, DC  20004 | *Attorneys for Defendants* |
| (203) 783-0800 | *Intel Corporation and Intel Kabushiki Kaisha* |

Dated:  September 11, 2008

882136 / 29282