**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD. | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-441 (JJF) |
| v. | ) ) | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | ) ) ) | |
| Defendants. | ) | |
| IN RE: | ) | MDL Docket No. 05-1717 (JJF) |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) | |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) | C.A. No. 05-485-JJF |
| Plaintiffs, | ) ) | CONSOLIDATED ACTION |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF MARK ANTHONY

PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon

oral examination of plaintiff Mark Anthony pursuant to Federal Rule of Civil Procedure 30,

before an authorized court reporter, commencing at 10:00 A.M. on September 17, 2008, at the

offices of Litigation Services, 1640 West Alta Drive, Suite 4, Las Vegas, NV 89109, or at such

other time and place as agreed to by the parties.  The deposition will continue from day to day

until completed, shall be transcribed, and may be videotaped.    You are invited to attend and

cross-examine the witness.

OF COUNSEL:                                          POTTER ANDERSON & CORROON LLP

David M. Balabanian
James L. Hunt                                        By:  /s/ W. Harding Drane, Jr.
BINGHAM McCUTCHEN LLP                                    Richard L. Horwitz (#2246)
Three Embarcadero Center                                 W. Harding Drane, Jr. (#1023)
San Francisco, CA  94111-4067                            Hercules Plaza, 6th Floor
(415) 393-2000                                           1313 N. Market Street
                                                         P.O. Box 951
Richard A. Ripley                                        Wilmington, DE 19899-0951
HOWREY LLP                                               (302) 984-6000
1299 Pennsylvania Ave NW                                 rhorwitz@potteranderson.com
Washington, DC 20004-2402                                wdrane@potteranderson.com
(202) 383-6755

                                                     Attorneys for Defendant
                                                     INTEL CORPORATION

Dated:  September 11, 2008

882241/29282