# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ) | |
| INTEL CORPORATION ) | |
| MICROPROCESSOR ANTITRUST ) | MDL No. 05-1717-JJF |
| LITIGATION ) | |
| _____ ) | |
| ) | |
| ADVANCED MICRO DEVICES, INC., a ) | |
| Delaware corporation, and AMD ) | |
| INTERNATIONAL SALES & SERVICE, LTD., ) | |
| a Delaware corporation, ) | |
| ) | C.A. No. 05-441-JJF |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| INTEL CORPORATION, a Delaware corporation, ) | |
| and INTEL KABUSHIKI KAISHA, a Japanese ) | |
| corporation, ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| PHIL PAUL, on behalf of himself ) | |
| and all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 05-485-JJF |
| v. ) | |
| ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, ) | |
| Defendant. ) | |
| _____ ) | |

## INTEL CORPORATION'S AND INTEL KABUSHIKA KAISHA'S
## NOTICE OF DEPOSITION OF MARIO RIVAS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 30,

defendants Intel Corporation and Intel Kabushika Kaisha, through their undersigned counsel,

will take the deposition upon oral examination of Mario Rivas on October 23, 2008,

commencing at 9:00 A.M. at the law offices of Gibson Dunn & Crutcher LLP, 333 South

Grand Avenue, Los Angeles, California, 90071, or at such other time and place as the

parties may agree.  Defendants estimate needing approximately six (6) hours of

examination time.  The deposition will be recorded stenographic and sound-and-visual

(videographic) means, will be taken before an officer authorized to administer oaths, and

will continue from day to day until completed, weekends and public holidays excepted.

OF COUNSEL:                                    POTTER ANDERSON & CORROON LLP

Robert E. Cooper                               By: /s/ W. Harding Drane, Jr.
Daniel S. Floyd                                      Richard L. Horwitz (#2246)
Gibson, Dunn & Crutcher LLP                          W. Harding Drane, Jr. (#1023)
333 South Grand Avenue                               Hercules Plaza, 6th Floor
Los Angeles, CA  90071                               1313 N. Market Street
(213) 229-7000                                       P.O. Box 951
                                                     Wilmington, DE 19899-0951
Peter E. Moll                                        (302) 984-6000
Darren B. Bernhard                                   rhorwitz@potteranderson.com
Howrey LLP                                           wdrane@potteranderson.com
1299 Pennsylvania Avenue
N.W. Washington, DC  20004                     *Attorneys for Defendants*
(203) 783-0800                                 *Intel Corporation and Intel Kabushiki Kaisha*

Dated:  September 11, 2008

882171 / 29282