IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION<br>_____ | )<br>)<br>)<br>)<br>)<br>) | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICE, LTD.,<br>a Delaware corporation,<br>            Plaintiffs,<br>    v.<br>INTEL CORPORATION, a Delaware corporation,<br>and INTEL KABUSHIKI KAISHA, a Japanese<br>corporation,<br>            Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br>            Plaintiffs,<br>    v.<br>INTEL CORPORATION,<br>            Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**INTEL CORPORATION'S AND INTEL KABUSHIKA KAISHA'S
<u>AMENDED NOTICE OF DEPOSITION OF JOHN VOLKMANN</u>**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, defendants Intel Corporation and Intel Kabushika Kaisha, through their undersigned counsel, will take the deposition upon oral examination of John Volkmann on October 6-8, 2008, commencing at 9:30 A.M. at the offices of Strasburger & Price, LLP, 600 Congress Avenue, Suite 1600, Austin, Texas 78701-2974, or at such other time and place as the parties may agree.

2

    The deposition will be recorded stenographic and sound-and-visual (videographic) means, will be taken before an officer authorized to administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| | |
| Robert E. Cooper | By: */s/ W. Harding Drane, Jr.* |
| Daniel S. Floyd |     Richard L. Horwitz (#2246) |
| Gibson, Dunn & Crutcher LLP |     W. Harding Drane, Jr. (#1023) |
| 333 South Grand Avenue |     Hercules Plaza, 6th Floor |
| Los Angeles, CA  90071 |     1313 N. Market Street |
| (213) 229-7000 |     P.O. Box 951 |
| |     Wilmington, DE 19899-0951 |
| Peter E. Moll |     (302) 984-6000 |
| Darren B. Bernhard |     rhorwitz@potteranderson.com |
| Howrey LLP |     wdrane@potteranderson.com |
| 1299 Pennsylvania Avenue | |
| N.W. Washington, DC  20004 | *Attorneys for Defendants* |
| (203) 783-0800 | *Intel Corporation and Intel Kabushiki Kaisha* |

Dated:  September 11, 2008

882173 / 29282