IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## ORDER

**WHEREAS**, simultaneously herewith the Special Master has issued the Special Master's Report And Recommendations Granting, In Part, Intel Corporation's Objections To Class Plaintiffs' [Proposed] Pre-Hearing Order;

**WHEREAS**, the Special Master concludes that it is critically important to achieve a final decision in this matter on an expedited basis;

**WHEREAS**, the Special Master believes that the time within which a party may, pursuant to Fed. R. Civ. P. 53(f)(2), file objections to – motion to adopt or modify – any Special Master's Order should be shortened;

**WHEREAS**, consistent with this approach the Special Master believes that any briefing to the Court on a Fed. R. Civ. P. 53(f)(2) application should be expedited, with a shortened page limit;

NOW THEREFORE, IT IS HEREBY RECOMMENDED THAT THE COURT:

1. Reduce the time permitted by Fed. R. Civ. P. 53(f)(2) from no later than 20 days from the date of the Order, to no later than 2 days from the date of the Order.

2. The initial brief in support of Fed. R. Civ. P. 53(f)(2) application should not exceed 5 pages single-spaced. An Opposition letter brief shall be served not later than 1 day following service of the application and shall not exceed 5 pages, single-spaced. No Reply letter briefs shall be permitted.

ENTERED, this 22nd day of March, 2010.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

SO ORDERED this _____ day of _____, 2010.

_____
United States District Court Judge