IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**STIPULATION AND ORDER REGARDING**
**REVISED BRIEFING SCHEDULE ON CLASS PLAINTIFFS' SANCTIONS MOTION**

WHEREAS, on January 28, 2010, Class Plaintiffs filed a "Motion For Sanctions For Intel's Failure To Preserve Evidence" (the "Motion") (D.I. 2291 in MDL No. 05-1717) and supporting filings;

WHEREAS, on February 21, 2010, the Court entered a Stipulation and Order modifying the schedule and page limitations for briefing on the Motion (D.I. 2320);

WHEREAS, on March 5, 2010, Intel filed an answering brief in opposition to the Motion (D.I. 2346), a Motion to Strike the Declaration of Shaun M. Simmons (the "Simmons Motion") (D.I. 2354) and declarations related thereto; and

WHEREAS, Class Plaintiffs and Intel have conferred and agreed to modify the briefing schedule for the above-referenced filings;

NOW, THEREFORE, Class Plaintiffs and Intel hereby stipulate, subject to approval by the Court, that the following amended schedule shall govern further briefing on the Motion and briefing on the Simmons Motion:

1.  Class Plaintiffs shall file a reply in further support of the Motion and file a response to the Simmons Motion on or before May 3, 2010.

2.  Class Plaintiffs' reply brief in further support of the Motion shall not exceed 30 pages.

3.  Intel shall file a reply in further support of the Simmons Motion on or before May 17, 2010.

4.  Intel's reply brief in support of the Simmons Motion shall not exceed 20 pages.

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ J. Clayton Athey<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Laina M. Herbert (#4717)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all other similarly situated* | By: /s/ W. Harding Drane, Jr.<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>*Attorneys for Defendant Intel Corporation* |

Dated: March 23, 2010

ENTERED this 25TH day of March, 2010.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

SO ORDERED this 26 day of March, 2010

_____
United States District Court Judge

2