## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, Plaintiffs, v. INTEL CORPORATION, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-485-JJF CONSOLIDATED ACTION |

### STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON INTEL'S MOTION TO PRECLUDE INTRODUCTION OF CERTAIN ANALYSES OF DR. KEITH LEFFLER

WHEREAS, on March 30, 2010, Intel filed a letter brief requesting an Order precluding Class Plaintiffs from introducing or relying on certain analyses of their expert, Dr. Keith Leffler ("Motion") (C.A. No. 05-485-JJF, D.I. 1993);

NOW, THEREFORE, Class Plaintiffs and Intel hereby stipulate, subject to approval by the Court, that the following schedule shall govern briefing on the Motion:

1. Class Plaintiffs shall respond to the Motion on or before April 6, 2010.

2. Intel shall reply in support of the Motion on or before April 8, 2010.

3. A telephonic hearing on the Motion shall be held before the Special Master on April 9, 2010, at 3:00 p.m.

| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ James L. Holzman<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Laina M. Herbert (#4717)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6500<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>*Interim Liaison Counsel and*<br>*Attorneys for Phil Paul, on behalf of*<br>*himself and all other similarly*<br>*situated* | By: /s/ W. Harding Drane, Jr.<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>*Attorneys for Defendant*<br>*Intel Corporation* |

Dated: April 1, 2010

ENTERED this _1st_ day of April, 2010.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

SO ORDERED this _6_ day of _April_, 2010.

_____
United States District Judge