

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Facsimile

April 13, 2010

**BY HAND DELIVERY AND
ELECTRONIC FILING**

The Honorable Vincent J. Poppiti
Fox Rothschild LLP
Citizens Bank Center, Suite 800
919 N. Market Street
Wilmington, DE 19899-2323

      Re:  **In re Intel Corporation, C.A. No. 05-MD-1717-JJF;
           Phil Paul v. Intel Corp., Cons. C.A. No. 05-485-JJF**

Dear Judge Poppiti:

      As discussed with Your Honor, the purpose of this letter is to request a slight modification to the Pre-Hearing Order related to Plaintiffs' class certification motion. In light of the voluminous Confidential information that will be the subject of the hearing, including competitively sensitive documents produced by Intel, AMD and numerous third-parties, Intel requests that the hearing be closed to the public and that any transcript of the proceedings be initially designated Confidential, subject to specific designations of confidential information following the hearing, as provided below. We understand that Class Plaintiffs take no position on this request and defer to Your Honor's decision.

      Intel proposes that the following language be inserted into the Pre-Hearing Order (No. 05-485, D.I. 1990) as Paragraph 30 on page 7, under the "Miscellaneous Procedures" subheading.

      **30.  The arguments and witness testimony presented at the hearing will reference voluminous materials that have been designated Confidential Discovery Material pursuant to the Protective Order in this matter. These materials include competitively sensitive information, including pricing information, from Intel, AMD and numerous third parties. To protect this information from public disclosure, and in the interest of efficiency, the hearing shall be closed to the public. The parties shall work together in good faith and, within 30 days of the hearing, make a joint, or to the extent no agreement is reached each shall make a separate, proposed designation of confidentiality for materials relating to the hearing not previously designated (e.g., the transcript of the proceedings, demonstratives,**

Page 2
The Honorable Vincent J. Poppiti
April 13, 2010

**etc.). The Court shall then order all appropriately designated material Confidential and, as appropriate, filed under seal. This Order is without prejudice to any parties' right to later challenge whether specific documents or testimony have been properly designated under the Protective Order.**

We understand that Your Honor will conduct a closed telephonic hearing on this request tomorrow, April 14, 2010, at 9:30 a.m.

                                            Respectfully submitted,

                                            /s/ W. Harding Drane, Jr.

                                            W. Harding Drane, Jr. (I.D. No. 1023)

WHD:cet
cc: Clerk of the Court (By Electronic Filing and Hand Delivery)
     Counsel of Record (By Electronic Filing and E-Mail)

961604/29282