IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>  Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION<br><br>**PUBLIC INSPECTION VERSION** |

### CLASS PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT INTEL CORPORATION'S DESIGNATION OF ADDITIONAL DEPOSITION TESTIMONY FOR THE CLASS CERTIFICATION HEARING

PRICKETT JONES & ELLIOTT, P.A.
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
Kevin H. Davenport (#5327)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
khdavenport@prickett.com
*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated*

DATED: April 9, 2010

Pursuant to paragraph 13 of the Court's Pre-Hearing Order Governing Hearing on Plaintiffs' Motion for Class Certification and Defendant Intel Corporation's Motion to Exclude Testimony of Dr. Keith Leffler ("Pre-Hearing Order," D.I. 2388 in MDL No. 05-1717-JJF), Class Plaintiffs submit the following counter-designations to Intel Corporation's ("Intel") list of deposition designations for the class certification hearing (D.I. 2394 in MDL No. 05-1717-JJF). Class Plaintiffs have no objections to Intel's designations.

| Deponent's Name | Page & Line Number of Intel's Deposition Designations For Deponent | Page & Line Number of Class Plaintiffs' Counter-Designated Testimony For Deponent |
|---|---|---|
| Allen, Dan | 678:5-679:16 | 679:17-684:12 |
| Beyers, Joseph | 174:7-175:7; 241:20-242:17; 243:23-244:13; 250:6-16 | 242:18-243:2; 244:14-16; 249:15-21; 250:17-251:9 |
| Bleimer, Patrick | 22:19-25:9 | 27:14-28:22; 35:4-36:23 |
| Booth, James | 47:4-16 | 22:15-29:1 (and documents referenced therein); 34:22-35:18; 43:15-22; 45:14-24; 54:5-56:10; 59:21-60:2 |
| Borden, Mary (Intel 30(b)(6)) | 20:3-21:1; 99:2-101:3 | 340:17-342:5 |
| Cohen, Mark | 24:22-25:3 | 25:4-27:18 |
| Dell, Michael | 154:11-22 | 154:23-155:18 |
| Groudan, Jeff | 32:18-34:7; 161:18-163:3 | 27:4-29:23 (and documents referenced therein); 53:12-54:13; 95:7-25; 105:14-106:19; 126:5-127:18; 150:12-22; 152:13-153:18; 155:8-156:20; 165:2-12 |
| Hoogenboom, Jeff | 62:23-63:25 | 64:1-16 |
| Lamprecht, Charlotte | 41:10-21 | 39:22-40:11; 46:19-23; 107:22-108:22; 109:25-110:6; 111:12-112:10; 143:17-146:14; 170:10-171:12; 174:14-175:5; 181:20-183:20; 185:4-186:23; 219:20-222:25; 295:9-298:2; 298:22-300:5; 302:9-303:23; 344:1-345:14; 356:14-359:20 |

| Deponent's Name | Page & Line Number of Intel's Deposition Designations For Deponent | Page & Line Number of Class Plaintiffs' Counter-Designated Testimony For Deponent |
|---|---|---|
| Lee, Joe | 132:16-133:8; 249:13-252:14; 253:15-255:8; 324:5-20 | 132:10-12; 252:16-253:14; 324:25-325:19 |
| Leffler, Keith | 173:12-174:22; 313:6-316:16; 536:10-18; 537:17-22; 552:13-553:8; 598:16-604:23 | 5:20-834:13 |
| McCoy, Thomas (AMD 30(b)(6)) | 154:4-156:6 | 156:24-157:9; 158:10-159:12 |
| O'Sullivan, Fran | 235:16-236:19; 278:3-280:3; 325:6-17 | 41:20-43:4, 45:6-46:11; 57:14-58:8; 209:24-211:17; 326:17-24; 236:20-237:5; 326:17-24; 236:20-237:5 |
| Roehm, Art | 427:16-429:11 | 427:16-429:11 |
| Satterthwaite, Kristoffer | 138:22-140:19; 166:11-169:25; 172:10-175:14; 211:21-213:9; 253:1-254:16 | 142:2-19; 144:22-145:14; 254:17-24 |
| Simons, Mark | 163:6-164:19; 196:21-198:8 | 93:16-97:2 (and the documents referenced therein); 118:1-121:11; 140:1-145:16; 79:19-80:22 (and the documents referenced therein); 150:2-151:18; 154:10-22; 155:21-156:6; 157:20-159:14; 161:15-164:3 (and the documents referenced therein); 166:20-168:2; Exhibit 227493 (Marked as "4483"); 175:14-177: (and the documents referenced therein); 189:21-190:22; 199:2-200:22; 201:7-204:24 (and the documents referenced therein); 207:9-211:15; 223:20-25 |
| Stitzenberg, David | 57:25-58:22 | 57:25:58:22 |
| Tryba, Andrew | 166:20-171:24 | 83:23-84:5 |

| | |
|---|---|
| OF COUNSEL:<br><br>Daniel A. Small<br>George F. Farah<br>Kalpana Kotagal<br>COHEN, MILSTEIN, SELLERS<br>  &amp; TOLL, PLLC<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, DC 20005<br><br>Seth R. Gassman<br>COHEN, MILSTEIN, SELLERS<br>  &amp; TOLL, PLLC<br>150 East 52nd Street<br>Thirtieth Floor<br>New York, NY 10022<br><br>Steve W. Berman<br>Anthony D. Shapiro<br>Erin K. Flory<br>Steve W. Fimmel<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 8th Avenue, Suite 3300<br>Seattle, Washington 98101<br><br>Guido Saveri<br>R. Alexander Saveri<br>Lisa Saveri<br>Geoffrey C. Rushing<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br><br>Craig C. Corbitt<br>Judith A. Zahid<br>Demetrius X. Lambrinos<br>Qianwei Fu<br>ZELLE, HOFMANN, VOELBEL<br>  & MASON LLP<br>44 Montgomery St., Suite 3400<br>San Francisco, CA 94104<br><br>*Interim Co-Lead Counsel for the Class Plaintiffs*<br><br>Dated: April 9, 2010 | PRICKETT JONES & ELLIOTT, P.A.<br><br>By:   */s/ Laina M. Herbert*<br>    James L. Holzman (#663)<br>    J. Clayton Athey (#4378)<br>    Laina M. Herbert (#4717)<br>    Kevin H. Davenport (#5327)<br>    1310 King Street<br>    P.O. Box 1328<br>    Wilmington, DE 19899<br>    (302) 888-6500<br>    jlholzman@prickett.com<br>    jcathey@prickett.com<br>    lmherbert@prickett.com<br>    khdavenport@prickett.com<br>    *Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated* |