# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

### STIPULATION AND ORDER REGARDING OBJECTIONS TO DESIGNATED AND COUNTER-DESIGNATED DEPOSITION TESTIMONY AND PREVIOUSLY UNIDENTIFIED EXHIBITS

WHEREAS, the Court's March 26, 2010 Pre-Hearing Order Governing Hearing on Plaintiffs' Motion For Class Certification and Defendant Intel Corporation's Motion To Exclude Testimony Of Dr. Keith Leffler (the "Hearing") (D.I. 2388 in MDL No. 05-1717-JJF) (the "Order") requires Intel and the Class Plaintiffs to file any objections to the other party's counter-designations of deposition testimony and previously unidentified exhibits by April 13, 2010;

WHEREAS, the Order requires both Intel and the Class Plaintiffs to present their objections to designated and counter-designated deposition testimony in a chart to the Special Master by April 13, 2010;

WHEREAS, neither Intel nor Class Plaintiffs have any objections to the other party's designated or counter-designated deposition testimony or to the other party's previously unidentified exhibits; and

WHEREAS, it will be unnecessary for the Special Master to resolve any objections to the designated or counter-designated deposition testimony or to the previously unidentified exhibits prior to the hearing;

NOW, THEREFORE, Intel and Class Plaintiffs hereby respectfully request that the Court accept this stipulation in lieu of the objections and charts required by the Order to be filed on April 13, 2010.

Respectfully submitted,

PRICKETT JONES & ELLIOTT, P.A.

By: /s/ J. Clayton Athey
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
*Interim Liason Counsel and Attorneys for Phil Paul, on behalf of himself and all other similarly situated*

POTTER ANDERSON & CORROON LLP

By: /s/ W. Harding Drane Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
*Attorneys for Defendant Intel Corporation*

SO ORDERED, this 14th day of April, 2010.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master