UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

No. 08-4040

Paul v. Intel Corporation

(D. DE No. 1-05-cv-00485)

**O R D E R**

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed or file the necessary motions and documents pursuant to 28 U.S.C. Section 1915(b) and (g). It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: April 23, 2010

PSD/cc:  Mr. Peter T Dalleo, Clerk
        Mr. Jonathan Lee Riches

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.