## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION<br><br>DM 44B |

### STIPULATION AND ORDER REGARDING
### BRIEFING SCHEDULE ON INTEL'S MOTION TO STRIKE

WHEREAS, on May 3, 2010, Class Plaintiffs filed sealed declarations by Barry J. Murphy (D.I. 2429), Dr. James R. Thompson (D.I. 2430), and George J. Socha, Jr. (D.I. 2431) (collectively, the "Expert Declarations");

WHEREAS, on May 5, 2010, Intel filed a letter brief (the "May 5 Letter") Objecting to the Expert Declaration as impermissible on reply (D.I. 2039);

WHEREAS, on May 7, 2010, Class Plaintiffs filed a response letter stating that the Expert Declarations were proper (D.I. 2043);

WHEREAS, the Special Master on May 11, 2010, held a status tele-conference regarding Intel's May 5 Letter and asked the parties to submit a stipulated briefing schedule; and

WHEREAS, Intel intends to file a motion to strike the Expert Declarations.

NOW, THEREFORE, Class Plaintiffs and Intel hereby stipulate as follows, subject to approval by the Court:

1. Intel shall submit an opening letter brief in support of the motion, not to exceed four (4) pages, on or before Wednesday, May 19, 2010.

2. Class Plaintiffs shall submit an answering letter brief opposing the motion, not to exceed four (4) pages, on or before Wednesday, May 26, 2010.

3. Intel shall submit a reply in support of the motion, not to exceed two (2) pages, on or before June 1, 2010.

4. The date and time of a hearing on the motion will be determined by the Special Master at a later date.

5. The filing of Intel's reply in support of its separate motion to strike the declaration of Shaun Simmons (DM44a), which otherwise would be due on Monday, May 17, 2010 (D.I. 2385), shall be deferred pending the resolution of the motion that is the subject of this stipulation.

| | |
|---|---|
| PRICKETT JONES & ELLIOTT, P.A. | POTTER ANDERSON & CORROON LLP |
| By: */s/ J. Clayton Athey* <br> James L. Holzman (#663) <br> J. Clayton Athey (#4378) <br> Laina M. Herbert (#4717) <br> 1310 King Street <br> P.O. Box 1328 <br> Wilmington, DE 19899 <br> (302) 888-6500 <br> jlholzman@prickett.com <br> jcathey@prickett.com <br> lmherbert@prickett.com <br> *Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all other similarly situated* | By: */s/ W. Harding Drane Jr.* <br> Richard L. Horwitz (#2246) <br> W. Harding Drane, Jr. (#1023) <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> wdrane@potteranderson.com <br> *Attorneys for Defendant Intel Corporation* |

ENTERED this 17th day of May, 2010.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

SO ORDERED this 18 day of May, 2010.

_____
United States District Court Judge