# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) ) ) ) ) ) )   MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## ORDER GRANTING INTEL'S REQUEST FOR
## AN EXTENSION OF TIME TO FILE HEARING REDACTIONS

WHEREAS, on April 14, 2010, upon application by Intel (MDL Docket No. 05-1717 D.I. 2410), and having found that Intel met the standards set forth in *Publicker v. Cohen*, 733 F.2d 1059 (3d Cir. 1984), the Special Master ordered that the hearing on Class Plaintiffs' Motion for Class Certification and Defendant Intel Corporation's Motion to Exclude Testimony Of Dr. Keith Leffler (the "Hearing"), held on April 15, 16, and 19, 2010, be closed to the public (D.I. 2422);

WHEREAS, under the terms of Intel's application, which the Class Plaintiffs did not oppose, the parties agreed to work together in good faith and, within 30 days of the hearing, submit to the Special Master a joint, or to the extent no agreement was reached, separate, proposed designations of confidentiality for materials relating to the hearing not previously designated as confidential, such as the transcript of the proceedings and demonstrative exhibits;

WHEREAS, the parties have made progress toward the proposed confidentiality designations, but have not yet completed them, and have requested additional time to make a joint submission or separate submissions to the Special Master.

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall have until Wednesday, May 26, 2010, to make such joint submission or separate submissions to the Special Master.

**SO ORDERED,** this 21st day of May, 2010.

Vincent J. Poppiti (#100614)
Special Master