IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| | : **CONSOLIDATED ACTION** |
| Plaintiffs, | : Civil Action No. 05-485-JJF |
| v. | : |
| INTEL CORPORATION, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Special Master issued a Report and Recommendation Granting, In Part, Intel Corporation's Objections To Class Plaintiffs' [Proposed] Pre-Hearing Order (D.I. 1984 in 05-485; D.I. 2382 in MDL No. 05-1717);

WHEREAS, no objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation Granting, In Part, Intel Corporation's Objections To Class Plaintiffs' [Proposed] Pre-Hearing Order (D.I. 1984 in 05-485; D.I. 2382 in MDL No. 05-1717) is **ADOPTED**.

July 13, 2010
DATE

UNITED STATES DISTRICT JUDGE