IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION<br><br>―――――――――――――――――――<br><br>PHIL PAUL, on behalf of<br>himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | MDL Docket No. 05-1717-LPS<br><br><br><br><br><br><br><br>Civil Action No. 05-485-LPS<br>CONSOLIDATED |

## ORDER

At Wilmington this **31st** day of **July, 2014**, for the reasons stated in the Memorandum Opinion issued this same date,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' objections (D.I. 2078) to the special master's recommendation (D.I. 2073) regarding Defendants' Motion to Exclude the Testimony of Dr. Keith Leffler (D.I. 1062) are **SUSTAINED**. Defendant's Motion to Exclude the Testimony of Dr. Keith Leffler (D.I. 1062) is **DENIED**.

2. Plaintiff's objections (D.I. 2078) to the special master's recommendation (D.I. 2073) regarding Plaintiffs' Motion to Certify a Class (D.I. 753) are **OVERRULED**. The special master's report and recommendation (D.I. 2073 at 50-91) with respect to Plaintiffs' Motion to Certify a Class is **ADOPTED**. Plaintiffs' Motion to Certify a Class (D.I. 753) is **DENIED**.

3. The referral to special master Vincent J. Poppitti (D.I. 21) is **TERMINATED**.

4. The parties shall meet and confer and provide the Court with a joint status report, which shall include their proposal(s) as to how this case should proceed in light of the Court's decisions, no later than **August 15, 2014**.

5. Because the Court's Memorandum Opinion has been issued under seal, the parties shall meet and confer and provide the Court, no later than **August 5, 2014**, a proposed redacted version. The Court will subsequently issue a publicly-available version of its Memorandum Opinion.

_____
UNITED STATES DISTRICT JUDGE